

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES MCKINLEY,<br><br>      Plaintiff,<br><br>v.<br><br>PETsMART, INC. and KELLY WATSON<br><br>      Defendants. | CIVIL ACTION NO. |

*AFFIDAVIT OF AL WILLIAMS*

Pursuant to 28 U.S.C. § 1746, Al Williams states as follows:

1. My name is Al Williams. I am over eighteen (18) years of age, have a sound mind, and suffer from no disabilities that would prevent me from giving this Affidavit. I have personal knowledge of the facts and information contained in this Affidavit. I give this Affidavit for use in the above-styled legal proceeding.

2. I am the district manager for PETsMART who has responsibility for the PETsMART Store located at East Chase Mall, Montgomery, Alabama 36117.

3. Plaintiff McKinley was an employee at the above-mentioned PETsMART Store. Plaintiff earned $26,400 per year with PETsMART.

4. Defendant PETsMART, Inc. is the sole proper corporate entity who employed Plaintiff and operated the store at which the alleged events occurred. PETsMART, Inc. does not conduct business under the names "SHEAKLEY UNISERVICE, INC." or under any other "Fictitious Parties 'A', 'B' and 'C' which are any and/or all persons, firms, corporations and associations involved in management and operation of PETsMART Store, East Chase Shopping Center, Montgomery, Alabama."

5. Defendant Kelly Watson is an employee of PETsMART, Inc. She is not currently and was not on May 13, 2005 employed at the PETsMART Store located at East Chase Mall, where a process server attempted to serve her with a copy of the Summons and Complaint for the above-captioned action.

6. On May 13, 2005, I was present at East Chase Mall and accepted service of the Summons and Complaint on Defendant Watson's behalf. I was not authorized on May 13 or any later time by Watson to accept service of this Summons and Complaint.

7. Prior to May of 2005, Watson had moved to Georgia and was employed by PETsMART at a store in Georgia.

8. On information and belief, PETsMART was served through its registered agent for service of process on May 19, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8TH day of JUNE, 2005.

AL WILLIAMS

*/s/ Al Williams*