

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CHARLES MCKINLEY, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. |
| PETsMART, INC. and KELLY WATSON | |
| Defendants. | |

### *AFFIDAVIT OF KELLY WATSON*

Pursuant to 28 U.S.C. § 1746, Kelly Watson states as follows:

1. My name is Kelly Watson. I am over eighteen (18) years of age, have a sound mind, and suffer from no disabilities that would prevent me from giving this Affidavit. I have personal knowledge of the facts and information contained in this Affidavit. I give this Affidavit for use in the above-styled legal proceeding.

2. I authorize Littler Mendelson P.C. to represent me in the above-styled legal proceeding. I join Defendant PETsMART in the Notice of Removal while objecting to the service of the Summons and Complaint.

3. I am an employee of PETsMART, Inc. who formerly worked at the PETsMART Store located at East Chase Shopping Center, Montgomery, Alabama 36117.

4. The Complaint is dated as filed on May 6, 2005.

5. I moved to Georgia on March 28, 2005, prior to the filing of the Complaint. I work in Georgia at a PETsMART store and rent an apartment in Georgia as my permanent residence. I currently maintain a residence at 1490 Willow Lake Dr., Apt. C, Atlanta, Georgia 30329. I am a citizen and resident of the State of Georgia.

6. On information and belief, on May 13, 2005, a process server attempted to serve me with a copy of the Summons and Complaint for the above-captioned action at the PETsMART Store at East Chase Shopping Center. Al Williams, the District Manager for that PETsMART Store, accepted service of this Summons and Complaint from the process server without my authorization. I did not authorize him before or since to accept official court papers for me.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of June, 2005.

*Kelly S. Watson* (signature)

Kelly Watson

Firmwide:80093579.1 037653.1061

3