

MAY-17-05  16:30   From:PETSMART LEGAL SERVICES DEPT 800          6025806109          T-316  P.06/06  Job-083

| State of Alabama Unified Judicial System | SUMMONS | Case Number |
|---|---|---|
| Form C-34     Rev 6/88 | - CIVIL - | CV-05-1111 |

IN THE ___Circuit___ COURT OF ___Montgomery___ COUNTY

Plaintiff CHARLES McKINLEY    v. Defendant Kelly Watson + PETSMART

NOTICE TO _Kelly Watson, c/o PETSMART, EastChase Mall, Mont - AL_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THE COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND-DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Deborah Q Harding_ _____ WHOSE

ADDRESS IS _2800 Zelda Rd, Ste 100-9_, _Montgomery, AL 36106_.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT

---

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure

[✓] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

[ ] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date ___05/11/05___     _____     By: _____
                         Clerk/Register

---

[ ] Certified Mail is hereby requested.

_____
Plaintiff's/Attorney's Signature

---

RETURN ON SERVICE:

[ ] Return receipt of certified mail received in this office on _____.
                                                              (Date)

[ ] I certify that I personally delivered a copy of the Summons and Complaint to _____
_____ in _____ County,
Alabama on _____.
              (Date)


Date _____          Server's Signature _____

Address of Server _____          Type of Process Server _____

MAY-17-05  16:29   From:PETSMART LEGAL SERVICES DEPT 800                 6025806103                    T-316  P.02/06  Job-083

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| **CHARLES MCKINLEY**<br>**Plaintiff**<br><br>**vs.**<br><br>**PETSMART INC., aka SHEAKLEY**<br>**UNISERVICE, INC, And Fictitious**<br>**Parties "A", "B" and"C" which are**<br>**any and/or all persons, firms,**<br>**corporations and associations**<br>**involved in the management and**<br>**operation of Petsmart Store,**<br>**East Chase Shopping Center,**<br>**Montgomery, AL**<br><br>**and**<br><br>**KELLY WATSON**<br>**Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action # __05-1111__<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### COMPLAINT

1. Charles McKinley is a resident of Montgomery County, Alabama and is over the age of nineteen years.

2. PETSMART is a retail store owned and operated by Sheakley Uniservice, Inc., licensed by the State of Alabama to operate at East Chase Mall, Montgomery, AL 36117.

3. Ms. Kelly Watson is a store manager and employee of PETSMART Store, Montgomery, AL 36117.

4. On or about July 26, 2004, Mr. Charles McKinley was working in PETSMART located in East Chase Mall. The store manager, Ms. Kelly Watson called Mr. McKinley to the store office where the District Manager, Al Williams was waiting. Mr. McKinley was unlawful detained in direct violation of Alabama Code, §6-5-170 for questioning concerning an alleged theft. There was an exercise of force as Mr. McKinley

was told that he had to stay there until he signed a document stating he had committed a theft or the police would be called and he would go to jail. In spite of Mr. McKinley's insistence that he had not committed a theft, he was detained for over an hour as the manager, Kelly Watson and Mr. Williams tried to coerce him into signing a false statement. Finally, Mr. McKinley insisted that he be allowed to telephone his attorney, and the attorney was allowed to speak with the manager. After the attorney conferred with the manager and explained that this was a false imprisonment, Mr. McKinley was allowed to leave. However, Mr. McKinley was subsequently fired from his position as a Presentation Manager.

## COUNT I

## FALSE IMPRISONMENT

5. Plaintiff, Charles McKinley, incorporates by reference and realleges all of the allegations contained in paragraphs 1 through 4, hereinabove, as specifically set forth herein.

6. PETSMART and Kelly Watson used an express threat of force to detain Mr. McKinley until such time as he would sign a false statement by expressing that if he left the manager's office the police would be called and he would be arrested. Mr. McKinley was given no choice but to sign the document or face going to jail at that time. He was compelled to remain in the office against his wishes thereby depriving him of his personal liberty.

7. As a result of the false imprisonment, Mr. Charles McKinley suffered great humiliation. He has continued to suffer this humiliation as he has been unable to find suitable employment following his dismissal from PETSMART.

## COUNT II

## DEFAMATION OF CHARACTER

8. Plaintiff, Charles McKinley, incorporates by reference and realleges all of the allegations contained in paragraphs 1 through 7, hereinabove, as specifically set forth herein.

9. Defendant PETSMART has engaged in defaming Mr. McKinley's reputation to other employees and other employers by alleging a theft without allowing Mr. McKinley the opportunity to rebut the charges. This defamation continues to date and has been damaging to Mr. McKinley's reputation within the community.

## COUNT III

## TORTIOUS INTERFERENCE WITH EMPLOYMENT

10. Plaintiff, Charles McKinley, incorporates by reference and realleges all of the allegations contained in paragraphs 1 through 9, hereinabove, as specifically set forth herein.

11. Defendant PETSMART has placed an adverse hiring status against Mr. McKinley as a result of this incident that causes him continued unemployment. This has led to a serious financial burden to the Plaintiff that may continue until well into the future.

WHEREFORE, plaintiff Charles McKinley, by and through his attorney, respectfully demands judgment against the defendants, PETSMART/UNISERVICE,

INC., and Kelly Watson, for a sum of compensatory damages as the same may be

assessed by a jury in the trial of this cause, together with court costs.

Respectfully submitted this 22nd day of April, 2005.

DEBORAH Q. HARDING (HAR 264)
Attorney for Plaintiff

OF COUNSEL:
HARDING & CLAUNCH, LLC
2800 Zelda Road, Suite 100-9
Montgomery, AL  36106
334-356-6070

PLAINTIFF DEMANDS TRIAL BY STRUCK JURY IN THIS CAUSE.

DEBORAH Q. HARDING

Serve Defendant PETSMART

By and through its Registered Agent:
    The Corporation Company
    2000 Interstate Park Drive, Suite 204
    Montgomery, AL  36109

Serve Defendant Kelly Watson