IN THE CIRCUIT COURT OF MONTGOMERY COUNTY
STATE OF ALABAMA

| | |
|---|---|
| CHARLES MCKINLEY,<br><br>  Plaintiff,<br><br>v.<br><br>PETsMART, INC. and KELLY WATSON,<br><br>  Defendants. | CIVIL ACTION NO. 05-1111 |

## NOTICE TO STATE COURT OF FILING NOTICE OF REMOVAL

TO:  Ms. Melissa Rittenour
     Clerk of Circuit Court of Montgomery County, Alabama
     251 S. Lawrence St.
     Montgomery, AL 36104

PLEASE TAKE NOTICE that on June 10, 2005, Defendant PETsMART, Inc., filed a Notice of Removal in the United States District Court for the Middle District of Alabama, Northern Division, removing this action to that United States District Court. Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court, together with the filing of a copy of the Notice with this Court (attached as Exhibit 1), effects the removal of this action.

Respectfully submitted this 10th day of June, 2005.

_____
Charlotte K. McClusky
Alabama Bar No. 5296A57M

LITTLER MENDELSON, P.C.
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326
(404) 233-0330

Attorney for Defendants, PETsMART Inc. and Kelly Watson

2

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY
STATE OF ALABAMA

| | |
|---|---|
| CHARLES MCKINLEY,<br><br>Plaintiff,<br><br>v.<br><br>PETsMART INC., and KELLY WATSON,<br><br>Defendant. | CIVIL ACTION NO. 05-1111 |

### CERTIFICATE OF SERVICE

It is hereby certified that on June 10, 2005, a true and exact copy of the foregoing *Notice To State Court Of Filing Notice Of Removal* was served on counsel for Plaintiff by U.S. Mail, postage prepaid, addressed as follows:

> Deborah Q. Harding, Esq.
> 2800 Zelda Road, Suite 100-9
> Montgomery, AL 36106

Respectfully submitted,

*/s/ Charlotte K. McClusky*
Charlotte K. McClusky
Alabama Bar No. 5296A57M

LITTLER MENDELSON, P.C.
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326
(404) 233-0330

Attorney for Defendants, PETsMART Inc. and Kelly Watson

Firmwide:80080132.1 037653.1061

3