IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES MCKINLEY, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:05-CV-562 CSC |
| | ) | |
| PETSMART, INC., *et al.* | ) | |
| | ) | |
|     and | ) | |
| | ) | |
| KELLY WATSON, | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

*DEFENDANT WATSON'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS*

Pursuant to Rules 12(b)(2) and 12(b)(5) of the Federal Rules of Civil Procedure, Defendant Kelly Watson ("Defendant Watson") respectfully requests the Court dismiss Plaintiff's Complaint as to her and award her costs and attorneys' fees expended in defense of this action. In support of this Motion, Defendant Watson relies upon *Defendant Watson's Memorandum of Law in Support of Motion to Dismiss for Insufficient Service of Process* contemporaneously filed and incorporated herein.

WHEREFORE, Defendant Watson respectfully requests the Court to grant *Defendant Watson's Motion to Dismiss for Insufficient Service of Process*, dismiss

1

Plaintiff's claims against her, and grant her reasonable costs and attorneys' fees and such other and further relief as the Court deems just and proper.

Respectfully submitted, this 17th day of June, 2005.

s/ Charlotte K. McClusky
Charlotte K. McClusky
Alabama Bar No. 5296A57M
LITTLER MENDELSON, P.C.
2248 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
Tel:   404.233.0330
Fax:   404.233.2361
E-mail: cmcclusky@littler.com

ATTORNEY FOR DEFENDANTS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES MCKINLEY, | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:05-CV-562 CSC |
| | ) | |
| PETSMART, INC., *et al*. | ) | |
| | ) | |
|     and | ) | |
| | ) | |
| KELLY WATSON, | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

### *CERTIFICATE OF SERVICE*

I hereby certify that on June 17, 2005, I electronically filed *Defendant Watson's Motion to Dismiss for Insufficient Service of Process* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record: Deborah Q. Harding.

                                        s/  Charlotte K. McClusky
                                        Charlotte K. McClusky
                                        Alabama Bar No. 5296A57M
                                        LITTLER MENDELSON, P.C.
                                        2248 Peachtree Road, N.E.
                                        Suite 1100
                                        Atlanta, Georgia 30326-1008
                                        Tel:   404.233.0330
                                        Fax:   404.233.2361
                                        E-mail: cmcclusky@littler.com