IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES MCKINLEY,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>)<br>)<br>) Civil Action No.<br>) 2:05-CV-00562-CSC |
| PETSMART, INC., | )<br>) |
| and | )<br>) |
| KELLY WATSON, | )<br>) |
|     Defendants. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW Donald W. Benson and A. R. Tulani Grundy ("Applicants") non-resident counsel for Defendants PETsMART, Inc. and Kelly Watson, ("Defendants"), and respectfully move for admission *pro hac vice* in the above-captioned cause and state as follows:

1.

Defendants PETsMART, Inc. and Kelly Watson have requested that Applicants represent Defendants in their defense of this action.

2.

Donald W. Benson is a shareholder and A. R. Tulani Grundy is an associate in the Atlanta office of the law firm of Littler Mendelson, P.C., located at 3348 Peachtree Road, N.E., Suite 1100, Atlanta, Georgia 30326-1008, (404) 233-0330. Mr. Benson's Georgia Bar Number is 052350 and Ms. Grundy's Georgia Bar Number is 141522.

3.

Mr. Benson and Ms. Grundy are both members in good standing of the bar of the United States District Court for the Northern District of Georgia. Certificates of good standing from said court for Mr. Benson and Ms. Grundy are attached hereto as Exhibit 1.

4.

Mr. Benson and Ms. Grundy have not been suspended or disbarred in any court, and no disciplinary proceedings have been filed or are pending against them in any court.

5.

Both Mr. Benson and Ms. Grundy are familiar with the Local Rules of the United States District Court for the Middle District of Alabama, and will at all times abide by and comply with the same so long as the above-captioned cause of action is pending and said Applicants have not withdrawn as counsel therein.

6.

Charlotte K. McClusky is a member of the Alabama Bar and will remain as co-counsel of record in this case.

WHEREFORE, Defendants respectfully request that this Court grant their motion to permit Applicants to appear and defend this action *pro hac vice*.

Dated this 17th day of June, 2005.

Respectfully submitted,

*/s/ Donald W. Benson*
Donald W. Benson
GA Bar No. 052350

*/s/ A. R. Tulani Grundy*
A. R. Tulani Grundy
GA Bar No. 141522

*/s/ Charlotte K. McClusky*
Charlotte K. McClusky
AL Bar No. ASB-5296A57M

LITTLER MENDELSON, P.C.
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, GA  30326
Tel: 404.233.0330
Fax: 404.233.2361

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES MCKINLEY,<br>    Plaintiff<br><br>v.<br><br><br>PETSMART, INC.<br><br>    and<br><br>KELLY WATSON,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)   2:05-CV-00562-CSC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Motion for Admission Pro Hac Vice* has been served on the following via U.S. Mail, postage pre-paid:

Deborah Q. Harding, Esq.
2800 Zelda Road, Suite 100-9
Montgomery, Alabama 36106

Dated this 17th day of June, 2005.

Charlotte K. McClusky

Firmwide:80092698.1 037653.1061



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**    }
                                } ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **DONALD W. BENSON, State Bar No. 52350,** was duly admitted to practice in said Court on June 1, 1987, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 3rd day of June, 2005.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Jamee Holland
Deputy Clerk



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **AYOFEMI RASHIDA TULANI GRUNDY, State Bar No. 141522,** was duly admitted to practice in said Court on April 25, 2005, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 3rd day of June, 2005.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Jamee Holland
Deputy Clerk