IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES MCKINLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-562-C |
| | ) |
| PETSMART INC., *et al*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the June 20, 2005, motion for attorneys Donald W. Benson and A.R. Tulani Grundy to appear pro hac vice (doc. # 6) filed by the defendants. Upon consideration of the motion and for good cause, it is

ORDERED that the motion for attorneys Donald W. Benson and A.R. Tulani Grundy to appear pro hac vice (doc. # 6) be and is hereby GRANTED.

Done this 22nd day of June, 2005.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE