IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHARLES MCKINLEY, an individual,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   CASE NO. 2:05 CV 562-C |
| | * |
| **PETsMART, INC.,** *et al.***,** | * |
| | * |
| **Defendants.** | * |

# MOTION TO REMAND

**COMES NOW** the Plaintiff in the above-styled matter and moves this Honorable Court to remand this action to the Circuit Court of Montgomery County, Alabama, as there does not exist total diversity among the parties to this action, and this matter is due to be remanded. In support of this motion, Plaintiff offers the following:

1. Plaintiff's Motion;

2. Plaintiff's Brief in Support of Motion to Remand;

3. Plaintiff's Motion to Amend Complaint;

4. Plaintiff's Amended Complaint.

Respectfully submitted this 29th day of June, 2005.

/s/ Deborah Q. Harding
Deborah Q. Harding (HAR264)
Attorneys for Plaintiff

**OF COUNSEL:**

2

HARDING & CLAUNCH, LLC
2800 Zelda Rd., Suite 100-9
Montgomery, AL  36106
(334) 356-6070 Facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 29th day of June, 2005.

/s/ Deborah Q. Harding

OF COUNSEL

Charlotte K. McClusky
Littler Mendelson, P. C.
3348 Peachtree Rd., NE, Suite 1100
Atlanta, GA  30326-1008