IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES MCKINLEY, an individual,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 2:05 CV 562-C |
| | * | |
| **PETsMART, INC.,** *et al.*, | * | |
| | * | |
| Defendants. | * | |

## MOTION TO AMEND COMPLAINT

**COMES NOW** the Plaintiff in the above-styled matter and moves this Honorable Court to all Plaintiff to amend his Complaint in order to substitute a necessary defendant to the case.

1. Plaintiff's original Complaint named fictitious defendants.

2. Al Williams, the added Defendant was named in the body of the original Complaint, but was inadvertently omitted in the heading of the original Complaint.

Respectfully submitted this 29th day of June, 2005.

/s/ Deborah Q. Harding
Deborah Q. Harding (HAR264)
Attorneys for Plaintiff

**OF COUNSEL:**

HARDING & CLAUNCH, LLC
2800 Zelda Rd., Suite 100-9
Montgomery, AL  36106
(334) 356-6070 Facsimile

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 29th day of June, 2005.

                                               <u>/s/ Deborah Q. Harding</u>

OF COUNSEL

Charlotte K. McClusky
Littler Mendelson, P. C.
3348 Peachtree Rd., NE, Suite 1100
Atlanta, GA  30326-1008