IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES MCKINLEY, an individual,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | CASE NO. 2:05 CV- 562-C |
| | * | |
| **PETsMART, INC.,** *et al*, | * | |
| | * | |
| **Defendants.** | * | |

**AMENDED COMPLAINT**

**COMES NOW**, the Plaintiff in this matter and files this amended complaint substituting the above named Defendant, Al Williams, for one of the named fictitious parties. Plaintiff reiterates the facts as follows:

1. Charles McKinley is a resident of Montgomery County, Alabama and is over the age of nineteen years.

2. PETSMART is a retail store owned and operated by Sheakley Uniservice, Inc., licensed by the State of Alabama to operate at East Chase Mall, Montgomery, AL 36117.

3. Ms. Kelly Watson was the store manager and employee of PETSMART Store, Montgomery, AL 36117, at the time of the incident and continues to be employed by the parent company, PETSMART, Inc., a subsidiary of SHEAKLEY UNISERVICE, INC. of Phoenix, Arizona.

4. Mr. Al Williams is the district manager and employee of PETSMART Store, Montgomery, AL 36117., and is upon information and belief a resident of Montgomery, Alabama.

5. On or about July 26, 2004, Mr. Charles McKinley was working in PETSMART located in East Chase Mall. The store manager, Ms. Kelly Watson called Mr. McKinley to the store office where the District Manager, Al Williams was waiting. Mr. McKinley was unlawful detained in direct violation of Alabama Code, §6-5-170 for questioning concerning an alleged theft. There was an exercise of force as Mr. McKinley was told that he had to stay there until he signed a document stating he had committed a theft or the police would be called and he would go to jail. In spite of Mr. McKinley's insistence that he had not committed a theft, he was detained for over an hour as the manager, Kelly Watson and Mr. Williams tried to coerce him into signing a false statement. Finally, Mr. McKinley insisted that he be allowed to telephone his attorney, and the attorney was allowed to speak with the manager. After the attorney conferred with the manager and explained that this was a false imprisonment, Mr. McKinley was allowed to leave. However, Mr. McKinley was subsequently fired from his position as a Presentation Manager.

## COUNT I

## FALSE IMPRISONMENT

6. Plaintiff, Charles McKinley, incorporates by reference and realleges all of the allegations contained in paragraphs 1 through 5, hereinabove, as specifically set forth herein.

7. PETSMART and Kelly Watson used an express threat of force to detain Mr. McKinley until such time as he would sign a false statement by expressing that if he left

the manager's office the police would be called and he would be arrested. Mr. McKinley was given no choice but to sign the document or face going to jail at that time. He was compelled to remain in the office against his wishes thereby depriving him of his personal liberty.

8. As a result of the false imprisonment, Mr. Charles McKinley suffered great humiliation. He has continued to suffer this humiliation as he has been unable to find suitable employment following his dismissal from PETSMART.

## COUNT II

### DEFAMATION OF CHARACTER

9. Plaintiff, Charles McKinley, incorporates by reference and realleges all of the allegations contained in paragraphs 1 through 8, hereinabove, as specifically set forth herein.

10. Defendant PETSMART has engaged in defaming Mr. McKinley's reputation to other employees and other employers by alleging a theft without allowing Mr. McKinley the opportunity to rebut the charges. This defamation continues to date and has been damaging to Mr. McKinley's reputation within the community.

## COUNT III

### TORTIOUS INTERFERENCE WITH EMPLOYMENT

11. Plaintiff, Charles McKinley, incorporates by reference and realleges all of the allegations contained in paragraphs 1 through 10, hereinabove, as specifically set forth herein.

12. Defendant PETSMART has placed an adverse hiring status against Mr. McKinley as a result of this incident that causes him continued unemployment. This has

led to a serious financial burden to the Plaintiff that may continue until well into the future.

WHEREFORE, plaintiff Charles McKinley, by and through his attorney, respectfully demands judgment against the defendants, PETSMART/UNISERVICE, INC., Kelly Watson, and Al Williams for a sum of compensatory damages as the same may be assessed by a jury in the trial of this cause, together with court costs.

Respectfully submitted this 29th day of June, 2005.

/s/ Deborah Q. Harding
**DEBORAH Q. HARDING (HAR 264)**
Attorney for Plaintiff

OF COUNSEL:
HARDING & CLAUNCH, LLC
2800 Zelda Road, Suite 100-9
Montgomery, AL  36106
334-356-6070

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel of record by placing a copy of the same in the United States Mail, first class postage prepaid on this the 29th of June 2005.

Charlotte K. McClusky
Littler Mendelson, P.C.
3348 Peachtree Rd. NE, Suite 1100
Atlanta, GA  30326-1008

/s/ Deborah Q. Harding
**Deborah Q. Harding**