## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 30, 2005

# NOTICE OF DEFICIENCY

**To:       Attorney Deborah Harding**

**From:   Clerk's Office**

**Case Style:  McKinley v. PETSMART INC. et al**

**Case Number:  2:05-cv-00562-C**

**Referenced Pleading:   BRIEF/MEMORANDUM in Support of Motion to Remand**

**Docket Entry #   11**

**Notice is hereby given that the referenced deficient pleading was filed on   June 29, 2005 in the above-styled case:**

*The certificate of service is not dated and does not contain your e-file signature*

**This deficiency must be corrected within ten (10) days from this date. You must file a dated and signed certificate of service the referenced pleading indicating this pleading has been served on the parties to this action.**

*DO NOT E-FILE YOUR CORRECTION.......IT MUST BE MAILED TO THE CLERK'S OFFICE.*

**\*\*\*\*\*An added note to counsel:   When e-filing a motion to amend complaint (see docket entry 10), the proposed amended complaint (see docket entry 12) should be an attachment to the motion and not e-filed as a separate filing.  You must have been granted leave of the court prior to e-filing your amended complaint.  No action is required at this time regarding these two filings. \*\*\*\*\***