**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                             TELEPHONE (334) 954-3600

July 1, 2005

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   McKinley v. PETSMART INC. et al

Case Number:   2:05-cv-00562-CSC

RE:   Brief in support Docket Entry #11

**This Notice of Correction was filed in the referenced case this date to satisfy the deficiency regarding the certificate of service on the PDF document previously attached.**

**The corrected PDF document is attached to this notice for your review.   Reference is made to document # 11   filed on   June 29, 2005.**