IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES MCKINLEY,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:05-CV-562-C |
| | : | |
| **PETSMART, INC.,** *et al*, | : | |
| | : | |
| Defendants. | : | |

### DEFENDANT PETsMART, INC.'s
### CORPORATE DISCLOSURE STATEMENT

Pursuant to the Corporate Disclosure Statement provisions of Rule 7.1 of the Federal Rules of Civil Procedure, Defendant PETsMART, a non-governmental corporate party to this proceeding files this Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary, and other affiliate corporations and lists any publicly held company that "owns 10% or more of its stock or state that there is no such corporation." The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with these provisions, this Corporate Disclosure Statement is filed on behalf of PETsMART, Inc.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

   ☐ Yes    ☒ No

2. Is there a publicly owned corporation, not a party to the case, that owns 10% or more of PETsMART's stock?

☐ Yes             ☒ X  No

Respectfully submitted this 5th day of July, 2005.

s/Donald w. Benson
Donald W. Benson
(admitted pro hac vice)
A. R. Tulani Grundy
(admitted pro hac vice)
Charlotte K. McClusky
Alabama Bar No. 5296A57M
LITTLER MENDELSON, P.C.
2248 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
Tel:   404.233.0330
Fax:   404.233.2361
E-mail: dbenson@littler.com

ATTORNEY FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES MCKINLEY, | : |
| Plaintiff, | : |
| v. | : Case No. 2:05-CV-562-C |
| PETSMART, INC., *et al*, | : |
| Defendants. | : |

## *CERTIFICATE OF SERVICE*

I hereby certify that on July 5, 2005, I electronically filed *Defendant PETsMART, Inc.'s Corporate Disclosure Statement* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record: Deborah Q. Harding.

s/ Donald W. Benson
Donald W. Benson
(admitted pro hac vice)
A.R. Tulani Grundy
(admitted pro hac vice)
Charlotte K. McClusky
Alabama Bar No. 5296A57M
LITTLER MENDELSON, P.C.
2248 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
Tel:  404.233.0330
Fax:  404.233.2361

E-mail: dbenson@littler.com
