IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES MCKINLEY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05-CV-562-C |
| | ) |
| PETSMART INC., *et al*, | ) |
| | ) |
|    Defendants. | ) |

**SHOW CAUSE ORDER**

Upon consideration of the plaintiff's motion to remand (doc. # 9) and motion to amend (doc. # 10), it is

ORDERED that on or before July 21, 2005, the opposing parties shall show cause why the motions should not be granted.

Done this 6th day of July, 2005.

                                   /s/Charles S. Coody
                                   CHARLES S. COODY
                                   CHIEF UNITED STATES MAGISTRATE JUDGE