**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 6, 2005

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   McKinley v. PETSMART INC. et al.
      Civil Action No. 2:05-cv-00562-CSC

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now **2:05-cv-00562-F**.

This new case number should be used on all future correspondence and pleadings in this action.