IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHARLES MCKINLEY**, an individual, | * |
| Plaintiff, | * |
| v. | * CASE NO. 2:05 CV 562-C |
| **PETsMART, INC.**, *et al.*, | * |
| Defendants. | * |

## MOTION FOR LEAVE TO FILE OUT OF TIME
## TO SHOW CAUSE WHY DEFENDANT KELLY WATSON SHOULD NOT BE DISMISSED

**COMES NOW** the Plaintiff in the above-styled matter and moves this Honorable Court to allow Plaintiff to be allowed to show cause why this defendant should not be dismissed.

1. Plaintiff filed a Motion to Remand within the time frame stipulated by the Court to file the Motion to show Cause.

2. Plaintiff expects this matter to be remanded back to the State Courts as complete diversity has not been met, and the matter in controversy does not meet the applicable standards.

3. Attached Motion to Show Cause clearly indicates that Defendant was indeed properly served under the Alabama Rules of Civil Procedure

Respectfully submitted this 28th day of July, 2005.

/s/ Deborah Q. Harding

                                  Deborah Q. Harding (HAR264)
                                  Attorneys for Plaintiff

**OF COUNSEL:**

HARDING & CLAUNCH, LLC
2800 Zelda Rd., Suite 100-9
Montgomery, AL 36106
(334) 356-6070 Facsimile

### CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 28th day of July, 2005.

                                  /s/ Deborah Q. Harding

OF COUNSEL

Charlotte K. McClusky
Littler Mendelson, P. C.
3348 Peachtree Rd., NE, Suite 1100
Atlanta, GA 30326-1008