**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **CHARLES MCKINLEY, an individual,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 2:05 CV 562-C |
| | * | |
| **PETsMART, INC.,** *et al.*, | * | |
| | * | |
| Defendants. | * | |

## *MOTION TO SHOW CAUSE WHY DEFENDANT KELLY WATSON SHOULD NOT BE DISMISSED*

**COMES NOW** the Plaintiff in the above-styled matter and moves this Honorable Court to allow Plaintiff to show cause why this defendant should not be dismissed.

1. At the time of the incident that forms the basis for this action, Ms. Kelly Watson was a resident of the State of Alabama.

2. Kelly Watson was and continues to be an employee of PetsMart, Inc. and as such continues to have ties to the State of Alabama through her employment.

3. An employee of PetsMart properly accepted personal service for Ms. Kelly Watson on May 13, 2005. At that time, Plaintiff had no knowledge that Defendant Watson had moved from the State and fully believed that service of process was proper.

4. Mr. Donald Benson, attorney for PetsMart and Kelly Watson contacted my office to say that service of process was not proper but that if service

        was perfected by Certified Mail that he would accept service for Ms. Watson.

5.     Service by Certified Mail was requested on July 1, 2005, as requested by Defendant's attorney of record.

6.     Defendant and Defendant's attorney of record cannot argue that they did not have notice of the Complaint and dismissal of this defendant would not be just in this matter given the circumstance.

Respectfully submitted this 28th day of July, 2005.

/s/ Deborah Q. Harding
Deborah Q. Harding (HAR264)
Attorneys for Plaintiff

**OF COUNSEL:**

HARDING & CLAUNCH, LLC
2800 Zelda Rd., Suite 100-9
Montgomery, AL 36106
(334) 356-6070 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 28th day of July, 2005.

/s/ Deborah Q. Harding

OF COUNSEL

Charlotte K. McClusky
Littler Mendelson, P. C.
3348 Peachtree Rd., NE, Suite 1100
Atlanta, GA 30326-1008