IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES MCKINLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-562-F |
| | ) | |
| PETSMART, INC. and KELLY WATSON, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

Upon consideration of the Plaintiff's Motion for Leave to File Out of Time to Show Cause Why Defendant Kelly Watson Should Not be Dismissed (Doc. #19), filed July 28, 2005, it is hereby ORDERED that the Motion for Leave to File is GRANTED. The Clerk of the Court is DIRECTED to docket the Plaintiff's Motion to Show Cause Why Defendant Kelly Watson Should Not Be Dismissed, which this Court hereby CONSTRUES as a Response in Opposition to Defendant Watson's Motion to Dismiss for Insufficient Service of Process. It is further ORDERED that Defendant Kelly Watson shall, on or before August 4, 2005, file a Reply to the Plaintiff's Response, responding to the Plaintiff's allegations regarding an agreement between counsel regarding service by certified mail.

DONE this 28th day of July, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE