# ATTACHMENT

# A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES MCKINLEY,<br><br>     Plaintiff,<br><br>v.<br><br>PETsMART, INC. and KELLY WATSON,<br><br>     Defendants. | CIVIL ACTION NO.<br>2:05-CV-00562-F |

### *AFFIDAVIT OF DONALD W. BENSON*

Pursuant to 28 U.S.C. § 1746, Donald W. Benson states as follows:

1. My name is Donald W. Benson. I am over eighteen (18) years of age, have a sound mind, and suffer from no disabilities that would prevent me from giving this Affidavit. I have personal knowledge of the facts and information contained in this Affidavit. I give this Affidavit for use in the above-styled legal proceeding.

2. I am lead counsel in the above case for Defendants PETsMART, Inc. and Kelly Watson. I and the other defense counsel of record in this case, Charlotte McClusky and Tulani Grundy, maintain our offices at Littler Mendelson, P.C., 3348 Peachtree Rd., N.E., Suite 1100, Atlanta, Ga. 30326.1008.

1

3. Prior to June 17, 2005, I telephoned and spoke to Plaintiff's counsel, Deborah Harding. I told Ms. Harding that Kelly Watson was not a citizen of Alabama but maintained her residence in Georgia and was assigned to a PETsMART store in Georgia, at the time of the filing of the Complaint and the attempt at service on her in Alabama. I stated that Defendants' position would be that service through Al Williams would not be effective because he was not authorized to accept service for Kelly Watson. I explained that I was authorized to accept service on Kelly Watson by U.S. Mail. There was no agreement to waive service upon Kelly Watson and Plaintiff's counsel, Ms. Harding, did not indicate whether or not Plaintiff would attempt to serve Kelly Watson by U.S. Mail upon me.

4. No service was received or rejected by me or my office for Kelly Watson prior to the deadline for filing an answer or motion to dismiss on June 17, 2005.

5. I am lead counsel on this case for Defendants Watson and PETsMART.

6. I have not received any service by U.S. Mail or other form of delivery of a Summons and Complaint in this case for Kelly Watson since my telephone discussion with Plaintiff's counsel, including before and after the filing of Watson's Motion To Dismiss.

7.  I have not been able to identify any record of my office's receipt of any such Summons and Complaint by U.S. Mail or other form of delivery.

8.  I have examined the receipts for deliveries and U.S. Mail, as well as the records kept on case filings, and found no record of such delivery or U.S. Mail.

9.  I have asked other attorneys listed as counsel of record in this case as well as the staff responsible for receiving and processing U.S. Mail and can find no record or indication of the office's receipt of a Summons and Complaint for Kelly Watson.

10. Similarly, there is no record of any employee or attorney rejecting U.S. Mail service of a Summons and Complaint for Kelly Watson.

11. I would be the only attorney authorized to reject any form of certified U.S. Mail in this case and I have not rejected any such attempt at service.

12. I declare under penalty of perjury that the foregoing is true and correct.

Executed this _3rd_ day of _August_ , 2005.

_Donald W. Benson_
Donald W. Benson

Firmwide:80286813.1 037653.1061

3