IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES MCKINLEY,<br><br>Plaintiff,<br><br>v.<br><br>PETsMART, INC., KELLY WATSON, and AL WILLIAMS,<br><br>Defendants. | CIVIL ACTION NO.<br>2:05-CV-00562-F |

**DEFENDANT WATSON'S
MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Defendant Kelly Watson ("Watson") moves to dismiss Plaintiff's First Amended Complaint as to Watson only pursuant to Fed. R. Civ. P. 12(b)(2) and (5), because Watson has not been properly served with a Summons and the First Amended Complaint as required by Fed. R. Civ. P. 4, and has pending a Motion to Dismiss the original Complaint for insufficient service of process.

By order of this Court on August 24, 2005, Plaintiff's Motion to Remand was denied and Plaintiff's Motion to file Amended Complaint was granted. Plaintiff filed his First Amended Complaint on August 24, 2005 and email service was sent to counsel for Defendants Watson, Williams and PETsMART, Inc. ("PETsMART") on the same date. Watson filed a pending MOTION TO

DISMISS FOR INSUFFICIENT SERVICE OF PROCESS as to original Complaint on June 17, 2005. Watson's pending motion is not waived, but Watson further files this MOTION TO DISMISS THE FIRST AMENDED COMPLAINT as to her for ineffective service of process and submits that she has not been served with a Summons and the First Amended Complaint as required by Fed. R. Civ. P. 4.

For the reasons stated above, Defendant Watson requests that her MOTION TO DISMISS THE ORIGINAL COMPLAINT be granted as to Watson and that she be dismissed as party defendant from this case. In the alternative, Watson requests that her MOTION TO DISMISS AS TO THE FIRST AMENDED COMPLAINT be granted due to ineffective service of process on Watson and that she be dismissed as a part defendant in this case.

Respectfully submitted, this 13th day of September, 2005.

s/ Donald W. Benson
Donald W. Benson, *pro hac vice*
Georgia Bar No. 052350
LITTLER MENDELSON, P.C.
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
Tel:   404.233.0330
Fax:   404.233.2361
E-mail: dbenson@littler.com

ATTORNEY FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES MCKINLEY,<br><br>    Plaintiff,<br><br>v.<br><br>PETsMART, INC., KELLY WATSON, and AL WILLIAMS,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:05-CV-00562-F |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2005, I electronically filed *Defendant Watson's Motion To Dismiss First Amended Complaint* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Deborah Queen Harding
>Harding & Claunch, LLC
>dqharding@knology.net

>s/ Donald W. Benson
>Donald W. Benson, *pro hac vice*
>Georgia Bar No. 052350
>LITTLER MENDELSON, P.C.
>3348 Peachtree Road, N.E.. Suite 1100
>Atlanta, Georgia 30326-1008
>Tel:  404.233.0330
>Fax:  404.233.2361
>E-mail: dbenson@littler.com

>ATTORNEY FOR DEFENDANTS

Firmwide:80381692.1 037653.1061