IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES MCKINLEY,

        Plaintiff,

v.

PETsMART, INC., KELLY
WATSON, and AL WILLIAMS,

        Defendants.

CIVIL ACTION NO.
2:05-CV-00562-F

DEFENDANT WATSON'S
MEMORANDUM IN SUPPORT OF
MOTION TO DISMISS FIRST AMENDED COMPLAINT

Defendant Kelly Watson ("Watson") submits this Memorandum in support of her Motion to Dismiss Plaintiff's First Amended Complaint as to Watson only pursuant to Fed. R. Civ. P. 12(b)(2) and (5), because Watson has not been properly served with a Summons and the First Amended Complaint as required by Fed. R. Civ. P. 4, and Watson has pending a Motion to Dismiss pursuant to Fed. R. Civ. P. 12 for insufficient service of process.

By order of this Court on August 24, 2005, Plaintiff's Motion to Remand was denied and Plaintiff's Motion to File Amended Complaint was granted. Plaintiff filed his First Amended Complaint on August 24, 2005 and email service

was sent to counsel for Defendants Watson, Williams and PETsMART, Inc. ("PETsMART") on the same date. Watson filed a pending MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS as to the original Complaint on June 17, 2005. Watson's pending motion is not waived. Further, Watson has not been personally served or served by U.S. Mail with a Summons and the First Amended Complaint as required by Fed. R. Civ. P. 4. Second Affidavit of Kelly Watson, attached hereto.

For the reasons stated above, Defendant Watson requests that her MOTION TO DISMISS THE ORIGINAL COMPLAINT be granted as to Watson and that she be dismissed as party defendant from this case. In the alternative, Watson requests that her MOTION TO DISMISS AS TO THE FIRST AMENDED COMPLAINT be granted due to ineffective service of process on Watson and that she be dismissed as a party defendant in this case.

Respectfully submitted, this 13th day of September, 2005.

s/ Donald W. Benson
Donald W. Benson, *pro hac vice*
Georgia Bar No. 052350
LITTLER MENDELSON, P.C.
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
Tel: 404.233.0330
Fax: 404.233.2361
E-mail: dbenson@littler.com

ATTORNEY FOR DEFENDANTS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

CHARLES MCKINLEY,

      Plaintiff,

v.

PETsMART, INC., KELLY
WATSON, and AL WILLIAMS,

      Defendants.

CIVIL ACTION NO.
2:05-CV-00562-F

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2005, I electronically filed *Defendant Watson's Memorandum in Support of Motion To Dismiss First Amended Complaint* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Deborah Queen Harding
> Harding & Claunch, LLC
> dqharding@knology.net

> s/ Donald W. Benson
> Donald W. Benson, *pro hac vice*
> Georgia Bar No. 052350
> LITTLER MENDELSON, P.C.
> 3348 Peachtree Road, N.E.. Suite 1100
> Atlanta, Georgia 30326-1008
> Tel:   404.233.0330
> Fax:   404.233.2361
> E-mail: dbenson@littler.com

> ATTORNEY FOR DEFENDANTS

Firmwide:80381763.1 037653.1061