# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CHARLES MCKINLEY,<br><br>    Plaintiff,<br><br>v.<br><br>PETsMART, INC., KELLY WATSON, and AL WILLIAMS,<br><br>    Defendants. | CIVIL ACTION NO.<br>**2:05-CV-00562-F** |

### *SECOND AFFIDAVIT OF KELLY WATSON*

Pursuant to 28 U.S.C. § 1746, Kelly Watson states as follows:

1. My name is Kelly Watson. I am over eighteen (18) years of age, have a sound mind, and suffer from no disabilities that would prevent me from giving this Affidavit. I have personal knowledge of the facts and information contained in this Affidavit. I give this Affidavit for use in the above-styled legal proceeding.

2. As of August 30, 2005, I have not received a Summons and copy of the First Amended Complaint in this case by any method of service including hand delivery or U.S. Mail.

3. I am an employee of PETsMART, Inc. who formerly worked at the PETsMART Store located at East Chase Shopping Center, Montgomery, Alabama 36117.

4. The original Complaint is dated as filed on May 6, 2005.

5. The First Amended Complaint is dated as filed on August 24, 2005.

6. I moved to Georgia on March 28, 2005, prior to the filing of the original Complaint. I work in Georgia at a PETsMART store and rent an apartment in Georgia as my permanent residence. I currently maintain a residence at 1490 Willow Lake Dr., Apt. C, Atlanta, Georgia 30329. I am a citizen and resident of the State of Georgia.

7. On information and belief, on May 13, 2005, a process server attempted to serve me with a copy of the Summons and original Complaint for the above-captioned action at the PETsMART Store at East Chase Shopping Center. Al Williams, the District Manager for that PETsMART Store, accepted service of this Summons and original Complaint from the process server without my authorization. I did not authorize him before or since to accept official court papers for me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of September, 2005.

*/s/ Kelly Watson*
Kelly Watson

Plrmwide:80381825.1 037653.1061

3