**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **CHARLES MCKINLEY, an individual,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 2:05 CV 562-C |
| | * | |
| **PETsMART, INC.,** *et al.*, | * | |
| | * | |
| Defendants. | * | |

## *RESPONSE TO DEFENDANT WATSON'S MOTION TO DISMISS FIRST AMENDED COMPLAINT.*

**COMES NOW** the Plaintiff in the above-styled matter and moves this Honorable Court to allow Plaintiff to again show cause why this defendant should not be dismissed.

1. At the time of the incident that forms the basis for this action, Ms. Kelly Watson was a resident of the State of Alabama.

2. Kelly Watson was and continues to be an employee of PetsMart, Inc. and as such continues to have ties to the State of Alabama through her employment.

3. An employee of PetsMart properly accepted personal service for Ms. Kelly Watson on May 13, 2005. At that time, Plaintiff had no knowledge that Defendant Watson had moved from the State and fully believed that service of process was proper.

4. Mr. Donald Benson, attorney for PetsMart and Kelly Watson contacted my office to say that service of process was not proper but that if service was mailed to him that he would accept service for Ms. Watson. This is

        evidenced by the email sent from Mr. Benson to Plaintiff's attorney dated May 27, 2005, a copy of which is attached.

5. Service by Certified Mail was requested on July 1, 2005, through the Montgomery County Circuit Court as requested by Defendant's attorney of record.

6. Service of the Amended Complaint filed in the Middle District of Alabama was made on the Defendant's Attorney as noted on the Certificate of Service through the U.S. Mail in addition to the service through the CM/ECF filing system.

7. Defendant and Defendant's attorney of record cannot argue that they did not have notice of the Complaint and dismissal of this defendant would not be just in this matter given the circumstance.

8. Certified Mail was returned for insufficient address by the U. S. Postage Service as evidenced by the attached copies, and Plaintiff's Attorney is in the process of correcting the omission of the Suite number and will send the Complaint via Certified Mail.

9. Plaintiff's attorney has again requested that the Montgomery County Circuit Court serve the Summons and Complaint by Certified Mail at the correct address.

Respectfully submitted this 15th day of September, 2005.

                                    /s/ Deborah Q. Harding
                                    Deborah Q. Harding (HAR264)
                                    Attorney for Plaintiff

**OF COUNSEL:**

HARDING & CLAUNCH, LLC
2800 Zelda Rd., Suite 100-9
Montgomery, AL  36106
(334) 356-6070 Facsimile

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 15, 2005, I electronically filed Plaintiff's ***RESPONSE TO DEFENDANT WATSON'S MOTION TO DISMISS FIRST AMENDED COMPLAINT*** with the Clerk of Court using the CM/ECF system which will automatically send email notificati9on of such filing to the following attorneys of record:

      Charlotte K. McClusky
      Littler Mendelson, P. C.
      3348 Peachtree Rd., NE, Suite 1100
      Atlanta, GA  30326-1008

      /s/ Deborah Q. Harding

**OF COUNSEL:**

HARDING & CLAUNCH, LLC
2800 Zelda Rd., Suite 100-9
Montgomery, AL  36106
(334) 356-6070 Facsimile