# Deborah Harding

**From:** Benson, Donald W. [DBenson@littler.com]
**Sent:** Friday, May 27, 2005 9:26 AM
**To:** 'dqharding@knology.net'

Deborah, You can mail me service of the Complaint and summons for Kelly Watson at:

Donald W. Benson
Littler Mendelson, P.C.
3348 Peachtree Road, NE
Suite 1100
Atlanta, Georgia 30326
404-233-0330
dbenson@littler.com

I look forward to working with you.


----
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to
postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com

9/14/2005

15(M)

| State of Alabama Unified Judicial System | **SUMMONS** | Case Number |
|---|---|---|
| Form C-34.   Rev 6/88 | - CIVIL - | CV-05 7111 |

IN THE **Circuit** COURT OF **Montgomery** COUNTY

Plaintiff **Charles McKinley** v. Defendant **Kelly Watson**

NOTICE TO **Kelly Watson c/o Atty Donald Benson, 3348 Peachtree Rd NE, Suite 1100, Atlanta, GA 30326**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY **Deborah Q Harding** WHOSE ADDRESS IS **2800 Zelda Rd, Ste 100-9, Montgomery, AL 36106**.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date **07-01-05**    _Melissa Rittenour_ /ag    By _____
                      Clerk/Register

FILED 2005 JUN 29 AM 10:57 CIRCUIT COURT OF MONTGOMERY COUNTY

☑ Certified Mail is hereby requested.    _Deborah Q Harding_
                                          Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____ (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date)

Date _____    Server's Signature _____

Address of Server _____    Type of Process Server _____

TSM

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Kelly Watson<br>c/o Atty Donald Benson<br>3348 Peachtree Rd NE<br>Atlanta GA<br>30326 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>D-2<br>CV-05-1111 reissue<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 0500 0003 8043 7756 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |

p- Charles McKinley
d- Petsmart Inc

Harding + Claunch
Deborah Q. Harding

HAR264
2800 Zelda Rd
Suite 100-9

Rod Kelly Watson
C/o A+ Dental Brown
3318 Peachtree Rd NE
Atlanta, GA 30326

JM

| State of Alabama Unified Judicial System | SUMMONS | Case Number |
|---|---|---|
| Form C-34    Rev 6/88 | - CIVIL - | CV-05-1111 |

RECEIVED SHERIFFS DEPT MONTGOMERY CO AL 2005 MAY 12 A 11:33

IN THE **Circuit** COURT OF **Montgomery** COUNTY

Plaintiff **CHARLES MCKINLEY** v. Defendant **Kelly Watson & PETSMART**

NOTICE TO **Kelly Watson, c/o PETSMART, D2 Eastchase Mall, Mont. AL 36117**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND-DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY **Deborah Q Harding** WHOSE ADDRESS IS **2800 Zelda Rd, Ste 100-9, Montgomery, AL 36106**.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN **30** DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date **05/11/05**    Melissa Rittenour, Clerk/Register    By: _____

☐ Certified Mail is hereby requested.

_____ Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____ (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to ① **Al. Williams Agt** in **Mont** County, Alabama on **5-13-5** (Date)

Date **5-13-5**

Server's Signature D.S.

Address of Server _____

Type of Process Server **D.S.**