# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **CHARLES MCKINLEY,**  **Plaintiff,**  v.  **PETsMART, INC., KELLY WATSON and AL WILLIAMS,**  **Defendants.** | **CIVIL ACTION NO. 2:05-CV-00562-F** |

## DEFENDANT WATSON'S MOTION TO RECONSIDER A PORTION OF JUDGE MARK E. FULLER'S OCTOBER 17, 2005 ORDER

Defendant Watson respectfully moves the Court to reconsider the portion of the Honorable Mark E. Fuller's October 17, 2005 Order holding that Plaintiff's 120 days for serving Defendant Watson had not yet expired pursuant to Fed. R. Civ. P. 4 (m).[1] The Court's calculation of the 120-day period appears to be erroneous. The 120 day-period expires on September 3, 2005; such that Watson's Motion to Dismiss for ineffective service of process should be granted.

As the court noted in its Order, the Complaint was filed on May 6, 2005. (Order, p. 4). Based on Defendant's calculation, the 120 days would have expired on September 3, 2005. Rule 4(m) of the Federal Rules of Civil Procedure requires that the summons and complaint be properly served upon a defendant within 120

---

[1] In its Order, the Court correctly concluded that none of Plaintiff's efforts constituted proper service of the Complaint and Summons on Defendant Watson. (Order, p. 4).

days after the complaint is filed and that time period has expired.  Consequently, Defendant Watson should be dismissed, with prejudice, as a party to this action.

Respectfully submitted, this___day of October, 2005.

                                                s/  Donald W. Benson
Donald W. Benson, *pro hac vice*
Georgia Bar No. 052350
Charlotte W. McClusky
Alabama Bar No. 5296A57M
A.R. Tulani Grundy, *pro hac vice*
Georgia Bar No. 141522
LITTLER MENDELSON, P.C.
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
Tel:   404.233.0330
Fax:   404.233.2361
E-mail: dbenson@littler.com

ATTORNEY FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES MCKINLEY,<br><br>    Plaintiff,<br><br>v.<br><br>PETsMART, INC., KELLY WATSON, and AL WILLIAMS,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:05-CV-00562-F |

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2005, I electronically filed *Defendant Watson's Motion To Reconsider A Portion Of Judge Mark E. Fuller's October 17, 2005 Order* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Deborah Queen Harding
    Harding & Claunch, LLC
    dqharding@knology.net

    s/ Donald W. Benson
    Donald W. Benson, *pro hac vice*
    Georgia Bar No. 052350
    LITTLER MENDELSON, P.C.
    3348 Peachtree Road, N.E.. Suite 1100
    Atlanta, Georgia 30326-1008
    Tel:   404.233.0330
    Fax:  404.233.2361
    E-mail: dbenson@littler.com

    ATTORNEY FOR DEFENDANTS