## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **CHARLES MCKINLEY,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO.**<br>**2:05-CV-00562-F** |
| **PETsMART, INC., KELLY WATSON and AL WILLIAMS,** | |
| **Defendants.** | |

## ORDER DISMISSING DEFENDANT WATSON

Because service was not perfected within 120-days pursuant to Fed. R. Civ. P. 4(m), Defendant Watson is dismissed, with prejudice, as a party in this case.  Upon finding good cause, Defendant Watson's Motion to Dismiss for Insufficient Service of Process is GRANTED.

So, ORDERED this _____day of October, 2005.

_____
THE HONORABLE MARK E. FULLER
CHIEF UNITED STATES DISTRICT JUDGE