IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES MCKINLEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 2:05-cv-562-F |
| PETSMART, INC., et. al. | ) |
| Defendants. | ) |

## **ORDER**

This cause is before the Court on Defendant Watson's Motion to Reconsider a Portion of Judge Mark E. Fuller's October 17, 2005 Order (Doc. # 30). Defendant Kelly Watson asserts that the Court was in error when it stated that

> since the Complaint was filed on May 6, 2005, the Federal Rule 4(m) 120-day time limit to serve process has not yet run. Therefore, Plaintiff may, if it so chooses, make another attempt to properly serve process on Ms. Watson prior to the expiration of the 120-day period.

October 17, 2005 Order at 4. Watson asserts that the 120-day time limit in fact expired on September 3, 2005. The Court agrees with Watson, and therefore it is hereby ORDERED that page 4 of the Order filed on October 17, 2005 (Doc. # 29) is CORRECTED to reflect that Federal Rule of Civil Procedure 4(m)'s 120-day time limit to serve process on Defendant Watson has in fact expired. This correction does not affect the rest of the Court's October 17, 2005 Order, nor does it change the Court's conclusion that the action be dismissed without prejudice as to Defendant Watson.

DONE this 24th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE