# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **CHARLES MCKINLEY,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO. 2:05-CV-00562-F** |
| **PETSMART, INC., and AL WILLIAMS,** | |
| **Defendants.** | |

## REPORT OF PARTIES' RULE 26(f) PLANNING MEETING

1.    Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held

on November 3, 2005, and was attended by:

| | |
|---|---|
| Deborah Q. Harding | Attorney for Plaintiff Charles McKinley. |
| Donald W. Benson | Attorney for Defendants PetSmart[1] and Al Williams. |
| A. R. Tulani Grundy | Attorney for Defendant PetSmart and Al Williams. |
| Charlotte K. McClusky | Attorney for Defendant PetSmart and Al Williams. |

2.    **Pre-discovery Disclosures:**   The   parties   will   exchange   by

November 14, 2005, the information required by Federal Rules of

Civil Procedure 26(a)(1) and local rule 26.1(a)(1)(A).

---

[1] Effective immediately, "PETsMART" has changed the style of its name to "PetSmart."

3.      **Discovery Plan:**  The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the elements of Plaintiff's causes of action and defenses for false imprisonment, defamation, and tortious interference with employment.

Expert reports and deposition prepared on behalf of both Plaintiff and Defendant.

Depositions of experts for both the Plaintiff and Defendant.

Deposition discovery for potential eyewitnesses and/or fact witnesses.

Maximum of 25 interrogatories by each party to any other party with responses due within 30 days after service.

Maximum of 20 requests for document production by each party to any other party with responses due within 30 days after service.

Maximum of 10 requests for admission by each party to any other party with responses due within 30 days after service.

Maximum of 10 depositions by Plaintiff and 10 depositions by Defendant.  Each deposition is limited to a maximum of seven (7) hours unless extended by agreement of the parties.

Discovery will commence on December 28, 2005 and completed by March 28, 2005.

Reports retained from experts under Rule 26(a)(2) due:

From Plaintiff by January 23, 2006.

From Defendant by February 13, 2006.

Supplementation under Rule 26(3) due within 10 days of discovery and no later than any date set for a pretrial conference.

**4.    Other Items:**

All potentially dispositive motions should be filed by April 18, 2006 with responses due within 30 days after service.

Final list of witnesses and exhibits under Rule 26(a)(3) should be due:

From Plaintiff no less than 30 days prior to date of trial.

From Defendants no later than 30 days prior to date of trial.

Parties should have 7 days after service of final list of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by August 21, 2006.

This the 9th day of November, 2005.

s/  Donald W. Benson
Donald W. Benson, *pro hac vice*
Georgia Bar No. 052350
Charlotte W. McClusky
Alabama Bar No. 5296A57M
A.R. Tulani Grundy, *pro hac vice*
Georgia Bar No. 141522
LITTLER MENDELSON, P.C.

3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
Tel:   404.233.0330
Fax:   404.233.2361
E-mail: dbenson@littler.com
ATTORNEYS FOR DEFENDANTS


<u>s/  Deborah Q. Harding</u>
Deborah Q. Harding
Alabama Bar No. 7589 078H
Harding & Claunch LLC
2800 Zelda Rd.
Suite 100-9
Montgomery, AL 36106
Tel:   334.356.6070
Fax:   334.356.6040
E-mail: <u>dqharding@knology.net</u>
ATTORNEY FOR PLAINTIFF

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

**CHARLES MCKINLEY,**

       **Plaintiff,**

**v.**

**PETsMART, INC.  and AL WILLIAMS,**

       **Defendants.**

**CIVIL ACTION NO.
2:05-CV-00562-F**

## CERTIFICATE OF SERVICE

     I hereby certify that on November 9, 2005, I electronically filed the joint *Report of Parties' Rule 26(f) Planning Meeting* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Deborah Queen Harding
> Harding & Claunch, LLC
> dqharding@knology.net

> s/  Donald W. Benson
> Donald W. Benson, *pro hac vice*
> Georgia Bar No. 052350
> LITTLER MENDELSON, P.C.
> 3348 Peachtree Road, N.E.. Suite 1100
> Atlanta, Georgia 30326-1008
> Tel:   404.233.0330
> Fax:   404.233.2361
> E-mail: dbenson@littler.com

> ATTORNEY FOR DEFENDANTS

Firmwide:80574612.1 037653.1061