IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES MCKINLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 2:05-cv-562-F |
| ) | |
| PETSMART, INC., et. al. ) | |
| ) | |
| and ) | |
| ) | |
| KELLY WATSON, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This cause is before the Court on Defendant Watson's Motion to Dismiss First Amended Complaint as to her (Doc. # 26). For the reasons set forth in this Court's October 17, 2005 Order (Doc. # 29), the motion is hereby GRANTED. This has no effect on the First Amended Complaint as it pertains to defendants PETSMART and Al Williams.

DONE this 28th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE