# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **CHARLES MCKINLEY,** | |
| **Plaintiff,** | |
| v. | **CIVIL ACTION NO. 2:05-CV-562-F** |
| **PETSMART, INC., and AL WILLIAMS,** | |
| **Defendants.** | |

## *DEFENDANTS' MOTION FOR SUMMARY JUDGMENT*

Defendants PetSmart, Inc. and Al Williams (collectively "Defendants") move this Court pursuant to Rule 56(c) of the Federal Rules of Civil Procedure to enter summary judgment as to Plaintiff's entire Amended Complaint on the basis that there is no genuine dispute of material fact and Defendants are entitled to judgment as a matter of law. Plaintiff's claim of false imprisonment fails because he was not detained against his will by direct restraint or force. Plaintiff's claim for defamation of character fails because he presented no evidence of a publication of any defamatory statement by management level employees. Plaintiff's claim for tortious interference with employment fails because plaintiff has presented no evidence that defendants made any "bad" references to prospective employers. In

support of this Motion, Defendants rely upon their Separate Statement of Undisputed Material Facts and Memorandum of Law attached hereto and incorporated herein.

WHEREFORE, Defendants respectfully request the Court to grant their Motion for Summary Judgment, dismiss Plaintiff's claims in their entirety.

Respectfully submitted,

**s/ Donald W. Benson**
Donald W. Benson
*Pro Hac Vice*
Georgia Bar No. 052350
A. R. Tulani Grundy
*Pro Hac Vice*
Georgia Bar No. 141522
Charlotte K. McClusky
Alabama Bar No. 5296A57M
Attorneys for Defendants
LITTLER MENDELSON, PC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **CHARLES MCKINLEY,** | |
| **Plaintiff,** | |
| v. | **CIVIL ACTION NO. 2:05-CV-562-F** |
| **PETSMART, INC., and AL WILLIAMS,** | |
| **Defendants.** | |

### *CERTIFICATE OF SERVICE*

It is hereby certified that on April 18, 2006, I electronically filed the foregoing ***Defendants' Motion for Summary Judgment*** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:  Deborah Q. Harding, Esq.

                                          **s/ Donald W. Benson**
                                          Attorney for Defendants

LITTLER MENDELSON, PC
3348 Peachtree Road, NE
Suite 1100
Atlanta, Georgia 30326-1008
Telephone:  (404) 233-0330
Facsimile:  (404) 233-2361
E-mail: dbenson@littler.com