**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **CHARLES MCKINLEY,**<br><br>　　**Plaintiff,**<br><br>**v.**<br><br>**PETSMART, INC., and AL WILLIAMS,**<br><br>　　**Defendants.** | **CIVIL ACTION NO. 2:05-CV-562-F** |

*APPENDIX OF EXHIBITS CITED IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT*

1. Excerpts from Deposition of Charles McKinley

2. Excerpts from Exhibits to Deposition of Charles McKinley

3. Affidavit of Al Williams ("Williams Aff.")

4. Affidavit of Kelly Watson ("Watson Aff.")

5. Affidavit of Kristi Hill ("Hill Aff.")

6. Amended Complaint

7. Unpublished Cases cited in Memorandum of Law

2

Respectfully submitted this 18th day of April, 2006.

**s/ Donald W. Benson, Esq.**
Donald W. Benson
*Pro Hac Vice*
Georgia Bar No. 052350
A. R. Tulani Grundy
*Pro Hac Vice*
Georgia Bar No. 141522
Charlotte K. McClusky
Alabama Bar No. 5296A57M
Attorneys for Defendants
LITTLER MENDELSON, PC
3348 Peachtree Road, NE
Suite 1100
Atlanta, GA  30326-1008
Telephone:  (404) 233-0330
Email: dbenson@littler.com
Email: tgrundy@littler.com

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **CHARLES MCKINLEY,** <br><br> **Plaintiff,** <br><br> v. <br><br> **PETSMART, INC., and AL WILLIAMS,** <br><br> **Defendants.** | **CIVIL ACTION NO. 2:05-CV-562-F** |

## *CERTIFICATE OF SERVICE*

It is hereby certified that on April 18, 2006, I electronically filed the foregoing ***Appendix of Exhibits Cited in Support of Defendants' Motion for Summary Judgment*** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record: Deborah Q. Harding.

            **s/ Donald W. Benson, Esq.**
            *Pro Hac Vice*
            Georgia Bar No. 052350
            Attorney for Defendants

LITTLER MENDELSON, PC
3348 Peachtree Road, NE, Ste. 1100
Atlanta, Georgia 30326-1008
Telephone: (404) 233-0330
Facsimile: (404) 233-2361
E-mail: dbenson@littler.com