

## PETsMART.
### Where pets are family.™

## Loss Prevention Department Statement and Signature Form

Date __8-13-04__       Case # _____

Name _Charles McKinley_  SS/SIN# __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__

Street Address __3401 Elaine Drive_____

City _Montgomery_  State/Province _AL_     Zip/Postal Code _36109_

Home Telephone Number (334) _657-1220_____

Date of Birth_3-28-_____ Age _23_  Associate # _____

Job Title _Presentation Manager_ . Date of Hire _____

Job/Store Location ~~PetsMart Store~~ _1115 Montgom._
                                                            _AL_

---

I, __Charles McKinl__ , hereby admit to creating a loss of

$ _____ by means of _____ from

PETsMART Store # _1115_ on _____, 200__.

I make this statement voluntarily to _Al Williams_ , who I know to be

a representative of the PETsMART, Inc. Loss Prevention Department. No threats or acts of

force have been made against me, nor promises made to me in exchange for my statement. I

understand that this statement may be used against me in a court of law.

Signed: _Charles McKinley_       Date: _8-13-04_

Printed Name: _Charles McKinley_

Witness: _____       Date: _____

---

Defendant's Exhibit

McKINLEY-1
3/27/06   TKC

Page __1__ of ____ pages          Statement of I Charles

McKinley admit to coming to

The building after hours.

Signature _____

Date _____

Page _____ of _____ pages        Statement of _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signature _____

Date        _____

Page _____ of _____ pages        Statement of _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signature _____

Date _____





Defendant's Exhibit

McKINLEY - 2
3/27/06




Defendant's Exhibit

McKINLEY - 3
3/27/06

## Off-Hours Access Control Policy & Procedures

**Purpose: The protection of Company assets and safety of associates & pets**

**Policy**

During non-business hours the store is required to be secure and access to the store controlled. Non-business hours are defined as all hours during which time product or services are not offered for sale to the general public.

**Standards**

· During non-business hours there must be at least two individuals in the store at any given time. One of those individuals must be a member of PETsMART Store Management. Exception approvals require District Managers or Asset Protection Managers.

During a fire or burglar alarm response the second person may be Law Enforcement or Fire Response personnel.

In the event of a Banfield after hours response, the Banfield veterinarian/Hospital Director (HD) and a second Banfield associate will respond accordingly. The required PETsMART Manager is waived in these situations.

· During special projects that require overnight work such as remodels, the designated PETsMART Project Coordinator or Manager will act on behalf of store management in the role of building supervisor.

· To authorize extended hours for alarm purposes the Store Manager must contact the appropriate alarm monitoring company (in most cases, Checkpoint) to notify the monitoring center of the change in schedule. Only the Store Manager can authorize this change to the schedule. The Store Manager may make schedule changes to accommodate overnight duties for a period up to 14 days.

· During non-business hours perimeter doors must remain secure. This means doors in the locked position. In unusual situations were the perimeter door needs to remain unlocked for an extended period i.e. a remodel project, the unsecured portion of the building must be supervised by a member of PETsMART management.

· Activation of the stores perimeter alarm system during non-business hours activity is required if the store is programmed for this function. This alarm system feature may or may not be functional depending on the alarm system set up. Consult your alarm central station or Asset Projection Manager for information on after hours perimeter alarm set up.

· If at any time during the course of overnight activities an individual leaves the premises or the confines of the building a second individual must escort or visually observe the individual leave the parking lot. If personnel breaks are required during the course of overnight activities and associates must leave the building a supervisor must monitor the break activity if it occurs in the vicinity of the store.

· PETsMART associates, friends and relatives of associates, and other persons without legitimate business are prohibited from being in the store during non-business hours

© PETsMART Store Support Group, Inc. All Rights Reserved.

Defendant's Exhibit

MCKINLEY-6
3/27/06  TRC

08/11/04                  O p e n / C l o s e   R e p o r t                    PAGE:  1

CHECKPOINT SECURITY SYSTEMS
6640 SHADY OAK ROAD #300
EDEN PRAIRIE, MN 55344
1-800-888-4443


PETSMART #1115
2510 BERRYHILL RD
BURG\FIRE
MONTGOMERY , AL 36117 USA


PETSMART #1115                          Account: 064113
2510 BERRYHILL RD                       Dealer:  PETSMA
BURG\FIRE                               From: 07/11/04 To: 08/11/04
MONTGOMERY, AL 36117 USA                Class:

| Date | Time | Signal | Information | Account: | 064113 |
|------|------|--------|-------------|----------|--------|

07/11/04 SUN
    08:00:07 SIGNAL RECEIVED:  (OP   )          004    1
             OPENING KRISTI HILL AREA 1
    20:28:50 SIGNAL RECEIVED:  (CL   )          007    1
             CLOSING CHARLES MCKINLEY AREA 1


07/12/04 MON
    06:52:55 SIGNAL RECEIVED:  (OP   )          002    1
             OPENING KELLY WATTSON DIR AREA 1
    22:36:47 SIGNAL RECEIVED:  (CL   )          007    1
             CLOSING CHARLES MCKINLEY AREA 1


07/13/04 TUE
    06:57:06 SIGNAL RECEIVED:  (OP   )          002    1
             OPENING KELLY WATTSON DIR AREA 1
    22:04:28 SIGNAL RECEIVED:  (CL   )          007    1
             CLOSING CHARLES MCKINLEY AREA 1


07/14/04 WED
    06:57:38 SIGNAL RECEIVED:  (OP   )          004    1
             OPENING KRISTI HILL AREA 1
    21:54:01 SIGNAL RECEIVED:  (CL   )          007    1
             CLOSING CHARLES MCKINLEY AREA 1


07/15/04 THU
    07:04:57 SIGNAL RECEIVED:  (OP   )          004    1
             OPENING KRISTI HILL AREA 1


07/16/04 FRI
    00:51:02 SIGNAL RECEIVED:  (CL   )          002    1
             CLOSING KELLY WATTSON DIR AREA 1
    06:58:40 SIGNAL RECEIVED:  (OP   )          007    1

Defendant's Exhibit

MCKINLEY-7
3/27/06  TRC
Alexander Gallo & Associates

08/11/04          O p e n / C l o s e   R e p o r t              PAGE:   2

Date     Time          Signal · Information              Account:   064113
-------- ------    ---------------------------------------------------------

07/16/04 FRI
                  OPENING CHARLES MCKINLEY AREA 1
         22:38:09 SIGNAL RECEIVED:  (CL   )         002      1
                  CLOSING KELLY WATTSON DIR AREA 1


07/17/04 SAT
         04:38:57 SIGNAL RECEIVED:  (OP   )         007      1
                  UNS OPENING CHARLES MCKINLEY AREA 1
         22:25:24 SIGNAL RECEIVED:  (CL   )         002      1
                  CLOSING KELLY WATTSON DIR AREA 1


07/18/04 SUN
         07:47:20 SIGNAL RECEIVED:  (OP   )         004      1
                  OPENING KRISTI HILL AREA 1
         19:56:29 SIGNAL RECEIVED:  (CL   )         002      1
                  CLOSING KELLY WATTSON DIR AREA 1


07/19/04 MON
         06:33:15 SIGNAL RECEIVED:  (OP   )         002      1
                  UNS OPENING KELLY WATTSON DIR AREA 1
         22:20:12 SIGNAL RECEIVED:  (CL   )         007      1
                  CLOSING CHARLES MCKINLEY AREA 1


07/20/04 TUE      birds from mobile
         01:49:48 SIGNAL RECEIVED:  (OP   )         002      1
                  UNS OPENING KELLY WATTSON DIR AREA 1
         02:08:39 SIGNAL RECEIVED:  (CL   )         002      1
                  CLOSING KELLY WATTSON DIR AREA 1
         07:05:35 SIGNAL RECEIVED:  (OP   )         004      1
                  OPENING KRISTI HILL AREA 1
         22:26:16 SIGNAL RECEIVED:  (CL   )         007      1
                  CLOSING CHARLES MCKINLEY AREA 1


07/21/04 WED
         06:47:12 SIGNAL RECEIVED:  (OP   )         002      1
                  UNS OPENING KELLY WATTSON DIR AREA 1
         21:48:50 SIGNAL RECEIVED:  (CL   )         003      1
                  CLOSING CHRISTY SULLIVAN AREA 1
         22:41:44 SIGNAL RECEIVED:  (OP   )         007      1
                  OPENING CHARLES MCKINLEY AREA 1
         22:48:20 SIGNAL RECEIVED:  (CL   )         007      1
                  CLOSING CHARLES MCKINLEY AREA 1


07/22/04 THU
         06:21:15 SIGNAL RECEIVED:  (OP   )         003      1
                  UNS OPENING CHRISTY SULLIVAN AREA 1
         22:38:12 SIGNAL RECEIVED:  (CL   )         007      1
                  CLOSING CHARLES MCKINLEY AREA 1

Aug-2105-2004 12:01AM    CHECKPOINT CENTRAL STATION          No. 6374   P. 2

08/11/04                  O p e n / C l o s e   R e p o r t                    PAGE:   3

Date       Time          Signal    Information                    Account:   064113
--------   --------   --------------------------------------------------------------------

07/23/04 FRI
           06:37:06  SIGNAL RECEIVED:  (OP   )           003    1
                     UNS OPENING CHRISTY SULLIVAN AREA 1
           22:32:49  SIGNAL RECEIVED:  (CL   )           002    1
                     CLOSING KELLY WATTSON DIR AREA 1


07/24/04 SAT
           06:58:24  SIGNAL RECEIVED:  (OP   )           004    1
                     OPENING KRISTI HILL AREA 1
           22:30:57  SIGNAL RECEIVED:  (CL   )           002    1
                     CLOSING KELLY WATTSON DIR AREA 1

                     *wax & recoat (alarm panel in receiving)

07/25/04 SUN
           06:44:08  SIGNAL RECEIVED:  (OP   )           002    1
                     UNS OPENING KELLY WATTSON DIR AREA 1


07/26/04 MON
           21:38:29  SIGNAL RECEIVED:  (CL   )           003    1
                     CLOSING CHRISTY SULLIVAN AREA 1


07/27/04 TUE
           06:34:09  SIGNAL RECEIVED:  (OP   )           003    1
                     UNS OPENING CHRISTY SULLIVAN AREA 1
           22:21:54  SIGNAL RECEIVED:  (CL   )           007    1
                     CLOSING CHARLES MCKINLEY AREA 1


07/28/04 WED
           06:47:38  SIGNAL RECEIVED:  (OP   )           002    1
                     UNS OPENING KELLY WATTSON DIR AREA 1
           22:17:39  SIGNAL RECEIVED:  (CL   )           007    1
                     CLOSING CHARLES MCKINLEY AREA 1


07/29/04 THU
           07:01:40  SIGNAL RECEIVED:  (OP   )           004    1
                     OPENING KRISTI HILL AREA 1
           22:02:42  SIGNAL RECEIVED:  (CL   )           007    1
                     CLOSING CHARLES MCKINLEY AREA 1


07/30/04 FRI
           06:44:07  SIGNAL RECEIVED:  (OP   )           003    1
                     UNS OPENING CHRISTY SULLIVAN AREA 1
           22:16:36  SIGNAL RECEIVED:  (CL   )           002    1
                     CLOSING KELLY WATTSON DIR AREA 1

                         early
07/31/04 SAT & truck!
           04:05:57  SIGNAL RECEIVED:  (OP   )           002    1
                     UNS OPENING KELLY WATTSON DIR AREA 1
           04:27:38  SIGNAL RECEIVED:  (CL   )           002    1

Aug. 11. 2004 12:50AM    CHECKPOINT CENTRAL STATION    No. 6274    P. 5

CHECKPOINT CENTRAL STATION

08/11/04          O p e n / C l o s e   R e p o r t                    PAGE:   4

Date        Time          Signal    Information                Account:    064113
--------   --------   -------------------------------------------------------------------

07/31/04 SAT
                        CLOSING KELLY WATTSON DIR AREA 1
           07:03:43  SIGNAL RECEIVED:  (OP   )        007      1
                        OPENING CHARLES MCKINLEY AREA 1
           22:15:38  SIGNAL RECEIVED:  (CL   )        002      1
                        CLOSING KELLY WATTSON DIR AREA 1


08/01/04 SUN
           06:38:43  SIGNAL RECEIVED:  (OP   )        004      1
                        UNS OPENING KRISTI HILL AREA 1
           19:54:52  SIGNAL RECEIVED:  (CL   )        002      1
                        CLOSING KELLY WATTSON DIR AREA 1


08/02/04 MON
           06:44:35  SIGNAL RECEIVED:  (OP   )        002      1
                        UNS OPENING KELLY WATTSON DIR AREA 1
           22:12:47  SIGNAL RECEIVED:  (CL   )        007      1
                        CLOSING CHARLES MCKINLEY AREA 1


08/03/04 TUE
           06:59:48  SIGNAL RECEIVED:  (OP   )        007      1
                        OPENING CHARLES MCKINLEY AREA 1
           22:28:36  SIGNAL RECEIVED:  (CL   )        003      1
                        CLOSING CHRISTY SULLIVAN AREA 1


08/04/04 WED
           06:53:48  SIGNAL RECEIVED:  (OP   )        002      1
                        OPENING KELLY WATTSON DIR AREA 1
           21:43:15  SIGNAL RECEIVED:  (CL   )        003      1
                        CLOSING CHRISTY SULLIVAN AREA 1


08/05/04 THU
           00:08:03  SIGNAL RECEIVED:  (OP   )        007      1
                        OPENING CHARLES MCKINLEY AREA 1
           00:14:21  SIGNAL RECEIVED:  (CL   )        007      1
                        CLOSING CHARLES MCKINLEY AREA 1
           06:42:12  SIGNAL RECEIVED:  (OP   )        003      1
                        UNS OPENING CHRISTY SULLIVAN AREA 1
           22:32:35  SIGNAL RECEIVED:  (CL   )        007      1
                        CLOSING CHARLES MCKINLEY AREA 1


08/06/04 FRI
           05:52:45  SIGNAL RECEIVED:  (OP   )        003      1
                        UNS OPENING CHRISTY SULLIVAN AREA 1
           22:15:33  SIGNAL RECEIVED:  (CL   )        002      1
                        CLOSING KELLY WATTSON DIR AREA 1

Aug. 11. 2004 12:01AM    CHECKPOINT CENTRAL STATION    No. 6374    P. 6

08/11/04                    O p e n / C l o s e   R e p o r t                    PAGE:   5

Date      Time        Signal   Information                    Account:    064113
--------  --------    -------------------------------------------------------------

08/07/04 SAT
         06:43:23  SIGNAL RECEIVED:  (OP    )          004    1
                   UNS OPENING KRISTI HILL AREA 1
         22:24:11  SIGNAL RECEIVED:  (CL    )          002    1
                   CLOSING KELLY WATTSON DIR AREA 1


08/08/04 SUN
         08:00:56  SIGNAL RECEIVED:  (OP    )          007    1
                   OPENING CHARLES MCKINLEY AREA 1
         20:05:48  SIGNAL RECEIVED:  (CL    )          002    1
                   CLOSING KELLY WATTSON DIR AREA 1
         20:49:48  SIGNAL RECEIVED:  (OP    )          006    1
                   OPENING DR LAURI OLFZEWSKI AREA 1
         21:40:13  SIGNAL RECEIVED:  (CL    )          006    1
                   CLOSING DR LAURI OLFZEWSKI AREA 1


08/09/04 MON
         06:51:29  SIGNAL RECEIVED:  (OP    )          002    1
                   OPENING KELLY WATTSON DIR AREA 1
         23:03:24  SIGNAL RECEIVED:  (CL    )          007    1
                   CLOSING CHARLES MCKINLEY AREA 1


08/10/04 TUE
         05:39:20  SIGNAL RECEIVED:  (OP    )          007    1
                   UNS OPENING CHARLES MCKINLEY AREA 1
         05:54:02  SIGNAL RECEIVED:  (CL    )          007    1
                   CLOSING CHARLES MCKINLEY AREA 1
         06:20:48  SIGNAL RECEIVED:  (OP    )          007    1
                   UNS OPENING CHARLES MCKINLEY AREA 1
         22:26:47  SIGNAL RECEIVED:  (CL    )          003    1
                   CLOSING CHRISTY SULLIVAN AREA 1
         22:37:28  SIGNAL RECEIVED:  (OP    )          007    1
                   OPENING CHARLES MCKINLEY AREA 1
         22:47:53  SIGNAL RECEIVED:  (CL    )          007    1
                   CLOSING CHARLES MCKINLEY AREA 1

# Signature Page

I hereby certify that I have read, fully understand, and will comply with all of the following agreements and documents contained in the PETsMART New Hire Kit. I understand that these agreements can only be changed in writing and signed by a duly authorized officer of PETsMART. I further understand that my employment with PETsMART is at will and based on PETsMART's and my mutual consent. That means that I may leave PETsMART at any time, for any reason, with or without prior notice. That also means that PETsMART may terminate my employment at any time, with or without good cause, with or without prior notice.

1.  Acknowledgement of Receipt of Associate Handbook
    (Also include SIGNED Acknowledgement of Receipt of Associate Handbook, in the Associate Handbook.)

2.  Hire on Contingency.

3.  Vacation Policy Acknowledgement

4.  Agreement Not To Compete (Sign Separately Also)

5.  Confidentiality Agreement (Sign Separately Also)

6.  Store Appearance Standards

_____     _____3-24-04_____
Associate's Signature                Date

REVISED 7/03

Defendant's Exhibit
McKINLEY-8
3/27/06

Case 2:05-cv-00562-MEF-CSC    Document 29-8    Filed 03/31/2006    Page 14 of 18

# PETsMART EMPLOYMENT APPLICATION

PETsMART provides equal employment opportunity without regard to an applicant's race, sex, sexual orientation, national origin, age, physical or mental disability, medical condition, religion, marital status or veteran status. It is unlawful in Massachusetts to require or administer a lie detector test as a condition of employment or continued employment. An employer who violates this law shall be subject to criminal penalties and civil liability.

Replies to all questions will be held in strictest confidence. The receipt of this application does not imply the applicant will be employed.



## PETsMART TESTS FOR DRUGS
PETsMART believes that our Associates should be able to work in a drug free environment.

How were you referred to PETsMART?  ☑ Internet   ☐ Agency   ☐ Walk-in   ☐ Employee   ☐ Other
☐ Newspaper Ad

Who referred you to us?

## PERSONAL INFORMATION

**Failure to respond to each line/question could result in immediate rejection of your application.**

Home Phone (334) 657-1220   Work Phone (334) 657-1220   May we contact you at work? Y   Social Security # 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
356-8884

| Last Name McKinHy | First Charles | Middle Key | Name you prefer to be called |

| Present Address | From | To | Number and Street | City | State | Zip |
|---|---|---|---|---|---|---|
| | 1/63 | prsnt | 3814 bienville Road | Montgomery AC 36109 | | |
| Please List Addresses For the Last Five Years | 10/02 | 6/03 | Mandeville LA 70445 | | | |
| | | | | | | |

Defendant's Exhibit
McKINLEY - 10
3/27/06 TRC

If you are under 18 years of age, can you submit proof of your eligibility to work?  Y

Have you previously worked at PETsMART?   ☐ Yes   ☑ No
Have you previously applied for work at PETsMART?   ☑ Yes   ☐ No

Certain jobs require a valid State Driver's License. Do you have one?  ☐ Yes  ☐ No
State: AC    Driver's License #: 6603046    Expiration Date: 7/26/05

Can you, after employment, submit verification of your legal right to work in the U.S.? (All job offers are conditional upon satisfactory proof of the Applicant's ability to work in the U.S.)  ☐ Yes  ☐ No
yes

| Relatives Employed By PETsMART | Name | Relationship | Company Location |
|---|---|---|---|
| | | | |

Name, address and telephone number of a person to call in case of an emergency:
Finlay Randolpl   (334) 270-9941

## PERSONAL BACKGROUND

**PREVIOUS NAME(s)** - Have you ever worked under another name which would affect employment/reference verification?
If yes, give name(s) and date(s) used:
☐ Yes   ☑ No

**EMPLOYMENT DISMISSALS** - Have you ever been discharged or forced to resign from any employment? If yes, explain:
☐ Yes   ☑ No

**CONVICTIONS** - Have you ever been convicted by any court of any felony offense? (Any offense that was adjudicated in a Juvenile Court need not be included). Existence of a criminal record does not constitute an automatic bar to employment. If yes, give details:
☐ Yes   ☑ No

Rev. 4/02

# EMPLOYMENT RECORD

List all previous employment/work experience, including periods of unemployment. Begin at the top with your present position and work backwards. If there were periods of more than a month when you were self-employed, list name, address and phone number of a person who can verify this.    Fill this application out completely, as failure to respond to each line/question could result in immediate rejection of the application.

---

**1**

| Employment Dates Month and Year | EMPLOYMENT | | SALARY | |
|---|---|---|---|---|
| | | | Start | Final |
| From 6/03 | Company Name Best Buy    Phone Number 272-1552 | | $7.10 PER HR | $9.52 PER |
| To Present | Street Address Eastern Blvd    City Montgomery    State AL    Zip Code 36107 | | Other Compensation | |
| Job Title: Home Theatre Sales | | Supervisor's Name & Title: | Hours worked per week: 40± | |
| Describe your duties: Customer Service & Sales | | | If your Supervisor rated your work, it would be: 9.5 | |
| Reason for leaving: Still Employed | | May we contact? YES | If your Supervisor rated your safety record on the job, it would be: 9.8 | |
| What you liked most about this job: Ability to lead by example & assist sales | What you liked least: NA | | Number of days missed from work (do not count vacations): 0 | |

---

**2**

| Employment Dates Month and Year | EMPLOYMENT | | SALARY | |
|---|---|---|---|---|
| | | | Start | Final |
| From 12/02 | Company Name Embassey Suites Hotels    Phone Number | | $7.50 PER | $9.00 PER |
| To 6/03 | Street Address Talapoosa St    City Montgomery    State AL    Zip Code 36116 | | Other Compensation | |
| Job Title: Audio/Visual Manager | | Supervisor's Name & Title: | Hours worked per week: | |
| Describe your duties: Creative Solutions For my Clients    To leave a lasting imp | | | If your Supervisor rated your work, it would be: 5.5 - 9.5 | |
| Reason for leaving: Better Job Opportunity | | May we contact? | If your Supervisor rated your safety record on the job, it would be: 9.8 | |
| What you liked most about this job: Ability To Inspire customers | What you liked least: | | Number of days missed from work (do not count vacations): 0 | |

---

**3**

| Employment Dates Month and Year | EMPLOYMENT | | SALARY | |
|---|---|---|---|---|
| | | | Start | Final |
| From 5/99 | Company Name Classic Fireworks    Phone Number 985-893-8800 | | $10.50 PER | $10.50 PER |
| To 1/03 | Street Address 60 West Ct    City Mandeville    State LA    Zip Code 70448 | | Other Compensation 10% Show | |
| Job Title: Show Producer/Show Sales | | Supervisor's Name & Title: Rocco Vitale | Hours worked per week: 40+ | |
| Describe your duties: Shipping & Receiving - Show Sales. Programming & Scripting | | | If your Supervisor rated your work, it would be: 9.8 | |
| Reason for leaving: Mother ill with cancer * moved * | | May we contact? | If your Supervisor rated your safety record on the job, it would be: 8.0 | |
| What you liked most about this job: Everything | What you liked least: | | Number of days missed from work (do not count vacations): 0 | |

---

**4**

| Employment Dates Month and Year | EMPLOYMENT | | SALARY | |
|---|---|---|---|---|
| | | | Start | Final |
| From 11/98 | Company Name American Mattress Centers    Phone Number | | $13.00 PER | $13.00 PER |
| To 5/99 | Street Address Dunn    City —    State NC    Zip Code — | | Other Compensation 4% split | |
| Job Title: Area Manager | | Supervisor's Name & Title: Kristy Summers | Hours worked per week: 40+ | |
| Describe your duties: Managed Stores Local Staff    Bookkeeping / Inventory ordering | | | If your Supervisor rated your work, it would be: 9.5 | |
| Reason for leaving: Chapter 11 Bankrupcy | | May we contact? | If your Supervisor rated your safety record on the job, it would be: 9.5 | |
| What you liked most about this job: Leadership potential | What you liked least: Travel | | Number of days missed from work (do not count vacations): 0 | |

## JOB REQUIREMENTS AND AVAILABILITY

State the position desired: _Department Manager_    SALARY REQUIREMENTS: $ _Negotable_

Will you work at any location?    ☑ Yes  ☐ No

If no, state your location preference: _____
Would you consider relocation?    ☑ Yes  ☐ No

Date available to work: _____
Type of work desired:    ☑ Full-time    ☐ Part-time    ☐ Seasonal    ☐ Temporary
Will you work overtime?    ☑ Yes    ☐ No    ☐ Daily    ☐ Weekends
Acceptable shift(s):    ☑ Days    ☑ Afternoons    ☑ Nights
Will you work weekends as part of your regular schedule?  ☑ Yes    ☐ No

Are you able to perform the essential job functions of the job for which you are applying?    ☑    Yes    ☐    No

If no, could you perform these functions with some accommodation?    ☐    Yes    ☐    No

## EDUCATION RECORD

Circle Highest Year Completed:    High School: 1  2  3  4    College: 1 ②3  4  5  6  7  8

| Schools Attended Past and Present | Name and Location | Did you Graduate? | Diploma, GED, or Degree | Major Studies | Grade Average |
|---|---|---|---|---|---|
| High School | Brandon Hall School | Y | | | |
| Associates Degree | Fire Sciences | | | | |
| Bachelors Degree | | | | | |
| Masters Degree | | | | | |
| Other (Vocational, Tech, etc.) | | | | | |

Do you plan to continue your education?    ☑ Yes    ☐ No

If so, do you have any outstanding applications for admission to or are you attending any school at present?    ☐ Yes    ☑ No    If yes, where? _____

# ACKNOWLEDGEMENT

## I UNDERSTAND AND ACKNOWLEDGE THE FOLLOWING:

Please initial each line

_[initials]_ I acknowledge that PETsMART has a drug free and alcohol free workplace program. I also acknowledge receipt of PETsMART's drug free and alcohol free workplace policy. I will comply with all drug and alcohol policies and procedures, including testing, adopted by PETsMART from time to time.

_[initials]_ If I am offered employment, I will, as a condition of employment, be required to submit proof of my identity and legal right to work in the United States.

_[initials]_ I understand that, if I am employed, any false statement, misrepresentation or omission of facts on this application, on any supporting or pre-employment documents, or provided orally, regardless of when discovered to be false, may result in my immediate dismissal.

_[initials]_ I authorize investigation of all statements contained in this application and any supporting documents. I authorize the Company to secure information about my experience from former employers, educational institutions, government agencies, credit agencies, or any references I have provided, and for those parties to provide information concerning my experience, and I hereby release all parties from any liability arising from such investigation. I understand that any offer of employment which may be made to me is conditional upon my references and background being satisfactory to PETsMART.

_[initials]_ I hereby authorize my current employer and past employers to release to the Company any personnel information and records, favorable or otherwise, which my employer has kept regarding my employment, including my work performance. I understand that the company may retain photocopies of my records and personnel information for its files, whether I am offered employment or not. I hereby release all parties, including my current employer and the Company from any liability arising from the release, review and retention of any records pertaining to me.

_[initials]_ I understand that my employment is expressly conditioned upon me submitting to and passing a drug screening test (providing a urine sample of mine for analysis as per PETsMART policy). Failure to comply with this requirement or having an unsatisfactory result, will result in the immediate discontinuance of the employment process or if already hired, immediate termination of employment with PETsMART.

_[initials]_ I understand and agree that, if I am offered a position, it will be offered on condition that my employment shall be at will and for no definite period, and that my employment may be terminated either at my option or at any time with or without cause and with or without prior notice by PETsMART.

_[initials]_ I understand that the above conditions cannot be altered or amended, except in a writing signed by the President.

I certify that all statements made by me on this application are true and complete to the best of my knowledge and that I have withheld nothing that if discovered would affect this application unfavorably.

Applicant's Signature _Charles Ky McKxy_        Date _3/16/04_

## COMMENTS:

# <u>Manager</u>

# Single STAPLE

# Completed <u>Original</u>

# Formal Application

### (Signed & Dated 4 page application)

# HERE

REVISED 11/02