IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES MCKINLEY,<br><br>    Plaintiff,<br><br>v.<br><br>PETsMART, INC. and AL WILLIAMS,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:05-CV-00562-F |

### *AFFIDAVIT OF ALTO WILLIAMS*

Pursuant to 28 U.S.C. § 1746, Alto Williams states as follows:

1. My name is Alto Williams. I am over eighteen (18) years of age, have a sound mind, and suffer from no disabilities that would prevent me from giving this Affidavit. I have personal knowledge of the facts and information contained in this Affidavit. I give this Affidavit for use in the above-styled legal proceeding.

2. During the relevant time period, I was District Manager for the PetSmart Store in East Chase Village, Montgomery, Alabama. Kelly Watson was the Store Manager at this location. Charles McKinley was a Presentation Manager at this location.

1

3. On or around August 11, 2004, Ms. Watson informed me that another PetSmart employee had witnessed Mr. McKinley leaving the PetSmart store alone during non-business hours carrying a large bag of store merchandise. The PetSmart store at East Chase Mall closed at 9:00 p.m. on weekdays.

4. At no point in time was Mr. McKinley authorized to enter the store by himself. His actions were in violation of the Off-Hours Access and Control Policy and Procedures.

5. On August 13, 2004, I visited the store on routine business. Ms. Watson and I met with Mr. McKinley in an office in the front of the store to discuss his violation of the Off-Hours Policy and possible theft of store merchandise.

6. During this meeting, I closed the door to the office because the interview involved confidential information related to Mr. McKinley's employment.

7. During this meeting, Mr. McKinley admitted to violating the Off-Hours Policy and was terminated for this violation.

8. During this meeting, Ms. Watson and I did not touch or use any direct or implied threat of physical force against Mr. McKinley.

9. Mr. McKinley never asked me or Kelly Watson permission to leave the PetSmart property.

10. Mr. McKinley was free at all times to leave the office and PetSmart property.

11. Mr. McKinley chose to make numerous telephone calls, and did voluntarily leave the office, remain in the store on the phone with his lawyer, and enter a personal office.

12. I have not discussed Mr. McKinley's termination or the circumstances surrounding his August 13 interview with any non-management employees.

13. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18 day of April, 2006.

*/s/ Alto Williams*
ALTO WILLIAMS

Firmwide:80995037.1 037653.1061