## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| CHARLES MCKINLEY, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2:05-CV-00562-F |
| PETsMART, INC. and AL WILLIAMS, | |
| Defendants. | |

### AFFIDAVIT OF KELLY WATSON

Pursuant to 28 U.S.C. § 1746, Kelly Watson states as follows:

1. My name is Kelly Watson. I am over eighteen (18) years of age, have a sound mind, and suffer from no disabilities that would prevent me from giving this Affidavit. I have personal knowledge of the facts and information contained in this Affidavit. I give this Affidavit for use in the above-styled legal proceeding.

2. During the relevant time period, I was Store Manager for the PetSmart store in East Chase Village, Montgomery, Alabama. Al Williams was the District Manager for this location. Charles McKinley was a Presentation Manager at this location.

1

3. On or around August 10, 2004, PetSmart employee Kristi Hill informed me that she had witnessed Mr. McKinley leaving the store alone during non-business hours carrying a large bag of store merchandise.

4. In response to this information, I acquired and reviewed the security report for August 10, 2004 from the security alarm company. The report showed that Christy Sullivan closed the store at 10:26 p.m.; but that Mr. McKinley entered the store at 10:37 p.m. and left at 10:47 p.m. A rue and accurate photocopy of the security alarm records showing the use of PetSmart employees' security codes to enter and exit the store are attached as Exhibit 1.

5. At no point in time was Mr. McKinley authorized to enter the store by himself. His actions were in violation of the Off-Hours Access and Control Policy and Procedures.

6. I sent the security reports to Mr. Williams and notified him of the matter.

7. On August 13, 2004 Mr. Williams visited the store on routine business. Mr. Williams and I met with Mr. McKinley in an office in the front of the store to discuss his violation of the Off-Hours Policy and possible theft of store merchandise.

8. During this meeting Mr. McKinley admitted to violating the Off-Hours Policy and was terminated for this violation.

2

9. During this meeting, Mr. Williams and I did not touch or use any direct or implied threat of physical force against Mr. McKinley.

10. Mr. McKinley never asked me or Mr. Williams permission to leave the PetSmart property.

11. Mr. McKinley was free at all times to leave the office and PetSmart property.

12. Mr. McKinley chose to make numerous telephone calls, and did voluntarily leave the office, remain in the store on the phone with his lawyer, and enter a personal office.

13. I have not discussed Mr. McKinley's termination or the circumstances surrounding his August 13 interview with any non-management employees.

14. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17 day of April, 2006.

_____
KELLY WATSON

Firmwide:80995040.2 037653.1061

```
08/11/04              O p e n / C l o s e   R e p o r t                    PAGE: 1

                         CHECKPOINT SECURITY SYSTEMS
                          6640 SHADY OAK ROAD #300
                           EDEN PRAIRIE, MN 55344
                              1-800-888-4443


   PETSMART #1115
   2510 BERRYHILL RD
   BURG\FIRE
   MONTGOMERY , AL 36117 USA


   PETSMART #1115                      Account: 064113
   2510 BERRYHILL RD                   Dealer:  PETSMA
   BURG\FIRE                           From: 07/11/04 To: 08/11/04
   MONTGOMERY, AL 36117 USA            Class:


   Date       Time        Signal          Information       Account:   064113
   --------   --------    --------------  --------------------------------------

   07/11/04 SUN
            08:00:07  SIGNAL RECEIVED:  (OP  )         004     1
                      OPENING KRISTI HILL AREA 1
            20:28:50  SIGNAL RECEIVED:  (CL  )         007     1
                      CLOSING CHARLES MCKINLEY AREA 1


   07/12/04 MON
            06:52:55  SIGNAL RECEIVED:  (OP  )         002     1
                      OPENING KELLY WATTSON DIR AREA 1
            22:36:47  SIGNAL RECEIVED:  (CL  )         007     1
                      CLOSING CHARLES MCKINLEY AREA 1


   07/13/04 TUE
            06:57:06  SIGNAL RECEIVED:  (OP  )         002     1
                      OPENING KELLY WATTSON DIR AREA 1
            22:04:28  SIGNAL RECEIVED:  (CL  )         007     1
                      CLOSING CHARLES MCKINLEY AREA 1


   07/14/04 WED
            06:57:38  SIGNAL RECEIVED:  (OP  )         004     1
                      OPENING KRISTI HILL AREA 1
            21:54:01  SIGNAL RECEIVED:  (CL  )         007     1
                      CLOSING CHARLES MCKINLEY AREA 1


   07/15/04 THU
            07:04:57  SIGNAL RECEIVED:  (OP  )         004     1
                      OPENING KRISTI HILL AREA 1


   07/16/04 FRI
            00:51:02  SIGNAL RECEIVED:  (CL  )         002     1
                      CLOSING KELLY WATTSON DIR AREA 1
            06:58:40  SIGNAL RECEIVED:  (OP  )         007     1
```

Defendant's Exhibit
MCKINLEY-7
3/27/06  TRC
Alexander Gallo & Associates, Inc.

```
Aug 12 04 12:04AM    CHECKPOINT CENTRAL STATION       No.6374   P. 3
  08/11/04                O p e n / C l o s e   R e p o r t              PAGE:   2

   Date      Time        Signal  Information           Account:   064113
  --------  --------    -----------------------------------------------------

  07/16/04 FRI
                         OPENING CHARLES MCKINLEY AREA 1
           22:38:09      SIGNAL RECEIVED:  (CL  )          002   1
                         CLOSING KELLY WATTSON DIR AREA 1


  07/17/04 SAT
           04:38:57      SIGNAL RECEIVED:  (OP  )          007   1
                         UNS OPENING CHARLES MCKINLEY AREA 1
           22:25:24      SIGNAL RECEIVED:  (CL  )          002   1
                         CLOSING KELLY WATTSON DIR AREA 1


  07/18/04 SUN
           07:47:20      SIGNAL RECEIVED:  (OP  )          004   1
                         OPENING KRISTI HILL AREA 1
           19:56:29      SIGNAL RECEIVED:  (CL  )          002   1
                         CLOSING KELLY WATTSON DIR AREA 1


  07/19/04 MON
           06:33:15      SIGNAL RECEIVED:  (OP  )          002   1
                         UNS OPENING KELLY WATTSON DIR AREA 1
           22:20:12      SIGNAL RECEIVED:  (CL  )          007   1
                         CLOSING CHARLES MCKINLEY AREA 1


  07/20/04 TUE           birds from mobile
           01:49:48      SIGNAL RECEIVED:  (OP  )          002   1
                         UNS OPENING KELLY WATTSON DIR AREA 1
           02:08:39      SIGNAL RECEIVED:  (CL  )          002   1
                         CLOSING KELLY WATTSON DIR AREA 1
           07:05:35      SIGNAL RECEIVED:  (OP  )          004   1
                         OPENING KRISTI HILL AREA 1
           22:26:16      SIGNAL RECEIVED:  (CL  )          007   1
                         CLOSING CHARLES MCKINLEY AREA 1


  07/21/04 WED
           06:47:12      SIGNAL RECEIVED:  (OP  )          002   1
                         UNS OPENING KELLY WATTSON DIR AREA 1
           21:48:50      SIGNAL RECEIVED:  (CL  )          003   1
                         CLOSING CHRISTY SULLIVAN AREA 1
           22:41:44      SIGNAL RECEIVED:  (OP  )          007   1
                         OPENING CHARLES MCKINLEY AREA 1
           22:48:20      SIGNAL RECEIVED:  (CL  )          007   1
                         CLOSING CHARLES MCKINLEY AREA 1


  07/22/04 THU
           06:21:15      SIGNAL RECEIVED:  (OP  )          003   1
                         UNS OPENING CHRISTY SULLIVAN AREA 1
           22:38:12      SIGNAL RECEIVED:  (CL  )          007   1
                         CLOSING CHARLES MCKINLEY AREA 1


  AUG-11-2004 00:00AM   FAX:9529464325         ID:AMERISUITES        PAGE:003  R=95%
```

```
                    CHECKPOINT CENTRAL STATION                    PAGE: 3
08/11/04            O p e n / C l o s e   R e p o r t

  Date      Time        Signal Information              Account:  064113
--------  --------  -----------------------------------------------------

07/23/04 FRI
         06:37:06  SIGNAL RECEIVED:  (OP )        003    1
                   UNS OPENING CHRISTY SULLIVAN AREA 1
         22:32:49  SIGNAL RECEIVED:  (CL )        002    1
                   CLOSING KELLY WATTSON DIR AREA 1


07/24/04 SAT
         06:58:24  SIGNAL RECEIVED:  (OP )        004    1
                   OPENING KRISTI HILL AREA 1
         22:30:57  SIGNAL RECEIVED:  (CL )        002    1
                   CLOSING KELLY WATTSON DIR AREA 1
```

*wax & recoat (alarm panel in receiving)* [handwritten]

```
07/25/04 SUN
         06:44:08  SIGNAL RECEIVED:  (OP )        002    1
                   UNS OPENING KELLY WATTSON DIR AREA 1


07/26/04 MON
         21:38:29  SIGNAL RECEIVED:  (CL )        003    1
                   CLOSING CHRISTY SULLIVAN AREA 1


07/27/04 TUE
         06:34:09  SIGNAL RECEIVED:  (OP )        003    1
                   UNS OPENING CHRISTY SULLIVAN AREA 1
         22:21:54  SIGNAL RECEIVED:  (CL )        007    1
                   CLOSING CHARLES MCKINLEY AREA 1


07/28/04 WED
         06:47:38  SIGNAL RECEIVED:  (OP )        002    1
                   UNS OPENING KELLY WATTSON DIR AREA 1
         22:17:39  SIGNAL RECEIVED:  (CL )        007    1
                   CLOSING CHARLES MCKINLEY AREA 1


07/29/04 THU
         07:01:40  SIGNAL RECEIVED:  (OP )        004    1
                   OPENING KRISTI HILL AREA 1
         22:02:42  SIGNAL RECEIVED:  (CL )        007    1
                   CLOSING CHARLES MCKINLEY AREA 1


07/30/04 FRI
         06:44:07  SIGNAL RECEIVED:  (OP )        003    1
                   UNS OPENING CHRISTY SULLIVAN AREA 1
         22:16:36  SIGNAL RECEIVED:  (CL )        002    1
                   CLOSING KELLY WATTSON DIR AREA 1
```

*early truck* [handwritten]

```
07/31/04 SAT
         04:05:57  SIGNAL RECEIVED:  (OP )        002    1
                   UNS OPENING KELLY WATTSON DIR AREA 1
         04:27:38  SIGNAL RECEIVED:  (CL )        002    1
```

Aug 11 2004 12:01AM  CHECKPOINT CENTRAL STATION           No.6374   P. 5
Case 1:04-cv-00562-MEF-CSC   Document 36-8   Filed 04/18/2006   Page 7 of 8
                                                                  PAGE: 4
08/11/04                  O p e n / C l o s e   R e p o r t

```
   Date      Time        Signal  Information                Account:    064113
---------  --------     --------------------------------------------------------

07/31/04 SAT
                        CLOSING KELLY WATTSON DIR AREA 1
           07:03:43     SIGNAL RECEIVED:  (OP  )           007    1
                        OPENING CHARLES MCKINLEY AREA 1
           22:15:38     SIGNAL RECEIVED:  (CL  )           002    1
                        CLOSING KELLY WATTSON DIR AREA 1


08/01/04 SUN
           06:38:43     SIGNAL RECEIVED:  (OP  )           004    1
                        UNS OPENING KRISTI HILL AREA 1
           19:54:52     SIGNAL RECEIVED:  (CL  )           002    1
                        CLOSING KELLY WATTSON DIR AREA 1


08/02/04 MON
           06:44:35     SIGNAL RECEIVED:  (OP  )           002    1
                        UNS OPENING KELLY WATTSON DIR AREA 1
           22:12:47     SIGNAL RECEIVED:  (CL  )           007    1
                        CLOSING CHARLES MCKINLEY AREA 1


08/03/04 TUE
           06:59:48     SIGNAL RECEIVED:  (OP  )           007    1
                        OPENING CHARLES MCKINLEY AREA 1
           22:28:36     SIGNAL RECEIVED:  (CL  )           003    1
                        CLOSING CHRISTY SULLIVAN AREA 1


08/04/04 WED
           06:53:48     SIGNAL RECEIVED:  (OP  )           002    1
                        OPENING KELLY WATTSON DIR AREA 1
           21:43:15     SIGNAL RECEIVED:  (CL  )           003    1
                        CLOSING CHRISTY SULLIVAN AREA 1


08/05/04 THU
           00:08:03     SIGNAL RECEIVED:  (OP  )           007    1
                        OPENING CHARLES MCKINLEY AREA 1
           00:14:21     SIGNAL RECEIVED:  (CL  )           007    1
                        CLOSING CHARLES MCKINLEY AREA 1
           06:42:12     SIGNAL RECEIVED:  (OP  )           003    1
                        UNS OPENING CHRISTY SULLIVAN AREA 1
           22:32:35     SIGNAL RECEIVED:  (CL  )           007    1
                        CLOSING CHARLES MCKINLEY AREA 1


08/06/04 FRI
           05:52:45     SIGNAL RECEIVED:  (OP  )           003    1
                        UNS OPENING CHRISTY SULLIVAN AREA 1
           22:15:33     SIGNAL RECEIVED:  (CL  )           002    1
                        CLOSING KELLY WATTSON DIR AREA 1
```

```
08/11/04                O p e n / C l o s e   R e p o r t            PAGE:  5
                                                            Account:  064113
   Date     Time       Signal   Information
  --------  --------   --------------------------------------------------------

  08/07/04 SAT
           06:43:23  SIGNAL RECEIVED:  (OP   )           004    1
                     UNS OPENING KRISTI HILL AREA 1
           22:24:11  SIGNAL RECEIVED:  (CL   )           002    1
                     CLOSING KELLY WATTSON DIR AREA 1


  08/08/04 SUN
           08:00:56  SIGNAL RECEIVED:  (OP   )           007    1
                     OPENING CHARLES MCKINLEY AREA 1
           20:05:48  SIGNAL RECEIVED:  (CL   )           002    1
                     CLOSING KELLY WATTSON DIR AREA 1
           20:49:48  SIGNAL RECEIVED:  (OP   )           006    1
                     OPENING DR LAURI OLFZEWSKI AREA 1
           21:40:13  SIGNAL RECEIVED:  (CL   )           006    1
                     CLOSING DR LAURI OLFZEWSKI AREA 1


  08/09/04 MON
           06:51:29  SIGNAL RECEIVED:  (OP   )           002    1
                     OPENING KELLY WATTSON DIR AREA 1
           23:03:24  SIGNAL RECEIVED:  (CL   )           007    1
                     CLOSING CHARLES MCKINLEY AREA 1


  08/10/04 TUE
           05:39:20  SIGNAL RECEIVED:  (OP   )           007    1
                     UNS OPENING CHARLES MCKINLEY AREA 1
           05:54:02  SIGNAL RECEIVED:  (CL   )           007    1
                     CLOSING CHARLES MCKINLEY AREA 1
           06:20:48  SIGNAL RECEIVED:  (OP   )           007    1
                     UNS OPENING CHARLES MCKINLEY AREA 1
           22:26:47  SIGNAL RECEIVED:  (CL   )           003    1
                     CLOSING CHRISTY SULLIVAN AREA 1
           22:37:28  SIGNAL RECEIVED:  (OP   )           007    1
                     OPENING CHARLES MCKINLEY AREA 1
           22:47:53  SIGNAL RECEIVED:  (CL   )           007    1
                     CLOSING CHARLES MCKINLEY AREA 1
```