# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

**CHARLES MCKINLEY,**

       **Plaintiff,**

**v.**

**PETSMART, INC., and AL WILLIAMS,**

       **Defendants.**

**CIVIL ACTION NO. 2:05-CV-562-F**

*DEFENDANTS' NOTICE OF MANUAL FILING*
*OF SEALED DEPOSITION TRANSCRIPTS*

Please take notice that Defendants Petsmart, Inc. and Al Williams (collectively "Defendants") hereby manually file the following document:

1.  Original Deposition Transcript of Charles McKinley taken on March 27, 2006.

          Respectfully submitted,

          /s/Donald W. Benson, Esq.
          Donald W. Benson
          *Pro Hac Vice*
          Georgia Bar No. 052350
          A. R. Tulani Grundy
          *Pro Hac Vice*
          Georgia Bar No. 141522
          Charlotte K. McClusky
          Alabama Bar No. 5296A57M
          Attorneys for Defendants
          LITTLER MENDELSON, PC

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **CHARLES MCKINLEY,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO. 2:05-CV-562-F** |
| **PETSMART, INC., and AL WILLIAMS,** | |
| **Defendants.** | |

### *CERTIFICATE OF SERVICE*

It is hereby certified that on April 20, 2006, I electronically filed the foregoing ***Defendants' Notice Of Manual Filing Of Sealed Deposition Transcripts*** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:  Deborah Q. Harding, Esq.

**s/ Donald W. Benson, Esq.**
*Pro Hac Vice*
Georgia Bar No. 052350
Attorney for Defendants

LITTLER MENDELSON, PC
3348 Peachtree Road, NE, Ste. 1100
Atlanta, Georgia 30326-1008
Telephone:  (404) 233-0330
Facsimile:  (404) 233-2361

E-mail: dbenson@littler.com

_____
Attorney for Defendants

LITTLER MENDELSON, PC
3348 Peachtree Road, NE
Suite 1100
Atlanta, Georgia 30326-1008
Telephone:  (404) 233-0330
Facsimile:  (404) 233-2361
E-mail: dbenson@littler.com

Firmwide:81009215.1 037653.1061