IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES MCKINLEY, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2:05-CV-562-F |
| PETSMART, INC., and AL WILLIAMS, | |
| Defendants. | |

*DEFENDANTS' MOTION TO SEAL DEPOSITION TRANSCRIPT OF PLAINTIFF CHARLES MCKINLEY*

Defendants Petsmart, Inc. and Al Williams (collectively "Defendants") move to file under seal the separately, manually filed deposition transcript of Plaintiff Charles McKinley, as some of the exhibits to the deposition contain confidential information regarding Plaintiff.

          Respectfully submitted,

          /s/Donald W. Benson, Esq.
          Donald W. Benson
          *Pro Hac Vice*
          Georgia Bar No. 052350
          A. R. Tulani Grundy
          *Pro Hac Vice*

LITTLER MENDELSON, PC     Georgia Bar No. 141522
3348 Peachtree Road, NE, Ste. 1100     Charlotte K. McClusky
Atlanta, Georgia 30326-1008     Alabama Bar No. 5296A57M
Telephone: (404) 233-0330     Attorneys for Defendants
Facsimile: (404) 233-2361

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES MCKINLEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PETSMART, INC., and AL WILLIAMS,<br><br>　　　　Defendants. | CIVIL ACTION NO. 2:05-CV-562-F |

*CERTIFICATE OF SERVICE*

It is hereby certified that on April 20, 2006, I electronically filed the foregoing ***Defendants' Motion To Seal Deposition Transcript Of Plaintiff Charles Mckinley*** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:  Deborah Q. Harding, Esq.

　　　　　　　　　　　　　　　　　　s/ Donald W. Benson, Esq.
　　　　　　　　　　　　　　　　　　*Pro Hac Vice*
　　　　　　　　　　　　　　　　　　Georgia Bar No. 052350
　　　　　　　　　　　　　　　　　　Attorney for Defendants

LITTLER MENDELSON, PC
3348 Peachtree Road, NE, Ste. 1100
Atlanta, Georgia 30326-1008
Telephone:  (404) 233-0330
Facsimile:  (404) 233-2361
E-mail:  dbenson@littler.com

Firmwide:81018953.1 037653.1061

Case 2:05-cv-00562-MEF-CSC   Document 38   Filed 04/21/2006   Page 3 of 3