IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES McKINLEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-562-MEF |
| | ) |
| PETSMART, INC., a/k/a Sheakley Uniservice, Inc., *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion for Summary Judgment (Doc. #36) filed on April 18, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on May 12, 2006.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before May 5, 2006. The defendants may file a reply brief on or before May 12, 2006.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 25th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE