102

1  going to sign any piece of paper, you know,
2  stating anything. So about this time I'm
3  pretty much in tears because somebody has, you
4  know, assassinated my character.
5      Q.  So at this stage, Exhibit 1 hasn't
6  been filled out at all; is that right?
7      A.  Probably, my name is probably the
8  only thing that has been put on it. This form
9  probably took 30 minutes to fill out, because
10 I was in tears, number one, and because he
11 kept wanting me to put that I'd stolen dog
12 food on it, and I was not going to put that
13 down.
14     Q.  So once again you say, "I'm going to
15 call my lawyer"?
16     A.  Uh-huh.
17     Q.  And you're crying at that point?
18     A.  That's correct.
19     Q.  And so who talks next?
20     A.  You know, I tell him that I want to
21 step out of the office.
22     Q.  Okay.
23     A.  You know, and regain my composure.
24 He tells me if I leave that I will be
25 arrested. You know, I want to say that

103

1  probably more than five times he told me

2  something to the lines of, "If you leave,

3  you're going to be arrested." And about this

4  time he says, "Well, regardless, you're

5  already fired."

6    Q.  All right.  We're going through it

7  step by step.

8    A.  Okay.

9    Q.  At this point you say you're crying,

10  you've told him twice that you're going to

11  call your lawyer?

12    A.  Yes.

13    Q.  That you're not going to admit you

14  stole on the paper that's Exhibit 1, and you

15  said, "I want to step out of the office and

16  regain my composure."

17      And Al says to you, "If you leave,

18  you will be arrested"?

19    A.  That is correct.

20    Q.  And who speaks next?

21    A.  I believe I speak next.

22    Q.  What do you say?

23    A.  I believe when Al at that time, you

24  know, said that, you know, that I could not

25  leave, when he told me that I could not

104

1  leave --

2  Q.  You haven't told me that yet?

3  A.  I just told you that.

4  Q.  No.  What you told me was, Al said,

5  "If you leave, you will be arrested"?

6  A.  Okay.

7  Q.  Al did not tell you you cannot

8  leave, did he?

9  A.  Yes.  He told me if I leave, I would

10  be arrested.

11  Q.  Did he use the words, "you cannot

12  leave"?

13  A.  I don't know if those words exactly

14  came out of his mouth or not.

15  Q.  No.  The only words you remember

16  are, "If you leave, we're going to turn this

17  over to the police"?

18  A.  Yes, sir.  And that is a threat that

19  says to me that I cannot leave, because if I

20  leave I risk persecution.  That is a threat.

21  Q.  Got you.  Go ahead.

22  A.  At this time --

23  Q.  So Al says, "If you leave, you'll be

24  arrested," then you say what?

25  A.  At that time, you know, I told Al,

105

1  I said, "You know, whatever. I'm calling my
2  lawyer." So I picked up the phone. He let's
3  me pick up the phone. You know, he doesn't
4  want me to pick it up, but he let's me pick it
5  up, and I call Gene Randolph.
6     Q. Now, is that the first time you
7  tried to pick up the phone?
8     A. No, it is not the first time I've
9  tried to pick up the phone.
10    Q. You didn't describe that earlier.
11 When did that occur?
12    A. I believe that every time I told him
13 I was going to call my lawyer was an attempt
14 to pick up that phone.
15    Q. Did you ever physically try to pick
16 up the phone before this?
17    A. No.
18    Q. So this was the first time you
19 reached out for the phone?
20    A. This is the first time I reached out
21 for the phone, and I picked it up. I had been
22 fumbling with my cell phone the whole time in
23 my hand.
24    Q. So you had a cell phone with you as
25 well?

106

1    A.  I had a cell phone with me.

2    Q.  Okay.  When you say you picked up a

3  phone, do you mean the phone that was on the

4  desk?

5    A.  That is correct.  Because I had my

6  cell phone in my hand, and every time, you

7  know, I said, "I'm going to call my lawyer,"

8  he would either to me say, "There's no reason

9  to call a lawyer."  He would always try to

10  tell me that there's no reason to call a

11  lawyer or, "This needs to go no further than

12  right here.  You just need to sign this piece

13  of paper saying that you stole this dog food

14  and it will all be over with.  We'll let you

15  go and go about your merry way."

16    Q.  Now, when you picked up the phone

17  that was on the desk, what did Al and Kelli

18  do?

19    A.  They just sat there and looked at

20  me.

21    Q.  Did they leave the office?

22    A.  No.  I don't think he left the

23  office at that point.

24    Q.  Did you dial the number?

25    A.  Yes.

107

1   Q.  And they continued to sit in the
2   office?
3   A.  Yes.
4   Q.  Who is Gene Randolph?
5   A.  Gene Randolph is the gentleman that
6   I lived with --
7   Q.  He's not your lawyer?
8   A.  No.
9   Q.  Okay.
10  A.  Because I had to get the phone
11  number to my lawyer.
12  Q.  Oh, you were calling Gene to get the
13  lawyer's phone number?
14  A.  That is correct.
15  Q.  Who was your lawyer?
16  A.  Harding & Claunch.
17  Q.  How did you know Harding & Claunch?
18  A.  Because they were friends of Gene.
19  Q.  Had you socialized with them?
20  A.  Yes, I have.
21  Q.  Okay.  Had they ever represented you
22  before?
23  A.  No.
24  Q.  So you picked up the phone and you
25  dialed Gene Randolph, correct?

108

1   A. Yes.

2   Q. Did you dial him at home or the

3 office?

4   A. I dialed him on his cell phone.

5   Q. Okay. Did you get him?

6   A. No.

7   Q. Did it just go to message?

8   A. Yes.

9   Q. Did you leave a message?

10   A. No.

11   Q. So what happened next?

12   A. At this time Al repeats, "There's no

13 need to take this any further to call a

14 lawyer."

15   Q. What did you say?

16   A. I told him that I didn't care, I was

17 calling somebody. So next I call Catherine

18 Randolph.

19   Q. Who is Catherine Randolph?

20   A. Gene's wife.

21   Q. What number -- did you call her cell

22 phone also?

23   A. Cell phone.

24   Q. And did you know these numbers or

25 did you have to look on your cell phone for

109

1  the numbers?

2    A.  I pretty much knew them.  I think I
3  just dialed them right off.

4    Q.  Because you were living there?

5    A.  Yes.

6    Q.  Did you reach Catherine Randolph?

7    A.  No.

8    Q.  Did her voice mail pick up?

9    A.  Yes.

10   Q.  Did you leave a message?

11   A.  I told her to call me.  I told her I
12  didn't have time to explain, just to call me.

13   Q.  So what happens next?

14   A.  I call Lisa Randolph, or Lisa
15  Freeman.

16   Q.  Is she married now?  Is that --

17   A.  No.  She was married to their son.

18   Q.  And did you reach her?

19   A.  Yes.

20   Q.  Did you call her cell phone?

21   A.  Yes.

22   Q.  Tell me about that conversation.

23   A.  I told her that I didn't have a lot
24  of time to explain, but basically that
25  Petsmart was trying to get me to sign some

110

1  paperwork that said that I stole merchandise
2  from the store, and that if I didn't sign it
3  they were going to call the cops and have me
4  arrested. All the time crying. I said that I
5  needed to get in touch with Gene. And she
6  said that Gene was with Cathy. She would get
7  ahold of him and kept me on the phone until
8  Gene called my cell phone.
9      Q. Okay.
10     A. So at that time I let her go. I
11  talked to Gene, I told Gene exactly what was
12  going on. I told him that I'd gotten called
13  into the office by Kelli and Al, that I was
14  being interrogated, and that I was told that
15  if I tried to leave they would have me
16  arrested, and that if I don't sign this piece
17  of paper I'll be arrested, that I did not need
18  to make any phone calls, that this needed to
19  go no further than --
20     Q. You went through all that with Gene?
21     A. Yes, I went through all that with
22  Gene. I told Gene, "I need the lawyer's
23  number."
24         He said, "No, you don't call the
25  lawyer. I'll call the lawyer." So Gene was

111

1  the one -- Gene said, "Okay," he said, "Let me
2  go, let me call the lawyer. I'll call you
3  back. I'm on my way."
4      Q.  All right.
5      A.  All the time their daughter, which
6  I'm no longer dating anymore, is in the car
7  with them also. She's constantly trying to
8  call Petsmart and find out what's going on.
9      Q.  You don't know that firsthand
10  because you --
11     A.  Yes, I do know that firsthand.
12     Q.  -- because you weren't in the car?
13     A.  No.
14     Q.  You knew it because she told you?
15     A.  I knew it because they all told me.
16     Q.  Yes. Gene and the daughter told you
17  later?
18     A.  That's correct. So they were all --
19     Q.  So Gene tells you he'll call the
20  lawyer?
21     A.  Uh-huh.
22     Q.  And he hangs up?
23     A.  That's correct.
24     Q.  So you're in the office at this
25  point?

112

1   A. Uh-huh.

2   Q. Who's in the office with you?

3   A. Al and Kelli.

4   Q. Okay. And so they can only hear

5 your words on the call, right?

6   A. That's correct.

7   Q. So who says the first thing after

8 you hang up with Gene?

9   A. I hang up with Gene, and I believe

10 it was Al that, you know, continues to try to

11 tell me that I need to sign this piece of

12 paper.

13   Q. Tell me what he says.

14   A. He says, you know, "It will be

15 better off if you sign this paperwork, you

16 know, and just tell us what you stole."

17   Q. Have you filled in the rest of --

18   A. I've not --

19   Q. -- page 1 of Exhibit 1 yet?

20   A. I couldn't tell you whether -- I

21 know that I started work on it.

22   Q. Flip over to the second page of

23 Exhibit 1. Can you read those words for me?

24   A. It says, "I Charles McKinley admit

25 to coming into the building after hours."

113

1    Q.   Okay. Now, when did you write that?

2    A.   That was after, a little bit further

3  on down the line.

4    Q.   Okay. So you're in the office with

5  Al and Kelli, you've hung up from Gene

6  Randolph, and Al says to you what?

7    A.   He says, you know, he continues to

8  try to ask me, you know, what other

9  merchandise have I stolen from the store. I

10  told him I hadn't stolen any merchandise. He

11  asks me, you know, have I stolen, you know,

12  more than one bag of dog food, or, you know,

13  have I stolen one bag. I said, "Al, I've not

14  stolen any merchandise out of the store."

15       And in between all of these, you

16  know, Al saying, "I've got a picture of you

17  taking it."

18       Me saying, "No, you don't." I

19  basically told him if he would show me the

20  pictures, I would, you know, say I did it,

21  just so I could see the pictures, because I

22  knew there were no pictures.

23    Q.   All right.

24    A.   So this went on. And, you know,

25  back up just a second. As I stated earlier,

114

1  you know, he had already said, you know,

2  "Well, you're already fired."

3     Q.  When did he say that?

4     A.  A couple of statements ago.  I

5  believe it was, you know, about the time I was

6  getting ready to call my lawyer, and I wanted

7  to leave, because I was getting ready to just

8  walk out of the door.  And he says, "No," you

9  know, because he said, "If you walk out this

10  door, you know, and you leave this building,

11  you know, we'll have you arrested."

12     Q.  So you had about reached your point

13  and you were ready to walk out?

14     A.  Exactly.

15     Q.  And when did he say, "You're already

16  fired," was that before you picked up the

17  phone on the desk or in between all of this?

18     A.  To the best of my knowledge it was

19  before I picked up that phone he had stated to

20  me that, "You're already fired.  We've got

21  pictures of you stealing dog food.  The best

22  thing you can do for yourself at this point is

23  to sign this piece of paper and fill it out

24  and state that you stole this merchandise."

25     Q.  Okay.  So what happens next?

115

1   A.   At that point, you know, I'm backed
2   into a corner.  I feel that, you know, I feel
3   that, you know, I'm pretty much screwed either
4   way.  I'm fired.  That's why I called my
5   lawyer, is because, okay, now I'm in fear of
6   getting arrested here, and I hadn't done
7   anything wrong to my knowledge.  I've not
8   stolen any food.  And Al kept throwing in my
9   face the fact, "You keep saying to your
10  knowledge, it's a yes or no question."
11       I said, "Al, I've never taken any
12  merchandise out of the store," you know.
13       So about this time, the whole time
14  since I've talked with Gene, Gene has since
15  called the lawyer.  He's called Thomas, which
16  is primarily the person that he's dealt with
17  in this case.  He explained everything to
18  Thomas.  I don't know if Thomas said, I'll
19  call you back or whatnot.  But I know that
20  about five minutes later -- it was probably
21  about 15 minutes later, Gene was at the store.
22       And, of course, the whole time the
23  dialogue keeps continuing, you know, "you
24  stole it, you need to sign it," you know,
25  "you're going to get arrested.  Let's not push

118

1  A. Yes.

2  Q. Okay.

3  A. And at that point, Gene looks at me

4 and says, you know, I guess kind of shushes,

5 you know, Al up, because Gene -- they wouldn't

6 let -- when Gene walked in the store, the

7 employees and I guess the other managers

8 basically said, "He's in the office. You

9 can't go in there." Gene opened the door

10 anyway and pushed the door open.

11  Q. Well, you don't know any of that?

12  A. Yes, I do. I was sitting right in

13 front of the door. He pushed the door open.

14  Q. Well, you couldn't hear what other

15 employees said to him?

16  A. No. I can only go by the

17 testimony --

18  Q. Let's stick to what you heard and

19 saw.

20  A. Okay.

21  Q. So Gene comes to the door?

22  A. And pushes the door open.

23  Q. Pushes the door open. How does he

24 push the door open?

25  A. He pushes on the handle and pushes

126

1  going on and what's happened."

2     So about this time, you know, I'm

3  still crying, Thomas gets on the phone, I'm

4  talking to Thomas, I'm explaining to Thomas

5  what they want me to do and all this stuff.

6     Q. And everybody is still in the

7  office?

8     A. Everybody is still in the office.

9     Q. Al is still there?

10    A. Yes.

11    Q. Kelli is still there?

12    A. Yes.

13    Q. You're there, Gene is there?

14    A. Yes. At this point, when Thomas is

15 on the phone with me, Al picks up his cell

16 phone, fumbles around for a minute, looks up a

17 number out of a pad that he had in front of

18 him, and calls somebody on the phone.

19    Q. And doesn't he go out of the office

20 to make his phone call?

21    A. Not at that point, no. When he's,

22 when he has that piece of paper, that pad,

23 he's fumbling through it. He spends probably

24 about a minute in that office before I walk

25 out of the door. You know, I've had enough, I

127

1  walk out of the door. Because at this point
2  I'm crying. Al walks out behind me. I know,
3  that -- well, I don't know. But I know that
4  Al is talking to someone in the effect of a
5  Loss Prevention Department, because I heard
6  the guy's name come out of his mouth.
7      So I walk out of the office in
8  tears. I look around, everybody is looking at
9  me like I'm a moron.
10     Q.  You're still talking on the phone?
11     A.  I'm still talking on the phone.
12 Thomas says, "Calm down, calm down, just chill
13 out. They're not going to do anything to you.
14 If I have to come up there myself, I'll come
15 up there myself." He said, "Do not sign any
16 paperwork." He said, "Do not admit to
17 anything you have not done."
18     So I go into the second office,
19 which is --
20     Q.  Where is the second office?
21     A.  (Witness indicating.) So I walk out
22 of this office, walk down here, talking and
23 crying, walk in this office, and there's a
24 desk right here. You know, I sit down on a
25 chair.

121

1  he basically to the effect said that, and I'm

2  saying basically to the effect because I don't

3  know the exact words that come out of his

4  mouth, said that I'd been in the store, that

5  I'd stolen merchandise from the store.

6      And I told Al that he didn't have

7  any pictures.  Because at this time I'm

8  fighting mad, you know, because I'm being held

9  against my will, told if I don't, you know, if

10  I try to leave, I'm going to be arrested.

11     He's saying that they've got

12  pictures of me.  And Gene shushes Al up and

13  says, you know, "Let me ask the boy," that was

14  his words, "let me ask the boy did he steal

15  anything from your store."  Gene looked at me

16  right dead in the face and he said, "Chuckie

17  or Charles, I've known you many years.  I've

18  never known you to do anything before, but I'm

19  telling you right now you'd better be honest

20  with me."  He said, "Did you ever steal any

21  dog food out of the store?"

22     And I said, "No, Gene, I've never

23  taken any dog food out of the store."

24     And then it goes back to Al -- or

25  Gene.

99

1  merchandise, you know, Puppy Chow out of the

2  store.  And so, therefore, nobody saw me take

3  anything out like that."

4     Q.  Who speaks next?

5     A.  I believe Al speaks next.

6     Q.  What does he say?

7     A.  I believe he says that, or he

8  phrases the question, "Well, what would you

9  say if I told you that I had pictures that

10  somebody took of you taking Puppy Chow out of

11  the store?"

12     Q.  What did you say?

13     A.  I believe my remarks were, "I'd

14  call, I'd say you were a liar and ask you to

15  show me the pictures."

16     Q.  Who talks next?

17     A.  Al talks next.

18     Q.  What does he say?

19     A.  After about this time, Al and I are

20  going back and forth, and about this time is

21  about the time for the first time I tell Al

22  that I'm not going to speak with him any

23  further.  That, you know, I need to get on the

24  phone and I want to call my lawyer.

25     Q.  So you're the one that brought up