IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES MCKINLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 2:05-cv-562-MEF |
| | ) | |
| PETSMART, INC., *et. al.* | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

This cause is before the Court on Defendants' Motion to Seal Deposition Transcript of Plaintiff Charles McKinley (Doc. # 38). In support of their motion to seal the deposition transcript, Defendants assert that "some of the exhibits to the deposition contain confidential information regarding Plaintiff." This alone is an insufficient reason for the Court to seal the deposition. Thus, Defendants are DIRECTED to file a supplemental brief setting forth the factual and legal basis for their motion on or before May 12, 2006.

DONE this 4th day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE