IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHARLES MCKINLEY,** an individual, | |
| **Plaintiff,** | |
| v. | CASE NO. 2:05 CV 562-C |
| **PETsMART, INC.,** *et al.*, | |
| **Defendants.** | |

### NOTICE CONCERNING SETTLEMENT CONFERENCE

### MOTION TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH SCHEDULING ORDER CONCERNING FACE TO FACE SETTLEMENT MEETING

**COMES NOW** the Plaintiff in the above-styled matter and submits this response to the Court's Order of May 10, 2006, to show cause why the parties should not be sanctioned for failure to comply with the scheduling order concerning settlement negotiations.

1. Both parties have participated in good faith negotiations concerning this matter throughout preparation of this matter for trial. These contacts have been in the form of telephone calls and some discussion at the time of depositions.

2. As there has been no agreement as to any settlement in this matter, both parties have diligently prepared the Motion for Summary Judgment and the Opposition to said Motion in hopes that the resolution of the Summary Judgment will assist the parties in resolving the difference.

2

3. The two parties are geographically separated from one another making a face to face meeting difficult, however, both parties have agreed to meet in Atlanta to discuss this matter so as to hopefully come to a resolution regarding the settlement of this claim.

4. Plaintiff's counsel will file an additional Notice Concerning Settlement Conference following the face to face meeting scheduled for May 18, 2006.

Wherefore, the Plaintiff would beg the Court's indulgence in this matter and would ask the Court to waive any sanctions as both parties have been participating in good faith negotiations on an on-going basis in this matter. Both parties will continue to engage in good faith negotiations in an effort to resolve this matter in the coming weeks.

Respectfully submitted this 11th day of May, 2006.

/s/ Deborah Q. Harding
Deborah Q. Harding (HAR264)
Attorneys for Plaintiff

**OF COUNSEL:**

HARDING & CLAUNCH, LLC
2800 Zelda Rd., Suite 100-9
Montgomery, AL  36106
(334) 356-6070 Facsimile

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 2, 2006, I electronically filed Plaintiff's ***Notice Concerning Settlement Conference*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Donald W. Benson
    Littler Mendelson, P. C.
    3348 Peachtree Rd., NE, Suite 1100
    Atlanta, GA  30326-1008


        /s/ Deborah Q. Harding


**OF COUNSEL:**

HARDING & CLAUNCH, LLC
2800 Zelda Rd., Suite 100-9
Montgomery, AL  36106
(334) 356-6070 Facsimile

3