IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES MCKINLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 2:05-cv-562-MEF |
| | ) |
| PETSMART, INC., *et. al.* | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

This cause is before the Court on Plaintiff's Motion to Show Cause Why Sanctions Should not be Imposed for Failure to Comply with Scheduling Order Concerning Face to Face Settlement Meeting (Doc. # 44). The Court construes this motion as a motion for extension of time to file the Notice Concerning Settlement Conference and Mediation. Upon consideration, it is hereby ORDERED that the motion (Doc. # 44) is GRANTED. Plaintiff must file the Notice Concerning Settlement Conference and Mediation on or before May 22, 2006.

DONE this 11th day of May, 2006.

　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE