IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES MCKINLEY,<br><br>**Plaintiff,**<br><br>v.<br><br>PETSMART, INC., and AL WILLIAMS,<br><br>**Defendants.** | CIVIL ACTION NO. 2:05-CV-562-F |

*DEFENDANTS' MEMORANDUM IN SUPPORT OF
DEFENDANTS' MOTION TO SEAL DEPOSITION
TRANSCRIPT OF PLAINTIFF*

Pursuant to the Court's Order of May 12, 2006, Defendants PetSmart, Inc. and Al Williams (collectively "Defendants") file this supplemental brief in support of their *Motion to Seal the Deposition Transcript of Charles McKinley*. On April 18, 2006, Defendants filed their Motion for Summary Judgment with this Court.[1] In support of this Motion, Defendants filed the deposition transcript of Plaintiff Charles McKinley.[2] Although the Local Rules of this Court do not require the filing of deposition transcripts under seal, Defendants filed the Motion to Seal out of an abundance of caution and in the interest of preventing the disclosure of sensitive and confidential

---

[1] Court Docket, Document No. 36.
[2] *Id.*, Document No. 37.

information contained in the transcript's corresponding exhibits. Specifically, Plaintiff's employment application includes his social security number.[3] Also, included in this information is Plaintiff's income tax information which includes the social security numbers of both Plaintiff and his ex-girlfriend, Finlay Randolph.[4] *See Gambale v. Deutsche,* 377 F.3d 133 (2nd Cir. 2004) (holding that settlement conference transcript should be sealed permanently, unless and until all confidential information was first redacted.)

Although Defendants do not object to Plaintiff's deposition transcript not being under seal, Defendants respectfully request that this Court preserve the confidentiality of such information by not permitting its public disclosure.

Respectfully submitted this 11th day of May 2006.

**s/ Donald W. Benson, Esq.**
Donald W. Benson
*Pro Hac Vice*
Georgia Bar No. 052350
A. R. Tulani Grundy
*Pro Hac Vice*
Georgia Bar No. 141522
Charlotte K. McClusky
Alabama Bar No. 5296A57M
Attorneys for Defendants
LITTLER MENDELSON, PC

---

[3] *See* Plaintiff's Dep. Ex. No. 10.
[4] *Id.* Ex. No. 15.

3348 Peachtree Road, NE  
Suite 1100  
Atlanta, GA  30326-1008  
Telephone:  (404) 233-0330  
Facsimile:  (404) 233-2361  
Email: dbenson@littler.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHARLES MCKINLEY,**<br><br>**Plaintiff,**<br><br>v.<br><br>**PETSMART, INC., and AL WILLIAMS,**<br><br>**Defendants.** | **CIVIL ACTION NO. 2:05-CV-562-F** |

*CERTIFICATE OF SERVICE*

It is hereby certified that on May 11th 2006, I electronically filed the foregoing *Defendants' Memorandum in Support of Defendants' Motion to Seal Deposition Transcript of Plaintiff* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Deborah Q. Harding.

                                             **s/ A. R. Tulani Grundy, Esq.**
                                             *Pro Hac Vice*
                                             Georgia Bar No. 141522
                                             Attorney for Defendants

LITTLER MENDELSON, PC
3348 Peachtree Road, NE, Ste. 1100
Atlanta, Georgia 30326-1008
Telephone: (404) 233-0330
Facsimile: (404) 233-2361
E-mail: dbenson@littler.com