# EXHIBIT 1

# COPY OF TRANSCRIPT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES McKINLEY,
   Plaintiff,

vs.

PETSMART, INC.,
AND AL WILLIAMS,
   Defendants.

CIVIL ACTION FILE
NO. 2:05-CV-00562

## DEPOSITION OF

## CHARLES K. McKINLEY

March 27, 2006
9:45 a.m.

Littler Mendelson, P.C.
Suite 1100
3348 Peachtree Road
Atlanta, GA 30326

Thomas R. Carey, CCR-B-1715



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777
Facsimile (404) 495-0766
Toll Free (877) 495-0777

Complimentary Conference Rooms
Throughout Georgia And
Major Cities Nationwide

2700 Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303

www.galloreporting.com

```
                                  16
 1        A.    I cannot tell you the exact week
 2   amount.  I could only tell you what it shows I
 3   made, or drew from that.  It was a couple of
 4   months.
 5        Q.    A couple of months you made $1,811
 6   in Unemployment benefits?
 7        A.    That is correct.
 8        Q.    How did you live the rest of the
 9   time?
10        A.    The rest of the time -- right before
11   I was discharged from Petsmart I had taken a
12   brief vacation to shoot fireworks for a
13   company that I shoot fireworks for.  That
14   check came in and I used that to live on when
15   I wasn't looking for a job.  Other than
16   that -- between -- you know, I lived with
17   friends, so living with friends I didn't have
18   any bills to pay, because I was out looking
19   for a job.  And, you know, I used the money
20   that I'd gotten from Unemployment and a little
21   bit of money I had from shooting my fireworks.
22        Q.    How big was the firework's job?
23        A.    It was $1,320, or roughly around
24   that amount.
25        Q.    What friends did you live with?
```


Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC       CHICAGO, ILLINOIS       NEW YORK, NEW YORK

Telephone (404) 495-0777       Complimentary Conference Rooms       2700 Centennial Tower
Facsimile (404) 495-0766         Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777         Major Cities Nationwide             Atlanta, Georgia 30303

www.galloreporting.com

                                  17
1       A.    Gene Randolph.
2       Q.    J-E-A-N?
3       A.    No, it's G-E-N-E.
4       Q.    Is that a male or a female?
5       A.    That is a male.
6       Q.    And where did you live with Gene
7    Randolph, what was the address?
8       A.    3401 Elaine Drive, Montgomery,
9    Alabama, 36109.
10      Q.    How did you know Gene?
11      A.    I dated his daughter for five years.
12      Q.    What was the daughter's name?
13      A.    Finley Randolph.
14      Q.    I'm sorry.  I made a mistake earlier
15   when I was asking you about do you have family
16   in the Birmingham area.  Do you have family in
17   the Montgomery area?
18      A.    No.
19      Q.    So you dated Finley Randolph for
20   five years?
21      A.    Yes, sir.
22      Q.    But y'all never married; is that
23   right?
24      A.    That's correct.
25      Q.    And then when you lost your work at



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777         Complimentary Conference Rooms         2700 Centennial Tower
Facsimile (404) 495-0766            Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777            Major Cities Nationwide             Atlanta, Georgia 30303

www.gaBoreporting.com