# EXHIBIT 2

111

1  the one -- Gene said, "Okay," he said, "Let me
2  go, let me call the lawyer. I'll call you
3  back. I'm on my way."
4       Q.    All right.
5       A.    All the time their daughter, which
6  I'm no longer dating anymore, is in the car
7  with them also. She's constantly trying to
8  call Petsmart and find out what's going on.
9       Q.    You don't know that firsthand
10 because you --
11      A.    Yes, I do know that firsthand.
12      Q.    -- because you weren't in the car?
13      A.    No.
14      Q.    You knew it because she told you?
15      A.    I knew it because they all told me.
16      Q.    Yes. Gene and the daughter told you
17 later?
18      A.    That's correct. So they were all --
19      Q.    So Gene tells you he'll call the
20 lawyer?
21      A.    Uh-huh.
22      Q.    And he hangs up?
23      A.    That's correct.
24      Q.    So you're in the office at this
25 point?



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777         Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766             Throughout Georgia And             101 Marietta Street
Toll Free (877) 495-0777             Major Cities Nationwide          Atlanta, Georgia 30303

www.galloreporting.com