# EXHIBIT 3

Charles K. McKinley                                          March 27, 2006

115

1        A.    At that point, you know, I'm backed
2   into a corner.  I feel that, you know, I feel
3   that, you know, I'm pretty much screwed either
4   way.  I'm fired.  That's why I called my
5   lawyer, is because, okay, now I'm in fear of
6   getting arrested here, and I hadn't done
7   anything wrong to my knowledge.  I've not
8   stolen any food.  And Al kept throwing in my
9   face the fact, "You keep saying to your
10  knowledge, it's a yes or no question."
11           I said, "Al, I've never taken any
12  merchandise out of the store," you know.
13           So about this time, the whole time
14  since I've talked with Gene, Gene has since
15  called the lawyer.  He's called Thomas, which
16  is primarily the person that he's dealt with
17  in this case.  He explained everything to
18  Thomas.  I don't know if Thomas said, I'll
19  call you back or whatnot.  But I know that
20  about five minutes later -- it was probably
21  about 15 minutes later, Gene was at the store.
22           And, of course, the whole time the
23  dialogue keeps continuing, you know, "you
24  stole it, you need to sign it," you know,
25  "you're going to get arrested.  Let's not push



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms      2700 Centennial Tower
Facsimile (404) 495-0766      Throughout Georgia And               101 Marietta Street
Toll Free (877) 495-0777      Major Cities Nationwide              Atlanta, Georgia 30303

www.galloreporting.com