IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES MCKINLEY, an individual,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | CASE NO. 2:05 CV 562-C |
| | * | |
| **PETsMART, INC.**, *et al.*, | * | |
| | * | |
| **Defendants.** | * | |

<u>**NOTICE CONCERNING SETTLEMENT CONFERENCE**</u>

**COMES NOW** the Plaintiff in the above-styled matter and submits this report which complies with the scheduling order.

1. On May 18, 2006, a face to face settlement negotiation was conducted at the defendant's office in Atlanta, Georgia.

2. Both parties agreed that settlement negotiations are premature at this time pending the outcome of the Summary Judgment Motion. However, there was a discussion regarding a potential settlement demand should the plaintiff prevail in the Summary Judgment.

3. The two parties are in agreement that once the Summary Judgment has been decided there may be further negotiations in this matter.

Respectfully submitted this 20th day of May, 2006.

<u>/s/ Deborah Q. Harding</u>
Deborah Q. Harding (HAR264)
Attorneys for Plaintiff

**OF COUNSEL:**

HARDING & CLAUNCH, LLC
2800 Zelda Rd., Suite 100-9
Montgomery, AL  36106
(334) 356-6070 Facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that on May 20, 2006, I electronically filed Plaintiff's **Notice Concerning Settlement Conference** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Donald W. Benson
> Tulani Grundy
> Charlotte K. McClusky
> Littler Mendelson, P. C.
> 3348 Peachtree Rd., NE, Suite 1100
> Atlanta, GA  30326-1008

          /s/ Deborah Q. Harding

**OF COUNSEL:**

HARDING & CLAUNCH, LLC
2800 Zelda Rd., Suite 100-9
Montgomery, AL  36106
(334) 356-6070 Facsimile