IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES MCKINLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 2:05-cv-562-MEF |
| ) | |
| PETSMART, INC., *et. al.* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This cause is before the Court on Defendants' Motion to Seal Deposition Transcript of Plaintiff Charles McKinley (Doc. # 38). Upon consideration, it is hereby ORDERED that the motion is DENIED. However, Defendants must redact all personal data pursuant to the E-Government Act of 2002 before publicly filing the deposition.

DONE this the 20th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE