# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **CHARLES MCKINLEY,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**PETSMART, INC., and AL WILLIAMS,**<br><br>      **Defendants.** | **CIVIL ACTION NO. 2:05-CV-562-F** |

## *DEFENDANTS' NOTICE OF FILING REDACTED DEPOSITION TRANSCRIPT OF PLAINTIFF CHARLES MCKINLEY*

Please take notice that Defendants Petsmart, Inc. and Al Williams (collectively "Defendants") hereby file the following *redacted* document:

1. Deposition Transcript of Charles McKinley taken on March 27, 2006.

Respectfully submitted,

/s/Donald W. Benson, Esq.
Donald W. Benson
*Pro Hac Vice*
Georgia Bar No. 052350
A. R. Tulani Grundy
*Pro Hac Vice*
Georgia Bar No. 141522
Charlotte K. McClusky
Alabama Bar No. 5296A57M
Attorneys for Defendants
LITTLER MENDELSON, PC

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **CHARLES MCKINLEY,**     **Plaintiff,**  **v.**  **PETSMART, INC., and AL WILLIAMS,**     **Defendants.** | **CIVIL ACTION NO. 2:05-CV-562-F** |

*CERTIFICATE OF SERVICE*

It is hereby certified that on June 20, 2006, I electronically filed the foregoing ***Defendants' Notice Of Filing Redacted Deposition Transcript of Plaintiff Charles McKinleys*** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:  Deborah Q. Harding, Esq.

                                                **s/ Donald W. Benson, Esq.**
                                                *Pro Hac Vice*
                                                Georgia Bar No. 052350
                                                Attorney for Defendants

LITTLER MENDELSON, PC
3348 Peachtree Road, NE, Ste. 1100
Atlanta, Georgia 30326-1008
Telephone:  (404) 233-0330
Facsimile:  (404) 233-2361
E-mail: dbenson@littler.com

3

Firmwide:81009215.2 037653.1061

Case 2:05-cv-00562-MEF-CSC   Document 51   Filed 06/20/2006   Page 3 of 3