Charles K. McKinley                                    March 27, 2006

**3**

1          Deposition of Charles K. McKinley

2                    March 27, 2006

3

4          MR. BENSON:  Mr. McKinley, my name

5      is Don Benson, and if we can agree today

6      to reserve all objections except as to

7      the form of the question?

8          MS. HARDING:  That would be great.

9          MR. BENSON:  Would you like to read

10     and sign a copy of your transcript after

11     it's completed?

12         THE WITNESS:  That's fine.

13         MS. HARDING:  You want to or -- it's

14     not necessary.  It's not necessary.

15         MR. BENSON:  It's not necessary at

16     all.  And it's completely at your

17     discretion.

18         MS. HARDING:  That's why I'm saying,

19     you don't need to --

20         THE WITNESS:  If it's not necessary,

21     no.

22         MR. BENSON:  So, no.

23         CHARLES K. MCKINLEY, having been

24  first duly sworn, was examined and testified

25  as follows:


Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS         NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide               Atlanta, Georgia 30303

www.galloreporting.com

**4**

```
1            EXAMINATION

2       BY-MR. BENSON:

3       Q.    What is your full name?

4       A.    Charles Key McKinley.

5       Q.    Where do you currently live?

6       A.    Villa Rica, Georgia.

7       Q.    What is the address?

8       A.    It is ████████████████████████,

9  Villa Rica, Georgia, ████████.

10      Q.    How long have you been there?

11      A.    Three months.

12      Q.    Do you have any plans to move in the

13 foreseeable future?

14      A.    No.  I just bought the house.

15      Q.    Do you live there with anybody else?

16      A.    Yes, my wife.

17      Q.    What is her name?

18      A.    Amber Harper.  Well, McKinley now.

19      Q.    Amber Harper-McKinley?

20      A.    Yes.

21      Q.    Do you have any children over the

22 age of 18?

23      A.    No.

24      Q.    Anybody else live with you?

25      A.    No.
```



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766               Throughout Georgia And               101 Marietta Street
Toll Free (877) 495-0777               Major Cities Nationwide               Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

5

1        Q.    Are you taking any drugs or alcohol

2    in the last 24 hours that would make it hard

3    for you to understand my questions or say your

4    answers?

5        A.    No, sir.

6        Q.    Have you taken any prescription

7    drugs today?

8        A.    No, sir.

9        Q.    Have you ever been deposed before?

10       A.    Sir?

11       Q.    Have you ever been deposed before?

12       A.    What does that word mean?

13       Q.    Where the Court Reporter is sitting

14    at a table in a lawyer's office.

15       A.    No, sir.

16       Q.    Have you ever been a witness in a

17    trial?

18       A.    Just cases on Small Claims Court.

19       Q.    And I think you answered in your

20    interrogatories that you've been involved in

21    two of those?

22       A.    Yes, sir.

23       Q.    When was the first one?

24       A.    2000 -- I want to say around early

25    2004, I think, 2003.





Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And                   101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide                   Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

**6**

1      Q.    Now, was that the one about the

2   security cleaning deposit?

3      A.    No.   That was the, that was August

4   or September of '04.

5      Q.    So when is the first one?

6      A.    That would be prior to working for

7   Petsmart in early '04.

8      Q.    What did that involve?

9      A.    I was hit in the rear by a driver

10  who took me to court and sued me, and I guess

11  I went back against her and won the case.

12     Q.    Did you go all the way to a trial?

13     A.    Yes.   Well, it was Small Claims

14  Court.

15     Q.    Did you have an attorney?

16     A.    Yes.

17     Q.    Who were your attorneys?

18     A.    I do not know.   They were provided

19  by my insurance company.

20     Q.    What was the second case, was that

21  also in Small Claims?

22     A.    That is correct.

23     Q.    That was in August of '04?

24     A.    Yes, sir, as close as I can

25  remember.



Alexander Gallo & Associates, LLC
COURT REPORTING  VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

**7**

```
 1        Q.    Did you have an attorney for that?

 2        A.    No, I represented myself.

 3        Q.    What was that lawsuit about?

 4        A.    My landlord did not want to return

 5   my security deposit.

 6        Q.    Other than that, have you ever sued

 7   anyone else?

 8        A.    No.

 9        Q.    Anyone ever sued you other than the

10   auto accident case?

11        A.    No.

12        Q.    Have you ever been a criminal

13   defendant in a case other than a traffic

14   ticket?

15        A.    No.

16        Q.    Did you ever apply to become a

17   member of the military?

18        A.    Yes.

19        Q.    When was that?

20        A.    That was in '97, I believe.

21        Q.    What branch?

22        A.    Army.

23        Q.    Did you get accepted?

24        A.    Yes.

25        Q.    How long did you serve?
```



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC        CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms      2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And            101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide           Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                  March 27, 2006

**8**

1       A.    For about six or seven months before

2  I was medically discharged.

3       Q.    What was the nature of your medical

4  discharge?

5       A.    It was my ankle.  I broke my ankle.

6       Q.    So you had an Honorable Discharge?

7       A.    Yes.

8       Q.    What did you look at to prepare for

9  today in terms of written things?

10      A.    Just my statements.  I briefly

11  glanced over the statements that I made.

12      Q.    Which statements were those?

13      A.    It's just, I guess the

14  interrogatories.

15            MS. HARDING:  Interrogatories.

16      Q.    (By Mr. Benson) Did you look at

17  anything else?

18      A.    No.

19      Q.    Did you keep any notes or a diary or

20  journal going back in time to when you were

21  employed by Petsmart?

22      A.    I did not.

23      Q.    Do you have any family in the

24  Birmingham area?

25      A.    Yes, I do.

Alexander Gallo & Associates, LLC
COURT REPORTING VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA       WASHINGTON, DC      CHICAGO, ILLINOIS       NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms      2700 Centennial Tower
Facsimile (404) 495-0766         Throughout Georgia And            191 Marietta Street
Toll Free (877) 495-0777       Major Cities Nationwide            Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                      March 27, 2006

9

1      Q.    Who are they?

2      A.    My mother, my biological mother.

3      Q.    What's her last name?  What's her

4   full name?

5      A.    Theresa is her first name, and her

6   last name is -- I can't even think of it now.

7   I haven't seen her in so long.  She just got

8   married.  To be honest with you, I couldn't

9   tell you her last name.

10     Q.    What was her most recent last name?

11     A.    Kline.

12     Q.    Kline.  Does she work?

13     A.    Yes, she does.

14     Q.    Where does she work?

15     A.    I'm not sure, sir.

16     Q.    Where is the last place you remember

17  her working?

18     A.    She worked for a pet store.

19     Q.    Where is your wife from?

20     A.    She's from Douglasville.

21     Q.    So you don't have any in-laws in the

22  Birmingham area that you know of?

23     A.    My sister and my mom is the only two

24  people there.  Well, they don't live in

25  Birmingham, they live outside Birmingham.



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms      2700 Centennial Tower
Facsimile (404) 495-0766      Throughout Georgia And              191 Marietta Street
Toll Free (877) 495-0777      Major Cities Nationwide             Atlanta, Georgia 30303

www.galloreporting.com

Case 2:05-cv-00562-MEF-CSC     Document 51-2     Filed 06/20/2006     Page 8 of 235

**10**

1      Q.    By the Birmingham area I mean

2  50-mile radius?

3      A.    My sister lives there.

4      Q.    What's your sister's name?

5      A.    Margaret Kathleen McKinley.

6      Q.    How old is she?

7      A.    She is 23.

8      Q.    Married?

9      A.    No.

10     Q.    Do you have cousins or more distant

11  relatives in the area?

12     A.    I'm sure I do.  I couldn't tell you

13  their names or anything like that.

14     Q.    Do you remember the name of that

15  side of the family, would they be McKinleys?

16     A.    No.  Those were -- I met my

17  biological mother about three years ago.

18  That's the first meeting I had with her since

19  I was born, you know.  So I know there's

20  relatives all around in that area, but I don't

21  know who half of them are or anything like

22  that.

23     Q.    Where does your dad live?

24     A.    He lives in northwest Alabama, in

25  Sheffield.



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And          101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide          Atlanta, Georgia 30303

www.gallcreporting.com

Charles K. McKinley                                    March 27, 2006

**11**

1      Q.    What's his name?

2      A.    David Parks McKinley.

3      Q.    Are you currently employed?

4      A.    Yes.

5      Q.    Where?

6      A.    I work for myself.

7      Q.    What do you do?

8      A.    I drive a truck.

9      Q.    What kind of truck?

10     A.    A dual tandem truck.  I haul

11   materials.

12     Q.    What kind of materials?

13     A.    Wood.

14     Q.    Where do you haul it from and where

15   do you haul it to?

16     A.    I haul it from an 84 location to job

17   sites all over the Atlanta area.

18     Q.    So you're taking lumber; is that

19   right?

20     A.    That's correct.

21     Q.    How long have you been in that

22   business?

23     A.    Since I believe October of last

24   year.

25     Q.    That would be October of '05?

Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And                  181 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide                 Atlanta, Georgia 30303

www.gallereporting.com

Charles R. McKinley                                    March 27, 2006

**12**

1        A.    Last year.

2        Q.    Of '05?

3        A.    Yes.

4        Q.    How did you come to be in that

5    business?

6        A.    They had an ad in the paper, and

7    went and talked to the gentleman about it, and

8    decided to get involved where I then took out

9    a lease on a truck and went to work for him.

10       Q.    And who is it that leased you the

11   truck?

12       A.    Neuse Leasing.

13       Q.    Can you spell Neuse?

14       A.    N-E-U-S-E.

15       Q.    Is that who hires you to haul the

16   wood?

17       A.    That's correct.   My contract is with

18   them.

19       Q.    How long is your contract for?

20       A.    It's indefinite.

21       Q.    And how do you get paid, by the

22   load?

23       A.    By the load.

24       Q.    How much do you make a load?

25       A.    It depends on where that load is run



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777                Complimentary Conference Rooms                2700 Centennial Tower
Facsimile (404) 495-0766                Throughout Georgia And                       101 Marietta Street
Toll Free (877) 495-0777                Major Cities Nationwide                       Atlanta, Georgia 30303

www.galloreporting.com

**13**

1   to.  Could be anywhere from $60 up to $300 or

2   $400.

3        Q.    Is this seasonal work?

4        A.    No.

5        Q.    How much do you make in an average

6   month?

7        A.    Between $2,400 on the less to $5,000

8   on the most.

9        Q.    Do you have to pay your truck lease

10  out of that?

11       A.    Yes.

12       Q.    How much is your truck lease a

13  month?

14       A.    $530 a week.

15       Q.    Do you have to pay your own fuel and

16  --

17       A.    Yes.

18       Q.    How much are your expenses on the

19  truck a week?

20       A.    It ranges, usually less than $500.

21       Q.    Do you get any medical insurance or

22  benefits?

23       A.    No, I don't.

24       Q.    How much were you making when you

25  left Petsmart?



Alexander Gallo & Associates, LLC
COURT REPORTING    VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777              Complimentary Conference Rooms              2700 Centennial Tower
Facsimile (404) 495-0766              Throughout Georgia And                     101 Marietta Street
Toll Free (877) 495-0777              Major Cities Nationwide                    Atlanta, Georgia 30303

www.gallereporting.com

**14**

1      A.    I was salaried at I believe 25 or

2  $26,000 a year.

3      Q.    You're not sure?

4      A.    I'm not exactly sure.

5      Q.    You making more or less now than you

6  were then?

7      A.    More.

8      Q.    How much more?

9      A.    Between when I started and the end

10  of the year, my new job now, I made over

11  $26,000.

12      Q.    So you've made $26,000 from October

13  of '05 through March of '06?

14      A.    I believe.  I've got that statement.

15      Q.    That's in the documents that we're

16  copying?

17      A.    Yes.  My 1099 provided will show how

18  much I made.

19      Q.    Do you remember the dates you last

20  worked at Petsmart?

21      A.    Not the exact date.  I remember the

22  events that happened, but I don't remember the

23  date.

24      Q.    Do you remember what month it was?

25      A.    It was July, I believe.



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

**15**

1      Q.    July of what year?

2      A.    '04, I believe.

3      Q.    And what was the first job you got

4  after Petsmart?

5      A.    The first job I got after Petsmart

6  was Charter Communications.

7      Q.    When did you get that job?

8      A.    I'd have to look at the information

9  that I provided you.  I believe it was --

10  let's see, right here, June of '05.

11      Q.    And you're looking at your response

12  to interrogatory number 5; is that right?

13      A.    That's correct.

14      Q.    So if you left Petsmart in July of

15  '04, your first job is June '05; is that

16  correct?

17      A.    That's right.

18      Q.    Couldn't find any employment during

19  that time period?

20      A.    No, sir.

21      Q.    But you did collect Unemployment; is

22  that right?

23      A.    That's correct.

24      Q.    How many weeks did you get

25  Unemployment?



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

**16**

1       A.    I cannot tell you the exact week

2  amount.  I could only tell you what it shows I

3  made, or drew from that.  It was a couple of

4  months.

5       Q.    A couple of months you made $1,811

6  in Unemployment benefits?

7       A.    That is correct.

8       Q.    How did you live the rest of the

9  time?

10      A.    The rest of the time -- right before

11  I was discharged from Petsmart I had taken a

12  brief vacation to shoot fireworks for a

13  company that I shoot fireworks for.  That

14  check came in and I used that to live on when

15  I wasn't looking for a job.  Other than

16  that -- between -- you know, I lived with

17  friends, so living with friends I didn't have

18  any bills to pay, because I was out looking

19  for a job.  And, you know, I used the money

20  that I'd gotten from Unemployment and a little

21  bit of money I had from shooting my fireworks.

22      Q.    How big was the firework's job?

23      A.    It was $1,320, or roughly around

24  that amount.

25      Q.    What friends did you live with?



Alexander Gallo & Associates, LLC
COURT REPORTING    VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777    Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766    Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777    Major Cities Nationwide               Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

17

1       A.    Gene Randolph.

2       Q.    J-E-A-N?

3       A.    No, it's G-E-N-E.

4       Q.    Is that a male or a female?

5       A.    That is a male.

6       Q.    And where did you live with Gene

7    Randolph, what was the address?

8       A.    ▓▓▓▓▓▓▓▓▓▓▓▓▓, Montgomery,

9    Alabama, ▓▓▓▓▓

10      Q.    How did you know Gene?

11      A.    I dated his daughter for five years.

12      Q.    What was the daughter's name?

13      A.    Finley Randolph.

14      Q.    I'm sorry.  I made a mistake earlier

15   when I was asking you about do you have family

16   in the Birmingham area.  Do you have family in

17   the Montgomery area?

18      A.    No.

19      Q.    So you dated Finley Randolph for

20   five years?

21      A.    Yes, sir.

22      Q.    But y'all never married; is that

23   right?

24      A.    That's correct.

25      Q.    And then when you lost your work at



ATLANTA, GEORGIA          WASHINGTON, DC      CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide             Atlanta, Georgia 30303

www.gallereporting.com

Charles R. McKinley                                    March 27, 2006

**18**

1    Petsmart in July of '04, you stayed with the

2    Randolphs for how long?

3         A.    Until I moved to Atlanta, which was

4    right before, I'm going to say around

5    September of '05.  September, October of '05.

6         Q.    From June through September of '05

7    you worked at Charter Communications; is that

8    right?

9         A.    That is correct.

10        Q.    And you made a total of $6,714.35,

11   correct?

12        A.    That is correct.

13        Q.    What kind of job were you doing

14   there?

15        A.    Cable installation.

16        Q.    And how did you get paid, by the

17   week, by the job?

18        A.    I got paid by the hour, by the week,

19   or by every two weeks.

20        Q.    By the hour, how much did you make?

21        A.    I believe it was around $8 an hour,

22   $8 or 8.50 an hour.

23        Q.    You're not sure?

24        A.    No, sir.

25        Q.    Did you work overtime?



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-8777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-8766              Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-8777              Major Cities Nationwide               Atlanta, Georgia 30303

www.gallereporting.com

Charles K. McKinley                                    March 27, 2006

**19**

1    A.    Yes, I did.

2    Q.    Did you get any benefits?

3    A.    I just approached my insurance time

4  to get insurance, and I had started getting

5  insurance.

6    Q.    How did the insurance compare with

7  what you got at Petsmart?

8    A.    It was similar.  I paid roughly

9  about $30 every two weeks out of my paycheck

10 for it, which would be similar to, maybe a

11 little bit better than what Petsmart offered.

12   Q.    How were your weekly paychecks

13 compared to what you got from Petsmart?

14   A.    They were a lot less, of course,

15 because I was making nowhere near the amount

16 of money.

17   Q.    How much less?

18   A.    I would guess with Petsmart I would

19 say I would get -- to be honest, I don't know.

20   Q.    How often did you get paid at

21 Petsmart?

22   A.    I got paid every two weeks at

23 Petsmart.

24   Q.    Do you remember how much your check

25 was?



ATLANTA, GEORGIA          WASHINGTON, DC        CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide                Atlanta, Georgia 30303

www.galloreporting.com

**20**

1    A.    No, sir, I don't.  I want to say it

2    was probably $750, around probably $750 or so,

3    maybe more, after my insurance was taken out.

4    Q.    Okay.  And then once again in 2005

5    from July 4 through the 20th you worked for

6    Pyrotechnico; is that right?

7    A.    That is correct.  When I was working

8    for Charter Communications.

9    Q.    Is that the same firework's company

10   you worked for in the Summer of '04.

11   A.    That is correct.

12   Q.    What caused you to leave Charter

13   Communications?

14   A.    I moved over to Atlanta to be closer

15   to my girlfriend at the time.  I felt that

16   there would be better opportunity for me to

17   find a better job in management or one of the

18   other fields that I have expertise in.  So I

19   moved over this way.  Partially to get a

20   better job, partially to, you know, advance my

21   relationship with my girlfriend at the time.

22   Q.    Your girlfriend was Amber Harper; is

23   that right?

24   A.    That is correct.

25   Q.    How long had y'all been going out?



ALEXANDER GALLO & ASSOCIATES, LLC
COURT REPORTING   VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                March 27, 2006

**21**

1          A.    I can tell you that from -- we were

2    dating a little over a year before we got --

3    about a year and a half before we got married,

4    I think.  So I was actually dating her while I

5    was living and working for Charter Cable.

6          Q.    Were you dating her while you were

7    living at the Randolphs?

8          A.    Yes.

9          Q.    That might have been a little

10   awkward.  Did they know you were dating

11   somebody else?

12         A.    Oh, of course.  She drove here every

13   other weekend.  Of course, their daughter did

14   not live there.

15         Q.    Finley did not live with the

16   Randolphs?

17         A.    No.

18         Q.    Okay.  Did you live with the

19   Randolphs up until the time you moved to

20   Atlanta?

21         A.    That is correct.

22         Q.    Did you have a job when you moved to

23   Atlanta?

24         A.    I worked for Charter Cable.

25         Q.    Did you have a new job in Atlanta



ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

22

1    when you decided to move?

2        A.    No.

3        Q.    How long did it take you to find a

4    job in Atlanta?

5        A.    I ended up working -- took me about

6    a week, because I found one -- the gentleman

7    that I worked for at Charter Communications

8    gave me a lead over here with one of their

9    divisions over here.  I started working over

10   here.  So it was less than a week before I was

11   hired over in the Atlanta area.

12       Q.    So you started work here for Charter

13   Communications?

14       A.    No.  Actually, went to work for a

15   contracting group that worked for both Comcast

16   and Charter.

17       Q.    What were you doing for them?

18       A.    Same thing, cable installation.

19       Q.    How much did you make an hour?

20       A.    That was contract.  And honestly I

21   only worked there a week because I hated the

22   job.

23       Q.    Did you get paid by the hour?

24       A.    No, I got paid by the job.

25       Q.    What was the job pay?



Alexander Gallo & Associates, LLC
COURT REPORTING    VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT AND TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777    Complimentary Conference Rooms    2700 Centennial Tower
Facsimile (404) 495-8766    Throughout Georgia And    101 Marietta Street
Toll Free (877) 495-0777    Major Cities Nationwide    Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley
March 27, 2006

**23**

1       A.     The job paid, depending on what I

2   did, was anywhere from $6 to, a job to, you

3   know, $50 a job.

4       Q.     How many jobs would you do in a day?

5       A.     I averaged probably four or five.  I

6   brought home one paycheck, which in total was

7   probably $200, $300 in a week.  That's how bad

8   it was.

9       Q.     So the jobs you were working where

10  you'd get paid once it was installed at

11  customers --

12      A.     That is correct.

13      Q.     Do you think you would have gotten

14  faster at it if you stayed with them?

15      A.     Oh, I was plenty fast.  It had

16  nothing to do with that.  It was the fact that

17  when you'd go into a house, the house could

18  have been coded wrong, you know, by Charter,

19  and I'd spend hours there just fixing the mess

20  before I could even do my work.  And I didn't

21  get paid any more for that.

22      Q.     You quit after one week there?

23      A.     That is correct.

24      Q.     How long before your next job?

25      A.     It took me roughly a week.  And by



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.gallereporting.com

24

1    the grace of God I lucked into the current job

2    I'm in now.  It probably took me a couple of

3    weeks when I moved to Atlanta before I

4    actually got the job.

5        Q.    Your answer to Interrogatory Number

6    5 says that from September to the present

7    you're self-employed, and then it's got this

8    $26,000 figure?

9        A.    That is correct.

10        Q.    Is that the total earnings from

11    September through today, March 27, or --

12        A.    Through the end of the year.  When I

13    got my 1099.

14        Q.    So that's from September through

15    December?

16        A.    Yes.

17        Q.    How have you done January through

18    March of '06?

19        A.    My paychecks have been $597.50,

20    which is my contract base minimum since the

21    beginning of the year, with the exception of

22    one check for $1,700.  I get paid every week.

23        Q.    How much is your truck lease a

24    month?

25        A.    $530 or $535.



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-8766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

**25**

1      Q.    So you're making almost $600 a week?

2      A.    Yes.  Well, I make $600 a week.

3   That's my contract minimum, minus $2.50 for

4   them to send me my check.

5      Q.    Is that gross or net, is that what

6   you're taking home?

7      A.    Yes, that's what I take home.

8   There's no taxes taken out on that.  It's

9   miscellaneous income.

10     Q.    Do you have any plans to leave that

11  job?

12     A.    No.

13     Q.    Now, when you got the job at

14  Charter, how did you find that?

15     A.    It was through Career Builder, one

16  of the search engines that I was actively

17  seeking employment on.

18     Q.    That's an Internet site?

19     A.    Yes.

20     Q.    Did you provide an employment

21  history when you applied to Charter?

22     A.    Yes, I did.

23     Q.    Did you list your Petsmart

24  employment?

25     A.    Yes, I did.



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS         NEW YORK, NEW YORK

Telephone (404) 495-8777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-8766           Throughout Georgia And                 161 Marietta Street
Toll Free (877) 495-4777            Major Cities Nationwide                Atlanta, Georgia 30303

www.galloreporting.com

26

1      Q.    Did Charter say anything to you

2   about your Petsmart employment?

3      A.    Yes, they did.  I had to explain the

4   whole situation to them before they would hire

5   me.

6      Q.    Tell me what you, who you talked to.

7      A.    The gentleman I talked to was,

8   originally was Joe, Joe Simpson.

9      Q.    And so you filled out an application

10  and had to list prior employment; is that

11  right?

12     A.    That is correct.

13     Q.    And he asked you questions about

14  your prior jobs?

15     A.    That is correct.

16     Q.    And what did he ask you about your

17  Petsmart job?

18     A.    He basically asked me -- because,

19  you know, I put down honestly that I had been

20  discharged from a job, and of course that

21  raised a red flag to him, you know, why were

22  you discharged from the job.  And I told him

23  honestly the whole story of what happened.

24     Q.    Well, as best you can recall, how

25  long did it take you to tell the story?



Alexander Gallo Associates, LLC
COURT REPORTING    VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-4777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And                  101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide                  Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                     March 27, 2006

**27**

1      A.    About 15 minutes.  Because, you

2  know, I wanted to be honest and up front

3  exactly what happened.  That's how I am with

4  everybody I deal with.

5      Q.    What did you tell him the reason was

6  that you lost your job at Petsmart?

7      A.    I told him basically that I was

8  brought in to, in summation, I was brought

9  into an office with Al and with Kelli Watson

10  and was basically accused of taking

11  merchandise out of the store, stealing,

12  stealing dog food.  And that's what I was

13  fired for.

14      Q.    So you told him you were fired for

15  stealing?

16      A.    That is correct.

17      Q.    And you still got hired, correct?

18      A.    That is correct.

19      Q.    The people at Pyrotechnico already

20  knew you, correct?

21      A.    That is correct.

22      Q.    You didn't have to fill out an

23  application for them?

24      A.    I did fill out an application for

25  full-time employment to go back working



Alexander Gallo & Associates, LLC
COURT REPORTING    VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777    Complimentary Conference Rooms    2700 Centennial Tower
Facsimile (404) 495-0766    Throughout Georgia And    101 Marietta Street
Toll Free (877) 495-0777    Major Cities Nationwide    Atlanta, Georgia 30303

www.galloreporting.com

28

1    full-time for them.  Because when I shoot for

2    them I'm on a contract basis.  That's a

3    totally different thing than when you're

4    working in one of their plants or one of their

5    warehouse facilities.

6           Q.    When did you apply to go work for

7    them full-time?

8           A.    Sometime in between after I'd left

9    Petsmart.

10          Q.    Before you got the job at Charter?

11          A.    That is correct.

12          Q.    And in talking to Pyrotechnico, did

13   you talk about why you left Petsmart?

14          A.    No, they didn't ask.

15          Q.    And when you got the job with the

16   contractor in Atlanta doing cable

17   installations, did you have to discuss your

18   prior employment history?

19          A.    No, I didn't have to.

20          Q.    And in your current job as truck

21   driver did you have to discuss your prior

22   employment?

23          A.    To be quite honest, I didn't even

24   list it, because about that time I was, you

25   know, to the point that it seemed to be a



Alexander Gallo Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And                103 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide               Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley

March 27, 2006

**29**

1    recurring factor, you know.  It may have --

2    you know, I believe that -- should I shut my

3    mouth?

4            MS. HARDING:  No.

5            THE WITNESS:  It had just seemed to

6        me that, you know, the jobs that I

7        applied for, either online where I had

8        listed Petsmart, you know, as a former

9        employer, or ones that I had, you know,

10       gone personally and filled out

11       applications where I filled out my past

12       employment, you know, either they took

13       the application and I never made it to

14       the interview process, or if I made it to

15       the interview process, I was not hired,

16       you know, after that, after that fact.

17           So when I moved over to Atlanta, I

18       made a decision to leave it off.  I

19       didn't want anything, you know, I was at

20       the point I didn't want anything else

21       coming in between my new life I was

22       trying to start.

23       Q.    (By Mr. Benson) Where is the first

24   place you applied for work after leaving

25   Petsmart that you think a bad reference kept



ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777                    Complimentary Conference Rooms                    2700 Centennial Tower
Facsimile (404) 495-0766                        Throughout Georgia And                        101 Marietta Street
Toll Free (877) 495-0777                          Major Cities Nationwide                     Atlanta, Georgia 30303

www.gallereporting.com

Charles K. McKinley                                    March 27, 2006

30

1    you from getting a job?

2         A.    Petco Corporation.

3         Q.    When was that application?

4         A.    That application was the day after.

5         Q.    The day after you left Petsmart?

6         A.    That is correct.

7         Q.    On that application you listed prior

8    employment with Petsmart, right?

9         A.    That is correct.

10        Q.    What did you say about why you left

11   Petsmart in writing?

12        A.    In writing?

13        Q.    Did you have to say anything?

14        A.    I didn't have to say anything.

15        Q.    So you got an interview?

16        A.    That is correct.  I drove to

17   Opelika, Alabama for an interview with the

18   District Manager.

19        Q.    What was the District Manager's

20   name?

21        A.    To be quite honest, I couldn't tell

22   you.

23        Q.    In response to Interrogatory Number

24   6 you talk about speaking with Joe who was a

25   store manager?



ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

31

1    A.    That is correct.

2    Q.    Okay.

3    A.    I worked with Joe previously at Best

4    Buy, and he -- so I knew him, and he had gone

5    to work for Petco.

6    Q.    So is he the one that recommended

7    you to this District manager?

8    A.    That is correct.

9    Q.    So you meet with the District

10   Manager, and I guess at some point in that

11   interview you were asked what did you do at

12   Petsmart?

13   A.    That is correct.

14   Q.    So you described your duties?

15   A.    Yes, sir.

16   Q.    Did you get into a discussion of why

17   you left?

18   A.    No, I did not.  When I left the

19   interview, he was feeling positive about it, I

20   was feeling positive about it.  And I actually

21   filled out all of my prehire paperwork,

22   everything, down to the drug test and

23   everything, left and, you know, as I left, he

24   sent me to fill out my drug test and all of

25   that, which I did.  And he asked -- the only



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-8766        Throughout Georgia And                161 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide               Atlanta, Georgia 30303

www.galloreporting.com

32

1    thing that he said was that they would be

2    getting me into training soon.  The only thing

3    he had to do before he got me into, I guess

4    training for the position was that he had to

5    contact my past employers.  I told him, okay,

6    that was fine.

7         Q.    Okay.  And so how many days is it

8    before you hear back from them?

9         A.    It had to have been the next day or

10   the day after that.

11        Q.    And who called you?

12        A.    Nobody called me.  I actually went

13   into the store to see Joe.

14        Q.    What is Joe's last name?

15        A.    I couldn't tell you, sir.

16        Q.    So when you go into the store, what

17   happens with regard to your possible

18   employment?

19        A.    You know, I basically asked Joe, I

20   said, you know, "Have you heard back from the

21   District Manager?"

22             And Joe tells me, you know, right to

23   my face, he said, "Listen, he hadn't had a

24   chance to call you yet.  The District Manager

25   called me and told me that he was going to



ALEXANDER GALLO Associates, LLC
COURT REPORTING    VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766            Throughout Georgia And            101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide          Atlanta, Georgia 30303

www.galloreporting.com

33

1   pass on you."

2          I said, "Well, Joe, what happened?"

3   I said, "You know, I've done all this

4   paperwork, you know, when I left he was

5   feeling positive about me, I was feeling

6   positive about the job.  The only thing left

7   that he had to do was, you know, contact my

8   former employers."

9          And Joe said, "I don't know.  He

10  just told me to call you and tell you that he

11  was going to pass."

12      Q.    Did you ever talk to the District

13  Manager?

14      A.    No.

15      Q.    So you don't have any personal

16  knowledge about whether he ever called

17  Petsmart, do you?

18      A.    No, I don't.  All I have is the

19  knowledge that he said that he was going to

20  contact my previous employers.  And knowing

21  that I was applying for a pet store doing that

22  job function, in my mind, the person that he

23  would contact to find out, you know, from

24  Petsmart, you know, what my job title was and

25  information as to that effect.



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777       Complimentary Conference Rooms       2700 Centennial Tower
Facsimile (404) 495-0766       Throughout Georgia And               101 Marietta Street
Toll Free (877) 495-0777       Major Cities Nationwide              Atlanta, Georgia 30303

www.galloreporting.com

**34**

1    Q.    Okay.   Now, is there another job

2    that you applied for before you got the

3    Charter job?

4    A.    Yes, sir.   I've applied for a slew

5    of jobs.

6    Q.    Did you hear back from any of them

7    that they had checked references?

8    A.    I did hear back from several jobs.

9    Q.    Let me try to jump ahead instead of

10   bogging you down.   You suspect that the reason

11   you didn't get the Petco job was because of a

12   bad reference?

13   A.    Yes, that's correct.

14   Q.    Are there any other jobs that you

15   suspect you didn't get further into the

16   interview process because of a bad reference

17   from Petsmart?

18   A.    I don't know that, but I suspect,

19   yes.  I applied for several management

20   positions at several different companies, as

21   of which, I did get a couple of phone calls

22   back from different companies.  I don't

23   remember which ones.  But they honestly gave

24   me a curtesy phone call to say that they were

25   going to pass on me at the present time.



ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.gallereporting.com

35

1   Others didn't call me back.  Others I never

2   got further than, you know, the application

3   process.

4        Q.    Did any of these people tell you

5   they had gotten a bad reference from Petsmart?

6        A.    No.

7        Q.    Did any of these companies tell you

8   they had contacted Petsmart?

9        A.    No.

10        Q.    Has anybody ever told you that

11   Petsmart had given you a bad reference?

12        A.    No.

13        Q.    So why do you think that the

14   Petsmart reference is what caused you to not

15   get the Petco job?

16        A.    You know, simply stated, because I

17   had the job.  And I was told I had the job

18   before I left.  You know, the store manager

19   just had to check my previous work references.

20   And quite frankly, that would be the only

21   negative reference to any employment I've ever

22   had.  I've always had satisfactory reviews at

23   every job I've held.  And that would to me be

24   the only thing that I would think that would

25   have caused me not to get that job.



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC      CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777       Complimentary Conference Rooms       2700 Centennial Tower
Facsimile (404) 495-0766       Throughout Georgia And                102 Marietta Street
Toll Free (877) 495-0777       Major Cities Nationwide               Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

                                    36

1          Q.    When you were at Petsmart, did you

2    ever have anyone tell you what their policy

3    was with regard to references?

4          A.    It was in the Employee Handbook.

5          Q.    What did --

6          A.    I'm sure -- you know, it's just like

7    every company handbook always states.

8          Q.    Which is what?

9          A.    Generally that they can either tell

10   you that they work there or they don't work

11   there, or that they have to contact another

12   number.

13         Q.    So the Petsmart policy, as is in the

14   Employee Handbook, is that they give neutral

15   references, correct?

16         A.    If I remember correctly.  I just

17   don't in my opinion believe that was followed.

18         Q.    And do you have any evidence for

19   that other than the sequence of your

20   interviews at Petco?

21         A.    No, sir, I don't.

22         Q.    Before you took the Charter

23   Communications job did you turn down any work

24   offers?

25         A.    No, I did not.



Alexander Gallo & Associates, LLC
COURT REPORTING    VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766             Throughout Georgia And                    101 Marietta Street
Toll Free (877) 495-0777              Major Cities Nationwide                  Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

37

1        Q.    The only offer that you're aware of
2    that was withdrawn was the Petco offer, right?
3        A.    That is correct.  Other than people,
4    you know, phone calls that I would get that
5    said that they are going to pass on my
6    application at this time.
7        Q.    Now, immediately leaving Petsmart
8    you went and applied for work at Petco; is
9    that right?
10       A.    That is correct.
11       Q.    So you were able to work at that
12   time; is that right?
13       A.    Of course I was able to work.
14       Q.    You didn't have any physical
15   problems?
16       A.    No.
17       Q.    You didn't have any emotional
18   problems that kept you from working?
19       A.    No, sir, I did not.
20       Q.    Did you ever have any physical
21   problems as a result of your work at Petsmart?
22       A.    No.
23       Q.    Were you ever hospitalized as a
24   result of your work at Petsmart?
25       A.    No.



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And              303 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide             Atlanta, Georgia 30303

www.galloreporting.com

38

1      Q.   Did you ever seek any therapy or

2  mental health counseling as a result of your

3  work at Petsmart?

4      A.   No, sir.  Quite frankly, I didn't

5  have the money.  I used a support system of my

6  friends and my family as the, you know, what I

7  had to get by.  I didn't have any money to

8  seek anything else.

9      Q.   Do you have any mental health or

10 emotional problems as a result of what

11 happened at Petsmart?

12     A.   No, I do not.

13     Q.   Did you ever take any prescription

14 drugs or anything like that for emotional

15 distress as a result of what happened at

16 Petsmart?

17     A.   No.

18     Q.   Prior to coming to Petsmart had you

19 ever been hospitalized for emotional mental

20 problems?

21     A.   No, sir.

22     Q.   Have you ever been placed on any

23 kind of drugs for emotional or mental

24 problems?

25     A.   No, sir.



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms      2700 Centennial Tower
Facsimile (404) 495-0766      Throughout Georgia And      101 Marietta Street
Toll Free (877) 495-0777      Major Cities Nationwide      Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                March 27, 2006

**39**

1      Q.    And that's before or after Petsmart?

2      A.    Yes, sir, that's correct.

3      Q.    Or during?

4      A.    That's correct.

5      Q.    Have you ever seen a therapist,

6  psychologist, mental health professional?

7      A.    No, sir, nobody other than my

8  friends and family.

9      Q.    Did you finish high school?

10     A.    Yes.

11     Q.    Where did you finish high school?

12     A.    At Three Springs School.

13     Q.    Can you spell that?

14     A.    T-H-R-E-E, Springs, S-P-R-I-N-G-S.

15     Q.    Where is that?

16     A.    That's in Centerville, Tennessee.

17     Q.    Is that where you grew up, in

18  Centerville?

19     A.    No, sir.

20     Q.    Where did you grow up?

21     A.    Northwest Alabama.

22     Q.    Where's the closest town?

23     A.    Sheffield.

24     Q.    But you went all the way through

25  high school and graduated?



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC        CHICAGO, ILLINOIS         NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-8766            Throughout Georgia And                303 Marietta Street
Toll Free (877) 495-0777            Major Cities Nationwide            Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                      March 27, 2006

**40**

```
 1        A.    Yes, sir, that's correct.
 2        Q.    Did you play any sports in high
 3   school?
 4        A.    Yes, sir, I did.
 5        Q.    What did you play?
 6        A.    Football.
 7        Q.    What was your position?
 8        A.    I played strong tackle.
 9        Q.    How tall are you?
10        A.    6'4".
11        Q.    How much do you weigh?
12        A.    About 315.
13        Q.    Is that about the size you were when
14   you were at Petsmart?
15        A.    Yes, sir.
16        Q.    Did you ever get disciplined while
17   you were in high school?
18        A.    No, sir.
19        Q.    Did you ever get sent to the
20   Principal's office?
21        A.    Of course.
22        Q.    For what kind of things?
23        A.    Just -- I don't know.  Back-talking
24   to the teacher, I mean, once or twice.  I
25   mean, everybody I think in their high school
```



Alexander Gallo Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA     WASHINGTON, DC     CHICAGO, ILLINOIS     NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-8766          Throughout Georgia And                  101 Marietta Street
Toll Free (877) 495-8777          Major Cities Nationwide                 Atlanta, Georgia 30303

www.gallereporting.com

Charles K. McKinley                              March 27, 2006

**41**

1    time gets sent to the Principal's office.

2         Q.    Did you ever serve detention?

3         A.    Yes, sir.   Not in high school, in

4    middle school.

5         Q.    Middle school.   What kind of

6    detention do they give you in middle school?

7         A.    You sit for an hour after school, be

8    quiet, do your homework.

9         Q.    Did you work during high school?

10        A.    No.   I did an Internship at the Fox

11   Theater, but I did not get paid for it.

12        Q.    That was during high school?

13        A.    That's correct.

14        Q.    And that was an Internship on

15   lights?

16        A.    Lighting, sound reinforcement, stage

17   craft.

18        Q.    Since high school have you had any

19   formal education?

20        A.    Yes.

21        Q.    What?

22        A.    Went to Trenholm Tech where I did

23   EVOC certification, EMT.   When I moved to

24   Louisiana, I did Fire Fighter I certification.

25        Q.    Let's talk about the first formal



Alexander Gallo Associates, LLC
COURT REPORTING VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADING INSTRUCTION REPORT A MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-6777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And                  101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide                 Atlanta, Georgia 30303

www.gallereporting.com

Charles R. McKinley                                    March 27, 2006

42

1    education you had.  You certified for EMT,

2    right?

3         A.    That's correct.  EMT basic and EVOC,

4    which is emergency vehicle operations.  I also

5    have --

6         Q.    How long of a course was that?

7         A.    It's about three months, I believe.

8         Q.    So is that the same course, the EMT

9    basic and the EVOC?

10        A.    No, it's two different courses.  The

11   EVOC is about a week course.

12        Q.    You take that first?

13        A.    Yes, sir.

14        Q.    Okay.  How long was the EMT?

15        A.    Total, it was about three months,

16   probably.

17        Q.    Did you ever work as an EMT?

18        A.    No.  I worked as an ambulance

19   driver.

20        Q.    When was this training for the EMT

21   and EVOC?

22        A.    Several years ago in Montgomery,

23   Alabama.  I could not tell you the year.

24   Probably 2000, maybe 2001.

25        Q.    And you worked for a while as an



Alexander Gallo & Associates, LLC
COURT REPORTING · VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        303 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.gallowreporting.com

Charles K. McKinley                                    March 27, 2006

**43**

1   ambulance driver; is that right?

2        A.    That is correct.   For Haynes

3   Ambulance Company.

4        Q.    Where was that, Montgomery?

5        A.    Montgomery.

6        Q.    How long did you work there?

7        A.    I worked there for probably close to

8   a year.

9        Q.    Why did you leave?

10       A.    I was in an altercation with a

11  gentleman to where we didn't get along, so I

12  was moved -- because of threatening comments

13  he had made towards me, I was moved for my

14  safety to a different branch in Union Springs,

15  Alabama, where I worked there for several

16  months and was then terminated or let go

17  mutually.   It was a term that they had used,

18  because I was accused of not -- there was a

19  complaint from a customer that I'd picked up

20  that said I'd refused to carry her handbag to

21  the van and that I loaded another patient

22  before I loaded her, and she didn't like that.

23            Let me put it to you this way.   The

24  town I worked in was an all Black community.

25       Q.    That's Union Springs?



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.gallereporting.com

**44**

1      A.    That's Union Springs, Alabama.    I

2   was one of three White ambulance drivers down

3   there.    And I loaded two patients into my van.

4   I loaded the lady in the wheelchair first,

5   because we always loaded from the back to the

6   front.    I put her in first.    The lady that was

7   on a walker, I asked her nicely to stay in the

8   dialysis clinic, to sit here, and I would come

9   after her in just a minute.    She didn't like

10   that answer.    So, you know, of course she

11   called in and complained about me.    And

12   because it is an all Black community, the

13   gentleman that ran that portion or that branch

14   decided that it would be better, that it would

15   be better to let me go mutually because he

16   didn't want any, he didn't want the community

17   to get upset.    Because in a small community

18   like that, it's one that talks.    It would be

19   bad for business if somebody said anything

20   like that.    Those were his words.    It would be

21   bad for business if somebody started talking.

22   They can't afford that.

23           When I was moved from one branch to

24   another, it was told that they were moving me

25   from one branch to another because of my



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms      2700 Centennial Tower
Facsimile (404) 495-8766          Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide           Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

45

1   safety.  And, you know, when I was let go,

2   they were told, you know -- or I was looking

3   at actually putting a lawsuit, you know,

4   against that company, but decided against that

5   because I would never win.  Because, you know,

6   I felt that I was discriminated against

7   because of my color, quite frankly.

8       Q.    Why did you think you'd never win?

9       A.    Huh?

10      Q.    Why did you think you would never

11  win?

12      A.    Because of reverse discrimination,

13  it's just -- it doesn't -- you don't win like

14  that.  And besides, you know, I felt that I

15  can easily move on and get into another line

16  of work.  In that situation it was better to

17  put bygones to bygones.  And I didn't have any

18  hard feelings toward anybody I worked with.

19      Q.    Did she accuse you of losing the

20  handbag?

21      A.    No.  She accused me of not picking

22  up the handbag and putting it in the van.

23      Q.    Did it get lost?

24      A.    No.  It got put in the van.  She was

25  just upset that I loaded, that I loaded a



Alexander Gallo Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT AND TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777    Complimentary Conference Rooms    2700 Centennial Tower
Facsimile (404) 495-0766    Throughout Georgia And    101 Marietta Street
Toll Free (877) 495-0777    Major Cities Nationwide    Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                        March 27, 2006

**46**

1    White lady before I loaded her.

2        Q.    Other than that job at the ambulance

3    company, did you ever use your EMT/EVOC

4    training?

5        A.    I worked for a Fire Department in

6    Lacomb, Louisiana.

7        Q.    Can you spell that place in

8    Louisiana?

9        A.    L-A-C-O-M-B.

10       Q.    What did you do there?

11       A.    I was a fire fighter.  A volunteer,

12   of course, and I ran on first response calls.

13       Q.    When you say, "Volunteer," does that

14   mean unpaid?

15       A.    That is correct, unpaid.  That was

16   pre Petsmart.

17       Q.    Other than the EMT and EVOC

18   training, have you had any other formal

19   schooling since high school?

20       A.    Yes, sir.  I did two years at

21   Northwest Shoals Community College for what is

22   called Fire Sciences.  It's a study of fire

23   fighter investigation.

24       Q.    Did you complete that?

25       A.    Yes, sir.



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766         Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777         Major Cities Nationwide             Atlanta, Georgia 30303

www.galloreporting.com

**47**

Q.   When did you complete it?

A.   That would have been probably around '99 before I moved to Montgomery.  Sometime in that time frame.

Q.   Any other formal training?

A.   No.

Q.   So when you finished in '99 with the two-year degree on Fire Sciences, did you get a job as a fire fighter?

A.   No, I did not.

Q.   Why not?

A.   They have weight requirements. Departments all over the country have weight requirements.  Quite frankly, I was, you know, being around 300, 285, 315 pounds, I go over their weight requirements for that.  So it was a Degree I could not use, because no Fire Department will even hire you as a fire investigation or anything like that because you have to first go through be a fire fighter and work your way up through the ranks.

Q.   So what's the first job you got after you got out of the two-year program in '99?

A.   Actually, I believe it was for



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And          101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide          Atlanta, Georgia 30303

www.galloreporting.com

48

1    Outback Steak House.

2         Q.    Where was that?

3         A.    That was in Sheffield, Alabama.

4         Q.    How long did you work there?

5         A.    Several months before I moved to

6    Montgomery.

7         Q.    Why did you move to Montgomery?

8         A.    For a relationship with Finley

9    Randolph.

10        Q.    Then when you got to Montgomery,

11   what is the first job you got?

12        A.    Probably, I believe it was Lone

13   Star.  It was another steak house.

14        Q.    What were you doing for them?

15        A.    I was cooking and also training to

16   be the back of the House Manager, the kitchen

17   manager.

18        Q.    How long did you stay at Lone Star?

19        A.    Several months.

20        Q.    Why did you leave?

21        A.    They went through a management

22   change.

23        Q.    What does that mean?

24        A.    They changed managers.  A lot of the

25   guys left and went down to work for Darrell's



Alexander Gallo & Associates, LLC
COURT REPORTING    VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-8777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                      March 27, 2006

**49**

1    Steak House.

2          Q.    Did you go with them?

3          A.    Yes.  Pay was better.

4          Q.    And at Darrell's were you also in

5    the management training program?

6          A.    For the assistant kitchen manager,

7    not for the kitchen manager position.

8          Q.    How long did you stay at Darrell's?

9          A.    Several months before the restaurant

10   was closed.

11         Q.    What's the next job you had?

12         A.    To be quite frank, I couldn't --

13         Q.    I believe it's in Interrogatory 4.

14         A.    Yes.  It would be ABC, Channel 32.

15         Q.    What were you doing for ABC?

16         A.    Master control.

17         Q.    What's a master control?

18         A.    All the transmissions, all the

19   commercials, all the network TV feeds that

20   come in and go back out on local TV stations.

21         Q.    How did you get that job?

22         A.    Because of my background in, you

23   know, with the Fox Theater.

24         Q.    The high school Internship?

25         A.    High school Internship.  When I was



ALEXANDER GALLO Associates, LLC
COURT REPORTING VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766              Throughout Georgia And                  101 Marietta Street
Toll Free (877) 495-0777              Major Cities Nationwide                Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

50

1   back at home, I did have a part-time job doing
2   master control in a small TV station
3   part-time.  So those two things, master
4   control back home, and when I moved to
5   Montgomery I saw the ad and aggressively
6   seeked out after it, and I got that position
7   and worked there.
8        Q.   How long did you work there?
9        A.   I worked the overnight shift for
10  probably close to a year.  Of course, it was
11  part-time hours.  I worked a couple of days a
12  week from 7:00 at night to 7:00 in the
13  morning.
14       Q.   What did it pay?
15       A.   It paid about $9, $9.50 an hour.
16       Q.   How many hours a week did you get?
17       A.   I want to say probably no more than
18  30.
19       Q.   And you left there why?
20       A.   I left there and actually went to
21  work -- because I didn't want to work
22  overnights anymore.  Just got burned out.  You
23  get real burned out working those overnight
24  shifts.  And actually went to work for my
25  girlfriend's father doing landscaping.



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC    CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777         Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide               Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

51

1      Q.    What is his name?

2      A.    Gene Randolph.

3      Q.    Does he have his own landscaping

4  business?

5      A.    That is correct.

6      Q.    What's the name of the business?

7      A.    Clearcut Property Maintenance.

8      Q.    How long did you work that?

9      A.    I worked that off and on for a

10 couple of years before, you know, I moved down

11 to Louisiana for a while, worked for

12 Pyrotechnico.  But when I would come back, I

13 worked for him.  He would pay me, like, if I

14 came back up for a couple of weeks when there

15 wasn't anything going on at Pyrotechnico, I

16 would come back up and work for him.

17     Q.    So you went to Louisiana for a

18 while, you came back and worked for Randolph

19 for a while, did you get another job?

20     A.    Yes, that's when I went to work for

21 Best Buy.

22     Q.    What was your job with Best Buy?

23     A.    I was a sales associate and I was a

24 department lead.

25     Q.    And when did you start with Best



ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide               Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

52

1    Buy?

2         A.    Oh, I couldn't tell you the actual

3    date.  I can tell you that it was right around

4    Thanksgiving.

5         Q.    Of what year?

6         A.    Of probably, maybe '03, maybe.  I

7    worked there for over a year before I got a

8    better position at Petsmart.

9         Q.    Did you leave there voluntarily?

10        A.    Yes.  The only job I've left

11   involuntarily, of course, was Petsmart and the

12   incident with Haynes Ambulance.  And that was

13   not being fired.  I felt that was just a

14   mutual decision for their business.

15        Q.    How did you come to apply at

16   Petsmart?

17        A.    I knew they were opening up that

18   store.  I'd seen it, and I loved animals, and

19   I was looking for more advancement and more

20   opportunity in a management field.  Because at

21   Petsmart, even though I was a sales associate

22   and a department lead, I did a lot of the

23   merchandising of the store.

24        Q.    When did you start with Petsmart?

25        A.    It had to have been -- I think I



Alexander Gallo Associates, LLC
COURT REPORTING
VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        191 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley

March 27, 2006

53

1    went for training in April, so I believe I was

2    probably hired on in, in either February or

3    March, and I either went for training in

4    either March or April, because I went down to

5    Louisiana for training, same place I'd lived.

6        Q.    March or April of what year?

7        A.    That would be '04.

8        Q.    And where was -- what's the address

9    of the store that you worked at for Petsmart

10   in Montgomery?

11       A.    I could not tell you the exact

12   address.

13       Q.    What street is it on?

14       A.    It's on East Chase Parkway, I

15   believe.

16       Q.    That's the store you got hired into?

17       A.    That's correct, yes, sir.

18       Q.    Is that the one you finished at?

19       A.    Yes, sir.

20       Q.    In between you got sent for training

21   in Louisiana?

22       A.    Yes.

23       Q.    Where in Louisiana?

24       A.    Slidell, Louisiana.

25       Q.    How long were you down there?



ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777                Complimentary Conference Rooms                2700 Centennial Tower
Facsimile (404) 495-0766                Throughout Georgia And                181 Marietta Street
Toll Free (877) 495-0777                Major Cities Nationwide                Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

54

1      A.    I was down there for two weeks.

2      Q.    And who trained you while you were

3   down there?

4      A.    I was trained by -- to be honest

5   with you I can't remember the gentleman's name

6   that trained me.  There were two of them, and

7   neither one can I remember the names.

8      Q.    What did your training consist of in

9   Louisiana?

10     A.    It consisted of store operations,

11  everything, every aspect that I would need to

12  know as a manager for that store.  Everything

13  from merchandise resets to inventory to

14  payroll functions.  Even stuff that I may not

15  have even been using.  The manager down there

16  wanted to train me on everything so that I

17  would have a better position for advancement.

18  You know, it even went into a little bit of, I

19  even went to the different departments and

20  worked with their Fish Care Manager, with

21  their Pet Products Manager.  I spent time

22  working with every manager in that store so

23  that I would have the best overall picture of

24  exactly what my job functions were to include,

25  even when, you know, another person was out.



Alexander Gallo & Associates, LLC
COURT REPORTING / VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777         Complimentary Conference Rooms              2700 Centennial Tower
Facsimile (404) 495-0766            Throughout Georgia And                    101 Marietta Street
Toll Free (877) 495-0777           Major Cities Nationwide                  Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                  March 27, 2006

55

1       Q.    During this training period in
2  Louisiana, did you review access to the store
3  procedures?
4       A.    Yes, I had to read the -- I had a
5  large training manual that I had to read,
6  Employee Handbook, and other materials.
7       Q.    What was the training manual called?
8       A.    I couldn't tell you what the manual
9  was called.  It was about 500 or 1,000 pages
10 long and covered different aspects and went
11 chapter by chapter where I would have to watch
12 a video and then I would have to take tests.
13 Our store manager would walk me around and do
14 quizzes on what the book covered.
15      Q.    So you were considered a
16 manager-in-training?
17      A.    That is correct.
18      Q.    So you had -- did you have keys to
19 the store?
20      A.    Not that store, no.
21      Q.    Did you go over opening and closing
22 procedures?
23      A.    We did go over opening and closing
24 procedures, but not at that particular time.
25 We actually went over opening and closing



ATLANTA, GEORGIA       WASHINGTON, DC      CHICAGO, ILLINOIS       NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms              2700 Centennial Tower
Facsimile (404) 495-0766           Throughout Georgia And                    303 Marietta Street
Toll Free (877) 495-0777           Major Cities Nationwide                   Atlanta, Georgia 30303

www.gallereporting.com

56

1    procedures when I came back to Montgomery and

2    they had the orientation for the new

3    employees.

4        Q.    Did you get any training in

5    Louisiana about restrictions on the managers

6    for coming into the stores?

7        A.    No.   I believe it was briefly when I

8    went over, like if I was scheduled to be there

9    at 6 o'clock in the morning to open the store,

10   whatever time the store -- if the store opened

11   at, you know, say 10 o'clock, managers may get

12   there, I don't know, 8:00 or 8:30, whatever

13   time I was scheduled to report, there would be

14   some days where I would get there and the

15   manager had already been in the store, you

16   know, for 30 minutes, an hour.  And, you know,

17   just in conversation, you know, he did tell me

18   that there were sometimes that he would come

19   in before everybody else to do paperwork or to

20   do whatever.

21       Q.    When you came back to Montgomery, is

22   that when you got training on opening and

23   closing procedures?

24       A.    There was no formal training that

25   was gone over.  Basically told to come to work



ALEXANDER Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC      CHICAGO, ILLINOIS       NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms      2700 Centennial Tower
Facsimile (404) 495-8766        Throughout Georgia And            101 Marietta Street
Toll Free (877) 495-4777        Major Cities Nationwide           Atlanta, Georgia 30303

www.gaβreporting.com

Charles R. McKinley
March 27, 2006

57

1    and unlock the store at designated times.  I

2    believe they had, you know, a speaker come in,

3    I believe it was their Loss Prevention guy,

4    basically said, everybody be here when you're

5    supposed to be here, don't come into a store

6    unauthorized.

7         Q.    Do you know who the Loss Prevention

8    guy was?

9         A.    No, I do not know his name.

10        Q.    Is that Fred Cramer?

11        A.    Sounds familiar, yes.

12        Q.    So in that presentation you were

13   told, don't come in when not authorized?

14        A.    Yes, sir.  Everybody as a group was

15   told.  It was not singled out toward any one

16   person.  I didn't mean to imply that.

17        Q.    Does that mean you're always

18   supposed to have somebody with you when you

19   enter the store?

20        A.    I would assume so.  Because usually

21   when we would open the store in the morning, I

22   would wait out in the, you know, in the car

23   until, you know, I saw somebody else come in,

24   and we would go in together.

25        Q.    Was that at a time when --



ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777            Complimentary Conference Rooms            2700 Centennial Tower
Facsimile (404) 495-0766              Throughout Georgia And                  101 Marietta Street
Toll Free (877) 495-0777             Major Cities Nationwide                   Atlanta, Georgia 30303

www.gallereporting.com

**58**

1    A.    I believe that was more of a safety

2  for everybody than, you know, it was for, just

3  so something wouldn't happen.  Just as a last

4  person, I would wait until all the employees

5  left at night before I would lock the store

6  up.

7    Q.    Right.  You wouldn't want an

8  employee in the store alone for safety

9  reasons; is that right?

10    A.    That's correct.

11    Q.    Safety in case they slipped or got

12  hurt; is that correct?

13    A.    That's correct.

14    Q.    Safety in terms of crimes as well?

15    A.    Yes, sir.

16    Q.    How did you get into the store in

17  Montgomery, was that a key or --

18    A.    Yes, sir.  It was a keyed entry, and

19  then also had an alarm system where I had a

20  personal code.  Every manager had a personal

21  code to disarm the system.

22    Q.    So there's a key pad on the outside

23  of the door?

24    A.    Inside the door.

25    Q.    How did you get inside the door?



**Alexander Gallo & Associates, LLC**
COURT REPORTING        VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        161 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

59

1        A.    You unlock it with a key, you go

2    into the store where you close doors behind

3    you and you disarm the system.

4        Q.    And to disarm the system you have to

5    punch in your own personal code; is that

6    correct?

7        A.    Yes, sir.

8        Q.    How did you get the code?

9        A.    I was given it by the store manager

10   or -- actually, I had to call a number that

11   was given to me for the alarm system, or the,

12   my name was setup in their system and then

13   they gave me a code.

14       Q.    So who told you what the alarm

15   system's number was?

16       A.    Probably Kelli Watson.

17       Q.    She's the store manager; is that

18   right?

19       A.    Yeah, at the time, yes, sir.

20       Q.    So she gives you the 800 number to

21   call the alarm company, right?

22       A.    Yes, sir.

23       Q.    You call the alarm company, what

24   information do you give them before they give

25   you your personal access code?



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And                161 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide               Atlanta, Georgia 30303

www.gallereporting.com

Charles K. McKinley                                    March 27, 2006

60

1       A.    Basically who I am, making sure that

2  I am who I am, and then they gave me an access

3  code to get into the building.

4       Q.    Well, how do they know that you're

5  you and not just somebody just calling in?

6       A.    I assume it may go by Social

7  Security Number or --

8       Q.    Did you provide the --

9       A.    -- employee, employee ID number.

10      Q.    Do you remember what information you

11 gave them?

12      A.    No, sir, I do not remember what

13 information I gave them.

14      Q.    Did you have to give them some

15 information?

16      A.    Yes, sir, I did have to give them

17 some information.

18      Q.    Then they give you your personal ID

19 number?

20      A.    That is correct.

21      Q.    Does anybody else in the store have

22 your personal ID number?

23      A.    No, sir.

24      Q.    Are you instructed not to share it

25 with anybody in the store?



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777              Complimentary Conference Rooms         2700 Centennial Tower
Facsimile (404) 495-0766              Throughout Georgia And                 101 Marietta Street
Toll Free (877) 495-0777              Major Cities Nationwide                Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

61

1      A.    Yes.

2      Q.    And to your knowledge you did not

3  disclose it to anyone else; is that right?

4      A.    No, sir.  I had it written down in a

5  book that I carried around with me that had

6  other information that I'd learned in

7  training.  Occasionally I misplaced that book,

8  but I don't have any knowledge that anybody

9  else used my code, because they would have had

10 to have a key to get in the store.

11     Q.    So if I understand it right, you're

12 supposed to open the store in the morning.  If

13 you're the manager that opens the physical

14 store, you show up with your key and your code

15 to turn off the alarm, but you don't go into

16 the store until another person shows up,

17 correct?

18     A.    I would usually take the employees

19 in with me at that time, if there was anybody

20 there.

21     Q.    Weren't you instructed that you

22 weren't supposed to be in the store alone?

23     A.    Yes, sir.  That was gone over

24 during, you know, when they instructed the

25 entire store as a whole.



Alexander Gallo Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777     Complimentary Conference Rooms       2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide          Atlanta, Georgia 30303

www.galloreporting.com

62

1      Q.    Right.  And the same would be true

2  for closing the store, right?

3      A.    That's correct, yes.

4      Q.    When the last person leaves, and

5  you're supposed to be the manager closing,

6  you're suppose to leave the store with this

7  other employee?

8      A.    That's correct, and walk them to

9  their car.

10     Q.    Is there any business reason why you

11 as an assistant store manager would need to be

12 there other than work hours?

13     A.    There were reasons such as, if we

14 had to reset a planogram or whatnot, and we

15 may have been asked to stay in the store late

16 or come in early.  The alarm company may have

17 called us to -- because there was an alarm in

18 the store.  I can tell you that I did go in,

19 you know, a few times to check on things in

20 the store.

21     Q.    Okay.  The example you gave of reset

22 some planograms, that would be a scheduled

23 work activity?

24     A.    No, it may not always be scheduled.

25     Q.    Who would tell you to go do the



Alexander Gallo Associates, LLC
COURT REPORTING VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms      2700 Centennial Tower
Facsimile (404) 495-0766         Throughout Georgia And             101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide           Atlanta, Georgia 30303

www.gallereporting.com

63

1    planograms?

2         A.    The store manager.

3         Q.    Would someone else be there with you

4    when you did that?

5         A.    No, not necessarily.

6         Q.    Were you ever told by Kelli Watson

7    to enter the store by yourself to reset a

8    planogram?

9         A.    I was told by Kelli Watson to do

10   whatever it took to get that planogram set

11   before Al Watson came in the next day.

12        Q.    So she did not tell you to be there

13   by yourself?

14        A.    She did not say to be there by

15   myself, she did not tell me not to be there by

16   myself.   She told me to do what it took to get

17   it done.

18        Q.    And if the alarm went off at the

19   store, how would you get notified to come to

20   the store?

21        A.    The alarm company would contact me.

22        Q.    Okay.   So there's some kind of duty

23   roster, like --

24        A.    Yes, sir.

25        Q.    -- for assistant managers?



ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766              Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777              Major Cities Nationwide              Atlanta, Georgia 30303

www.gallosreporting.com

64

1        A.    We were all on the roster, yes, sir.

2   Another reason maybe for entering the store

3   was maybe we had a truck coming in early in

4   the morning and we needed to unload the truck,

5   and I may have been told to go to the store

6   and unload the truck.

7        Q.    Did anybody ever tell you to enter

8   the store by yourself --

9        A.    No.

10       Q.    -- to unload the trucks?

11       A.    No.  I believe the conversation the

12  one time I did enter the store for that

13  particular person was one of the stock boys or

14  stockmen asked the store manager, Kelli at the

15  time, if she needed him to come in, you know,

16  to also unload the truck.  And she said that

17  would be okay.  She did not tell, she did not

18  say to me, "Charles, you come in, unload this

19  truck by yourself."  She never said that.  But

20  she never again said, you know, "Charles, wait

21  for Dennis to come in and you guys go and

22  unload the truck together."

23       Q.    So did you ever go to the store,

24  open it by yourself and enter by yourself to

25  unload a truck?



ATLANTA, GEORGIA        WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766              Throughout Georgia And                 101 Marietta Street
Toll Free (877) 495-0777              Major Cities Nationwide               Atlanta, Georgia 30303

www.gallreporting.com

Charles K. McKinley                                    March 27, 2006

65

1     A.    Yes.  Before Dennis arrived probably

2  a couple minutes later.

3     Q.    And to your knowledge Kelli Watson

4  didn't know if you had done that or not,

5  right?

6     A.    Well, I mean, she had asked me to

7  unload the truck.

8     Q.    But she didn't tell you one way or

9  the other whether you have permission to go in

10  by yourself?

11     A.    That's correct.  She did not tell me

12  one way or the other.

13     Q.    She didn't know if you had done

14  that, correct?

15     A.    No.

16     Q.    Sometimes lawyers ask it with too

17  many negatives in it.

18          Kelli Watson did not know that you

19  had entered one or two minutes before by

20  yourself?

21     A.    I don't know if she knew or not.

22     Q.    And Kelli Watson was your store

23  manager and Al Williams was your District

24  Manager, correct?

25     A.    That is correct.



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADING IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA       WASHINGTON, DC       CHICAGO, ILLINOIS           NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766              Throughout Georgia And                   301 Marietta Street
Toll Free (877) 495-0777               Major Cities Nationwide                Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

**66**

1      Q.    Did you report to anybody else?

2      A.    No.

3      Q.    Before your last day of work at

4  Petsmart did you have any problems with Kelli

5  Watson?

6      A.    Not personal problems, no.

7      Q.    Did y'all interact professionally?

8      A.    Yes.

9      Q.    Was there ever any yelling?

10     A.    She had apparently been disgruntled

11  with me and yelled at me a couple of times

12  for, maybe she felt I did something wrong, you

13  know, maybe as far as setting a planogram or,

14  you know, just whatever.

15     Q.    During those occasions where she was

16  disgruntled with you, are you saying that she

17  yelled at you?

18     A.    Yes, I am.

19     Q.    Okay.  Anybody else hear her yell?

20     A.    I'm sure whoever was in the store at

21  the time or around that area.  I couldn't, you

22  know, point out who they are.

23     Q.    Was there ever any improper touching

24  between you and Kelli Watson?

25     A.    No.



ALEXANDER GALLO & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA TECHNOLOGY LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC     CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And          303 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide          Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

67

1      Q.    She had never used physical force on

2  you?

3      A.    No.

4      Q.    Were you afraid of her at that

5  point?

6      A.    I was not afraid of her as in

7  physically.  I was afraid of her in the fact

8  that she was a store manager and she had more

9  power than I did, but that was -- she was a

10  store manager.

11      Q.    Yes.  How tall is Kelli Watson?

12      A.    She's probably 5'5" or so.

13      Q.    How much does she weigh, do you

14  know?

15      A.    I'd probably say 150, 170 pounds, if

16  even that.  I mean, she's a petite woman.

17      Q.    Since you're just embarking on your

18  marriage, I will give you the advice that a

19  20-pound spread is highly significant for a

20  woman.  For what that's worth.

21           MS. GRUNDY:  It is --

22           THE WITNESS:  She was about this

23      young lady's size right here, and I have

24      no grasp of what weight it.  So I'll just

25      leave it at that.



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

68

1          MR. BENSON:  We'll just move on.

2          MS. GRUNDY:  Don't guess my weight.

3          THE WITNESS:  I'm not going to.

4      Q.    (By Mr. Benson) Before your last

5  day at Petsmart, had you ever met Al Williams?

6      A.    Yes.

7      Q.    And had your dealings with him been

8  professional?

9      A.    Yes.

10      Q.    Did you have any problems with Al

11  Williams?

12      A.    No.

13      Q.    Has he ever yelled at you?

14      A.    No.

15      Q.    Has there ever been any improper

16  touching?

17      A.    No.

18      Q.    Were you afraid physically of Al

19  Williams?

20      A.    No.

21      Q.    How tall is Al Williams?

22      A.    6-foot, I guess.

23      Q.    How much does he weigh?

24      A.    I don't know.  170, 180.

25          MS. HARDING:  He has no concept of

**Alexander Gallo & Associates, LLC**
COURT REPORTING • VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-8766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

**69**

1    weight.

2         THE WITNESS:  I don't.  I know

3    looking at me, I don't look 315 pounds,

4    but I am.

5         Q.    (By Mr. Benson) But before your

6    last day at Petsmart you had not had any

7    particular problems at work with either Kelli

8    Watson or Al Williams; is that correct?

9         A.    No.  As far as Al, never had any

10   run-in's with Al in a negative manner.  You

11   know, I had occasionally had a couple of

12   runs-in's with Kelli where she had gotten

13   upset with me over something or another, but

14   it was just where she, you know, didn't like

15   the way I was doing something or --

16        Q.    Had she ever written you up for

17   anything?

18        A.    She got -- I don't know if she -- I

19   know I signed some paperwork one time, knowing

20   if that was ever actually just her making me

21   sign something or, you know, I couldn't tell

22   you, because it was actually put in my record.

23        Q.    What was that about?

24        A.    It was about I had left some -- when

25   I did the nightly closing procedures and, you



Alexander Gallo & Associates, LLC
COURT REPORTING / VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777                Complimentary Conference Rooms                2700 Centennial Tower
Facsimile (404) 495-0766                Throughout Georgia And                        101 Marietta Street
Toll Free (877) 495-0777                Major Cities Nationwide                       Atlanta, Georgia 30303

www.galloreporting.com

**70**

1    know, balance the safe and did the work, I had

2    not printed out I believe like a report or

3    something and put it on her desk, or had left

4    a report out without my signature, because we

5    had to sign every report that we did.  There

6    may have been a case.  I can't recall.  But I

7    know that she did call me in her office or in

8    the safe room and had words me with me over

9    that.

10         Q.    Now, what was your position called?

11         A.    I was the Presentation Manager.

12         Q.    Kelli Watson is the store manager,

13    correct?

14         A.    That is correct.

15         Q.    Are there any other managers?

16         A.    Yes.

17         Q.    Who were they below Kelli Watson at

18    the store?

19         A.    You had no assistant store manager.

20    There was another Presentation Manager.  Her

21    name was, quite frankly I couldn't tell you

22    her name.  I can tell you where she came from,

23    she came from Gulf Port, Mississippi with

24    Kelli.

25         Q.    Was it Kristi?



ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777                Complimentary Conference Rooms                2700 Centennial Tower
Facsimile (404) 495-0766                    Throughout Georgia And                    101 Marietta Street
Toll Free (877) 495-0777                      Major Cities Nationwide                Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                        March 27, 2006

71

1          A.     Kristi, yes.

2          Q.     Okay.  So there are just the two

3     Presentation Managers?

4          A.     Yes.  And then there was another

5     Kristi that was the pet, or Pet Care Manager.

6          Q.     How was your relationship with the

7     two Kristis, was that professional?

8          A.     Oh, yes, always.

9          Q.     Did you have any problems with them?

10         A.     Not to my knowledge, no.

11         Q.     Were there any personal conflicts?

12         A.     No, not to my knowledge.

13              MR. BENSON:  Let's take a

14         five-minute break.  Is this a good time?

15              MS. HARDING:  That would be great.

16         (WHEREUPON, a brief recess was taken.)

17              MR. BENSON:  Let's go back on the

18         record.

19         Q.      (By Mr. Benson) Do you remember the

20     date of the last day you were at Petsmart?

21         A.     No, sir, I do not remember the date.

22         Q.     But you think it was July of '04; is

23     that right?

24         A.     I believe so, yes, sir.

25         Q.     Are you as sure of that as you are



Alexander Gallo Associates, LLC
COURT REPORTING  VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-4777        Major Cities Nationwide        Atlanta, Georgia 30343

www.galloreporting.com

72

1    of your other allegations in this Complaint?

2         A.    Yes, sir.   It's either -- I knew --

3    let me put it this way.   I know I just got

4    through shooting the fireworks show on the 4th

5    of July, and I believe it was almost to the

6    end of the month or the beginning of the next

7    month.   It was right in there.

8         Q.    Might have been in August?

9         A.    It might have been in the very first

10   of August or the end of July.   I know it

11   wasn't too much longer.   I mean, it's a couple

12   of weeks after, is all I know.

13             MR. BENSON:   Let me show you what we

14        marked as Exhibit 1 to your deposition.

15        (Marked for identification purposes,

16             Defendant's Exhibit No. 1)

17        Q.    (By Mr. Benson) Exhibit 1 is a Loss

18   Prevention Department Statement and Signature

19   Form that is four pages.   And on the first

20   page of it it has a date 8/13/04.   Is that

21   your handwriting on the first page?

22        A.    Yes, it is.

23        Q.    Does that refresh your memory about

24   the last day you were at Petsmart?

25        A.    Yes, sir.   I mean, I know, as I



ALEXANDER GALLO & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

**73**

1    stated, I know exactly what happened.  I just

2    do not know the exact date.

3        Q.    So the --

4        A.    365 of those a year.

5        Q.    The date where you were questioned

6    by Al Williams and Kelli Watson was on

7    August 13, 2004, correct?

8        A.    Yes, sir.

9        Q.    Do you remember what day of the week

10   it was?

11       A.    No, sir, I do not.

12       Q.    Do you remember when you had last

13   worked prior to that day?

14       A.    The day before, yes, sir.

15       Q.    The very day before?

16       A.    Day before or the day right before

17   that, because I was told to reset the

18   planogram on the rawhide aisle.

19       Q.    So you think on 8/11 or 8/12 of 2004

20   you were working?

21       A.    Yes, sir, that's correct.

22       Q.    What hours did you work on 8/12 or

23   8/11?

24       A.    I remember I was closing.  I believe

25   it was the day before he came, because I was



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777                Complimentary Conference Rooms              2700 Centennial Tower
Facsimile (404) 495-0766                Throughout Georgia And                      101 Marietta Street
Toll Free (877) 495-0777                Major Cities Nationwide                     Atlanta, Georgia 30303

www.galloreporting.com

**74**

1    told to reset the planogram.  The day he came,

2    I remember that I was not scheduled to come in

3    I believe until 12 o'clock that day, because I

4    believe maybe Kelli had the first part of the

5    day or another manager had the first part of

6    the day.  But because Kelli had told me I

7    needed to get that planogram done, I was there

8    at maybe 5:45, 6 o'clock in the morning to

9    finish what I did not get the night before

10   done with that planogram.

11        Q.   So you were at the store at 5:45 or

12   6:00 a.m. on August 13, is that your

13   testimony?

14        A.   Yes.  I believe it was the day

15   before.

16        Q.   No.  Well, help me here.  On

17   August --

18        A.   The day that Al came to the store.

19        Q.   Is August 13, 2004.

20        A.   Okay.  August 13.  That would be the

21   date that I was there at, real early in the

22   morning.

23        Q.   So you were there at 5:45 or

24   6:00 a.m. on August 13?

25        A.   That is correct.



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777         Complimentary Conference Rooms         2700 Centennial Tower
Facsimile (404) 495-8766              Throughout Georgia And                  102 Marietta Street
Toll Free (877) 495-0777               Major Cities Nationwide               Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

75

1      Q.    Did you stay there the whole time?

2      A.    No.  I believe I went for -- I went

3  home for a couple of hours before I came back

4  to get a couple hours of sleep.

5      Q.    Do you know when you left?

6      A.    It may have been -- I don't know.

7  Maybe, you know, right around the time the

8  store opened, I may have walked out and then

9  come back a little bit later.

10     Q.    What time does the store open?

11     A.    I believe at 10 o'clock.  You know,

12  I think I was out before the store opened.

13     Q.    You think you were at the store

14  until opening time?

15     A.    No.  I said I think I was out before

16  the store opened.

17     Q.    Before the store opened.  So if you

18  went home for a couple of hours, that means

19  you came back to the store approximately when?

20     A.    Probably about 12:00 or 1:00.  I

21  just -- I can't say that's a definite time,

22  like 12:05, but the closest I can remember it

23  was mid day.

24     Q.    Well, if you left before the opening

25  at 10:00 and didn't come back until 1:00, that



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777              Complimentary Conference Rooms              2700 Centennial Tower
Facsimile (404) 495-0766              Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777              Major Cities Nationwide              Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                          March 27, 2006

**76**

1  would mean you were at home for three hours,

2  right?

3       A.    Around that, yes, sir.  I mean, like

4  I said, I can't give you an exact how long I

5  was gone.

6       Q.    When you were at the store early in

7  the morning, 5:45 to 6:00 a.m., who else was

8  in the store?

9       A.    No one initially.  I had asked one

10  of the stock guys to come in and help me.  He

11  had been helping me the night before, I asked

12  him.

13       Q.    Who did you ask?

14       A.    His name was, I mentioned it

15  earlier, Dennis.

16       Q.    What is his last name?

17       A.    I don't know Dennis' last name.

18       Q.    How long were you at the store alone

19  on August 13?

20       A.    Long enough to walk in and make a

21  phone call to Dennis, probably I'd say

22  somewhere between five and 15 minutes when

23  Dennis -- because Dennis had arrived at the

24  store.  I was a little bit late.  I over

25  slept.  Dennis arrived at the store.  The



**Alexander Gallo & Associates, LLC**
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And                 101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide              Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

77

1    store was not open and I was not there, so he

2    went back home.  I got to the store right

3    after he'd left, called him on a cell phone,

4    and he headed back up that way.  When he got

5    to the store, I locked the store back up.  We

6    went down to Waffle House to get some

7    breakfast, because it was early, had breakfast

8    and then came back and started on the

9    planogram.

10        Q.    Where did you have breakfast?

11        A.    Waffle House.

12        Q.    And it's your testimony that the two

13   of you were working together the night before?

14        A.    That is correct.

15        Q.    So on August 12 the two of you were

16   working?

17        A.    That's correct.

18        Q.    What hours did you work?

19        A.    We probably did not get out of there

20   until midnight.  You know, it was definitely a

21   little bit after the store closed.

22        Q.    When did you -- well, midnight, what

23   time does the store close?

24        A.    9:00 or 10 o'clock.

25        Q.    Midnight is more than just a little



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777         Complimentary Conference Rooms         2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And                  101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide                 Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

78

1    past 9:00 or 10 o'clock, isn't it?

2         A.    A couple hours, an hour or so.

3         Q.    On 8/12 when did you start work?

4         A.    I got to the store at around 12

5    o'clock mid day, because I was the second

6    person in that day.

7         Q.    And you worked after store closing

8    with Dennis --

9         A.    That's correct.

10        Q.    -- the entire time, correct?

11        A.    That's correct.

12        Q.    You were never in the store alone;

13   is that right?

14        A.    Not that night, no.

15        Q.    And after Dennis left you didn't

16   return to the store by yourself at any time?

17        A.    Not that night.

18        Q.    Does that imply that you had done it

19   other times?

20        A.    Yes, sir, I had entered the store

21   other times.

22        Q.    How many times do you think?

23        A.    I would say maybe five or six times.

24   We'd have to pull the record from the security

25   company to know exactly.



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

79

```
 1        Q.    But on those five or six times you
 2   came to the store by yourself; is that right?
 3        A.    That's correct.
 4        Q.    And what kinds of occasions would
 5   lead you to do that?
 6        A.    It was generally when I would come
 7   back in, because for the life of me, I
 8   couldn't honestly remember exactly what time I
 9   was supposed to be in the next day.
10        Q.    So these would be times when you
11   would be checking your schedule?
12        A.    Exactly.  I'd walk in, I'd check my
13   schedule, and I would come out.
14        Q.    On any of these occasions did you
15   ever take product out with you?
16        A.    No, sir, I did not.
17        Q.    You never took a large bag?
18        A.    No, sir.  I never took any
19   merchandise out of that store that I never
20   first paid for.
21        Q.    Did you ever take any merchandise
22   out after hours that you had paid for?
23        A.    Not to my knowledge, no.  Quite
24   frankly, it was cheaper to buy dog food at
25   Wal-Mart than it was at Petsmart.
```

**Alexander Gallo & Associates, LLC**
COURT REPORTING · VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-8777              Complimentary Conference Rooms              2700 Centennial Tower
Facsimile (404) 495-8766              Throughout Georgia And                     101 Marietta Street
Toll Free (877) 495-0777             Major Cities Nationwide                     Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

**80**

1    Q.    How many dogs did you have at the

2    time?

3    A.    One dog.

4    Q.    You do know it's against the rules

5    to enter by yourself even for the purpose of

6    checking your schedule?

7    A.    It had been gone over, yes.  But in

8    my initial training the managers did that, the

9    training managers had gone in at different

10   times, so I felt that it wasn't that big of a

11   deal.

12   Q.    You're talking about the Louisiana

13   training managers?

14   A.    That is correct, yes, sir.

15   Q.    Now, how did you know they had gone

16   in by themselves if you were not there?

17   A.    Because they told me.

18   Q.    Had anybody at the Montgomery store

19   you were working at ever told you not to come

20   in by yourself on off hours?

21   A.    I don't recall, besides the

22   discussion as a group.  Because Kelli had

23   asked me on several occasions, you know, to

24   come in and work merchandise.

25   Q.    Did you ever have any situations



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC      CHICAGO, ILLINOIS       NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766           Throughout Georgia And                 101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide               Atlanta, Georgia 30303

www.gallereporting.com

**81**

1    where, did you ever have situations where you

2    bumped into Kelli in the parking lot outside

3    the store and she told you not to enter the

4    store alone?

5        A.    Not to my knowledge, no.

6        Q.    Did you ever have an occasion where

7    you bumped into Kelli outside the store in the

8    parking lot where she asked you why you were

9    in there alone?

10       A.    Not after the fact, no.  She was at

11   the store late one night and I came back and

12   checked my schedule.  And, of course, I walked

13   into the store, and I believe she was still in

14   the store, and I told her I was coming back to

15   check my schedule.  And I checked my schedule

16   and left.

17       Q.    What did she say at that time?

18       A.    I don't know what her words were,

19   sir.

20       Q.    Did she tell you not to come into

21   the store by yourself?

22       A.    Not to my knowledge, no.

23       Q.    So on 8/13 you come back to the

24   store after you've been in early that morning,

25   correct?



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC      CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777                Complimentary Conference Rooms              2700 Centennial Tower
Facsimile (404) 495-0766                   Throughout Georgia And                   103 Marietta Street
Toll Free (877) 495-0777                  Major Cities Nationwide                  Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

82

1       A.    That's correct.

2       Q.    And you slept for two or three

3  hours?

4       A.    Yes.  I left, I don't know if I

5  slept or not, but I know I left the store for

6  a little bit.

7       Q.    What did you do?

8       A.    I went home, is what I did.  You

9  know, whether I went to sleep or I sat on the

10  couch and watched TV or whatnot, I don't know

11  exactly what I did.  But I'm assuming since I

12  was dog tired that I slept.

13      Q.    Why did you go back to the store

14  around 12:00 or 1:00?

15      A.    Because that was my schedule time in

16  that day.

17           MR. BENSON:  Let me show you what we

18           marked as Exhibit 2 to your deposition.

19      (Marked for identification purposes,

20           Defendant's Exhibit No. 2)

21      Q     (By Mr. Benson) Let me ask you, if

22  you would, to write parking lot here below the

23  red line.  And if you would, draw a box of the

24  general shape of the Petsmart store that you

25  were at on August 13?



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.gallreporting.com

Charles K. McKinley                                March 27, 2006

83

1        A.    (Witness complies.)

2        Q.    You've made two marks here, can you

3   label that door?

4              And show me where, if you would,

5   draw a little square or rectangle where the

6   office is where you were interviewed by Kelli

7   Watson and Al Williams?

8        A.    (Witness complies.)

9        Q.    Let's mark that "office."

10       A.    (Witness complies.)

11       Q.    Where is the door into the office?

12   Can you put door right there?

13       A.    (Witness complies.)

14       Q.    Where are the cash registers?

15       A.    (Witness indicating.)

16       Q.    Can we write cash registers across

17   the top of that?

18       A.    (Witness complies.)

19       Q.    Where is the grooming parlor?

20       A.    Right here.  You want me to label

21   this one?

22       Q.    Please.

23       A.    (Witness complies.)

24       Q.    All right.  Where is the back door?

25       A.    (Witness indicating.)



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC      CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-9766        Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide               Atlanta, Georgia 30303

www.gallereporting.com

Charles R. McKinley                                        March 27, 2006

**84**

1      Q.    Can you label that back door for me?

2      A.    (Witness complies.)

3      Q.    And is this the loading, staging

4   area?

5      A.    Yes, sir.

6      Q.    Can you write loading warehouse?

7      A.    There's the vet clinic here, and

8   then -- so this is, this is like the back

9   door, and it actually goes further, there's

10  another back door where the loading dock is

11  right here.

12     Q.    Can you write loading dock across

13  that?

14     A.    (Witness complies.)

15     Q.    And what's on this side of the

16  store?

17     A.    It's merchandise.

18     Q.    Are there bathrooms?

19     A.    No.

20     Q.    Are there bathrooms for employees?

21     A.    Not on that side of the store, no.

22     Q.    Anywhere in the store is there a

23  bathroom?

24     A.    Yes.

25     Q.    Where is the bathroom?



Alexander Gallo & Associates, LLC
COURT REPORTING / VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777              Complimentary Conference Rooms              2700 Centennial Tower
Facsimile (404) 495-6766                  Throughout Georgia And                  101 Marietta Street
Toll Free (877) 495-0777                   Major Cities Nationwide                 Atlanta, Georgia 30303

www.galloreporting.com

85

1         A.    Right here.

2         Q.    Where is the door into the bathroom?

3         A.    (Witness indicating.)  That's the

4    break room, the bathrooms would be right here

5    and here.

6         Q.    Okay.  Write door next to that?

7         A.    (Witness complies.)

8         Q.    And write break room back here?

9         A.    (Witness complies.)

10        Q.    And the rest of the main floor of

11   the store is filled with product and displays?

12        A.    That is correct.

13        Q.    So tell me what happened when you

14   came back to the store on August 13.

15        A.    What time?

16        Q.    At 12:00 or 1 o'clock.  You come in

17   through the front door; is that right?

18        A.    Yes, sir.  I come in and went

19   probably to -- I may have gone to the grooming

20   department to check on the hourly schedule, I

21   mean, to make sure the dogs had been signed

22   off, make sure the dogs were okay.  I may have

23   walked around the store, and I would have gone

24   back into the warehouse to start working

25   product or -- I know when Al, I believe when



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC      CHICAGO, ILLINOIS         NEW YORK, NEW YORK

Telephone (404) 495-0777       Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-8766           Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777           Major Cities Nationwide             Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                March 27, 2006

**86**

1    they called me into their office, I was

2    probably working stock somewhere in this area.

3         Q.    Did you clock in --

4         A.    No.

5         Q.    -- when you came back?

6         A.    No.

7         Q.    Do you ever clock in and out?

8         A.    No.

9         Q.    So you were asked to come to the

10   office --

11        A.    Uh-huh.

12        Q.    -- is that right?  Who asked you,

13   was it over the PA system or in person?

14        A.    No.  I believe Al came and got me.

15        Q.    What did he say when he came to get

16   you?

17        A.    "Could you come with me to the

18   office," or something of that nature.

19        Q.    All right.  Let's mark this as

20   Exhibit 3.  And I'm going to ask you to make

21   Exhibit 3 a rectangle that would represent the

22   office.

23        (Marked for identification purposes,

24             Defendant's Exhibit No. 3.)

25             THE WITNESS:  (Witness complies.)



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And          101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide          Atlanta, Georgia 30303

www.gallereporting.com

87

```
 1        Q.    (By Mr. Benson) All right.  Label

 2   that the door.

 3        A.    (Witness complies.)

 4        Q.    What kind of door is that, is that a

 5   door with a window?

 6        A.    Yes, it is.  It's a wooden door, and

 7   it's got like a, glass like that, but it has

 8   little --

 9        Q.    Cross marks?

10        A.    Cross marks in it, I believe.

11        Q.    How big is the glass, does it take

12   up half the door?

13        A.    It's probably -- I believe it's a

14   side light, one of those ones that's about

15   this tall.  It was either that or it was a

16   full square solid.

17        Q.    You're not sure which?

18        A.    No.

19        Q.    Full square solid would be --

20        A.    It would be like --

21        Q.    Take up half the door from the

22   middle up?

23        A.    Like take off the glass and have a

24   square like that in it.  I don't remember

25   exactly what it looked like, but I know it was
```

Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA       WASHINGTON, DC       CHICAGO, ILLINOIS       NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms       2700 Centennial Tower
Facsimile (404) 495-0766           Throughout Georgia And               101 Marietta Street
Toll Free (877) 495-0777           Major Cities Nationwide          Atlanta, Georgia 30303

www.galloreporting.com

88

1    a light wood.

2         Q.    Could you see out the door?

3         A.    I never looked out the door.

4         Q.    Through the window?

5         A.    But, yes, you could look out the

6    office door and see.

7         Q.    It was a clear window door, right?

8         A.    Yeah.  Well, not the whole door, no.

9         Q.    But the glass in it was clear?

10        A.    You could see out, yes.

11        Q.    And you could see people and shelves

12   and customers?

13        A.    Yes.

14        Q.    Okay.  Was there any furniture in

15   the room?

16        A.    Yes.

17        Q.    Can you show me what furniture was

18   in there?

19        A.    (Witness indicating.)  I believe

20   there were shelves right here.

21        Q.    Okay.  Were there any chairs?

22        A.    Yes.

23        Q.    How many chairs?

24        A.    Three chairs.

25        Q.    Three chairs.  And when you first



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA         WASHINGTON, DC      CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777    Complimentary Conference Rooms       2700 Centennial Tower
Facsimile (404) 495-0766         Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777         Major Cities Nationwide           Atlanta, Georgia 30303

www.galloreporting.com

89

1  went into the office, where were the three

2  chairs?

3       A.   I don't know exactly where they were

4  when I went into the office.  I know where we

5  sat.

6       Q.   Okay.  Show me where you first sat

7  when you went into the office?

8       A.   I was, sat right here.  Kelli Watson

9  was -- now, this is a little bit too wide

10 because I was about right here in front of the

11 door.

12      Q.   Got you.

13      A.   This right here up against this wall

14 was Kelli Watson, and Al was right here.

15      Q.   And is there a phone on the desk?

16      A.   Yes.  It's right here.  Well,

17 computer is right here, then phone.

18      Q.   Does the door open into the office

19 or out of the office?

20      A.   Into the office.

21      Q.   Okay.  Any other furniture that you

22 can think of that's in there?

23      A.   There may have been a file cabinet

24 over here.  But, you know, this is primarily

25 what we used over here, so I don't know if



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        161 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

90

1    there was a file cabinet there.

2         Q.    So you walk into the office, because

3    Al has found you out on the floor and said,

4    "Can you come to the office?"

5         A.    That's correct.

6         Q.    Do y'all say anything to each other

7    on your way to the office?

8         A.    If we said anything, it was just

9    general chit-chat.

10        Q.    Okay.  Everything is friendly up to

11   that point?

12        A.    Yes.

13        Q.    Who enters the door first?

14        A.    It was either -- I don't know if I

15   entered first.  I don't think I was the first

16   person in and I don't think I was the last

17   person in, because I know that Kelli sat here,

18   Al sat here, and the door was closed behind

19   us.  And I was kind of pushed up, or my chair

20   was back almost against the door.

21        Q.    Was Kelli already in the office when

22   you and Al arrived?

23        A.    I believe she was.

24        Q.    You can't remember if Al came in

25   first or you came in first?



Alexander Gallo Associates, LLC
COURT REPORTING VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms      2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777            Major Cities Nationwide            Atlanta, Georgia 30303

www.galloreporting.com

91

```
 1      A.    No, sir.

 2      Q.    Who closed the door?

 3      A.    I believe Al closed door.

 4      Q.    Who talks first?

 5      A.    I believe Al talks.  Al carried the

 6 majority of the conversation.

 7      Q.    Did Kelli Watson say anything during

 8 that?

 9      A.    I don't think she did.  She may

10 have.  But three quarters of the dialogue I

11 would say was between me and Al.

12      Q.    So as best you can recall, what time

13 is it when you enter the office?

14      A.    Sometime after noon.  After 12:00.

15 The best time maybe, you know, maybe 1:30,

16 maybe 2:00.  I don't know.

17      Q.    Okay.  Tell me the first thing Al

18 says.  And if you would, I know this was a

19 while ago, but try to remember as closely as

20 you can the words that are used, and let's do

21 it like a play where you tell me what words,

22 Al said so and so, I said so and so.  Al

23 speaks first, what does he say?

24      A.    Al speaks first.  And I believe Al,

25 the first part of the dialogue is a bit fuzzy,
```

Alexander Gallo Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

92

1    but I believe he asked me general questions

2    about my job, that sort of thing.

3        Q.    Tell me how he asked the questions,

4    what did he say?

5        A.    At first it was a friendly demeanor.

6        Q.    Well, what I'm asking you to do is,

7    instead of summarizing what the questions

8    were, tell me what he asked?

9        A.    I don't know the first part of the

10   dialogue he asked.  I remember the second part

11   of the dialogue to where I was --

12       Q.    How long does the first part of the

13   dialogue last?

14       A.    Maybe five minutes or so, very

15   quick.

16       Q.    Okay.  What are the topics in the

17   first five minutes, if you can remember the

18   exact words?

19       A.    I don't remember exactly what it

20   was.

21       Q.    Do you remember any of it?

22       A.    Not the first part.  I remember the

23   second part.

24       Q.    Okay.  At the end of the five

25   minutes, have you talked at all?



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And          101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide          Atlanta, Georgia 30303

www.gallreporting.com

93

1      A.    Yes.  I mean, I probably said,

2   answered whatever questions he asked.  So, you

3   know, I mean, I couldn't tell you whether he

4   said, how do you like your job.  I couldn't

5   tell you what he said.

6      Q.    Okay.

7      A.    My receptors get real good when I

8   got backed into a corner.

9      Q.    So you can't remember anything of

10  the first five minutes, is that accurate?

11     A.    It may have been five minutes, it

12  may have been two minutes, but, no, I don't

13  remember.  It was just general conversation.

14     Q.    All right.  And what's the first

15  thing you do remember being said?

16     A.    The first thing I do remember about

17  the conversation is Al Watson asking me had I

18  ever been in the store after hours.

19     Q.    As best you can recall, tell me the

20  words he used to ask you that?

21     A.    "Have you ever been in the store

22  after hours?"

23     Q.    What did you say?

24     A.    "Yes, I have."

25     Q.    Who spoke next?



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC        CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766             Throughout Georgia And               101 Marietta Street
Toll Free (877) 495-0777            Major Cities Nationwide            Atlanta, Georgia 30303

www.gallorsporting.com

**94**

1          A.    Al spoke next.

2          Q.    What did he say?

3          A.    He asked me, "How many times have

4    you been in the store after hours?"

5          Q.    What did you say?

6          A.    I told him I didn't know exactly how

7    many times I'd been in the store after hours.

8          Q.    Who speaks next?

9          A.    Al speaks next.

10          Q.    What does he say?

11          A.    He says, "To your knowledge, how

12    many times would you have thought you may have

13    been in the store after hours?"

14          Q.    Who speaks next?

15          A.    I speak next, and I tell him that

16    probably five or six times, maybe more, maybe

17    less.    Then I said, "You know, we would have

18    to pull the, you know, pull the alarm thing to

19    find out how many times I'd been in after

20    hours."

21          Q.    Who speaks next?

22          A.    Al speaks next.

23          Q.    What does he say?

24          A.    He asked me why I was in the store

25    after hours.

**Alexander Gallo & Associates, LLC**
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777                Complimentary Conference Rooms                2700 Centennial Tower
Facsimile (404) 495-0766                Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777                Major Cities Nationwide                Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

95

1        Q.    And what did you say?

2        A.    I told him I was in the store after

3   hours to check my schedule.  I told him that

4   three quarters of the time I'd been in the

5   store was to check my schedule to find out

6   exactly what time I was to be in the store the

7   next day.

8        Q.    Did you provide any other

9   explanation?

10       A.    He then asked the next question.

11       Q.    Al said what?

12       A.    Al said, you know, to me, he asked

13  me the question, you know, he asked, "Well, do

14  you not take your schedule home?"

15       Q.    What did you say?

16       A.    I said, "No.  Generally I did not

17  take my schedule home.  I looked at it on the

18  board."

19       Q.    Who spoke next?

20       A.    Al spoke next.

21       Q.    What did he say?

22       A.    He asked me, is there ever any other

23  times I had been in the store after hours.

24       Q.    What did you say?

25       A.    I said, "Yes."


Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS



ATLANTA, GEORGIA        WASHINGTON, DC      CHICAGO, ILLINOIS       NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And                  101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide                 Atlanta, Georgia 30303

www.gallsreporting.com

Charles K. McKinley                                    March 27, 2006

**96**

1    Q.    Who spoke next?

2    A.    Al spoke next.

3    Q.    What did he say?

4    A.    He asked me what was the reasoning

5    for me being in the store.

6    Q.    What did you tell him?

7    A.    I told him that I had been asked,

8    you know, a couple of times, especially this

9    last time, to come into the store, and I

10   believe my words as best I can remember were

11   to do whatever it takes to get the planogram

12   set.  So I told Al that I was in the store to

13   get the planogram done.  You know, that I'd

14   been told by the store manager on, say, one

15   occasion to, you know, do whatever it takes to

16   get the, you know, get the planogram done.

17   Q.    Who speaks next?

18   A.    I believe Al speaks next.

19   Q.    What does he say?

20   A.    He asked me if I had ever taken

21   merchandise out of the store, i.e. dog food.

22   Q.    What did you say?

23   A.    I said, "No, I'd never stolen any

24   merchandise out of the store."  He asked me if

25   I was sure.



Alexander Gallo Associates, LLC
COURT REPORTING VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide             Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                      March 27, 2006

**97**

1      Q.    What did you say?

2      A.    I said, "Yes, I'm sure."

3      Q.    Who spoke next?

4      A.    Al spoke next.

5      Q.    What did he say?

6      A.    He asked me what kind of dog I had.

7      Q.    What did you say?

8      A.    I told him I had a Dalmation.

9      Q.    Is that all you said?

10     A.    I believe so.

11     Q.    Okay.  Who speaks next?

12     A.    Al speaks next.

13     Q.    What does he say?

14     A.    He asked me what kind of food I feed

15   my Dalmation.

16     Q.    What did you say?

17     A.    I purposely told him that I fed my

18   doing Puppy Chow.

19     Q.    Why did you purposely tell him that?

20     A.    Because at this point I knew what he

21   was trying to do.

22     Q.    What did you think he was trying to

23   do?

24     A.    I think he was trying to accuse me

25   of stealing dog food out of the store.

**Alexander Gallo & Associates, LLC**
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And                  101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide                  Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                March 27, 2006

98

1        Q.    So you told him Puppy Chow.  What's
2   the significance of that?
3        A.    Because my dog didn't eat Puppy
4   Chow.
5        Q.    So you lied to him about Puppy Chow?
6        A.    That is correct, because I knew
7   where he was going with this.
8        Q.    Well, let's talk a little further
9   about that and then we can go back.  You told
10  Al Puppy Chow?
11       A.    That's correct.
12       Q.    Does Petsmart sell Puppy Chow?
13       A.    Yes.
14       Q.    So you tell Al Puppy Chow.  Who
15  speaks next?
16       A.    Al speaks next.
17       Q.    What does Al say?
18       A.    I believe he says -- over the next
19  couple of remarks I believe Al tells me that
20  he, I believe he rephrases the question as,
21  "Well, what would you say if somebody saw you
22  taking Puppy Chow out of the, you know, out of
23  the store after hours?"
24            And I believe my phrase to Al was,
25  you know, "I did not ever take any



ALEXANDER GALLO & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.gallereporting.com

Charles K. McKinley                                    March 27, 2006

99

1    merchandise, you know, Puppy Chow out of the

2    store.  And so, therefore, nobody saw me take

3    anything out like that."

4         Q.    Who speaks next?

5         A.    I believe Al speaks next.

6         Q.    What does he say?

7         A.    I believe he says that, or he

8    phrases the question, "Well, what would you

9    say if I told you that I had pictures that

10   somebody took of you taking Puppy Chow out of

11   the store?"

12        Q.    What did you say?

13        A.    I believe my remarks were, "I'd

14   call, I'd say you were a liar and ask you to

15   show me the pictures."

16        Q.    Who talks next?

17        A.    Al talks next.

18        Q.    What does he say?

19        A.    After about this time, Al and I are

20   going back and forth, and about this time is

21   about the time for the first time I tell Al

22   that I'm not going to speak with him any

23   further.  That, you know, I need to get on the

24   phone and I want to call my lawyer.

25        Q.    So you're the one that brought up



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

**100**

1    lawyer?

2         A.    That's correct.

3         Q.    Okay.  You asked to use the phone?

4         A.    Yes.

5         Q.    What was said next?

6         A.    Al said that there was no need to

7    get anybody else involved.  I didn't need a

8    lawyer.  And, you know, I told him, you know,

9    that I was going to call a lawyer, and about

10   this time this is where Al says, around this

11   time is where Al says, "Well, you know, I'm

12   going to need you to sign this paperwork that

13   says that you stole merchandise from the store

14   and give me an accurate account of exactly

15   what you did."

16        This is when the dialogue starts,

17   where I tell Al that I'm not putting down that

18   I stole dog food on any piece of paper,

19   because I never stole dog food from that

20   store.

21        Q.    Okay.  Who speaks next?

22        A.    Al speaks next.

23        Q.    What does he say?

24        A.    Al tells me, to the best that I can

25   remember, and it's pretty dang accurate, that



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA       WASHINGTON, DC      CHICAGO, ILLINOIS       NEW YORK, NEW YORK

Telephone (404) 495-0777    Complimentary Conference Rooms       2700 Centennial Tower
Facsimile (404) 495-0766      Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777         Major Cities Nationwide          Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

**101**

1    if I leave without signing that piece of paper

2    that I will be arrested and I will face

3    criminal charges, that I will face a criminal

4    record, and that I will end up paying, being

5    in jail paying countless, you know, court

6    costs and have a record.  And he said, "The

7    best thing for me to do" -- and this is where

8    it, in my heart, in my mind it started

9    becoming an interrogation, because he tells me

10   several times, and he keeps repeating himself,

11   you know, that I need to fill out this piece

12   of paper.

13        Q.    You're referring to Exhibit 1?

14        A.    That is correct, Exhibit 1.  And

15   that I need to tell him exactly what I stole

16   from the store.  If I, you know, if I stole

17   multiple items on multiple occasions, I need

18   to write them down.  It was far better to go

19   on and come clean with it that I stole the dog

20   food, because he had pictures to prove that

21   I'd stolen dog food, you know, or he would

22   have me arrested.

23        Q.    What did you say?

24        A.    I told him that, you know, I was

25   going to call my lawyer, and that I was not



**Alexander Gallo Associates, LLC**
COURT REPORTING VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS            NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms      2700 Centennial Tower
Facsimile (404) 495-0766      Throughout Georgia And             101 Marietta Street
Toll Free (877) 495-0777      Major Cities Nationwide            Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

102

1    going to sign any piece of paper, you know,

2    stating anything.  So about this time I'm

3    pretty much in tears because somebody has, you

4    know, assassinated my character.

5        Q.    So at this stage, Exhibit 1 hasn't

6    been filled out at all; is that right?

7        A.    Probably, my name is probably the

8    only thing that has been put on it.  This form

9    probably took 30 minutes to fill out, because

10   I was in tears, number one, and because he

11   kept wanting me to put that I'd stolen dog

12   food on it, and I was not going to put that

13   down.

14       Q.    So once again you say, "I'm going to

15   call my lawyer"?

16       A.    Uh-huh.

17       Q.    And you're crying at that point?

18       A.    That's correct.

19       Q.    And so who talks next?

20       A.    You know, I tell him that I want to

21   step out of the office.

22       Q.    Okay.

23       A.    You know, and regain my composure.

24   He tells me if I leave that I will be

25   arrested.  You know, I want to say that



ALEXANDER GALLO & ASSOCIATES, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777            Complimentary Conference Rooms            2700 Centennial Tower
Facsimile (404) 495-0766            Throughout Georgia And            101 Marietta Street
Toll Free (877) 495-0777            Major Cities Nationwide            Atlanta, Georgia 30303

www.galloreporting.com

**103**

1    probably more than five times he told me

2    something to the lines of, "If you leave,

3    you're going to be arrested."  And about this

4    time he says, "Well, regardless, you're

5    already fired."

6        Q.    All right.  We're going through it

7    step by step.

8        A.    Okay.

9        Q.    At this point you say you're crying,

10   you've told him twice that you're going to

11   call your lawyer?

12       A.    Yes.

13       Q.    That you're not going to admit you

14   stole on the paper that's Exhibit 1, and you

15   said, "I want to step out of the office and

16   regain my composure."

17            And Al says to you, "If you leave,

18   you will be arrested"?

19       A.    That is correct.

20       Q.    And who speaks next?

21       A.    I believe I speak next.

22       Q.    What do you say?

23       A.    I believe when Al at that time, you

24   know, said that, you know, that I could not

25   leave, when he told me that I could not



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC      CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-8766          Throughout Georgia And          101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide          Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

                                104

1    leave --

2         Q.    You haven't told me that yet?

3         A.    I just told you that.

4         Q.    No.  What you told me was, Al said,

5    "If you leave, you will be arrested"?

6         A.    Okay.

7         Q.    Al did not tell you you cannot

8    leave, did he?

9         A.    Yes.  He told me if I leave, I would

10   be arrested.

11        Q.    Did he use the words, "you cannot

12   leave"?

13        A.    I don't know if those words exactly

14   came out of his mouth or not.

15        Q.    No.  The only words you remember

16   are, "If you leave, we're going to turn this

17   over to the police"?

18        A.    Yes, sir.  And that is a threat that

19   says to me that I cannot leave, because if I

20   leave I risk persecution.  That is a threat.

21        Q.    Got you.  Go ahead.

22        A.    At this time --

23        Q.    So Al says, "If you leave, you'll be

24   arrested," then you say what?

25        A.    At that time, you know, I told Al,



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC    CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766            Throughout Georgia And            361 Marietta Street
Toll Free (877) 495-0777             Major Cities Nationwide           Atlanta, Georgia 30303

www.gallereporting.com

Charles R. McKinley                                          March 27, 2006

105

1    I said, "You know, whatever. I'm calling my

2    lawyer." So I picked up the phone. He let's

3    me pick up the phone. You know, he doesn't

4    want me to pick it up, but he let's me pick it

5    up, and I call Gene Randolph.

6         Q.    Now, is that the first time you

7    tried to pick up the phone?

8         A.    No, it is not the first time I've

9    tried to pick up the phone.

10         Q.    You didn't describe that earlier.

11   When did that occur?

12         A.    I believe that every time I told him

13   I was going to call my lawyer was an attempt

14   to pick up that phone.

15         Q.    Did you ever physically try to pick

16   up the phone before this?

17         A.    No.

18         Q.    So this was the first time you

19   reached out for the phone?

20         A.    This is the first time I reached out

21   for the phone, and I picked it up. I had been

22   fumbling with my cell phone the whole time in

23   my hand.

24         Q.    So you had a cell phone with you as

25   well?



Alexander Gallo Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

106

1      A.    I had a cell phone with me.

2      Q.    Okay.  When you say you picked up a

3  phone, do you mean the phone that was on the

4  desk?

5      A.    That is correct.  Because I had my

6  cell phone in my hand, and every time, you

7  know, I said, "I'm going to call my lawyer,"

8  he would either to me say, "There's no reason

9  to call a lawyer."  He would always try to

10 tell me that there's no reason to call a

11 lawyer or, "This needs to go no further than

12 right here.  You just need to sign this piece

13 of paper saying that you stole this dog food

14 and it will all be over with.  We'll let you

15 go and go about your merry way."

16     Q.    Now, when you picked up the phone

17 that was on the desk, what did Al and Kelli

18 do?

19     A.    They just sat there and looked at

20 me.

21     Q.    Did they leave the office?

22     A.    No.  I don't think he left the

23 office at that point.

24     Q.    Did you dial the number?

25     A.    Yes.

Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

107

1        Q.    And they continued to sit in the

2   office?

3        A.    Yes.

4        Q.    Who is Gene Randolph?

5        A.    Gene Randolph is the gentleman that

6   I lived with --

7        Q.    He's not your lawyer?

8        A.    No.

9        Q.    Okay.

10       A.    Because I had to get the phone

11   number to my lawyer.

12       Q.    Oh, you were calling Gene to get the

13   lawyer's phone number?

14       A.    That is correct.

15       Q.    Who was your lawyer?

16       A.    Harding & Claunch.

17       Q.    How did you know Harding & Claunch?

18       A.    Because they were friends of Gene.

19       Q.    Had you socialized with them?

20       A.    Yes, I have.

21       Q.    Okay.  Had they ever represented you

22   before?

23       A.    No.

24       Q.    So you picked up the phone and you

25   dialed Gene Randolph, correct?



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ALWAYS TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms      2700 Centennial Tower
Facsimile (404) 495-0766      Throughout Georgia And      101 Marietta Street
Toll Free (877) 495-0777      Major Cities Nationwide      Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

108

1       A.    Yes.

2       Q.    Did you dial him at home or the

3  office?

4       A.    I dialed him on his cell phone.

5       Q.    Okay.  Did you get him?

6       A.    No.

7       Q.    Did it just go to message?

8       A.    Yes.

9       Q.    Did you leave a message?

10      A.    No.

11      Q.    So what happened next?

12      A.    At this time Al repeats, "There's no

13  need to take this any further to call a

14  lawyer."

15      Q.    What did you say?

16      A.    I told him that I didn't care, I was

17  calling somebody.  So next I call Catherine

18  Randolph.

19      Q.    Who is Catherine Randolph?

20      A.    Gene's wife.

21      Q.    What number -- did you call her cell

22  phone also?

23      A.    Cell phone.

24      Q.    And did you know these numbers or

25  did you have to look on your cell phone for



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA     WASHINGTON, DC     CHICAGO, ILLINOIS     NEW YORK, NEW YORK

Telephone (404) 495-8777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-8766          Throughout Georgia And                  101 Marietta Street
Toll Free (877) 495-8777          Major Cities Nationwide                 Atlanta, Georgia 30303

www.galloreporting.com

109

1    the numbers?

2        A.    I pretty much knew them.  I think I

3    just dialed them right off.

4        Q.    Because you were living there?

5        A.    Yes.

6        Q.    Did you reach Catherine Randolph?

7        A.    No.

8        Q.    Did her voice mail pick up?

9        A.    Yes.

10       Q.    Did you leave a message?

11       A.    I told her to call me.  I told her I

12   didn't have time to explain, just to call me.

13       Q.    So what happens next?

14       A.    I call Lisa Randolph, or Lisa

15   Freeman.

16       Q.    Is she married now?  Is that --

17       A.    No.  She was married to their son.

18       Q.    And did you reach her?

19       A.    Yes.

20       Q.    Did you call her cell phone?

21       A.    Yes.

22       Q.    Tell me about that conversation.

23       A.    I told her that I didn't have a lot

24   of time to explain, but basically that

25   Petsmart was trying to get me to sign some



ALEXANDER GALLO & Associates, LLC
COURT REPORTING & VIDEO SERVICES
VISUAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide               Atlanta, Georgia 30303

www.galloreporting.com

110

1    paperwork that said that I stole merchandise

2    from the store, and that if I didn't sign it

3    they were going to call the cops and have me

4    arrested.  All the time crying.  I said that I

5    needed to get in touch with Gene.  And she

6    said that Gene was with Cathy.  She would get

7    ahold of him and kept me on the phone until

8    Gene called my cell phone.

9        Q.    Okay.

10       A.    So at that time I let her go.  I

11   talked to Gene, I told Gene exactly what was

12   going on.  I told him that I'd gotten called

13   into the office by Kelli and Al, that I was

14   being interrogated, and that I was told that

15   if I tried to leave they would have me

16   arrested, and that if I don't sign this piece

17   of paper I'll be arrested, that I did not need

18   to make any phone calls, that this needed to

19   go no further than --

20       Q.    You went through all that with Gene?

21       A.    Yes, I went through all that with

22   Gene.  I told Gene, "I need the lawyer's

23   number."

24             He said, "No, you don't call the

25   lawyer.  I'll call the lawyer."  So Gene was



**Alexander Gallo & Associates, LLC**
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

111

1    the one -- Gene said, "Okay," he said, "Let me

2    go, let me call the lawyer.  I'll call you

3    back.  I'm on my way."

4        Q.    All right.

5        A.    All the time their daughter, which

6    I'm no longer dating anymore, is in the car

7    with them also.  She's constantly trying to

8    call Petsmart and find out what's going on.

9        Q.    You don't know that firsthand

10   because you --

11       A.    Yes, I do know that firsthand.

12       Q.    -- because you weren't in the car?

13       A.    No.

14       Q.    You knew it because she told you?

15       A.    I knew it because they all told me.

16       Q.    Yes.  Gene and the daughter told you

17   later?

18       A.    That's correct.  So they were all --

19       Q.    So Gene tells you he'll call the

20   lawyer?

21       A.    Uh-huh.

22       Q.    And he hangs up?

23       A.    That's correct.

24       Q.    So you're in the office at this

25   point?



ALEXANDER Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-8766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.gaReporting.com

Charles R. McKinley                                    March 27, 2006

112

1      A.      Uh-huh.

2      Q.      Who's in the office with you?

3      A.      Al and Kelli.

4      Q.      Okay.  And so they can only hear

5  your words on the call, right?

6      A.      That's correct.

7      Q.      So who says the first thing after

8  you hang up with Gene?

9      A.      I hang up with Gene, and I believe

10 it was Al that, you know, continues to try to

11 tell me that I need to sign this piece of

12 paper.

13     Q.      Tell me what he says.

14     A.      He says, you know, "It will be

15 better off if you sign this paperwork, you

16 know, and just tell us what you stole."

17     Q.      Have you filled in the rest of --

18     A.      I've not --

19     Q.      -- page 1 of Exhibit 1 yet?

20     A.      I couldn't tell you whether -- I

21 know that I started work on it.

22     Q.      Flip over to the second page of

23 Exhibit 1.  Can you read those words for me?

24     A.      It says, "I Charles McKinley admit

25 to coming into the building after hours."



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA TECHNOLOGIES

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766               Throughout Georgia And               161 Marietta Street
Toll Free (877) 495-0777               Major Cities Nationwide              Atlanta, Georgia 30303

www.galloreporting.com

March 27, 2006

113

1          Q.    Okay.   Now, when did you write that?

2          A.    That was after, a little bit further

3    on down the line.

4          Q.    Okay.   So you're in the office with

5    Al and Kelli, you've hung up from Gene

6    Randolph, and Al says to you what?

7          A.    He says, you know, he continues to

8    try to ask me, you know, what other

9    merchandise have I stolen from the store.   I

10   told him I hadn't stolen any merchandise.   He

11   asks me, you know, have I stolen, you know,

12   more than one bag of dog food, or, you know,

13   have I stolen one bag.   I said, "Al, I've not

14   stolen any merchandise out of the store."

15          And in between all of these, you

16   know, Al saying, "I've got a picture of you

17   taking it."

18          Me saying, "No, you don't."   I

19   basically told him if he would show me the

20   pictures, I would, you know, say I did it,

21   just so I could see the pictures, because I

22   knew there were no pictures.

23          Q.    All right.

24          A.    So this went on.   And, you know,

25   back up just a second.   As I stated earlier,



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC      CHICAGO, ILLINOIS                  NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms               2700 Centennial Tower
Facsimile (404) 495-0766              Throughout Georgia And                    101 Marietta Street
Toll Free (877) 495-0777              Major Cities Nationwide                  Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

114

1   you know, he had already said, you know,

2   "Well, you're already fired."

3          Q.    When did he say that?

4          A.    A couple of statements ago.  I

5   believe it was, you know, about the time I was

6   getting ready to call my lawyer, and I wanted

7   to leave, because I was getting ready to just

8   walk out of the door.  And he says, "No," you

9   know, because he said, "If you walk out this

10  door, you know, and you leave this building,

11  you know, we'll have you arrested."

12         Q.    So you had about reached your point

13  and you were ready to walk out?

14         A.    Exactly.

15         Q.    And when did he say, "You're already

16  fired," was that before you picked up the

17  phone on the desk or in between all of this?

18         A.    To the best of my knowledge it was

19  before I picked up that phone he had stated to

20  me that, "You're already fired.  We've got

21  pictures of you stealing dog food.  The best

22  thing you can do for yourself at this point is

23  to sign this piece of paper and fill it out

24  and state that you stole this merchandise."

25         Q.    Okay.  So what happens next?



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And          101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide          Atlanta, Georgia 30303

www.gallereporting.com

Charles R. McKinley                                    March 27, 2006

**115**

1        A.    At that point, you know, I'm backed

2    into a corner.  I feel that, you know, I feel

3    that, you know, I'm pretty much screwed either

4    way.  I'm fired.  That's why I called my

5    lawyer, is because, okay, now I'm in fear of

6    getting arrested here, and I hadn't done

7    anything wrong to my knowledge.  I've not

8    stolen any food.  And Al kept throwing in my

9    face the fact, "You keep saying to your

10   knowledge, it's a yes or no question."

11        I said, "Al, I've never taken any

12   merchandise out of the store," you know.

13        So about this time, the whole time

14   since I've talked with Gene, Gene has since

15   called the lawyer.  He's called Thomas, which

16   is primarily the person that he's dealt with

17   in this case.  He explained everything to

18   Thomas.  I don't know if Thomas said, I'll

19   call you back or whatnot.  But I know that

20   about five minutes later -- it was probably

21   about 15 minutes later, Gene was at the store.

22        And, of course, the whole time the

23   dialogue keeps continuing, you know, "you

24   stole it, you need to sign it," you know,

25   "you're going to get arrested.  Let's not push



Alexander Gallo & Associates, LLC
COURT REPORTING | VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

                                    116

1    this any further."

2              Then Gene comes, you know, Gene

3    says, you know --

4         Q.    Well, before we get to Gene, did you

5    talk to anybody else?

6         A.    No.

7         Q.    So the last person you talked to on

8    the phone is --

9         A.    Gene.

10        Q.    -- Gene, who said, "I'll call the

11   lawyer"?

12        A.    Yes.

13        Q.    So 15 minutes later Gene shows up at

14   the store?

15        A.    Uh-huh.

16        Q.    Who is with him?

17        A.    It is Cathy and Lisa.

18        Q.    Cathy is his wife, Lisa is the woman

19   you dated?

20        A.    No.  Lisa is --

21        Q.    The sister-in-law?

22        A.    -- the sister-in-law.  And then

23   Finley walks in.  She doesn't come in

24   initially because she's crying.  Because even

25   though we're broken up, she doesn't like what



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-8766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-8777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

117

1    they're doing to me.

2        Q.    All right.  You're in the office,

3    they walk into the store, where are you when

4    you first see them?

5        A.    I'm in the office.

6        Q.    Who's in the office with you?

7        A.    Kelli and Al.

8        Q.    All right.  So what happens?

9        A.    So --

10       Q.    Who speaks first?

11       A.    Gene at this point speaks first.

12       Q.    What does Gene say?

13       A.    Gene asks, "What's going on?"

14       Q.    Who answers?

15       A.    Al answers.

16       Q.    What does Al say?

17       A.    Al says that, you know, "He's in

18   here because he's entered the store at several

19   times.  He's admitted to entering the store

20   several times.  He's stolen merchandise from

21   the store."

22            And at that point Gene stops and

23   says, "Whoa."

24       Q.    You're sure that Al said you had

25   stolen merchandise?



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And                161 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide               Atlanta, Georgia 30303

www.galloreporting.com

118

1    A.    Yes.

2    Q.    Okay.

3    A.    And at that point, Gene looks at me

4    and says, you know, I guess kind of shushes,

5    you know, Al up, because Gene -- they wouldn't

6    let -- when Gene walked in the store, the

7    employees and I guess the other managers

8    basically said, "He's in the office.  You

9    can't go in there."  Gene opened the door

10    anyway and pushed the door open.

11    Q.    Well, you don't know any of that?

12    A.    Yes, I do.  I was sitting right in

13    front of the door.  He pushed the door open.

14    Q.    Well, you couldn't hear what other

15    employees said to him?

16    A.    No.  I can only go by the

17    testimony --

18    Q.    Let's stick to what you heard and

19    saw.

20    A.    Okay.

21    Q.    So Gene comes to the door?

22    A.    And pushes the door open.

23    Q.    Pushes the door open.  How does he

24    push the door open?

25    A.    He pushes on the handle and pushes



Alexander Gallo & Associates, LLC
COURT REPORTING   VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And                 301 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide                 Atlanta, Georgia 30303

www.gallereporting.com

Charles K. McKinley                                    March 27, 2006

**119**

1    it open.

2          Q.    Aren't you behind the door?

3          A.    Yes, I am behind the door right

4    here.

5          Q.    So does the door hit you?

6          A.    Well, yes.  The door hits the chair

7    I'm sitting in.  I move out of the way and let

8    Gene in.

9          Q.    So now there's four of you in the

10   office?

11         A.    That's correct.  Gene is standing

12   halfway in the door, halfway out the door.

13         Q.    Gene says, "What's going on?"  And

14   Al says?

15         A.    You know that I entered the store on

16   several different times, and that they had

17   pictures of me stealing merchandise from the

18   store.

19         Q.    So this time when you described it

20   you say, Al says they have pictures of you?

21         A.    Yes.

22         Q.    You didn't say that the first time

23   you described what he said.  Which one is more

24   accurate?

25         A.    To my knowledge he told -- the way



Alexander Gallo & Associates, LLC
COURT REPORTING    VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And                 101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide                 Atlanta, Georgia 30303

www.galloreporting.com

**120**

1  it went down was that Gene walked in the room,

2  says, "What's going on?"

3       Al says, you know, "He's admitted to

4  being in the store several times."  You know,

5  I guess Al is trying to accurately say things

6  as best at the time.  "That he's entered the

7  store at several times, and that we have, you

8  know, knowledge to believe" or whatever the

9  exact words are that basically came out, that

10 Al was accusing me of stealing dog food.

11      And I said, "No, you don't."

12      Q.   Before we get to what you told him,

13 let's be -- now, you're saying words to the

14 effect of Al said, "We have reason to

15 believe --

16      A.   Sir --

17      Q.   -- he stole"?

18      A.   Sir, I don't know the exact, the

19 word for word exact words that came out of my

20 mouth at the time.

21      Q.   I'm asking you what came out of Al's

22 mouth?

23      A.   I don't know the exact word for word

24 that came out of Al's mouth.  I know that he

25 told Gene, when Gene said, "What's going on,"



Alexander Gallo & Associates, LLC
COURT REPORTING  VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

121

1    he basically to the effect said that, and I'm

2    saying basically to the effect because I don't

3    know the exact words that come out of his

4    mouth, said that I'd been in the store, that

5    I'd stolen merchandise from the store.

6              And I told Al that he didn't have

7    any pictures.  Because at this time I'm

8    fighting mad, you know, because I'm being held

9    against my will, told if I don't, you know, if

10   I try to leave, I'm going to be arrested.

11             He's saying that they've got

12   pictures of me.  And Gene shushes Al up and

13   says, you know, "Let me ask the boy," that was

14   his words, "let me ask the boy did he steal

15   anything from your store."  Gene looked at me

16   right dead in the face and he said, "Chuckie

17   or Charles, I've known you many years.  I've

18   never known you to do anything before, but I'm

19   telling you right now you'd better be honest

20   with me."  He said, "Did you ever steal any

21   dog food out of the store?"

22             And I said, "No, Gene, I've never

23   taken any dog food out of the store."

24             And then it goes back to Al -- or

25   Gene.



ALEXANDER GALLO & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2709 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And                   101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide                   Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

122

```
1      Q.    Excuse me.

2      A.    Go ahead.

3      Q.    Isn't it true that you said, "I've

4   never taken anything to my knowledge"?

5      A.    To my knowledge, that's correct.

6      Q.    And Gene got mad at you for saying

7   that?

8      A.    Exactly.  Gene got mad at me for

9   saying, "To my knowledge."

10      Q.    And Gene said, "What is to my

11   knowledge mean, either you did or you didn't?"

12      A.    Yes.  And I said, "No, I didn't."

13      Q.    Okay.  Then Al said what?

14      A.    And then Al -- Gene then said to Al,

15   "The boy says he didn't steal anything, you

16   know, you're saying he did."  And Gene asked

17   Al, he said, "Exactly how much dog food are

18   you saying that he took?"  That's what he

19   said, he said, "Exactly how much dog food are

20   you saying that he took?"

21            Al says to Gene, "Why don't you ask

22   Charles?"

23            Gene says, "No, I'm not asking

24   Charles.  I'm asking you, how much did he

25   take, was it a bag, was it a pallet, was it a
```



**Alexander Gallo & Associates, LLC**
COURT REPORTING    VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777    Complimentary Conference Rooms    2700 Centennial Tower
Facsimile (404) 495-0766    Throughout Georgia And    101 Marietta Street
Toll Free (877) 495-0777    Major Cities Nationwide    Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

123

1    box, what was it, how much did he take?"

2         Q.    Gene says that, "Gene says pallet or

3    box"?

4         A.    Yes.   I know the word pallet came

5    out of his mouth and I know the word bag came

6    out of his mouth, I know a couple of bags came

7    out of his mouth.

8         Q.    Keep going.

9         A.    You know, at that point, you know,

10   Al is just saying, you know, "Why don't you

11   ask him, why don't you ask him, why don't you

12   ask him, you know, how much he took?"   And

13   that must have gone on for five minutes, "Why

14   don't you ask him?"

15              And I kept saying, "To my knowledge

16   I've not taken any dog food out of the store."

17        Q.    Okay.

18        A.    And because the question was not --

19   you know, the question that Al at this point

20   was asking, the way I was interpreting the

21   question, was not have you stolen the

22   merchandise, have you taken merchandise.

23   That's two totally different things.   I've

24   taken dog food out of that store on many

25   occasions to take it to people's cars, to do



ALEXANDER GALLO Associates, LLC
COURT REPORTING VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777                Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766                    Throughout Georgia And                    101 Marietta Street
Toll Free (877) 495-0777                    Major Cities Nationwide                Atlanta, Georgia 30303

www.galloreporting.com

**124**

1  this, to do that.  But they never had any

2  pictures of me taking dog food.  So I said,

3  "No, I haven't taken anything.  To my

4  knowledge I've not taken anything out of the

5  store."

6      Q.    And you continue to say that while

7  Gene is the office?

8      A.    That is correct.

9      Q.    You say it that way?

10     A.    That's correct.

11     Q.    So what happens next?

12     A.    You know, we spend the next, I don't

13  know how long -- it then goes back to this

14  piece of paper, you know.  Al is insisting

15  that I sign this piece of paper, it will all

16  go away.  Sign this piece of paper and then I

17  can leave.  If I don't sign this piece of

18  paper, it then goes from -- if I don't sign

19  this piece of paper, I'm going to, they're

20  going to call the cops and they're going to

21  pursue it further.  You know, if I do sign the

22  piece of paper, it will all magically go away.

23          I tell him I'm not signing any piece

24  of paper.  Gene tells me not to sign any piece

25  of paper because the lawyer will be calling



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADING IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.gallereporting.com

Charles K. McKinley                                    March 27, 2006

125

1    soon.

2              About this time, you know, this

3    whole time I'm in tears.  I'm frustrated.  I'm

4    fighting mad.  You know, I try to keep my

5    composure the best I can, because I'm being

6    told if I leave I'm getting arrested.

7         Q.    What happens next?

8         A.    Okay.  So the next thing that

9    happens is Thomas Claunch, which is a lawyer,

10   gets on the phone, and --

11        Q.    What phone?

12        A.    My cell phone.  Well, actually

13   Gene's cell phone.

14        Q.    So Gene's cell phone rings?

15        A.    Yes.

16        Q.    Who's holding Gene's cell phone?

17        A.    Gene is holding his cell phone.

18        Q.    So he answers his own cell phone?

19        A.    That's correct.

20        Q.    How do you know who's on the other

21   end?

22        A.    Because I can hear Gene talking to

23   the lawyer, and the words come out of Gene's

24   mouth, "Well, hold on, hold on, let me let

25   you," or, "Let me let Charles tell you what's



Alexander Gallo Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

126

1    going on and what's happened."

2              So about this time, you know, I'm

3    still crying, Thomas gets on the phone, I'm

4    talking to Thomas, I'm explaining to Thomas

5    what they want me to do and all this stuff.

6         Q.    And everybody is still in the

7    office?

8         A.    Everybody is still in the office.

9         Q.    Al is still there?

10        A.    Yes.

11        Q.    Kelli is still there?

12        A.    Yes.

13        Q.    You're there, Gene is there?

14        A.    Yes.  At this point, when Thomas is

15   on the phone with me, Al picks up his cell

16   phone, fumbles around for a minute, looks up a

17   number out of a pad that he had in front of

18   him, and calls somebody on the phone.

19        Q.    And doesn't he go out of the office

20   to make his phone call?

21        A.    Not at that point, no.  When he's,

22   when he has that piece of paper, that pad,

23   he's fumbling through it.  He spends probably

24   about a minute in that office before I walk

25   out of the door.  You know, I've had enough, I



ALEXANDER GALLO & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

127

1    walk out of the door.  Because at this point

2    I'm crying.  Al walks out behind me.  I know,

3    that -- well, I don't know.  But I know that

4    Al is talking to someone in the effect of a

5    Loss Prevention Department, because I heard

6    the guy's name come out of his mouth.

7            So I walk out of the office in

8    tears.  I look around, everybody is looking at

9    me like I'm a moron.

10       Q.    You're still talking on the phone?

11       A.    I'm still talking on the phone.

12   Thomas says, "Calm down, calm down, just chill

13   out.  They're not going to do anything to you.

14   If I have to come up there myself, I'll come

15   up there myself."  He said, "Do not sign any

16   paperwork."  He said, "Do not admit to

17   anything you have not done."

18            So I go into the second office,

19   which is --

20       Q.    Where is the second office?

21       A.    (Witness indicating.)  So I walk out

22   of this office, walk down here, talking and

23   crying, walk in this office, and there's a

24   desk right here.  You know, I sit down on a

25   chair.



Alexander Gallo Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

128

1     Q.    Let's do this.  On Exhibit 2, if

2   you'd write a one with a circle around it or

3   next to the first office where all this has

4   occurred.  Okay.

5     A.    (Witness complies.)

6     Q.    Okay.  Then let's put a two with a

7   circle around it next to the second office

8   where you've just said you've entered with the

9   cell phone while you're talking to the lawyer.

10  Is that what you've marked on Exhibit 2?

11    A.    That is correct.

12    Q.    Okay.  So tell me, you're in office,

13  two.

14    A.    So I'm in office two, I'm crying,

15  I've gained my composure enough to talk to the

16  lawyer.  You know, the lawyer says, you know,

17  "Do not sign anything."

18         Now, at this point, this paperwork,

19  the only thing -- I filled out on this

20  paperwork.  The only thing that I filled out

21  is the statement right here.

22    Q.    So we're talking about --

23    A.    Because I would only put that down

24  there.

25    Q.    Okay.  Hold on.  You've already



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777                Complimentary Conference Rooms              2700 Centennial Tower
Facsimile (404) 495-8766                   Throughout Georgia And                      101 Marietta Street
Toll Free (877) 495-0777                  Major Cities Nationwide                   Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

**129**

1    filled out Exhibit 1, the first page?

2        A.    Yes.

3        Q.    And you've written on the second

4    page of Exhibit 2?

5        A.    Yes.  Because in the time that Gene

6    was in the room and Al was in the room and

7    Kelli was in the room and I was in the room,

8    you know, when Al kept getting me to admit

9    that I'd stolen dog food, I told Al that the

10   only thing I would admit to is the fact that I

11   came into that store after hours.  After

12   explaining to him why I'd been in the store on

13   several occasions after hours, from the

14   time --

15       Q.    You filled out what writing is in

16   your handwriting on Exhibit 1 before you went

17   to the office two?

18       A.    That is correct, before I went to

19   office two.

20       Q.    You get to office two, you're still

21   talking to the lawyer?

22       A.    So --

23       Q.    Tell me about the conversation with

24   the lawyer.

25       A.    Okay.  The conversation with the



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-8766        Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide                Atlanta, Georgia 30303

www.gallereporting.com

130

1   lawyer is basically, "Charles, don't write

2   anything down there.  You didn't steal

3   anything, you didn't do anything wrong."  He

4   said, "Do not write anything down there.

5   They're not going to have you arrested.  If

6   they do, we'll get you out.  Don't worry about

7   anything."  He says, "if I have to come down

8   there myself, I will come down myself if it's

9   necessary.  Just don't worry."

10          I hand the phone back to Gene.

11     Q.    Where is Gene?

12     A.    Gene is standing outside office door

13   number two.

14     Q.    Okay.

15     A.    You know, I hand him the phone and I

16   stay in there because I'm crying.

17     Q.    Have you hung up?

18     A.    No.

19     Q.    Okay.

20     A.    So Gene talks to, you know, talks

21   for a minute or so to Thomas on the phone.

22     Q.    What does Gene say?

23     A.    I don't know.

24     Q.    Can you hear?

25     A.    I can't hear.  I can hear words that



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA       WASHINGTON, DC       CHICAGO, ILLINOIS       NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And                  101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide                 Atlanta, Georgia 30303

www.galloreporting.com

131

1  are coming out of his mouth, but I'm crying so

2  hard and trying to get myself under control, I

3  don't know what's going on.

4       Q.    Okay.

5       A.    So at this point Gene and Thomas,

6  I'm assuming they're having the conversation,

7  "Okay, if we need you, we'll call you."  Gene

8  hangs up the phone.  Gene comes in there and

9  Gene's standing around with me, asking me if

10  I'm okay.  And Gene again asks me, "Charles,

11  you being honest, did you take anything?"

12            I said, "Gene, you've known me a

13  long time, I've never taken any dog food out

14  of that store.  Never done it."

15            And he said, "Okay, that's all I

16  wanted to know.  As long as you're honest with

17  me, that goes a long way."

18            So at this point Al has been out

19  here talking on the phone.

20       Q.    Al has been outside of office one?

21       A.    He's been outside of office one

22  talking on the phone.  I don't know whether he

23  went to the back of the store, I mean, I was

24  in office two.

25       Q.    Okay.



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES

ATLANTA, GEORGIA          WASHINGTON, DC     CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-4777          Complimentary Conference Rooms          2780 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And          161 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide          Atlanta, Georgia 30303

www.gallsreporting.com

Charles K. McKinley                                      March 27, 2006

132

1          A.    At this time --

2          Q.    Where is Kelli Watson?

3          A.    I'm assuming that she is still in

4     office one.

5          Q.    But you don't know?

6          A.    I do not.

7          Q.    You don't see her?

8          A.    I do not see her around.

9          Q.    Okay.

10         A.    At this time I'm talking to Gene

11    right in the doorway.  I step out of the

12    doorway, and that's when Al approaches me and

13    asked me for my store keys.  At this time I'm

14    right at this X point right here.  Right in

15    front of all the cash registers, right in

16    front of a whole slew of folks that are in the

17    store, where I'm in front of the store

18    stripped of my keys, and I believe also my

19    name badge while I'm in the store.  I was told

20    any, you know, name tag or keys or anything

21    that I have I need to turn over at that point.

22              But at that point it takes me

23    roughly -- I couldn't even -- I was so upset I

24    couldn't even get the keys off my key ring.  I

25    had to get Gene to do it for me.  Gene took



Alexander Gallo Associates, LLC
COURT REPORTING VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC      CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

133

1   the keys off my key ring.  And I believe at

2   this time Kelli had walked out into the store

3   and was standing somewhere in the vicinity of

4   Al.  I don't know whether the keys got handed

5   to Kelli.  I don't know whether the keys got

6   handed to Al.  All I was told at that point,

7   after I'd been humiliated and embarrassed in

8   front of that whole store of employees, you

9   know, plus all the people that were in there,

10  was to turn in my keys.  I turned in my keys,

11  I believe also my name badge, and I was told

12  to leave the store.

13      Q.    Did you leave the store --

14      A.    Yes.

15      Q.    -- at that point?

16      A.    At that point we all walked out of

17  the store.

18      Q.    Anybody say anything on the way out?

19      A.    I don't know if any employees said

20  anything.  I know that -- okay.  I know that

21  one employee, her name is Keikee, I don't know

22  if that's her short name or long name, but

23  Keikee was one of the, one of the just regular

24  sales associates, cashier girls in the store,

25  she looked at me and she said, "What's wrong?



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA     WASHINGTON, DC     CHICAGO, ILLINOIS     NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766           Throughout Georgia And                 101 Marietta Street
Toll Free (877) 495-0777           Major Cities Nationwide                 Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                          March 27, 2006

134

1    Are you all right?"

2         Q.    What did you reply?

3         A.    I just --

4         Q.    You did not rely?

5         A.    I did not reply.  I just kind of

6    walked out.

7         Q.    Now, before Gene shows up, and

8    before you started trying to call him, didn't

9    Al and Kelli leave you alone in the office to

10   complete Exhibit 1?

11        A.    Not to my knowledge.  I mean, this

12   is all my handwriting on here.  This is none

13   of their handwriting whatsoever.

14        Q.    I'm not saying they filled it out.

15   I'm saying didn't they leave you alone in the

16   office at one point and say, "Fill this out."

17        A.    Not that I can remember, no.

18        Q.    At any time did you leave the office

19   and go take a bathroom break?

20        A.    No, not to my -- I was scared to

21   leave that office.  I was scared to leave that

22   office because if I left that office I felt

23   that I was going to get arrested.  They made

24   me believe that the police were outside that

25   door waiting on me.



Alexander Gallo & Associates, LLC
COURT REPORTING    VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA     WASHINGTON, DC     CHICAGO, ILLINOIS     NEW YORK, NEW YORK

Telephone (404) 495-0777              Complimentary Conference Rooms                2700 Centennial Tower
Facsimile (404) 495-0766                 Throughout Georgia And                    101 Marietta Street
Toll Free (877) 495-0777                  Major Cities Nationwide                  Atlanta, Georgia 30303

www.galloreporting.com

135

1        Q.    What did they say to make you

2   believe that the police were outside the door?

3        A.    They told me if I walked out of that

4   door, I would be arrested.

5        Q.    Did anybody tell you they had

6   already called the police?

7        A.    No.

8        Q.    Did anybody tell you the police were

9   already on the facility?

10        A.    No, they did not.

11        Q.    Did you hear anything that made you

12   think the police were on the facility?

13        A.    Yes.  I heard the fact that he says

14   if I walked out of that door I would be

15   arrested.  To me, in my mind, that said, if

16   you walk outside this door, this parking lot,

17   you will be arrested.  That didn't mean that

18   the police in my mind were coming.  I was

19   scared to the fact that I thought if I walk

20   outside that door, they're waiting on me, so I

21   needed to sign this piece of paper.  That's

22   the way I felt.  That's what I was led to

23   believe by the words and the demeanor that Al

24   had.

25        Q.    You haven't described anything Kelli



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADING IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC      CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And               101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide              Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley    March 27, 2006

**136**

1    Watson said to you?

2        A.    No.

3        Q.    She didn't say anything the whole

4    time, right?

5        A.    If my memory serves me correctly,

6    the dialog was struck up between me and Al.

7        Q.    So she hasn't --

8        A.    I mean, I believe that maybe Al has

9    asked her a question, you know, or something.

10   I don't know.  I know that, from what I

11   remember the conversation was Al asking me

12   questions and me answering Al's questions, and

13   Gene.  Honestly I don't remember anything that

14   Kelli said.

15       Q.    So Kelli didn't say anything that

16   made you afraid to leave; is that right?

17       A.    No.  It was Al.

18       Q.    Okay.  And the only thing that Al

19   said that made you afraid to leave was, "If

20   you don't fill this out truthfully and admit

21   that you stole, it will become a police

22   matter"?

23       A.    That's correct.  And told me that,

24   you know, that the cops -- I would be

25   arrested.  I remember, he did say the words



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-8777    Complimentary Conference Rooms    2700 Centennial Tower
Facsimile (404) 495-6766    Throughout Georgia And    303 Marietta Street
Toll Free (877) 495-8777    Major Cities Nationwide    Atlanta, Georgia 30303

www.galloreporting.com

137

1    police matter.  He did say the words that I

2    would be arrested.  He did say the words, you

3    know, criminal record.  He did say the word

4    jail.

5        Q.    Now, they never showed you any

6    pictures, correct?

7        A.    No.  That's correct.

8        Q.    Did they show you any time entries

9    of when you had come in?

10       A.    I believe he had something.  I never

11   put them down in front of me and looked at

12   them.

13       Q.    You weren't physically restrained in

14   the office?

15       A.    No.  They never laid their hands on

16   me.  The restraint that was there is that I

17   felt that I was backed up in a corner.  I was

18   against the door and I was threatened with the

19   verbally abusive words that said, "Don't leave

20   or you're going to be arrested."

21       Q.    I'm sorry if this is a little

22   repetitive, I just want to make sure.  There

23   was no armed guard, correct?

24       A.    That's correct.

25       Q.    You weren't locked into the office



ATLANTA, GEORGIA          WASHINGTON, DC      CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777              Complimentary Conference Rooms              2700 Centennial Tower
Facsimile (404) 495-0766              Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777              Major Cities Nationwide              Atlanta, Georgia 30303

www.galloreporting.com

138

1    at any time?

2         A.    No.

3         Q.    The door remained unlocked the

4    entire time?

5         A.    I don't know if that door even has a

6    lock on it.

7         Q.    You weren't tied up in any way,

8    right?

9         A.    No.

10         Q.    No one hit you or physically coerced

11   you, right?

12         A.    No.

13         Q.    No one threatened to hit you or hurt

14   you?

15         A.    No.   They never threatened physical

16   violence, no.

17         Q.    The only time you actually stood up

18   and tried to walk out of the office is when

19   you went from office one to office two?

20         A.    That is correct.

21         Q.    And the only time you tried to pick

22   up the phone on the desk, no one tried to

23   physically stop you; is that right?

24         A.    That is correct.  It was basically,

25   we don't need to take this any further, that's



Alexander Gallo Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And                  101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide                 Atlanta, Georgia 30303

www.galloreporting.com

139

1    not necessary.

2         Q.    And you're physically bigger than

3    either Al Williams or Kelli Watson, aren't

4    you?

5         A.    That is correct.

6         Q.    And you don't remember going to the

7    bathroom during this?

8         A.    No.

9         Q.    Do you remember Al or Kelli leaving

10   to go to the bathroom?

11        A.    No, I don't.

12        Q.    Did Al or Kelli leave you alone in

13   office one at any time to let you stew for a

14   little while to see if you would sign Exhibit

15   1?

16        A.    I don't remember that.

17        Q.    It might have happened, but you

18   don't remember it; is that correct?

19        A.    Yes, I don't remember it happening.

20   I'm not going to say it might have happened.

21        Q.    Why were so afraid of the police?

22        A.    What?

23        Q.    Why were you so afraid of the

24   police?

25        A.    When somebody is sitting there



ALEXANDER GALLO & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766         Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide              Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

140

1    telling you that they're going to call the

2    police, and they have pictures, I mean, that

3    will scare anybody.  I mean, I know I don't

4    have anything to hide.

5         Q.    Well, you knew there were no

6    pictures, right?

7         A.    Exactly.  I knew there were no

8    pictures.

9         Q.    Well --

10        A.    But that doesn't matter.

11        Q.    What --

12        A.    That doesn't matter.  When somebody

13   fills out a police report and says you do

14   something, automatically, regardless if

15   they're right or wrong, you're still going to

16   court, regardless if they're right or wrong,

17   you're still going to jail.  Al can say, Al

18   can say to a Police Officer, yes, he stole

19   merchandise from this store, you know.  Al can

20   say that and they'll take me to jail.  That

21   doesn't matter whether Al is telling the truth

22   or lying.

23        Q.    You don't think they would have

24   asked Al for the pictures?

25        A.    You know, if Al -- I'm sure the



Alexander Gallo & Associates, LLC
COURT REPORTING          VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA     WASHINGTON, DC     CHICAGO, ILLINOIS     NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms      2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And               101 Marietta Street
Toll Free (877) 495-0777           Major Cities Nationwide          Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

141

1   police would have said, do you have anything

2   to that effect.  Al could have said, "I saw

3   him with my own eyes."  And that would have

4   been enough for the police to file a police

5   report, that would have been enough for me to

6   go to jail.

7        Q.   But Al had never said to you he had

8   seen you with his own eyes?

9        A.   No.  Al said, "Somebody has seen you

10  and we have pictures."

11       Q.   Now, you have no criminal record; is

12  that right?

13       A.   That's correct, I have no criminal

14  record.

15       Q.   So there was nothing for you to

16  hide?

17       A.   That's correct, there was nothing

18  for me to hide.

19       Q.   And you hadn't stolen or committed

20  any crime?

21       A.   That's correct.

22       Q.   If you felt like they wouldn't let

23  you leave, why didn't you call the police?

24       A.   Because I didn't want to get anybody

25  involved like that.  Because, you know, as



Alexander Gallo Associates, LLC
COURT REPORTING VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777                Complimentary Conference Rooms              2700 Centennial Tower
Facsimile (404) 495-8746                  Throughout Georgia And                   101 Marietta Street
Toll Free (877) 495-0777                   Major Cities Nationwide                 Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

**142**

1    soon as the police come, you know, I mean,

2    whose side are they going to take?  Are they

3    going to take the employee's side or are they

4    going to take a District Manager's side?  I

5    felt the call that I needed to make was not to

6    an enforcing agency, it was to my lawyer so

7    that they could protect me if something did

8    happen.

9         Q.   Now, when you did leave, no one

10   tried to stop you, right?

11        A.   That is correct.

12        Q.   When you did leave office one,

13   nobody tried to stop you?

14        A.   That is correct.  I mean, they were

15   talking, you know --

16        Q.   But you didn't have to fight your

17   way out?

18        A.   No, I did not have to fight my out.

19        Q.   Nobody else had to physically help

20   you get off the premises, right?

21        A.   That's correct.  Other than the fact

22   I was told, you know, when I left I was not

23   welcome on the property.

24        Q.   Did you ask permission to leave the

25   property?



ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And                  101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide                  Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley
March 27, 2006

143

```
 1       A.    I don't know if I asked permission.
 2  I think I was --
 3       Q.    Well, the answer is no, you didn't
 4  ask for permission?
 5       A.    No, I don't think I did.  I was just
 6  told to turn in my keys and my name badge or
 7  whatnot.
 8       Q.    So did Al Williams or Kelli Watson
 9  do anything differently when you did leave
10  than they'd been doing for the hour
11  beforehand?
12       A.    Not that I know of.
13       Q.    What time was it when you left?
14       A.    I don't know.  I didn't look at the
15  clock.
16       Q.    What's your best estimate?
17       A.    I don't know.  I didn't look at the
18  clock.  I would at least say I had at least
19  been in there no less than an hour, maybe an
20  hour and a half.
21       Q.    So between one hour and one and a
22  half hours in the office?
23       A.    Between one and two hours.  I
24  wouldn't say -- I don't think it was two
25  hours.  I think it was probably one and a half
```



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA     WASHINGTON, DC     CHICAGO, ILLINOIS     NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766           Throughout Georgia And                 101 Marietta Street
Toll Free (877) 495-0777           Major Cities Nationwide                 Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

**144**

1    hours I was in that office.

2         Q.    And by that office, you mean office

3    one?

4         A.    That is correct.

5         Q.    How long did you spend in office

6    two?

7         A.    I was probably in there 15 minutes.

8    From the time I walked out of office one to

9    the time I was asked to hand in my keys and,

10   you know, anything I had, was probably equal

11   or less than 20 minutes.

12        Q.    Now, you could have left before you

13   talked to the lawyer, right, if you had

14   decided to?

15        A.    If I wanted to be arrested, yes.

16        Q.    You could have left before Gene

17   showed up?

18        A.    If I wanted to be arrested, yes.

19        Q.    Okay.  And the only thing that was

20   keeping you there was the threat that they

21   would prosecute you; is that right?

22        A.    That is correct.  And the demeanor

23   of his voice.  I mean, Al had never showed any

24   physical violence toward me.

25        Q.    What do you mean the demeanor of his



Alexander Gallo Associates, LLC
COURT REPORTING VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    •    WASHINGTON, DC    CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-8777              Complimentary Conference Rooms              2700 Centennial Tower
Facsimile (404) 495-8766                 Throughout Georgia And                    101 Marietta Street
Toll Free (877) 495-0777               Major Cities Nationwide                  Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                      March 27, 2006

                                145

1    voice?

2        A.    When someone gets angry, when

3    someone is passionately angry about something,

4    their voice changes, their movement changes,

5    their body language changes.  I'm not going to

6    say, because I had no reason.  Al had never

7    raised his hand to me before, nor had Kelli

8    ever raised her hand to me, but I felt

9    threatened by the way they sat in their

10   chairs, by the way, when he would say things,

11   he would sit up on the edge of his chair like

12   this, I felt threatened.

13       Q.    You're not saying you felt

14   physically threatened, are you?

15       A.    I don't know if I felt physically

16   threatened.  I felt threatened.  I didn't know

17   what was going to happen next.  I didn't know

18   what lied around the next corner.

19       Q.    You didn't like the results?

20       A.    I didn't like the results of what

21   was going on.  I mean, Al gave me no reason to

22   think that he would ever physically threaten

23   me.  But when somebody is sitting back in a

24   chair, like I am now, and talking to you, and

25   then when somebody real quick jumps up and



ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms      2700 Centennial Tower
Facsimile (404) 495-0766      Throughout Georgia And              303 Marietta Street
Toll Free (877) 495-8777      Major Cities Nationwide             Atlanta, Georgia 30303

www.gallowreporting.com

Charles R. McKinley                              March 27, 2006

146

1    sits on the end of their chair and asks you

2    something or says something to you, it makes

3    you jump.

4         Q.   Can you help me just confirm this,

5    because this, I think, is the way you

6    described it.  When you talked to Mr. Claunch,

7    you were in another office not with Al

8    Williams?

9         A.   I started talking to him in office

10   one.

11        Q.   Oh --

12        A.   I then got up and moved just as --

13        Q.   Did --

14        A.   -- Al was starting his conversation,

15   and as soon as I got up and left, he got up

16   and left.

17        Q.   Right.  You don't know where he

18   went?

19        A.   I don't know where he went.

20        Q.   Did Mr. Claunch ever talk to Al

21   Williams?

22        A.   I don't know.

23        Q.   You don't know?

24        A.   I don't think so.

25        Q.   And this occurred on August 13th of



Alexander Gallo & Associates, LLC
COURT REPORTING / VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA     WASHINGTON, DC     CHICAGO, ILLINOIS     NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766               Throughout Georgia And                   101 Marietta Street
Toll Free (877) 495-0777                 Major Cities Nationwide                Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                March 27, 2006

147

1    2004; is that right?

2         A.    Yes.

3         Q.    Okay.  The law suit was filed on

4    May 6, 2005?

5         A.    Uh-huh.

6         Q.    Why did you wait that long to sue?

7         A.    Because at the present time I didn't

8    have the money.  I knew I'd been wronged.  I

9    knew that these people had personally

10   assassinated my character.  I knew that I'd

11   gone to at least one job interview that I

12   knew, that I felt without a doubt that bad

13   information had been, you know, told to me.  I

14   knew that other applications that I filled

15   out, among several applications that I filled

16   out I had no response to.  I knew that when I

17   walked into -- when I consulted with the

18   lawyers and I asked them, I said, "Is it

19   okay," I said, "My dog goes to the vet there,

20   is it okay to take my dog to the vet?"

21              They said, "That's fine.  Don't say

22   anything to anybody."

23              So I knew that when I walked into

24   that store and employees looked at me and

25   said, "They say that you were fired for



Alexander Gallo & Associates, LLC
COURT REPORTING / VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA       WASHINGTON, DC       CHICAGO, ILLINOIS       NEW YORK, NEW YORK

Telephone (404) 495-0777           Complimentary Conference Rooms           2700 Centennial Tower
Facsimile (404) 495-8766              Throughout Georgia And                  101 Marietta Street
Toll Free (877) 495-0777                Major Cities Nationwide              Atlanta, Georgia 30303

www.gallereporting.com

Charles R. McKinley                                    March 27, 2006

148

1    stealing dog food, is it true?"

2           And I said, "I can't discuss that

3    with you," because at that point I was

4    considering a lawsuit.

5           When I'm out at a mall doing a job

6    application at a store and another employee

7    comes up to me and says, "Hey, you know, what

8    went on back there?  I heard that you were

9    fired for stealing dog food, is it true?"

10   There's more than two or three people, you

11   know, on different occasions where groups of

12   people or individual people, you know, said,

13   "I heard you were fired for stealing dog

14   food," out in the public, not in the store,

15   out in the public.

16          That means to me that somebody --

17   there were only three people that were in that

18   room that knew anybody in that store, Kelli,

19   me, and Al.  I knew that my lawyers told me

20   not to say one word from the time I left that

21   store.  And I kept my mouth shut.  You know,

22   so whether somebody overheard it -- nobody

23   else knew that I was accused of stealing dog

24   food.  You know, I felt that maybe somebody

25   had run their mouth to somebody else and told



Alexander Gallo Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC    CHICAGO, ILLINOIS       NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766            Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777              Major Cities Nationwide              Atlanta, Georgia 30303

www.galloreporting.com

149

1  them not to tell, and that person kind of let

2  it slip out.

3          And my character was assassinated at

4  that point, because I felt in the community I

5  did not look the same because all these rumors

6  are floating out here that I did something.  A

7  rumor travels a long way.

8      Q.    I didn't want to cut you off.  Are

9  you done?

10     A.    That's fine.

11     Q.    Is there any part of these

12 conversations in office one or right outside

13 of it on August 13 that we haven't gone over?

14     A.    Not that I know of.

15     Q.    And we've gone over it in detail, I

16 realize.  Thank you for your patience.

17          There is a claim in the Amended

18 Complaint for defamation.  Has Kelli Watson

19 defamed you in any way?

20     A.    I feel that because -- I don't feel

21 that Al was the link that maybe ran his mouth.

22 I feel that because Kelli was in the office,

23 and because Kelli is best friend's with

24 Kristi, and the fact that she brought Kristi

25 up from Gulf Port with her, I felt that she



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC      CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766      Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777      Major Cities Nationwide               Atlanta, Georgia 30303

www.galloreporting.com

**150**

1    may have said some stuff to Kristi.  That's

2    the only link that I can figure out that the

3    store ends up finding out about what's going

4    on, and then people within the store and

5    people out in public tell me, you know, ask me

6    questions that defaces my character.

7        Q.    Well, I want to get to the specific

8    conversations in a second.  But that's your

9    basis for thinking that Kelli Watson --

10       A.    That is correct.

11       Q.    Okay.  You've never heard Kelli

12   Watson say it to someone else?

13       A.    No.

14       Q.    And no one has told you that Kelli

15   Watson told them you were fired for stealing?

16       A.    No.

17       Q.    Has anybody ever told you that they

18   heard Kelli Watson say something defamatory

19   about you?

20       A.    No.

21       Q.    Let's do the same with Al Williams.

22   You have not heard Al Williams say anything

23   defamatory about you?

24       A.    No.

25       Q.    And no one has come to you and told



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                           March 27, 2006

151

1    you that Al Williams said something

2    defamatory?

3         A.    Can you repeat the question?

4              MR. BENSON:  Can you read it back.

5         (Whereupon, the record was read by the

6         Reporter as requested.)

7              THE WITNESS:  No.

8         Q.    (By Mr. Benson) Your opinion that

9    they're responsible for the defamation is,

10   you've heard that there were rumors and you

11   think the rumors started with them?

12        A.    Yes, sir.  There were only three

13   people in the room.

14        Q.    Now, when you walked out of the

15   room, though, you said multiple people saw you

16   turn in your keys and your name plate,

17   correct?

18        A.    That's correct.  Multiple people saw

19   me turn in my keys and name plate.  But at

20   that time nothing was ever said about why I

21   was turning in my keys and my name plate.

22        Q.    Did anybody at Petsmart ever tell

23   you that you were fired for stealing?

24        A.    Yes.

25        Q.    Who?



ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-8777                                                2700 Centennial Tower
Facsimile (404) 495-8766        Complimentary Conference Rooms            101 Marietta Street
Toll Free (877) 495-8777         Throughout Georgia And                 Atlanta, Georgia 30303
                                 Major Cities Nationwide

                                 www.galloreporting.com

Charles R. McKinley                                          March 27, 2006

152

1      A.    The girls back in the salon.  I
2  don't know their names.
3      Q.    When was that?
4      A.    That was when I had taken my
5  Dalmation, Jack, in to Banfield to the pet
6  hospital, which is in the Petsmart store on
7  the advice that I could do so from my lawyer.
8      Q.    And the girl said to you what?
9      A.    The girls that were back there said,
10 "It's rumored that you were fired for stealing
11 dog food, is it true?"
12            And I told them, "I can't talk about
13 it."
14      Q.    But they didn't tell you where they
15 had heard the rumor from?
16      A.    No.
17      Q.    And --
18      A.    But that dog food could --
19      Q.    You can't remember the names --
20      A.    -- only come out in one place.
21      Q.    You can't remember the names of the
22 two girls, correct?
23      A.    No, sir.  There may have been two
24 girls or may have been three girls, may have
25 been two girls and a guy, I don't remember.



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        161 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

153

1    Because it was about ten seconds that I was

2    in there, because one of them had signaled for

3    me to come in.

4         Q.    What were their jobs, they were

5    groomers?

6         A.    Groomers.  I'm sorry.

7         Q.    Anybody else from Petsmart ever told

8    you that there was a rumor that you had been

9    fired for stealing dog food?

10        A.    Yes.

11        Q.    Who?

12        A.    I saw Keikee out in public in the --

13        Q.    Mall?

14        A.    At the mall.

15        Q.    What did Keikee say to you?

16        A.    She said, you know, asked me how I

17   was doing.  I told her I was doing well.  I

18   was looking for a job.  And she asked me, you

19   know, why I left Petsmart.  I said, "I can't

20   tell you."

21            She said, "Well, I heard that you

22   got fired for stealing dog food, is it true?"

23            I said, "I can't talk about that."

24        Q.    Did she tell you who she had heard

25   it from?



ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777                                              2700 Centennial Tower
Facsimile (404) 495-0766      Complimentary Conference Rooms          101 Marietta Street
Toll Free (877) 495-0777      Throughout Georgia And                 Atlanta, Georgia 30303
                              Major Cities Nationwide

www.gallorepering.com

Charles R. McKinley                                    March 27, 2006

**154**

1      A.    No.

2      Q.    So you have no evidence that it came

3   from Kelli or Al, correct?

4      A.    I have no firsthand knowledge that

5   it came from Kelli or Al.

6      Q.    Well, you don't even have any

7   evidence, do you, not just firsthand

8   knowledge?

9      A.    You can say that.  I mean, I know

10  what was said, and I know that there were

11  three people in that room, and I didn't talk.

12  I was advised by my lawyers not to.

13     Q.    Anybody else besides two or three

14  people in the salon and Keikee?

15     A.    No.

16     Q.    Now, did you ever call anybody at

17  Petsmart and say "they're accusing me of

18  stealing dog food"?

19     A.    No.

20     Q.    You didn't call Dennis and say that?

21     A.    No.

22     Q.    Never had a conversation with Dennis

23  where --

24     A.    No.

25     Q.    -- where you repeated anything that



Alexander Gallo Associates, LLC
COURT REPORTING · VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-4777              Complimentary Conference Rooms              2700 Centennial Tower
Facsimile (404) 495-8766              Throughout Georgia And                     102 Marietta Street
Toll Free (877) 495-4777             Major Cities Nationwide                     Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

155

1    was said to you in that office?

2         A.    No, sir, not to my knowledge.

3         Q.    If he would testify to that effect,

4    he'd be mistaken; is that correct?

5         A.    I would assume so.

6         Q.    Do you think Al Williams defamed

7    you?

8         A.    I don't know if it was Al or Kelli,

9    but somebody did.  There were only three

10   people in the room.  It was not me.

11        Q.    Why were you fired from Petsmart?

12        A.    For stealing dog food.

13        Q.    Isn't it true that you were told you

14   were fired for entering by yourself off hours?

15        A.    I was told, the statement that was

16   made to me to the best of my recollection was

17   that I was fired for entering and stealing dog

18   food from that store, or stealing merchandise

19   from that store.

20        Q.    Who told you that?

21        A.    Al Williams.

22        Q.    When?

23        A.    When I was in the office.  When he

24   said, "Well, it doesn't matter, you're already

25   fired."



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

156

1      Q.    You got Unemployment benefits,

2   right?

3      A.    That is correct.

4      Q.    Did the company fight them?

5      A.    Yes.

6      Q.    Did you get a lawyer for that?

7      A.    Yes, I did.

8      Q.    Did you testify at any hearings?

9      A.    I did not have to.  We showed up,

10  Petsmart did not.

11     Q.    So at that point they didn't fight

12  it any further, right?

13     A.    Yes, they did.

14     Q.    Did they appeal it?

15     A.    Yes.

16     Q.    What was the determination?

17     A.    That it was in my behalf.

18     Q.    What paperwork did they hand in to

19  Unemployment?  Do you know if they accused you

20  of stealing in that paperwork?

21     A.    I don't know.

22     Q.    Didn't that paperwork say that you

23  were terminated for entering the building off

24  hours?

25     A.    I don't know.  I didn't see the



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And                  101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide                  Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                          March 27, 2006

                                    **157**

1    paperwork.

2         Q.    Didn't you get a recorded message at

3    your home from Kelli Watson saying that you

4    were not fired for stealing, you were fired

5    for entering without authorization?

6         A.    I don't know if she called me or

7    not.  She didn't have my home number, so if

8    she called me it would have been on my cell

9    phone.

10        Q.    You never got a voice mail message

11   or a recorded message from Kelli?

12        A.    I believe that she had called for

13   some reason.

14        Q.    Did you ever hear the message?

15        A.    Yes, I heard the message, but I

16   cannot tell you --

17        Q.    What did the message say?

18        A.    I could not tell you what the

19   message said.

20        Q.    Did the message say you were not

21   fired for stealing?

22        A.    I don't know what the message said,

23   sir.

24        Q.    It's possible, you just can't

25   remember?



ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777         Major Cities Nationwide            Atlanta, Georgia 30303

                        www.gallereporting.com

Charles R. McKinley                                    March 27, 2006

158

1    A.    Sir, I don't know what the message

2  said, sir.  I'm not going to say even possible

3  to that, because I feel that I'm kind of being

4  talked into saying something.

5    Q.    There's also a Count in the Amended

6  Complaint for intentional interference with

7  employment.  What employment are we talking

8  about?

9    A.    Petsmart.  I mean, Petco.

10   Q.    Petco.  Any other employment that

11  we're talking about?

12   A.    I feel that bad references may have

13  been on several jobs.  I mean, just because

14  there was a long stint of employment where I

15  was actively seeking employment with Petsmart

16  listed as a reference, and I never got hired

17  with anybody.

18   Q.    Okay.

19   A.    I mean, all it takes for somebody to

20  say is, no, we would never hire him again.

21   Q.    Do you know -- do you think Kelli

22  Watson interfered with your employment at

23  Petco?

24   A.    I feel that if anybody picked up the

25  phone at Petsmart it would have been Kelli,



Alexander Gallo & Associates, LLC
COURT REPORTING  &  VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC     CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766            Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777           Major Cities Nationwide             Atlanta, Georgia 30303

www.gallereporting.com

Charles R. McKinley                                    March 27, 2006

**159**

1   because she was the one -- you know, as being

2   a manager there, if somebody wanted to call

3   and verify employment or verify anything, I'd

4   tell them to call when Kelli was there.

5        Q.   Do you know whether or not Kelli

6   ever answered any of those questions or did

7   she refer them to corporate?

8        A.   I don't know if she referred them to

9   corporate.  I don't know if she referred them

10  to Al.

11       Q.   Didn't you get training at some

12  point not to give out references, but to

13  ask --

14       A.   I was told not to give them out.  I

15  would just -- what I would do -- regardless of

16  what, you know, any paperwork said.  I

17  couldn't tell you if I read paperwork that

18  said everything went to corporate.  I couldn't

19  tell you if corporate had an 800 line.  But I

20  can tell you what I did was I referred

21  everybody to Kelli, because I was unsure on

22  that.

23       Q.   But you don't know one way or the

24  other whether Kelli ever gave references; is

25  that right?



**Alexander Gallo & Associates, LLC**
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA     WASHINGTON, DC     CHICAGO, ILLINOIS     NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766              Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777              Major Cities Nationwide             Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

**160**

1    A.    No, sir, I don't.  I know that I

2    referred everything to her when I was a

3    manager there.

4    Q.    Do you think Al Williams interfered

5    with your employment at Petco?

6    A.    I don't know if Kelli referred them

7    to Al.  I couldn't tell you.  I know that

8    somebody, I firmly believe that somebody

9    interfered, because when a District Manager is

10   sitting there ready to hire me, and all he has

11   to say is, I've just got to check your

12   previous employment and see what they have to

13   say about you or whatnot, you know, and then

14   the next day I'm told, or two days later I'm

15   told by Joe, which was the manager at Petco at

16   the time, that, "Well, our District Manager

17   decided to pass on you."  I asked why several

18   times, he wouldn't tell me.  I felt that if

19   the guy didn't like me, he would have told

20   Joe, hey, you know, we just decided not to

21   hire him, we don't think he's a good fit.  But

22   he would not tell Joe why.

23   Q.    Well, it's possible you got a bad

24   reference out of the ambulance service, isn't

25   it?



Alexander Gallo Associates, LLC
COURT REPORTING    VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777    Complimentary Conference Rooms    2700 Centennial Tower
Facsimile (404) 495-0766         Throughout Georgia And         101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide       Atlanta, Georgia 30303

www.galloreporting.com

161

1    A.    It could be.

2         MR. BENSON:  Can we take a --

3         THE WITNESS:  Except for the fact

4    that the gentleman that terminated me or

5    mutually let me go with the ambulance

6    service had not worked for that ambulance

7    service in quite a time.

8         MR. BENSON:  Can we take a

9    five-minute break, and then I've probably

10   got just some exhibits to get in real

11   quick, and I'm done.

12        MS. HARDING:  And I'll have about

13   five minutes of follow up.  That's all.

14   (WHEREUPON, a brief recess was taken.)

15        MR. BENSON:  Let's go back on the

16   record.

17   Q.    (By Mr. Benson) Mr. McKinley, are

18   there any of your prior responses you need to

19   change or add?

20   A.    No.

21   Q.    Okay.  At one point when you were

22   describing the beginning of the conversation

23   in office one, and you said Al Williams asked

24   you what kind of dog food you buy for your

25   dog?



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-8766          Throughout Georgia And                  102 Marietta Street
Toll Free (877) 495-4777          Major Cities Nationwide                 Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

162

1        A.    That's correct.

2        Q.    And you said you lied and told him

3   Puppy Chow?

4        A.    That is correct.

5        Q.    Why did you lie about that?

6        A.    Because I wanted to see what his

7   next response was going to be.  And his next

8   response was -- when he actually told me that

9   they had pictures of me, he didn't say it

10  every single time, but he did say that they

11  had pictures of me stealing, or taking Puppy

12  Chow from the store.  And I was trying to

13  protect myself in that instance, because I

14  wanted to see if he was going to say just dog

15  food or I wanted to see if he was going to say

16  Puppy Chow.  Because in essence I was trying

17  to play him to see what he was trying to do.

18            Because he said, after I told him

19  that my dog ate Puppy Chow, which my dog

20  doesn't eat Puppy Chow, my dog never ate Puppy

21  Chow, his comments later on down the line

22  were, "Well, we have pictures of you stealing

23  Puppy Chow, or taking Puppy Chow from the

24  store."

25            Well, my dog -- I mean, that just



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADING IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-4777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

163

1   shows right there that there's no pictures,

2   because my dog never ate Puppy Chow.

3        Q.    When you left Petsmart with Gene and

4   the other members of his family, isn't it true

5   that you spoke with Keikee on the way out?

6        A.    She asked me a question.

7        Q.    What did she ask you?

8        A.    I believe she asked me if I was

9   okay, what's going on.

10        Q.    Didn't you say to her, "They're

11   accusing me of stealing dog food"?

12        A.    No, not to my knowledge.

13        Q.    Is it possible that you said

14   something to that effect?

15        A.    I'm not going to say it's possible.

16        Q.    It's not possible?

17        A.    I'm not going to say it is or it

18   isn't.

19        Q.    Okay.  Well, couldn't that have been

20   the source of the rumors that you heard later?

21        A.    My previous statement was to you,

22   sir, she asked me a question, and I remember

23   not answering it.

24        Q.    Didn't you call Dennis after this

25   and ask him "what are the rumors?"



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777                Complimentary Conference Rooms                2700 Centennial Tower
Facsimile (404) 495-0766                Throughout Georgia And                        101 Marietta Street
Toll Free (877) 495-0777                Major Cities Nationwide                        Atlanta, Georgia 30303

www.galloreporting.com

164

1          A.    Not to my knowledge.

2          Q.    Have you had any conversations with

3    him that you initiated?

4          A.    Not that I can remember, sir.  I

5    don't remember any conversations that I

6    initiated with Dennis.

7               MR. BENSON:  Let me show you what

8          will be marked as Exhibit 4.

9          (Marked for identification purposes,

10              Defendant's Exhibit No. 4.)

11         Q.    (By Mr. Benson) Exhibit 4 is the

12   Amended Complaint in this case.  Have you ever

13   seen that document before?

14         A.    No.  I don't know if I have seen it

15   or not.

16         Q.    It's okay to answer truthfully.

17              MS. HARDING:  That's right.

18         Q     (By Mr. Benson) You don't know if

19   you've ever seen it before?

20         A.    I don't know if I've seen this or

21   not.

22         Q.    On paragraph 5 on the second page it

23   says, "On or about July 26, 2004, Mr. Charles

24   McKinley was working in Petsmart," and then it

25   goes on to describe your conversation with Al



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LIVE COURT REPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777       Complimentary Conference Rooms       2700 Centennial Tower
Facsimile (404) 495-0766         Throughout Georgia And              101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide           Atlanta, Georgia 30303

www.gallereporting.com

Charles K. McKinley                                    March 27, 2006

**165**

1    Williams and Kelli Watson.  That's the wrong

2    date, is it not?

3           A.    Yes.

4           Q.    Okay.  And we now agree that the

5    date was August 13; is that right?

6           A.    Yes.

7           Q.    Okay.  Paragraph 12 of Exhibit 4

8    says, "Defendant Petsmart has placed an

9    adverse hiring status against Mr. McKinley as

10   a result of this incident that causes him

11   continued unemployment."  What is the adverse

12   hiring status that that refers to, do you

13   know?

14          A.    Giving bad references.

15          Q.    Okay.  How do you know they have

16   given, they filled out a piece of paper

17   somewhere to give you bad references?

18          A.    I don't know that there is a piece

19   of paper flying around.  I believe that there

20   is an adverse hiring status, though.

21          (Marked for identification purposes,

22               Defendant's Exhibit No. 5.)

23          Q.    (By Mr. Benson) I'm going to show

24   you what will be marked as Exhibit 5 to your

25   deposition, which is a document entitled,



Alexander Gallo Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC      CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777     Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide              Atlanta, Georgia 30303

www.galloreporting.com

**166**

1    "Plaintiff's Initial Disclosures," have you

2    ever seen that document?

3        A.    I may have, but I don't know.  I'd

4    have to read it thoroughly to see if I have or

5    not.

6        Q.    All right.  On the first page number

7    A asks you to provide to other parties the

8    name of each individual believed to have

9    discoverable information, and the first one

10   listed is Gene Randolph?

11       A.    Yes.

12       Q.    Mr. Randolph has knowledge of your

13   telephone call to try to find him and his

14   conversations with the lawyer.  Does he have

15   knowledge of anything other than what happened

16   on August 13?

17       A.    Yes, because I lived with him.

18       Q.    What else does he know?

19       A.    He knows that I got up early that

20   morning and went to work.

21       Q.    Okay.  He saw you go to work that

22   morning?

23       A.    I'm sure he heard me roaming through

24   the house, because when I got home at some

25   point he was wondering why I was up so early.



Alexander Gallo & Associates, LLC
COURT REPORTING    VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-8777    Complimentary Conference Rooms    2700 Centennial Tower
Facsimile (404) 495-0766    Throughout Georgia And    101 Marietta Street
Toll Free (877) 495-0777    Major Cities Nationwide    Atlanta, Georgia 34383

www.galloreporting.com

Charles K. McKinley                                    March 27, 2006

167

1    Q.    What else might he know that we
2  haven't talked about?
3    A.    I do not know, sir.
4    Q.    Okay.  Number 2 is Dennis, you can't
5  remember Dennis' last name; is that right?
6    A.    That's correct.
7    Q.    Have you talked with Dennis since
8  August 13, 2004?
9    A.    Not to my knowledge.
10   Q.    The only thing that Dennis knows is
11 that he was assigned to work with you that
12 night before and that morning?
13   A.    I assigned him to work with me.
14   Q.    So the answer is, the only thing he
15 knows relevant to this lawsuit is that he
16 worked with you on August 12 and the morning
17 of August 13?
18   A.    Yes.
19   Q.    Does Thomas Claunch, listed on
20 number 4 know anything other than calls to you
21 on August 13 that would be relevant to this
22 lawsuit?
23   A.    Yes.
24   Q.    What's does he know?
25   A.    I don't know exactly what he knows.



Alexander Gallo Associates, LLC
COURT REPORTING   VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766           Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777           Major Cities Nationwide              Atlanta, Georgia 30303

www.gallorepoting.com

Charles K. McKinley                                    March 27, 2006

168

1    But I know that he had several calls with me,

2    and he was the initial lawyer that was

3    representing me until he turned it over to

4    Ms. Harding.

5        Q.    At what point did he turn it over to

6    Ms. Harding, after the lawsuit was filed?

7        A.    No, before the lawsuit was filed.

8        Q.    What services did he provide you

9    beforehand, just in general terms?

10       A.    I spoke with him on the phone about

11   it, and I think shortly after that he referred

12   it, because I guess he may have to be a

13   witness or whatnot.  I don't know.

14       Q.    That's all I have on five.

15           And do Cathy Randolph and Finley

16   Randolph and Lisa Freeman have knowledge of

17   anything relevant to this lawsuit other than

18   the calls on August 13 and showing up at the

19   Petsmart facility?

20       A.    No, nothing other than what I've

21   described to you.

22       (Marked for identification purposes,

23           Defendant's Exhibit No. 6.)

24       Q.    (By Mr. Benson) I'm going to show

25   you what will be marked as Exhibit 6 and ask



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA       WASHINGTON, DC       CHICAGO, ILLINOIS       NEW YORK, NEW YORK

Telephone (404) 495-0777                Complimentary Conference Rooms           2700 Centennial Tower
Facsimile (404) 495-0766                Throughout Georgia And                   101 Marietta Street
Toll Free (877) 495-0777                Major Cities Nationwide                   Atlanta, Georgia 30303

www.gallereporting.com

Charles K. McKinley                                    March 27, 2006

169

1   you, is this the Off-hours Access Control

2   Policy and Procedures that you were given

3   during your training at Petsmart?

4        A.    It may be.  It looks to be a

5   Petsmart document.  I can't tell you if this

6   was the exact document I read.

7        Q.    Read through the document, is there

8   anything on this document that is inaccurate

9   about the procedures concerning off-hours

10  access to the facilities?

11       A.    What are you asking me pertaining to

12  this document, sir?

13            MR. BENSON:  Can you read it back,

14       please.

15            (Whereupon, the record was read by the

16       Reporter as requested.)

17            THE WITNESS:  I'm sure this is a

18       Petsmart document, so I guess this is our

19       current policy.

20       Q.    (By Mr. Benson) Okay.  Is there

21  anything on that that was not the policy when

22  you worked with Petsmart in August of 2004?

23       A.    I do not know, sir, because I don't

24  know if this is the exact document I was

25  given.



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS INTEGRATION SUPPORT & MULTIMEDIA PRESENTATIONS



ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms            2700 Centennial Tower
Facsimile (404) 495-0766           Throughout Georgia And                  101 Marietta Street
Toll Free (877) 495-0777            Major Cities Nationwide               Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

170

1      Q.    Well, read it.  Is there anything

2   that's stated on it that you disagree with,

3   that it was not policy back at the time you

4   worked there in August of 2004?

5      A.    I know that some of the things on

6   this document may not have been followed by

7   several people.  I don't know if it is not

8   necessarily an accurate document or not.

9      Q.    All right.

10     (Marked for identification purposes,

11          Defendant's Exhibit No. 7.)

12     Q.    (By Mr. Benson) I'll show you what

13  will be marked as Exhibit 7 to your

14  deposition.  Have you ever seen one of these

15  Open/Close Reports?

16     A.    No, sir, not by check system.

17     Q.    Can you flip over to the last page

18  of it?  It shows on August 10, 2004, Tuesday,

19  certain time entries using your time numbers.

20  Do you have any reason to think that those

21  entries are not accurate?

22     A.    I did enter the store several

23  different times as I stated earlier.  If this

24  is an official document, I don't see why it

25  wouldn't be accurate.



**Alexander Gallo & Associates, LLC**
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                      March 27, 2006

**171**

1       Q.    The last two entries, 22:37:28, and

2    the last entry, 22:47:53, are those times when

3    you entered and exited the store by yourself?

4       A.    I could not tell you, sir.  If I

5    entered and exited, most of the times I did

6    enter and exist the store at night were just

7    me, except when I did ask somebody to stay

8    with me if I was, you know, doing something

9    for another store manager.

10      Q.    You don't have any reason to think

11   they're inaccurate, do you?

12      A.    I don't know.  I don't know, sir.

13      (Marked for identification purposes,

14          Defendant's Exhibit No. 8.)

15      Q.    (By Mr. Benson) Let me show you

16   what will be marked as Exhibit 9 to your

17   deposition, I'm sorry, 8, which is a one-page

18   document entitled "Signature Page," which

19   acknowledges your receipt of the Associate

20   Handbook, Hire On Contingency, Vacation Policy

21   Acknowledgement, Agreement Not To Compete,

22   Confidentiality Agreement, and Store

23   Appearance Standards, is that your signature

24   at the bottom of that, sir?

25      A.    Yes, sir.



Alexander Gallo & Associates, LLC
COURT REPORTING     VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide                Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                    March 27, 2006

172

1        Q.    Did you receive all of those things

2    at the time you signed it?

3        A.    Yes, sir.

4        (Marked for identification purposes,

5            Defendant's Exhibit No. 9.)

6        Q.    (By Mr. Benson) Let me show you

7    what will be marked as Exhibit 9 to your

8    deposition, which is a three-page document

9    entitled, "Acknowledgement Of Receipt Of

10   Associate Handbook," and I'm going to ask you,

11   is that your signature on the third page of

12   that document, Exhibit 9?

13       A.    That is correct.

14       (Marked for identification purposes,

15           Defendant's Exhibit No. 10.)

16       Q.    (By Mr. Benson) Let me show you

17   what will be marked as Exhibit 10 to your

18   deposition and ask you, is that the Petsmart

19   Employment Application that you filled out in

20   applying for work there?

21       A.    Yes, sir, it is.

22       Q.    And that's your signature on the

23   next to the last page?

24       A.    Yes, sir.

25       Q.    Is all the information on that



**Alexander Gallo & Associates, LLC**
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                                    March 27, 2006

173

1    application true and accurate to the best of

2    your knowledge?

3        A.    Yes, sir.  Even looks to have a

4    couple jobs that I had forgotten about.

5        (Marked for identification purposes,

6            Defendant's Exhibit No. 11.)

7        Q.    (By Mr. Benson) I'm going to show

8    you what will be marked as Exhibit 11 to your

9    deposition and ask you, is that a Resume that

10   you submitted along with your Application at

11   the time you applied for employment with

12   Petsmart?

13       A.    It looks to be, yes, sir.

14       (Marked for identification purposes,

15           Defendant's Exhibit No. 12.)

16       Q.    (By Mr. Benson) I'm going to show

17   you what will be marked as Exhibit 12 to your

18   deposition and ask you, is Exhibit 12 the

19   Field Background Check Form that you signed at

20   the beginning of your employment, or prior to

21   the beginning of your employment with

22   Petsmart?

23       A.    Looks to be, yes, sir.

24       Q.    Is that your signature on it?

25       A.    Yes, sir.



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC       CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide               Atlanta, Georgia 30303

www.gallorreporting.com

Charles K. McKinley                                    March 27, 2006

174

1        (Marked for identification purposes,

2            Defendant's Exhibit No. 13.)

3        Q.    (By Ms. Harding) I'll show you what

4   will be marked as Exhibit 13 and ask you if

5   you've every seen Exhibit 13, which is

6   entitled, "New Hire Status Change Form," dated

7   March, 24, 2004?

8        A.    Yes, sir, I believe I have.

9        Q.    Does it accurately reflect your last

10  pay rate at Petsmart as $26,400 per year?

11       A.    Yes, sir, I believe it does.

12       (Marked for identification purposes,

13           Defendant's Exhibit No. 14.)

14       Q.    (By Mr. Benson) And I'm going to

15  show you what will be marked as Exhibit 14 to

16  your deposition, which appears to be a

17  Performance Improvement Plan dated July 10,

18  2004.  I'm going to ask you if that's your

19  signature at the bottom of that document?

20       A.    That is correct.  That is my

21  signature.  That was one of the conversations

22  I had mentioned earlier where Kelli got a

23  little bit upset with me.

24       Q.    Is there anything that we haven't

25  talked about that you think is evidence of



Alexander Gallo Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT AND RELATED TRIAL SERVICES

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-8766        Throughout Georgia And                303 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide               Atlanta, Georgia 30303

www.ga8areporting.com

Charles R. McKinley                                    March 27, 2006

175

1    false imprisonment, defamation, or intentional

2    interference with employment?

3        A.    Not to my knowledge.

4        Q.    And the only people that have

5    reported to you that there were rumors at work

6    that you had been fired for stealing, those

7    people were not managers; is that correct?

8        A.    That is correct.

9            MR. BENSON:  That's all I have.

10           MS. HARDING:  I just need to follow

11      up.

12           MR. BENSON:  I'm sorry.  I need to

13      put in one more exhibit, which will be

14      Exhibit 15 to your deposition.

15   (Marked for identification purposes,

16           Defendant's Exhibit No. 15.)

17           MR. BENSON:  And I'll just ask

18      counsel to stipulate that these are

19      documents that were produced today in

20      response to the Request For Production?

21           MS. HARDING:  Yes.

22           MR. BENSON:  That's all I have.

23      Thank you.

24           MS. HARDING:  I just need to clarify

25      a few things very quickly.



Alexander Gallo Associates, LLC
COURT REPORTING    VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS         NEW YORK, NEW YORK

Telephone (404) 495-0777      Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766         Throughout Georgia And              303 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide            Atlanta, Georgia 30303

www.galloreporting.com

Charles R. McKinley                                      March 27, 2006

176

1       EXAMINATION

2       BY-MS.HARDING:

3           Q.   In response to these documents and

4       to your current employment, you list a 1099

5       that shows $26,353.17.  Does that 1099 in any

6       way reflect the expenses that you incur as

7       part of your self employment?

8           A.   No, it does not.  This just shows

9       what they pay, not expenses that I put out.

10          Q.   So in reality, out of that $26,000,

11      you have to pay for the lease on your truck;

12      is that correct?

13          A.   That is correct.

14          Q.   Do you have to pay for fuel and

15      service to your truck?

16          A.   Yes.

17          Q.   Do you have to pay your own taxes?

18          A.   Yes.

19          Q.   Do you have to pay your own health

20      insurance?

21          A.   Yes.

22          Q.   Are there any other funds that you

23      have to pay out of the monies that you are

24      given?

25          A.   Any office supplies, business



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

177

1   expenses, anything that I have, you know, if

2   any damage is done or anything, I have to pay

3   for everything.

4        Q.   You suggested to Mr. Benson that you

5   knew the law firm Harding & Claunch, that

6   perhaps you had socialized with us; is that

7   correct?

8            MR. BENSON:  Objection to the form.

9            THE WITNESS:  That's correct.

10       Q.   (By Ms. Harding) Can you in

11   retrospect tell us of your relationship to the

12   law firm of Harding & Claunch?

13       A.   Yes.  As I had stated earlier --

14   actually, with the lawsuit earlier I had

15   remembered that I had talked with them about

16   hiring them to represent me in my car case,

17   which at a point you had, the law firm had

18   referred me to take it to Small Claims Court,

19   which actually I did not have to file.  The

20   case was filed against me.  So your law firm

21   did not represent me.

22       Q.   But in reality we had represented

23   you?

24       A.   Yes, that's correct.

25           MR. BENSON:  Objection to the form.



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-8766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.gallereporting.com

178

1          MS. HARDING:  That's all I needed to

2      know.

3          Q.    (By Ms. Harding) I'm not sure of

4      the exhibit number of this Off Hours Access

5      Control.  Let me see what exhibit number that

6      is.  No. 6.  In reviewing this Off-hours

7      Access Control Policy, could you read

8      paragraph 5 to us, please?

9          A.    "During special projects that

10     require overnight work, such as remodels, the

11     designed Petsmart Project Coordinator or

12     manager will act on behalf of store management

13     in the role of building supervisor."

14         Q.    Could you explain what that means?

15         A.    To me it means, that me being the

16     manager, if I'm, you know, in the building to

17     do something, that I'm acting as the store

18     supervisor.

19         Q.    In your statements earlier you had

20     referred to an incident where Ms. Watson was

21     in the store when you came in to check your

22     status when you needed to come to work, do you

23     recall that occasion?

24         A.    Yes.

25         Q.    Was Ms. Watson alone in the store at



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                        March 27, 2006

179

1    that time?

2         A.    Yes.

3         Q.    Did you find that unusual that she

4    was alone in the store at that time?

5         A.    No, because I'd done it, I mean, as

6    well.   I thought it was normal.

7         Q.    So the fact that she was alone in

8    the store at that time led you to believe that

9    it was okay for you to be in the store alone?

10        A.    Yes, that's correct.

11        Q.    As long as it was for proper

12   reasons?

13        A.    That is correct.

14        Q.    Again, I will refer to the

15   Open/Close Report, which is No. 7, Exhibit No.

16   7.   On this Open/Close Report, which I

17   understand this is the first time you've seen

18   this, on the date that the attorney has

19   starred here, 8/10/04, what is the first entry

20   under 8/10/04?

21        A.    5:39.

22        Q.    And does it show you opening on that

23   day?

24        A.    That is correct.

25        Q.    Okay.   Does this correspond to your



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766          Throughout Georgia And          101 Marietta Street
Toll Free (877) 495-0777          Major Cities Nationwide          Atlanta, Georgia 30303

www.galloreporting.com

180

1    testimony previously that you had come

2    expecting Dennis to be there?

3         A.    That's correct.

4              MR. BENSON:   Objection to the form.

5         Q.    (By Ms. Harding) Can you tell us

6    again what happened on that morning that would

7    account for these times?

8         A.    Yes.  The night before, if it's the

9    same in question, that shows me, you know,

10   getting out late.  I had spoken with Dennis

11   about coming in to help me the next morning.

12   When I arrived the next morning, he was

13   supposed to be there waiting so that he could

14   help me, you know, finish the resets of the

15   rawhide aisle.  He was not there.  I proceeded

16   to enter the store and call him on his phone,

17   wait for him to show up.  That then shows 5:54

18   that I clocked out of the store so that we

19   could go eat breakfast at the Waffle House,

20   which then again we came back to the store and

21   started to work at 6:20.

22             MS. HARDING:  Just look at my notes

23        real quick, make sure I didn't have

24        anything else.  Just one more time.

25        Q.    (By Ms. Harding) What was your



Alexander Gallo Associates, LLC
COURT REPORTING VIDEO SERVICES
VISUAL PRESENTATIONS
ATLANTA TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And        101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                                              March 27, 2006

181

1    thought when Mr. Williams said to you, "If you

2    leave, you will be arrested"?

3         A.   I felt that it was a threat against

4    me, and I felt that, in essence, if I had

5    walked out, I was facing persecution.  From

6    the time I stepped my foot outside that door I

7    felt threatened in a manner that I was being

8    imprisoned and couldn't do anything because he

9    told me right then and there, "If you leave,

10   you're going to be arrested.  You're going to

11   face court costs and a criminal record."

12        Q.   One last question.  Did you feel

13   like you were free to leave the room at any

14   time you wanted to?

15        A.   No, I did not.

16             MR. BENSON:  Objection to the form.

17             MS. HARDING:  I have no further

18   questions.

19   FURTHER EXAMINATION

20   BY-MR.BENSON:

21        Q.   Have you filled out your tax return

22   for 2005 yet?

23        A.   No, I have not.

24        Q.   Do you keep business records of your

25   expenses?



Alexander Gallo Associates, LLC
COURT REPORTING / VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-0766        Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide               Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                              March 27, 2006

182

1        A.    I've got a file box about this big

2    with every receipt I've got in it, yes.

3        Q.    Have you made any effort to start

4    tabulating that, summarizing it for your

5    taxes?

6        A.    Yes, I have.  I have it broken down

7    in individual folders to, you know, what is

8    gas, what is a lease, what is business

9    expense, what is hotel expense for me, what's

10   every expense that I do have.  And, you know,

11   got everything in there in folders just

12   waiting to get it done.

13       Q.    You have not produced that yet; is

14   that correct?

15       A.    No.  I've provided you with some of

16   the 1099s.

17       Q.    Let me just say, collective Exhibit

18   15 is the only thing that you produced today

19   in response to the Request For Production?

20       A.    That is correct.  Unless it's

21   necessary that I bring you every receipt I

22   have and let you go through it, I'll be glad

23   to, but unless you need that, it's not going

24   to be brought forward.  It's not relevant.

25             MR. BENSON:  We would ask that it



Alexander Gallo & Associates, LLC
COURT REPORTING    VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms          2700 Centennial Tower
Facsimile (404) 495-0766            Throughout Georgia And                   101 Marietta Street
Toll Free (877) 495-0777             Major Cities Nationwide                 Atlanta, Georgia 30303

www.gallereporting.com

Charles R. McKinley                                    March 27, 2006

183

1    all be produced if he's going to claim

2    expenses.  That $26,000 doesn't represent

3    income.

4         MS. HARDING:  Would it suffice if he

5    produces his tax records when he does

6    this?

7         MR. BENSON:  If it's timely enough,

8    yes.

9         MS. HARDING:  Thank you.

10        THE WITNESS:  I will.

11        MS. HARDING:  Okay.

12        MR. BENSON:  That's all we have.

13   Thank you.

14   (Whereupon, deposition concluded at 1:25 p.m.)

15

16

17

18

19

20

21

22

23

24

25



ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777    Complimentary Conference Rooms    2700 Centennial Tower
Facsimile (404) 495-0766    Throughout Georgia And    101 Marietta Street
Toll Free (877) 495-0777    Major Cities Nationwide    Atlanta, Georgia 30303

www.gallereporting.com

Charles K. McKinley                                   March 27, 2006

184

1                  DESCRIPTION OF EXHIBITS

2    EXHIBIT        IDENTIFICATION

3       1          Petsmart Loss Prevention

4                  Department Statement And

5                  Signature From

6       2          Hand Drawn Diagram

7       3          Hand Drawn Diagram

8       4          Amended Complaint

9       5          Plaintiff's Initial

10                 Disclosures

11      6          Off-Hours Access Control

12                 Policy & Procedures

13      7          Open/Close Report

14      8          Signature Page

15      9          Acknowledgement Of

16                 Receipt Of Associate

17                 Handbook

18     10          Petsmart Employment Application

19     11          McKinley Resume

20     12          Field Background Check Form

21     13          New Hire Status Change Form

22     14          Performance Improvement Plan

23     15          Discovery Documents

24                      (Original exhibits attached to

25                      the original transcript.)



Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms        2700 Centennial Tower
Facsimile (404) 495-8766        Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777        Major Cities Nationwide               Atlanta, Georgia 30303

www.galloreporting.com

Charles K. McKinley                    March 27, 2006

185

1    STATE OF GEORGIA:

2    COUNTY OF FULTON:

3            I hereby certify that the foregoing

4    transcript was reported, as stated in the

5    caption, and the questions and answers

6    thereto were reduced to typewriting under my

7    direction; that the foregoing pages represent

8    a true, complete, and correct transcript of

9    the evidence given upon said hearing, and I

10   further certify that I am not of kin or

11   counsel to the parties in the case; am not

12   in the employ of counsel for any of said

13   parties; nor am I in any way interested in

14   the result of said case.

15

16

17

18

19

20

21

22

23

24

25



ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

Telephone (404) 495-0777                Complimentary Conference Rooms                2700 Centennial Tower
Facsimile (404) 495-0766                Throughout Georgia And                101 Marietta Street
Toll Free (877) 495-0777                Major Cities Nationwide                Atlanta, Georgia 30303

www.galloreporting.com

**186**

1       Disclosure Pursuant to Article

2  8(B) of the Rules and Regulations of the

3  Board of Court Reporting of the Judicial

4  Council of Georgia, I make the following

5  disclosure:

6       I am a Georgia Certified Court

7  Reporter, here as a representative of

8  Alexander Gallo & Associates, L.L.C.,

9  to report the foregoing matter.  Alexander

10  Gallo & Associates, L.L.C., is not taking

11  this deposition under any contract that is

12  prohibited by O.C.G.A. 5-14-37 (a) and (b).

13       Alexander Gallo & Associates,

14  L.L.C., will be charging its usual and

15  customary rates for this transcript.

16

17

18

19

20       THOMAS R. CAREY, CCR-B-1715

21

22

23

24

25

Alexander Gallo & Associates, LLC
COURT REPORTING & VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777    Complimentary Conference Rooms    2700 Centennial Tower
Facsimile (404) 495-0766    Throughout Georgia And    101 Marietta Street
Toll Free (877) 495-0777    Major Cities Nationwide    Atlanta, Georgia 30303

www.galloreporting.com



### Loss Prevention Department Statement and Signature Form

Date **8-13-04**    Case # _____

Name **Charles McKinley**    SS/SIN# ██████████

Street Address ████████████████████ _____

City **Montgomery**    State/Province **AL**    Zip/Postal Code ██████

Home Telephone Number (**334**) **657-1220** _____

Date of Birth ██████    Age **23**    Associate # _____

Job Title **Presentation Manager**    Date of Hire _____

Job/Store Location ~~████████████████████~~ **1115 Montgom. AL**

---

I, **Charles Mckinl** , hereby admit to creating a loss of

$ _____ by means of _____ from

PETsMART Store # **1115** on _____, 200__.

I make this statement voluntarily to **AL Williams** , who I know to be
a representative of the PETsMART, Inc. Loss Prevention Department. No threats or acts of
force have been made against me, nor promises made to me in exchange for my statement. I
understand that this statement may be used against me in a court of law.

Signed: **Charles McKinley**    Date: **8-13-04**

Printed Name: **Charles McKinley**

Witness: _____    Date: _____

Defendant's Exhibit

McKINLEY-1
3/27/06    TRC
████████████████

Page __1__ of ___ pages          Statement of I Charles McKinley admit to coming to The building after hars.

Signature _____

Date _____

Page _____ of _____ pages    Statement of _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signature _____

Date _____

Page _____ of _____ pages       Statement of _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signature _____

Date _____



Defendant's Exhibit
McKINLEY- 2
3/27/06
Alexander Gallo & Associates, Inc.



Defendant's Exhibit


IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES MCKINLEY, an individual,    *
                                *
    Plaintiff,   *
                                *
v.                                  *    CASE NO. 2:05 CV- 562-C
                                *
PETsMART, INC., *et al*,            *
                                *
    Defendants.  *

AMENDED COMPLAINT

COMES NOW, the Plaintiff in this matter and files this amended complaint

substituting the above named Defendant, Al Williams, for one of the named fictitious

parties.  Plaintiff reiterates the facts as follows:

    1.  Charles McKinley is a resident of Montgomery County, Alabama and is over

the age of nineteen years.

    2.  PETSMART is a retail store owned and operated by Sheakley Uniservice, Inc.,

licensed by the State of Alabama to operate at East Chase Mall, Montgomery, AL  36117.

    3.  Ms. Kelly Watson was the store manager and employee of PETSMART Store,

Montgomery, AL 36117, at the time of the incident and continues to be employed by the

parent company, PETSMART, Inc., a subsidiary of SHEAKLEY UNISERVICE, INC. of

Phoenix, Arizona.

    4.  Mr. Al Williams is the district manager and employee of PETSMART Store,

Montgomery, AL  36117., and is upon information and belief a resident of Montgomery,

Alabama.

Defendant's Exhibit

McKINLEY- 4
3/27/06

5. On or about July 26, 2004, Mr. Charles McKinley was working in PETSMART located in East Chase Mall. The store manager, Ms. Kelly Watson called Mr. McKinley to the store office where the District Manager, Al Williams was waiting. Mr. McKinley was unlawful detained in direct violation of Alabama Code, §6-5-170 for questioning concerning an alleged theft. There was an exercise of force as Mr. McKinley was told that he had to stay there until he signed a document stating he had committed a theft or the police would be called and he would go to jail. In spite of Mr. McKinley's insistence that he had not committed a theft, he was detained for over an hour as the manager, Kelly Watson and Mr. Williams tried to coerce him into signing a false statement. Finally, Mr. McKinley insisted that he be allowed to telephone his attorney, and the attorney was allowed to speak with the manager. After the attorney conferred with the manager and explained that this was a false imprisonment, Mr. McKinley was allowed to leave. However, Mr. McKinley was subsequently fired from his position as a Presentation Manager.

## COUNT I

## FALSE IMPRISONMENT

6. Plaintiff, Charles McKinley, incorporates by reference and realleges all of the allegations contained in paragraphs 1 through 5, hereinabove, as specifically set forth herein.

7. PETSMART and Kelly Watson used an express threat of force to detain Mr. McKinley until such time as he would sign a false statement by expressing that if he left

the manager's office the police would be called and he would be arrested.  Mr. McKinley

was given no choice but to sign the document or face going to jail at that time.  He was

compelled to remain in the office against his wishes thereby depriving him of his

personal liberty.

8.  As a result of the false imprisonment, Mr. Charles McKinley suffered great

humiliation.  He has continued to suffer this humiliation as he has been unable to find

suitable employment following his dismissal from PETSMART.

## COUNT II

## DEFAMATION OF CHARACTER

9.  Plaintiff, Charles McKinley, incorporates by reference and realleges all of the

allegations contained in paragraphs 1 through 8, hereinabove, as specifically set forth

herein.

10.  Defendant PETSMART has engaged in defaming Mr. McKinley's reputation

to other employees and other employers by alleging a theft without allowing Mr.

McKinley the opportunity to rebut the charges.  This defamation continues to date and

has been damaging to Mr. McKinley's reputation within the community.

## COUNT III

## TORTIOUS INTERFERENCE WITH EMPLOYMENT

11.  Plaintiff, Charles McKinley, incorporates by reference and realleges all of the

allegations contained in paragraphs 1 through 10, hereinabove, as specifically set forth

herein.

12.  Defendant PETSMART has placed an adverse hiring status against Mr.

McKinley as a result of this incident that causes him continued unemployment.  This has

led to a serious financial burden to the Plaintiff that may continue until well into the future.

WHEREFORE, plaintiff Charles McKinley, by and through his attorney, respectfully demands judgment against the defendants, PETSMART/UNISERVICE, INC., Kelly Watson, and Al Williams for a sum of compensatory damages as the same may be assessed by a jury in the trial of this cause, together with court costs.

Respectfully submitted this 29th day of June, 2005.



/s/ Deborah Q. Harding
**DEBORAH Q. HARDING (HAR 264)**
Attorney for Plaintiff


OF COUNSEL:
HARDING & CLAUNCH, LLC
2800 Zelda Road, Suite 100-9
Montgomery, AL  36106
334-356-6070


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel of record by placing a copy of the same in the United States Mail, first class postage prepaid on this the 29th of June 2005.

Charlotte K. McClusky
Littler Mendelson, P.C.
3348 Peachtree Rd. NE, Suite 1100
Atlanta, GA  30326-1008


/s/ Deborah Q. Harding
**Deborah Q. Harding**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

CHARLES MCKINLEY, an individual,   *
                              *

    Plaintiff,                  *
                              *

v.                           *    CASE NO. 2:05 CV 562-C
                              *

PETsMART, INC., *et al.*,         *
                              *

    Defendants.             *

## PLAINTIFF'S INITIAL DISCLOSURES

Pursuant to Rule 26(a) of the federal Rules of Civil Procedure, Plaintiff Charles

McKinley submits his Initial Disclosures.

    **A. Provide to other parties the name and , if known, the address and
telephone number of each individual believed by it to have discoverable information
that the disclosing party may use to support its claims or defenses, unless solely for
impeachment, identifying the subjects of the information.**

        1. Gene Randolph, ▓▓▓▓▓▓▓▓▓ Montgomery, AL ▓▓▓▓

Mr. Randolph has knowledge of the incident wherein Mr. McKinley was unlawfully
detained and in fact was present for a portion of the time during the detention.

        2. Dennis (unknown last name)  PetsMart, Store No. 1115

        PetsMart employee that was assigned to assist Mr. McKinley in his after-
hours project that supposedly led to this incident.

        3. PETCO personnel department, ▓▓▓▓▓▓▓ Montgomery, AL ▓▓▓▓
▓▓▓▓▓▓

PETCO Personnel Department can attest to the fact that Mr. McKinley was offered a job
pending verification of his references and then was denied employment based on his
references.

        4. Thomas Claunch, Esq., 2800 Zelda Rd., Suite 100-9, Montgomery, AL  36106
           334-356-6070.

Defendant's Exhibit



MCKINLEY-5
3/27/06  TRC

Mr. Claunch has knowledge of the incident where Mr. McKinley was unlawfully detained by the Defendants.

**B.  Provide to other parties a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to supports its claims and defenses, unless solely for impeachment.**

At this early stage in the litigation, subject to completion of formal discovery,

Plaintiff believes that the documents and items described below are those that Plaintiff

may use to support his claims.  Plaintiff reserves the right to submit a revised description

of relevant documents in accordance with the Federal Rules of Civil Procedure and the

Local Rules.

1.  Plaintiff's telephone billing records, and telephone records of Gene Randolph.

**C.  Provide to other parties a computation of any category of damages claimed by it, making available for inspection and copying, as under Fed. R. Civ. P. 34, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

1.  Plaintiff will be submitting affidavit concerning lost wages based on the personnel records already held by the Defendant.

Dated this 21st day of November, 2005.

Deborah Q. Harding (HAR264)
Attorneys for Plaintiff

**OF COUNSEL:**

HARDING & CLAUNCH, LLC
2800 Zelda Rd., Suite 100-9
Montgomery, AL  36106
(334) 356-6070 Facsimile

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 21st day of November, 2005.

OF COUNSEL

Charlotte K. McClusky
Littler Mendelson, P. C.
3348 Peachtree Rd., NE, Suite 1100
Atlanta, GA  30326-1008

**Off-Hours Access Control Policy & Procedures**

**Purpose: The protection of Company assets and safety of associates & pets**

**Policy**

During non-business hours the store is required to be secure and access to the store controlled. Non-business hours are defined as all hours during which time product or services are not offered for sale to the general public.

**Standards**

· During non-business hours there must be at least two individuals in the store at any given time. One of those individuals must be a member of PETsMART Store Management. Exception approvals require District Managers or Asset Protection Managers.

> During a fire or burglar alarm response the second person may be Law Enforcement or Fire Response personnel.

> In the event of a Banfield after hours response, the Banfield veterinarian/Hospital Director (HD) and a second Banfield associate will respond accordingly. The required PETsMART Manager is waived in these situations.

· During special projects that require overnight work such as remodels, the designated PETsMART Project Coordinator or Manager will act on behalf of store management in the role of building supervisor.

· To authorize extended hours for alarm purposes the Store Manager must contact the appropriate alarm monitoring company (in most cases, Checkpoint) to notify the monitoring center of the change in schedule. Only the Store Manager can authorize this change to the schedule. The Store Manager may make schedule changes to accommodate overnight duties for a period up to 14 days.

· During non-business hours perimeter doors must remain secure. This means doors in the locked position. In unusual situations were the perimeter door needs to remain unlocked for an extended period i.e. a remodel project, the unsecured portion of the building must be supervised by a member of PETsMART management.

· Activation of the stores perimeter alarm system during non-business hours activity is required if the store is programmed for this function. This alarm system feature may or may not be functional depending on the alarm system set up. Consult your alarm central station or Asset Projection Manager for information on after hours perimeter alarm set up.

· If at any time during the course of overnight activities an individual leaves the premises or the confines of the building a second individual must escort or visually observe the individual leave the parking lot. If personnel breaks are required during the course of overnight activities and associates must leave the building a supervisor must monitor the break activity if it occurs in the vicinity of the store.

· PETsMART associates, friends and relatives of associates, and other persons without legitimate business are prohibited from being in the store during non-business hours

© PETsMART Store Support Group, Inc. All Rights Reserved.

Defendant's Exhibit

MCKINLEY-6
7/27/06  TRC

08/11/04                    O p e n / C l o s e   R e p o r t                    PAGE:  1

CHECKPOINT SECURITY SYSTEMS
6640 SHADY OAK ROAD #300
EDEN PRAIRIE, MN 55344
1-800-888-4443

PETSMART #1115

BURG\FIRE
MONTGOMERY , AL ███████USA


PETSMART #1115                          Account: ████████
████████                                Dealer:  PETSMA
BURG\FIRE                               From: 07/11/04 To: 08/11/04
MONTGOMERY, AL ████████SA               Class:

| Date | Time | Signal | Information | | Account: | ████████ |
|------|------|--------|-------------|--|----------|------|

07/11/04 SUN
          08:00:07  SIGNAL RECEIVED:  (OP   )        004    1
                    OPENING KRISTI HILL AREA 1
          20:28:50  SIGNAL RECEIVED:  (CL   )        007    1
                    CLOSING CHARLES MCKINLEY AREA 1


07/12/04 MON
          06:52:55  SIGNAL RECEIVED:  (OP   )        002    1
                    OPENING KELLY WATTSON DIR AREA 1
          22:36:47  SIGNAL RECEIVED:  (CL   )        007    1
                    CLOSING CHARLES MCKINLEY AREA 1


07/13/04 TUE
          06:57:06  SIGNAL RECEIVED:  (OP   )        002    1
                    OPENING KELLY WATTSON DIR AREA 1
          22:04:28  SIGNAL RECEIVED:  (CL   )        007    1
                    CLOSING CHARLES MCKINLEY AREA 1


07/14/04 WED
          06:57:38  SIGNAL RECEIVED:  (OP   )        004    1
                    OPENING KRISTI HILL AREA 1
          21:54:01  SIGNAL RECEIVED:  (CL   )        007    1
                    CLOSING CHARLES MCKINLEY AREA 1


07/15/04 THU
          07:04:57  SIGNAL RECEIVED:  (OP   )        004    1
                    OPENING KRISTI HILL AREA 1


07/16/04 FRI
          00:51:02  SIGNAL RECEIVED:  (CL   )        002    1
                    CLOSING KELLY WATTSON DIR AREA 1
          06:58:40  SIGNAL RECEIVED:  (OP   )        007    1

Defendant's Exhibit

MCKINLEY-7
3/27/06  TRC
████████████████

Aug-11-2004 12:01AM    CHECKPOINT CENTRAL STATION    No. 6274    P. 3
08/11/04        O p e n / C l o s e   R e p o r t        PAGE:  2

| Date | Time | Signal · Information | Account: |
|------|------|---------------------|----------|

07/16/04 FRI
                    OPENING CHARLES MCKINLEY AREA 1
          22:38:09 SIGNAL RECEIVED: (CL  )      :002    1
                    CLOSING KELLY WATTSON DIR AREA 1


07/17/04 SAT
          04:38:57 SIGNAL RECEIVED: (OP  )       007    1
                    UNS OPENING CHARLES MCKINLEY AREA 1
          22:25:24 SIGNAL RECEIVED: (CL  )       002    1
                    CLOSING KELLY WATTSON DIR AREA 1


07/18/04 SUN
          07:47:20 SIGNAL RECEIVED: (OP  )       004    1
                    OPENING KRISTI HILL AREA 1
          19:56:29 SIGNAL RECEIVED: (CL  )       002    1
                    CLOSING KELLY WATTSON DIR AREA 1


07/19/04 MON
          06:33:15 SIGNAL RECEIVED: (OP  )       002    1
                    UNS OPENING KELLY WATTSON DIR AREA 1
          22:20:12 SIGNAL RECEIVED: (CL  )       007    1
                    CLOSING CHARLES MCKINLEY AREA 1


07/20/04 TUE    *birds from mobile*
          01:49:48 SIGNAL RECEIVED: (OP  )       002    1
                    UNS OPENING KELLY WATTSON DIR AREA 1
          02:08:39 SIGNAL RECEIVED: (CL  )       002    1
                    CLOSING KELLY WATTSON DIR AREA 1
          07:05:35 SIGNAL RECEIVED: (OP  )       004    1
                    OPENING KRISTI HILL AREA 1
          22:26:16 SIGNAL RECEIVED: (CL  )       007    1
                    CLOSING CHARLES MCKINLEY AREA 1


07/21/04 WED
          06:47:12 SIGNAL RECEIVED: (OP  )       002    1
                    UNS OPENING KELLY WATTSON DIR AREA 1
          21:48:50 SIGNAL RECEIVED: (CL  )       003    1
                    CLOSING CHRISTY SULLIVAN AREA 1
          22:41:44 SIGNAL RECEIVED: (OP  )       007    1
                    OPENING CHARLES MCKINLEY AREA 1
          22:48:20 SIGNAL RECEIVED: (CL  )       007    1
                    CLOSING CHARLES MCKINLEY AREA 1


07/22/04 THU
          06:21:15 SIGNAL RECEIVED: (OP  )       003    1
                    UNS OPENING CHRISTY SULLIVAN AREA 1
          22:38:12 SIGNAL RECEIVED: (CL  )       007    1
                    CLOSING CHARLES MCKINLEY AREA 1

08/11/04          O p e n / C l o s e   R e p o r t                    PAGE:  3

| Date | Time | Signal | Information | | Account: |
|------|------|--------|-------------|--|---------|

07/23/04 FRI
         06:37:06 SIGNAL RECEIVED:  (OP  )        003   1
                  UNS OPENING CHRISTY SULLIVAN AREA 1
         22:32:49 SIGNAL RECEIVED:  (CL  )        002   1
                  CLOSING KELLY WATTSON DIR AREA 1


07/24/04 SAT
         06:58:24 SIGNAL RECEIVED:  (OP  )        004   1
                  OPENING KRISTI HILL AREA 1
         22:30:57 SIGNAL RECEIVED:  (CL  )        002   1
                  CLOSING KELLY WATTSON DIR AREA 1

                        *wax & recoat (alarm panel in receiving)

07/25/04 SUN
         06:44:08 SIGNAL RECEIVED:  (OP  )        002   1
                  UNS OPENING KELLY WATTSON DIR AREA 1


07/26/04 MON
         21:38:29 SIGNAL RECEIVED:  (CL  )        003   1
                  CLOSING CHRISTY SULLIVAN AREA 1


07/27/04 TUE
         06:34:09 SIGNAL RECEIVED:  (OP  )        003   1
                  UNS OPENING CHRISTY SULLIVAN AREA 1
         22:21:54 SIGNAL RECEIVED:  (CL  )        007   1
                  CLOSING CHARLES MCKINLEY AREA 1


07/28/04 WED
         06:47:38 SIGNAL RECEIVED:  (OP  )        002   1
                  UNS OPENING KELLY WATTSON DIR AREA 1
         22:17:39 SIGNAL RECEIVED:  (CL  )        007   1
                  CLOSING CHARLES MCKINLEY AREA 1


07/29/04 THU
         07:01:40 SIGNAL RECEIVED:  (OP  )        004   1
                  OPENING KRISTI HILL AREA 1
         22:02:42 SIGNAL RECEIVED:  (CL  )        007   1
                  CLOSING CHARLES MCKINLEY AREA 1


07/30/04 FRI
         06:44:07 SIGNAL RECEIVED:  (OP  )        003   1
                  UNS OPENING CHRISTY SULLIVAN AREA 1
         22:16:36 SIGNAL RECEIVED:  (CL  )        002   1
                  CLOSING KELLY WATTSON DIR AREA 1

                        early
07/31/04 SAT & truck
         04:05:57 SIGNAL RECEIVED:  (OP  )        002   1
                  UNS OPENING KELLY WATTSON DIR AREA 1
         04:27:38 SIGNAL RECEIVED:  (CL  )        002   1

08/11/04 O p e n / C l o s e R e p o r t

| Date | Time | Signal | Information | | Account: |
|------|------|--------|-------------|---|---------|

**07/31/04 SAT**
     CLOSING KELLY WATTSON DIR AREA 1
   07:03:43 SIGNAL RECEIVED: (OP )   007   1
     OPENING CHARLES MCKINLEY AREA 1
   22:15:38 SIGNAL RECEIVED: (CL )   002   1
     CLOSING KELLY WATTSON DIR AREA 1

**08/01/04 SUN**
   06:38:43 SIGNAL RECEIVED: (OP )   004   1
     UNS OPENING KRISTI HILL AREA 1
   19:54:52 SIGNAL RECEIVED: (CL )   002   1
     CLOSING KELLY WATTSON DIR AREA 1

**08/02/04 MON**
   06:44:35 SIGNAL RECEIVED: (OP )   002   1
     UNS OPENING KELLY WATTSON DIR AREA 1
   22:12:47 SIGNAL RECEIVED: (CL )   007   1
     CLOSING CHARLES MCKINLEY AREA 1

**08/03/04 TUE**
   06:59:48 SIGNAL RECEIVED: (OP )   007   1
     OPENING CHARLES MCKINLEY AREA 1
   22:28:36 SIGNAL RECEIVED: (CL )   003   1
     CLOSING CHRISTY SULLIVAN AREA 1

**08/04/04 WED**
   06:53:48 SIGNAL RECEIVED: (OP )   002   1
     OPENING KELLY WATTSON DIR AREA 1
   21:43:15 SIGNAL RECEIVED: (CL )   003   1
     CLOSING CHRISTY SULLIVAN AREA 1

**08/05/04 THU**
   00:08:03 SIGNAL RECEIVED: (OP )   007   1
     OPENING CHARLES MCKINLEY AREA 1
   00:14:21 SIGNAL RECEIVED: (CL )   007   1
     CLOSING CHARLES MCKINLEY AREA 1
   06:42:12 SIGNAL RECEIVED: (OP )   003   1
     UNS OPENING CHRISTY SULLIVAN AREA 1
   22:32:35 SIGNAL RECEIVED: (CL )   007   1
     CLOSING CHARLES MCKINLEY AREA 1

**08/06/04 FRI**
   05:52:45 SIGNAL RECEIVED: (OP )   003   1
     UNS OPENING CHRISTY SULLIVAN AREA 1
   22:15:33 SIGNAL RECEIVED: (CL )   002   1
     CLOSING KELLY WATTSON DIR AREA 1

CHECKPOINT CENTRAL STATION

08/11/04          O p e n / C l o s e   R e p o r t          PAGE:  5

| Date | Time | Signal   Information | | Account: |
| --- | --- | --- | --- | --- |

08/07/04 SAT
    06:43:23  SIGNAL RECEIVED:  (OP  )          004   1
            UNS OPENING KRISTI HILL AREA 1
    22:24:11  SIGNAL RECEIVED:  (CL  )          002   1
            CLOSING KELLY WATTSON DIR AREA 1


08/08/04 SUN
    08:00:56  SIGNAL RECEIVED:  (OP  )          007   1
            OPENING CHARLES MCKINLEY AREA 1
    20:05:48  SIGNAL RECEIVED:  (CL  )          002   1
            CLOSING KELLY WATTSON DIR AREA 1
    20:49:48  SIGNAL RECEIVED:  (OP  )          006   1
            OPENING DR LAURI OLFZEWSKI AREA 1
    21:40:13  SIGNAL RECEIVED:  (CL  )          006   1
            CLOSING DR LAURI OLFZEWSKI AREA 1


08/09/04 MON
    06:51:29  SIGNAL RECEIVED:  (OP  )          002   1
            OPENING KELLY WATTSON DIR AREA 1
    23:03:24  SIGNAL RECEIVED:  (CL  )          007   1
            CLOSING CHARLES MCKINLEY AREA 1


08/10/04 TUE
    05:39:20  SIGNAL RECEIVED:  (OP  )          007   1
            UNS OPENING CHARLES MCKINLEY AREA 1
    05:54:02  SIGNAL RECEIVED:  (CL  )          007   1
            CLOSING CHARLES MCKINLEY AREA 1
    06:20:48  SIGNAL RECEIVED:  (OP  )          007   1
            UNS OPENING CHARLES MCKINLEY AREA 1
    22:26:47  SIGNAL RECEIVED:  (CL  )          003   1
            CLOSING CHRISTY SULLIVAN AREA 1
    22:37:28  SIGNAL RECEIVED:  (OP  )          007   1
            OPENING CHARLES MCKINLEY AREA 1
    22:47:53  SIGNAL RECEIVED:  (CL  )          007   1
            CLOSING CHARLES MCKINLEY AREA 1

# Signature Page

I hereby certify that I have read, fully understand, and will comply with all of the following agreements and documents contained in the PETsMART New Hire Kit. I understand that these agreements can only be changed in writing and signed by a duly authorized officer of PETsMART. I further understand that my employment with PETsMART is at will and based on PETsMART's and my mutual consent. That means that I may leave PETsMART at any time, for any reason, with or without prior notice. That also means that PETsMART may terminate my employment at any time, with or without good cause, with or without prior notice.

1.  Acknowledgement of Receipt of Associate Handbook
    (Also include SIGNED Acknowledgement of Receipt of Associate Handbook, in the Associate Handbook.)

2.  Hire on Contingency.

3.  Vacation Policy Acknowledgement

4.  Agreement Not To Compete (Sign Separately Also)

5.  Confidentiality Agreement (Sign Separately Also)

6.  Store Appearance Standards


_Charles Ky McKay_       3-24-04

Associate's Signature          Date

REVISED 7/03

Defendant's Exhibit

McKINLEY-8
2/27/06  ACC

Alexander Gallo Associates, Inc.

# Acknowledgement of Receipt of Associate Handbook

## Read Carefully Before Signing

I have read the Associate Handbook, and I understand that it applies to me and my job. I further understand that PETsMART may change, rescind, or add to the policies, benefits, or practices described in the Associate Handbook from time to time (except at-will employment), in its sole and absolute discretion and with or without prior notice.

**I understand that my employment with PETsMART is at-will and based on PETsMART's and my mutual consent. That means that I may leave PETsMART at any time, or any reason or no reason, with or without prior notice. That also means that PETsMART may terminate my employment at any time, with or without good cause, with or without prior notice.**

I understand that PETsMART alone has the responsibility to manage its worksites, select its customers, recruit and hire PETsMART Associates, set the work schedule, assign and direct the work of PETsMART Associates, reclassify PETsMART Associates, (including transfers, promotions, or demotions), establish job content, create new job classifications, set and enforce rules and regulations, discipline PETsMART Associates (including suspension or discharge), and manage the size of the PETsMART workforce (including freezes or layoffs). This means that PETsMART alone has the responsibility, in its sole discretion, to make (with or without good cause) all job decisions about my promotion, my demotion, my transfer, my job responsibilities, changes in my compensation (including increases or decreases in my pay or bonus), and any other managerial decision(s) about my employment.

I understand that PETsMART has a no retaliation policy and that I will not receive disciplinary action for making any report or complaint of harassment or discrimination. This supersedes anything in the handbook to the contrary.

I understand that nothing in PETsMART's Associate Handbook changes these terms, I also understand that any agreement contrary to these terms or the policies in the Associate Handbook must be in writing and signed by a duly authorized officer of PETsMART.

**Defendant's Exhibit**

*McKINLEY - 9*
*5/27/06    TRC*

## Hire on Contingency
## NOT A GUARANTEE OF EMPLOYMENT

I understand and agree that my employment with PETsMART is contingent and based upon the favorable results of a consensual Urine Drug Screen and a background check, which may include a criminal record verification, a credit check, and a verification of the information on my Employment Application and resume.

I understand and agree that PETsMART has the sole discretion to decide what a favorable result is. A positive or inconclusive drug test, or a background check that is not clear will result in the immediate termination of my employment.

## Vacation Policy

I understand that the PETsMART vacation policy allows me to take vacation hours that I have not yet accrued. If vacation hours I have taken exceed my accrued vacation hours and I leave the company, I authorize the company to deduct the excess hours taken from my wages or any other money owed to me by the company where allowed by law.

**REVISED 7/03**

- Silver Star Resort & Casino
- Golden Moon Casino Grand Opening
- President Casino
- Isle of Capri Casino, & casino Row Biloxi, MS
- Toby Keith tour, (Alabama)
- Clay Walker, (Reliant Stadium)
- Clint Black, (Louisiana)
- Britney Spears (Louisiana)
- The Inaugural Season of Houston Texans Football,
- New Orleans Saints,
- Georgia Tech football,
- Chateau Élan Vineyards & resort,
- State of Georgia
- Microsoft corporation,
- People Soft Corp

I have Also Worked hand in hand with Stage Right productions, Special Event Lighting Co. and Freeman Decorating in convention centers across the south in all areas of production including seating, setup, carpet, scrim, lighting, sound, and staging.

**American Mattress Centers**                          11/1998 to 05/1999
Area Manager
Responsibilities included  Store Management of three Locations: Atlanta Hwy Wal-Mart, Eastern Blvd Wal-Mart, & Sylacauga Al Wal-Mart location

**WYLE TV 26** Sheffield, Al                          01/1997 to 11/1998
Master Control, Traffic Manager
Responsible for the control of on air and cable broadcast signals, recorded programs from satellite feeds for later use, set up and aired programs and program breaks per program log, dubbed tapes from various sources for air or office use, monitored and controlled transmitter output, maintained transmitter logs and discrepancy logs, and maintained the tape library. Also responsible for the direction of three camera operators during the daily live news programs.

**Fox Theatre** Atlanta, GA                          01/1995 to 01/1997
Internship, Responsibilities included working as part of the crew to unload all events including but not limited to Cats, Phantom of the opera, David Copperfield, How to Succeed in business, Grease, John Denver. Other responsibilities included running audio and lighting cables, setting up sound reinforcement, lighting, and general stage Setup.

**EDUCATION**

Muscle shoals Community college               Associates Degree in Fire Sciences
Trenholm Technical College                         EMT and EVOC Certified

**COMMUNITY ACTIVITIES**

Special Olympics of Alabama, Mississippi, & Louisiana

Firefighter with the Lacombe volunteer fire Dept.  Lacombe, La

PETsMART provides equal employment opportunity without regard to an applicant's race, sex, sexual orientation, national origin, age, physical or mental disability, medical condition, religion, marital status or veteran status. It is unlawful in Massachusetts to require or administer a lie detector test as a condition of employment or continued employment. An employer who violates this law shall be subject to criminal penalties and civil liability.

Replies to all questions will be held in strictest confidence. The receipt of this application does not imply the applicant will be employed.

# PETsMART

**PETsMART TESTS FOR DRUGS**
PETsMART believes that our Associates should be able to work in a drug free environment.

How were you referred to PETsMART?   ☑ Internet   ☐ Agency   ☐ Walk-in   ☐ Employee   ☐ Other
☐ Newspaper Ad

Who referred you to us?

## PERSONAL INFORMATION

*Failure to respond to each line/question could result in immediate rejection of your application.*

Home Phone ▮▮▮   Work Phone ▮▮▮   May we contact you at work? Y   Social Security # ▮▮▮

| Last Name McKinley | First Charles | Middle Key | Name you prefer to be called |
| --- | --- | --- | --- |

| Present Address | From | To | Number and Street | City | State | Zip |
| --- | --- | --- | --- | --- | --- | --- |
| | 10/03 | Prsn | | Montgomery | AL | |

| Please List Addresses For the Last Five Years | 10/02 | 6/03 | Mandeville | LA | ▮▮▮ | |

Defendant's Exhibit
McKINLEY - 10
2/27/06   TRC

If you are under 18 years of age, can you submit proof of your eligibility to work? Y

Have you previously worked at PETsMART?   ☐ Yes   ☑ No
Have you previously applied for work at PETsMART?   ☑ Yes   ☐ No

Certain jobs require a valid State Driver's License. Do you have one?   ☐ Yes   ☐ No

State: AL   Driver's License #: ▮▮▮   Expiration Date: 7/26/05

Can you, after employment, submit verification of your legal right to work in the U.S.? (All job offers are conditional upon satisfactory proof of the Applicant's ability to work in the U.S.)   ☐ Yes   ☐ No
yes

| Relatives Employed By PETsMART | Name | Relationship | Company Location |
| --- | --- | --- | --- |

Name, address and telephone number of a person to call in case of an emergency:

Finlay Randolph ▮▮▮

## PERSONAL BACKGROUND

**PREVIOUS NAME(s)** - Have you ever worked under another name which would affect employment/reference verification?
If yes, give name(s) and date(s) used:
☐ Yes   ☑ No

**EMPLOYMENT DISMISSALS** - Have you ever been discharged or forced to resign from any employment? If yes, explain:
☐ Yes   ☑ No

**CONVICTIONS** - Have you ever been convicted by any court of any felony offense? (Any offense that was adjudicated in a Juvenile Court need not be included). Existence of a criminal record does not constitute an automatic bar to employment. If yes, give details:
☐ Yes   ☑ No

Rev. 4/02

List all previous employment/work experience, including periods of unemployment. Begin at the top with your present position and work backwards. If there were periods of more than a month when you were self-employed, list name, address and phone number of a person who can verify this.    Fill this application out completely, as failure to respond to each line/question could result in immediate rejection of the application.

| Employment Dates Month and Year | EMPLOYMENT | | | | | SALARY | |
|---|---|---|---|---|---|---|---|
| | | | | | | Start | Final |
| From ████ | Company Name ████ | | | Phone Number ████ | | $ ████ PER | $ ████ PER |
| To ████ | Street Address ████ | | City ████ | State | Zip Code | Other Compensation | |
| 1  Job Title: ████ | | Supervisor's Name & Title: | | | | Hours worked per week: | |
| Describe your duties: ████ | | | | | | If your Supervisor rated your work, it would be: | |
| Reason for leaving: Still Employed | | | | May we contact? YES | | If your Supervisor rated your safety record on the job, it would be: | |
| What you liked most about this job: | | What you liked least: -NA- | | | | Number of days missed from work (do not count vacations): | |

| Employment Dates Month and Year | EMPLOYMENT | | | | | SALARY | |
|---|---|---|---|---|---|---|---|
| | | | | | | Start | Final |
| From ████ | Company Name ████ | | | Phone Number ████ | | $ ████ PER | $ ████ PER |
| To ████ | Street Address ████ | | | State | Zip Code | Other Compensation | |
| 2  Job Title: ████ | | Supervisor's Name & Title: ████ | | | | Hours worked per week: | |
| Describe your duties: ████ | | | | | | If your Supervisor rated your work, it would be: | |
| Reason for leaving: ████ | | | | | | If your Supervisor rated your safety record on the job, it would be: | |
| What you liked most about this job: | | What you liked least: | | | | Number of days missed from work (do not count vacations): | |

| Employment Dates Month and Year | EMPLOYMENT | | | | | SALARY | |
|---|---|---|---|---|---|---|---|
| | | | | | | Start | Final |
| From ████ | Company Name ████ | | | Phone Number ████ | | $ ████ PER | ████ PER |
| To ████ | Street Address | City | | State | Zip Code | Other Compensation ████ | |
| 3  Job Title: ████ | | Supervisor's Name & Title: ████ | | | | Hours worked per week: | |
| Describe your duties: ████ | | | | | | If your Supervisor rated your work, it would be: | |
| Reason for leaving: ████ | | | | May we contact? | | If your Supervisor rated your safety record on the job, it would be: | |
| What you liked most about this job: | | What you liked least: | | | | Number of days missed from work (do not count vacations): | |

| Employment Dates Month and Year | EMPLOYMENT | | | | | SALARY | |
|---|---|---|---|---|---|---|---|
| | | | | | | Start | Final |
| From ████ | Company Name ████ | | | Phone Number ████ | | $ ████ PER | ████ PER |
| To ████ | Street Address ████ | | | State | Zip Code | Other Compensation ████ | |
| 4  Job Title: ████ | | Supervisor's Name & Title: ████ | | | | Hours worked per week: ████ | |
| Describe your duties: ████ | | | | | | If your Supervisor rated your work, it would be: | |
| Reason for leaving: ████ | | | | May we contact? | | If your Supervisor rated your safety record on the job, it would be: | |
| What you liked most about this job: ████ | | What you liked least: ████ | | | | Number of days missed from work (do not count vacations): | |

## JOB REQUIREMENTS AND AVAILABILITY

State the position desired: *Department Manager*    SALARY REQUIREMENTS: $ *Negotiable*

Will you work at any location?    ☑ Yes   ☐ No

If no, state your location preference: _____
Would you consider relocation?    ☑ Yes   ☐ No

Date available to work: _____
Type of work desired:    ☑ Full-time    ☐ Part-time    ☐ Seasonal    ☐ Temporary
Will you work overtime?    ☑ Yes    ☐ No    ☐ Daily    ☐ Weekends
Acceptable shift(s):    ☑ Days    ☑ Afternoons    ☑ Nights
Will you work weekends as part of your regular schedule? ☑ Yes    ☐ No

Are you able to perform the essential job functions of the job for which you are applying?    ☑ Yes    ☐ No

If no, could you perform these functions with some accommodation?    ☐ Yes    ☐ No

## EDUCATION RECORD

Circle Highest Year Completed:    High School: 1  2  3  4    College: 1 ②3  4  5  6  7  8

| Schools Attended Past and Present | Name and Location | Did you Graduate? | Diploma, GED, or Degree | Major Studies | Grade Average |
|---|---|---|---|---|---|
| High School | ▓▓▓▓▓▓▓▓ | Y | | | |
| Associates Degree | ▓▓▓▓▓▓▓▓ | | | | |
| Bachelors Degree | | | | | |
| Masters Degree | | | | | |
| Other (Vocational, Tech, etc.) | | | | | |

Do you plan to continue your education?    ☑ Yes    ☐ No

If so, do you have any outstanding applications for admission to or are you attending any school at present?    ☐ Yes    ☑ No    If yes, where? _____

**I UNDERSTAND AND ACKNOWLEDGE THE FOLLOWING:**

Please initial each line

I acknowledge that PETsMART has a drug free and alcohol free workplace program. I also acknowledge receipt of PETsMART's drug free and alcohol free workplace policy. I will comply with all drug and alcohol policies and procedures, including testing, adopted by PETsMART from time to time.

If I am offered employment, I will, as a condition of employment, be required to submit proof of my identity and legal right to work in the United States.

I understand that, if I am employed, any false statement, misrepresentation or omission of facts on this application, on any supporting or pre-employment documents, or provided orally, regardless of when discovered to be false, may result in my immediate dismissal.

I authorize investigation of all statements contained in this application and any supporting documents. I authorize the Company to secure information about my experience from former employers, educational institutions, government agencies, credit agencies, or any references I have provided, and for those parties to provide information concerning my experience, and I hereby release all parties from any liability arising fromsuch investigation. I understand that any offer of employment which may be made to me is conditional upon my references and background being satisfactory to PETsMART.

I hereby authorize my current employer and past employers to release to the Company any personnel information and records, favorable or otherwise, which my employer has kept regarding my employment, including my work performance. I understand that the company may retain photocopies of my records and personnel information for its files, whether I am offered employment or not. I hereby release all parties, including my current employer and the Company from any liability arising from the release, review and retention of any records pertaining to me.

I understand that my employment is expressly conditioned upon me submitting to and passing a drug screening test (providing a urine sample of mine for analysis as per PETsMART policy). Failure to comply with this requirement or having an unsatisfactory result, will result in the immediate discontinuance of the employment process or if already hired, immediate termination of employment with PETsMART.

I understand and agree that, if I am offered a position, it will be offered on condition that my employment shall be at will and for no definite period, and that my employment may be terminated either at my option or at any time with or without cause and with or without prior notice by PETsMART.

I understand that the above conditions cannot be altered or amended, except in a writing signed by the President.

I certify that all statements made by me on this application are true and complete to the best of my knowledge and that I have withheld nothing that if discovered would affect this application unfavorably.

Applicant's Signature _Charles Ky McKay_   Date _3/16/04_

**COMMENTS:**

# <u>Manager</u>

# Single STAPLE

# Completed <u>Original</u>

# Formal Application

**(Signed & Dated 4 page application)**

# HERE

**REViSED 11/02**



# CHARLES KEY MCKINLEY

### OBJECTIVE

To seek A challenging Supervisory or management position, where my experience, Education, And accomplishments will contribute to the Success of your Company

### SUMMARY OF QUALIFICATIONS

- Extensive background in customer-oriented service operations and business development, including sales, marketing, promotions and cost control.
- Excellent communication skills; maintain positive relations with staff and customers in high-volume, fast-paced operations.
- Skilled in all aspects of Lighting, Special Effects, video, sound reinforcement, and technical direction for special events and the theater.
- Background in both Commercial and residential audio/video equipment
- Familiar with Windows 98, XP, and Microsoft Office Suite of Programs

### WORK EXPERIENCE

Responsibilities include Customer Service, Sales of Television, and Audio/Video products, getting our customers the complete solution so that they can fully enjoy their products.

Assisted Clients in creating effective solutions to ensure their event was a success by integrating audio, video, and special effects into their presentations or events. Sales & customer service

Responsibilities included Warehouse shipping and receiving., Asst Manager , packing and shipping over 650 shows a year with over 100 being shipped out the week of July 4th.
Scripting and producing shows in Which I was Lead Technician.  Some of the clients in which I have worked for and or produced shows for are as follows

Defendant's Exhibit

MCKINLEY-11
3/27/06  TRC

# NEW HIRE STATUS CHANGE FORM

☒ NEW HIRE        * ☐ REHIRE

**PETSMART**

HIRE DATE __8__ / __oct__ / __04__    POSITION NUMBER (If applicable) _____

APPLICANT I.D. (If applicable) _____

## 1. PERSONAL INFORMATION

| NAME (FIRST) | (MIDDLE) | (LAST - SUFFIX) |
|---|---|---|
| Charles | Key | McKinley |

| PREFERRED NAME (FIRST) | (MIDDLE) | (LAST - SUFFIX) |
|---|---|---|
| Charles | K. | McKinley |

| STREET ADDRESS | APT. # | CITY | STATE | ZIP |
|---|---|---|---|---|
| ▮▮▮▮▮ | | ▮▮▮▮ | | ▮▮▮▮ |

| PHONE NUMBER | SEX | MARITAL STATUS | MILITARY STATUS |
|---|---|---|---|
| ▮▮▮▮0 | ☒ MALE ☐ FEMALE | ☒ SINGLE ☐ MARRIED | |

| BIRTHDATE (MMDDYY) | SOCIAL SECURITY NUMBER |
|---|---|
| ▮▮▮▮ | ▮▮▮▮ |

ETHNIC GROUP (CHECK APPROPRIATE BOX – FOR REPORTING PURPOSES ONLY)

☒ WHITE  ☐ BLACK  ☐ HISPANIC  ☐ ASIAN/PACIFIC ISLANDER  ☐ AMERICAN INDIAN/ALASKAN NATIVE

## 2. NEW HIRE INFORMATION

| DEPARTMENT CODE | STORE # / LOCATION | JOB CODE NUMBER | JOB TITLE |
|---|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮▮ | Presentation Manager |

| FULL TIME ☐  REGULAR ☐ | NEW RATE | PAY TYPE |
|---|---|---|
| PART TIME ☐  TEMPORARY ☐ | ▮▮▮ | Salary |

| SSN/TAX # NUMBER | BADGE NUMBER | STORE # / STATE | BONUS POTENTIAL | PAYROLL USE ONLY |
|---|---|---|---|---|
| 266993 | | 1145 | ____ %  or  $ ____ | |

## 3. COMMENTS OR SPECIAL INSTRUCTIONS

Defendant's Exhibit

McKinley-13
3/27/06  ACC

## 4. SIGN AND DATE

| EMPLOYEE SIGNATURE (print name) | DATE | H.R. Signature | DATE |
|---|---|---|---|
| Kronson 3/2/04 | | | |

* Rehire only if returning within six months of termination.
Verify rehire eligibility by contacting HR data processing.

REVISED 7/03

Defendant's Exhibit
MCKINLEY-12
5/27/06



Esteem# 8170107

# Field Background Check Form

- **For ESTEEM checks**, fill out top portion only for all new hires. After calling in, place in file. (1-800-715-0959)
- **For HIRERIGHT background check**, complete the entire form and fax to the number below and place in file.

## RELEASE AUTHORIZATION

In connection with my application for employment or continued employment, I authorize PETsMART, Esteem, and/or HireRight to use the following information to conduct an employment background investigation. I understand that a report will be requested and may include information as to my character, general reputation, personal characteristics, mode of living, work habits, academic-credential verification, job performance, experience, and reasons for termination. Further, I understand that you may be requesting information concerning my criminal history from various private and public sources along with other public records available.

I HEREBY AUTHORIZE AND RELEASE FROM ALL LIABILITY, WITHOUT RESERVATION, PETsMART, INC., ITS SUBSIDIARIES AND AFFILIATES HIRERIGHT AND ANY LAW ENFORCEMENT AGENCY, ADMINISTRATOR, STATE/FEDERAL AGENCY, INSTITUTION, INFORMATION SERVICE BUREAU, EMPLOYER, EMPLOYEE, EDUCATIONAL INSTITUTIONS, ANY REFERENCE I HAVE PROVIDED, INSURANCE COMPANY OR PERSON GATHERING OR FURNISHING THE ABOVE-MENTIONED INFORMATION. I UNDERSTAND THAT PETsMART MAY RETAIN PHOTOCOPIES OF MY RECORDS FOR ITS FILES, WHETHER I AM OFFERED EMPLOYMENT OR NOT. I HEREBY RELEASE ALL PARTIES, INCLUDING MY FORMER EMPLOYER, PETsMART AND HIRERIGHT, FROM ANY LIABILITY ARISING FROM THE RELEASE, REVIEW AND RETENTION OF ANY RECORDS PERTAINING TO ME.

Applicant Signature: *Charles McKinley*    Print Name: *Charles McKinley*

SSN

I further acknowledge that a telephone facsimile (FAX) or photographic copy of this release will be as valid as the original. According to the Fair Credit Reporting Act, I am entitled to know if employment will be and is ultimately denied because of information obtained by my prospective employer from a consumer-reporting agency. If so, I will be so advised by this employer and be given the name of the agency or source of information. If you want a copy of the background report(s) ordered, check this box.

☐ (For California, Minnesota & Oklahoma residents only.)

| Only fax into HireRight If you are hiring/promoting someone into a Mgmt, Lead Cashier, or Receiver position. |
| --- |

## PLEASE PRINT ALL INFORMATION

**Applicant Information:**
Please be sure to complete all information requested.

**Applicant Name:**

First: `Charles`    MI `K`    Last `McKinley`

**Applicant Former Name:**

First:    MI ☐    Last:

Security Social #:    Date of Birth:

**Present Address:**

Street #:    Street Name:

City:    State:    Zip:

### *TO BE COMPLETED BY PETsMART MANAGEMENT STAFF ONLY*

Customer Name: **PETsMART**    Company Code: **ZUZ**

Store Director's Name: *Kelly Watson*    Phone Number:

Store Number: **1115**    Fax Number: *Store not open yet, please submit results to store #0634*

Date Submitted: **3/16/04**

## Please fax completed form to HireRight at

Rev. 1/04

## AGREEMENT NOT TO COMPETE FOR ALL MANAGERS
## SALON ASSOCIATES AND PET TRAINING ASSOCIATES

I understand, that during the course of my employment by PETsMART, Inc., a Delaware corporation having its corporate headquarters at 19601 North 27th Avenue, Phoenix, Arizona 85027 or its affiliates and subsidiaries (hereinafter referred to as "the Company"), I will have access to trade secrets and confidential business methods, plans, and practices, and other information considered confidential by the Company and not generally known in the retail industry. This information has commercial value in the business in which the Company is engaged.

I also understand that during the course of my employment, I will receive confidential training, designed to give me special skills and to provide the Company with a competitive advantage, which training also has a commercial value. I acknowledge that the Company has a legitimate interest in protecting its Confidential Information (including, but not limited to, its confidential business activities, methods, plans, practices, and training procedures) and in taking reasonable steps to protect itself against unfair competition. For the purposes of this Agreement, "Confidential Information" means trade secrets and any information, process or idea considered confidential and not publicly disclosed by the Company.

Accordingly, in view of the foregoing and in consideration of my employment or continued employment by the Company, the compensation now and hereafter paid to me, and the training I have received and/or will receive during the course of my employment, I hereby agree as follows:

1.  As used in this Agreement, to "Compete" shall mean directly or indirectly to own, manage, operate, join, control, be employed by, or become a director, officer, shareholder (holding 5% or more of shares) of, or consultant to, any pet food or pet supplies superstore; any pet services business or any e-commerce or direct mail business or service with at least 50% of its products or services being pet related. For the purposes of this Agreement, "superstore business" is defined to mean a business with: (a) at least one store with at least 10,000 square feet of retail space; or (b) more than one store with at least 8,000 square feet of retail space.

2.  During the term of my employment by the Company and continuing for a period of one (1) year after the termination of my employment for any reason (whether by resignation, dismissal, retirement or otherwise), I shall not compete with the Company anywhere within the Company's sales territory as it exists during the period of my employment or in any sales territory added by the Company during the one (1) year period after my departure. The restriction with regard to sales territories added by the Company for the one (1) year period after my departure shall apply only if: (a) during my employment with the Company, the Company distributes to me information indicating a plan to add such sales territory or publicly announces such a plan; or (b) I or my subsequent employer otherwise acquire knowledge of such a plan. In view of the Company's business style and character, its marketing methods, and its strategy, I agree that it is reasonable to consider that the Company's sales territory extends throughout each state in which it is doing business and I shall not compete within such area. If I am a groomer or pet trainer, I agree that it is reasonable to consider that the Company's services trade area extends within a five (5) mile radius in which it is doing business and I shall not compete within such area. I also agree that for a period of one year, I will not solicit PETsMART customers.

3.  I agree that for a period of one year following the end of my employment at PETsMART that I will not, either directly, indirectly or through others, solicit or attempt to solicit any

employee, consultant, or independent contractor of the Company, its parents, subsidiaries or affiliates, to terminate his or her relationship with the Company, its parents, subsidiaries or affiliates in order to become an employee, consultant or independent contractor to or for any other person or entity.

4.  I understand and I agree that this Agreement supplements, and does not supersede, other agreements with the Company that I have made, such as the Confidentiality Agreement, which I have signed. My obligation to keep the Company's trade secrets and other confidential information in strictest confidence will continue to be binding following the termination of my employment and the expiration of the one-year no-competition period thereafter. I also understand that while this Agreement allows me to compete with the Company following the expiration of the one-year period, it does not give me license to engage in acts which would constitute unfair competition in violation of the applicable law.

5.  I acknowledge and agree that in the event of a breach or threatened breach of this Agreement, the Company will suffer irreparable injuries and remedies at law may be inadequate. Accordingly, I agree that in such event the Company shall be entitled to apply for an injunction restraining me from rendering any services to any person, company or other entity in violation of the Agreement, without bond. This clause, however, shall not be interpreted as prohibiting the Company from pursuing any other available remedies, including the recovery of damages.

6.  If legal action arises relating to this Agreement, the prevailing party shall be entitled to recover all costs, expenses and reasonable attorney fees incurred because of the legal action.

7.  All the provisions of this Agreement are severable and/or divisible. If any paragraph, provision, or part of a provision in this Agreement shall be held to be illegal or unenforceable, such paragraph or provision shall be modified to the extent necessary to make it enforceable.

8.  The laws of the State of Arizona shall govern this Agreement.

9.  All rights and remedies conferred under this Agreement or by any other instrument of law shall be cumulative, and may be exercised singularly or concurrently. Failure by the Company to enforce any provision shall not be deemed a waiver of future enforcement of that or any other provision.

Print Name: _Charles K McKinley_

Signature: _Charles Key McKinley_

Date: _3·24·04_



## PERFORMANCE IMPROVEMENT PLAN

Store # : __1115__

Associate Name: __Charles Mckinley__ Associate # : _____

Re: Subject of Discussion: __Signing off on paperwork__

**Summary of Discussion:**

After an hour long discussion w/ our DM yesterday in regards to properly signing off on paperwork. Charles neglected to nitial in the mngr. box of an associate fill count down. Charles understands that this is vital to ensuring that our financial assets are properly accounted for. Charles understands that Any subsequent failure to properly fill out paper work may result in another PIP and/or termination.

**Action Plan for Improvement:**

Plan To slow down + Focus on Making sure all Paperwork is properly Initialed

Defendant's Exhibit

MCKINLEY-14
3/27/06   TAS

**Associate Comments:**

This performance improvement plan confirms our recent discussion and agreement to the action plan we developed. PETsMART believes in coaching associates as a method for improving workplace behavior. We have confidence that the execution of this plan will resolve these performance issues. However, failure to follow through with this plan and continued performance problems may result in the termination of employment.

| _Charles McKing_ | _Presentation mgr_ | _7-10-04_ |
|---|---|---|
| Associate Signature | Title | Date |

| _Kev Data_ | _Store mngr._ | _7/10/04_ |
|---|---|---|
| Manager Signature | Title | Date |

| _____ | _____ | _____ |
|---|---|---|
| Witness Signature (when appropriate) | Title | Date |

SEE REVERSE SIDE FOR
OPENING INSTRUCTIONS

016H1650118?

PRESORTED
FIRST CLASS

Hasler

$00.371

01/27/2006

Mailed From  6313

US POSTAGE

FORWARDING SERVICE REQU

CIC11686TA-19402

CHARLES K MCKINLEY

**FIRST-CLASS MAIL**
Important Tax Document Enclosed

Defendant's Exhibit

MCKINLEY-15
5/27/06   TRS
Alexander Gallo Associates, Inc.

01 of 01

100610MCKINLEY, CHARLES K

WITH THIS SIDE UP, SLIDE FINGER BETWEEN FRONT AND MIDDLE PANEL, SLIDE FINGER UP TO OPEN

FORM 1099-G

STATE OF ALABAMA
DEPARTMENT OF INDUSTRIAL RELATIONS
UNEMPLOYMENT COMPENSATION AGENCY
MONTGOMERY, ALABAMA  36131

# IMPORTANT TAX DOCUMENT

CHARLES K MCKINLEY
~~███████████~~
MONTGOMERY, AL  ~~███████████~~

| Payer's Name, Street, City, State, and ZIP Code | | Certain Government Payments |
|---|---|---|
| STATE OF ALABAMA<br>DEPARTMENT OF INDUSTRIAL RELATIONS<br>UNEMPLOYMENT COMPENSATION AGENCY<br>649 MONROE STREET<br>MONTGOMERY, AL 36131 | | |

| Recipient's Identification Number | 1 Unemployment Compensation | OMB No. 1545-0120 | Copy B For Recipient |
|---|---|---|---|
| ███████████ | 1,811.00 | 2005 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Recipient's Name (first, middle, last) & Address | 4 Federal Income Tax Withheld | 5 ATAA Payments | |
| CHARLES K MCKINLEY<br>███████████<br>MONTGOMERY, AL ███████████1 | 186.00 | | |
| | FEIN: 630674988 | | |
| Account Number (optional) | | | |

Form    1099-G

Department of the Treasury - Internal Revenue Service

**Instructions to Recipient**

Box 1– Shows the total unemployment compensation paid to you this year by the payer. This amount is taxable income to you. For more information, see the instructions for your Federal income tax return.

Box 4– Shows the total amount of withholding you requested on unemployment compensation paid to you this year by the payer.

Box 5– Shows the total amount of ATAA paid to this year by the payer.

☐ **CORRECTED** (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1 Rents | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|---|
| ▮▮▮▮▮▮<br>P.O. BOX 149<br>NEW CASTLE, PA 16103<br><br>PHONE: 7246529555 | | $ | **20**05<br>Form **1099-MISC** | |
| | | 2 Royalties<br>$ | | |
| | | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | **Copy B<br>For Recipient** |
| PAYER'S Federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| ▮▮▮▮▮▮ | | | | |
| RECIPIENT'S name, address, and ZIP code<br><br>Charles McKinley<br><br>▮▮▮▮▮▮▮▮▮▮▮▮<br><br>Douglasville       GA | | 7 Nonemployee compensation<br>$      1320.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | |
| | | 11 ▮▮▮▮▮ | 12 ▮▮▮▮▮ | |
| Account number (see instructions) | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC**    ✪ Printed on Recycled Paper    (keep for your records)    Department of the Treasury - Internal Revenue Service

☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|---|
| P.O. BOX 149 NEW CASTLE, PA 16103 PHONE: 7246529555 | | $ | **2005** | **Miscellaneous Income** |
| | | 2 Royalties | | |
| | | $ | Form **1099-MISC** | |
| | | 3 Other income | 4 Federal income tax withheld | **Copy C For Payer or State Copy or Copy 2** |
| | | $ | $ | |
| PAYER'S Federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments | |
| | | $ | $ | |
| RECIPIENT'S name, address, and ZIP code Charles McKinley | | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | **For Privacy Act and Paperwork Reduction Act Notice, see the 2005 General Instructions for Forms 1099, 1098, 5498, and W-2G.** |
| | | $ 1320.00 | $ | |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | |
| Douglasville            GA | | 11 | 12 | |
| Account number (see instructions) | 2nd TIN not. | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| | | $ | $ | |
| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
| $ | $ | $ | | $ |
| | | $ | | $ |

Form **1099-MISC**    ✪ Printed on Recycled Paper    Department of the Treasury - Internal Revenue Service

| PAYER'S name, street address, city, state, and ZIP code | | 1 Rents | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|---|
| 225 Millwell Dr.<br>Maryland Heights, MO 63043<br>314-209-7516 | | 2 Royalties | **2005**<br>**1099-MISC** | |
| | | 3 Other Income | 4 Fed income tax withheld | **Copy B**<br>**For Recipient** |
| PAYER'S Federal Tax ID | RECIPIENT'S Identification No. | 5 Fishing boat proceeds | 6 Med & health care pmts | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S Name and Address | | 7 Nonemployee Compensation<br>$   26353.17 | 8 Pmts in lieu of Div or Int | |
| CHARLES K MCKINLEY<br>DOUGLASVILLE, GA | | 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds | |
| | | 13 Excess Golden Par Pmts | 14 Gross paid to an attorney | |
| Account Number<br>5MCKIN | 15a Sec 409A deferrals | 15b Sec 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |

Form **1099-MISC**          (Keep for your records.)          Department of the Treasury - Internal Revenue Service

| PAYER'S name, street address, city, state, and ZIP code | | 1 Rents | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|---|
| 225 Millwell Dr.<br>Maryland Heights, MO 63043<br>314-209-7516 | | 2 Royalties | **2005**<br>**1099-MISC** | |
| | | 3 Other Income | 4 Fed income tax withheld | **Copy 2**<br>**To be filed**<br>**with**<br>**recipient's**<br>**state income**<br>**tax return,**<br>**when**<br>**required.** |
| PAYER'S Federal Tax ID | RECIPIENT'S Identification No. | 5 Fishing boat proceeds | 6 Med & health care pmts | |
| RECIPIENT'S Name and Address | | 7 Nonemployee Compensation<br>$   26353.17 | 8 Pmts in lieu of Div or Int | |
| CHARLES K MCKINLEY<br>DOUGLASVILLE, GA | | 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds | |
| | | 13 Excess Golden Par Pmts | 14 Gross paid to an attorney | |
| Account Number<br>5MCKIN | 15a Sec 409A deferrals | 15b Sec 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |

Form **1099-MISC**                    Department of the Treasury - Internal Revenue Service

Serpro, Inc.
225 Millwell Dr.
Maryland Heights, MO 63043
Important Tax Return Document Enclosed

## Instructions to Recipients

Account number. May show an account or other unique number the payer assigned to distinguish your account. Amounts shown may be subject to self-employment (SE) tax. If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amount on the proper line of your tax return.

Box 7. Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.

R591 Format(c)www.1099Express.com

CHARLES K MCKINLEY
3814 E STONEYBROOK DR
DOUGLASVILLE, GA 30134

**My Job Search Snapshot**

- Your primary resume is 184 days old
- Your active resume has appeared in 0 Employer Searches
- Your active resume has been viewed 0 times
- You have completed 0 applications
- Edit User Info

**My User Info**

- Email address: cmckinley@charter.net
- Your location: Douglasville, GA 30134
- Edit User Info

**Job Seeker Resources**

Put your resume in the spotlight with a Resume Upgrade!

Give your resume the VIP treatment. Be the first candidate employers see, move up to the top of our database, and receive more interviews. Upgrade your resume now and get noticed by employers instantly! >>

**More Resources**
- Get a background check
- Improve your resume
- Distribute your resume
- Increase your resume

**Welcome, Charles McKinley!**
See all Douglasville jobs in the last 24 Hours | 3 days

Sign Out



**My Favorite Searches** [ Add a Search ]

| Saved Job Search | Modified:Sep-19 | Edit | Delete | Copy | Tuesday only |
| Saved Job Search | Modified:Sep-19 | Edit | Delete | Copy | Tuesday only |

⇗ HIDE SEARCHES

Save Changes

**My Favorite Jobs**
You currently have no saved jobs.

Start    My Careerbuilder - Mi...



jobs you've applied to via Monster and the resume you included for each job.

http://my.monster.com/account/applyhistory.aspx

| RESUME TITLE | DATE SENT | JOB TITLE | SUMMARY / COMPANY |
|---|---|---|---|
| Resume General | 9/20/2005 | Special Events A/V Production Manager- | The WOW Factory Confidential |
| Resume General | 9/20/2005 | Service Technicians and Installation Technicians CABLE/SECURITY/PHONE INSTALLATION TECHNICIAN | Integrated Excellence |
| Resume General | 4/19/2005 | Escrow manager | TFL, Inc. |
| Detail A goal oriented seeks emp with world class company | 9/24/2004 | Retail Store Manager | Nexsel Partners |
| Detail A goal oriented seeks emp with world class company | 9/24/2004 | Store Manager Training Program | Lowe's Companies, Incorporated |
| Detail A goal oriented Manager seeks emp with world class company | 9/24/2004 | WAREHOUSE MANAGER | Leica Corporation |
| Detail goal oriented Manager seeks emp with world class company | 9/24/2004 | Warehouse Manager | Nobis Alabama |
| Detail goal oriented Manager seeks emp with world class company | 9/24/2004 | Store Management | Bed Bath & Beyond |
| Detail A goal oriented seeks emp with world class company | 9/24/2004 | Media Sales Representative | Screenvision |
| Detail A goal oriented seeks emp with world class company | 9/24/2004 | MULTI UNIT SUPERVISOR | Check Into Cash Inc |
| Detail A goal oriented seeks emp with world | 9/24/2004 | Field Service Copier Technician | Barney Office Solutions |

YAHOO! hotjobs

Welcome, ckmfm32a [Sign Out, My Account]

Search the Web [ ] Search

HotJobs Home · Help

Employer Solutions
Post Jobs | Employer Sign In

| Home | Job Search | My Searches | My Saved Jobs | My Resumes | Career Tools |

## My Saved Jobs

Delete Jobs

| Job Title | Location | Salary | Date Posted | Date Saved |
|---|---|---|---|---|
| District Sales Leader Designate/Sales Associate This job is no longer listed on HotJobs | | -- | | Sep 8 |

Delete Jobs

Yahoo! HotJobs. The latest news, developments, and expert advice for professionals. Get Our Newsletter Now.

HotJobs Canada | Work at HotJobs | About HotJobs | Affiliate Program | Advertise on our Site
Copyright © 2006 Yahoo!. All rights reserved. Guidelines | Terms of Service | Copyright/IP Policy

NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy.

100003106325
**This Product Contains Sensitive Taxpayer Data**

Request Date: 10-27-2005
Response Date: 10-27-2005
Tracking Number: ███████

**Tax Return Transcript**

SSN Provided: ███████
Tax Period Ending: Dec. 31, 2004

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable.  They do not show subsequent activity on the account.

01748

SSN: ███████                    SPOUSE SSN:
NAME(S) SHOWN ON RETURN: CHARLES K MCKINLEY
ADDRESS: ███████
MONTGOMERY, AL 36109███████

FILING STATUS:                                              Single
FORM NUMBER:                                                1040EZ
CYCLE POSTED:                                               200508
RECEIVED DATE:                                         Apr.15, 2005
REMITTANCE:                                                   0.00
EXEMPTION NUMBER:                                                1
PREPARER EIN:

**Income**

WAGES, SALARIES, TIPS, ETC:...........................................$ 14,488.00
TAXABLE INTEREST INCOME: SCH B:........................................$ 0.00
TAX-EXEMPT INTEREST:...................................................$ 0.00
UNEMPLOYMENT COMPENSATION:.........................................$ 2,960.00

**Adjustments to Income**

ADJUSTED GROSS INCOME:...............................................$ 17,448.00
ADJUSTED GROSS INCOME PER COMPUTER:.................................$ 17,448.00
DEPENDENT ON ANOTHER TP:..................................................N
FORM 1040EZ DEDUCTION AND EXEMPTION PER COMPUTER:..................$ 7,950.00

**Tax and Credits**

TAXABLE INCOME:......................................................$ 9,498.00
TAXABLE INCOME PER COMPUTER:.........................................$ 9,498.00

**Other Taxes**

TOTAL TAX LIABILITY TP FIGURES:......................................$ 1,064.00
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:.........................$ 1,064.00

**Payments**

FEDERAL INCOME TAX WITHHELD:.........................................$ 1,631.00
EARNED INCOME CREDIT:..................................................$ 0.00
EARNED INCOME CREDIT PER COMPUTER:.....................................$ 0.00
NONTAXABLE COMBAT PAY ELECTION:........................................$ 0.00
TOTAL PAYMENTS:......................................................$ 1,631.00
TOTAL PAYMENTS PER COMPUTER:.........................................$ 1,631.00

**Refund or Amount Owed**

REFUND AMOUNT:.......................................................$ -567.00
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:.........................$ -567.00
BAL DUE/OVER PYMT USING COMPUTER FIGURES:............................$ -567.00

**Third Party Designee**

THIRD PARTY DESIGNEE ID NUMBER:............................................

```
                   100003106297
PRIOR YR MIN TAX CREDIT: F8801:.................................$ 0.00
PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER:....................$ 0.00
TENTATIVE EMPOWERMENT ZONE CREDIT: F8844:.......................$ 0.00
EMPOWERMENT ZONE CREDIT: F8844:.................................$ 0.00
OTHER CREDITS:..................................................$ 0.00
TOTAL CREDITS:..................................................$ 0.00
TOTAL CREDITS PER COMPUTER:.....................................$ 0.00
INCOME TAX AFTER CREDITS PER COMPUTER:.........................$ 598.00
```

**Other Taxes**

```
SE TAX:.........................................................$ 0.00
SE TAX PER COMPUTER:............................................$ 0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS:............$ 0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER:$ 0.00
TAX ON QUALIFIED PLANS F5329 (PR):..............................$ 0.00
COMBINED TX ON RETIREMENT PLANS PER COMPUTER:...................$ 0.00
IRAF TAX PER COMPUTER:..........................................$ 0.00
TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER:.................$ 598.00
IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER:..................$ 598.00
ADVANCED EARNED INCOME:.........................................$ 0.00
UNPAID FICA ON REPORTED TIPS:...................................$ 0.00
FORM 4970 ACCUMULATED DISTRIBUTION OF TRUSTS:...................$ 0.00
RECAPTURE TAX: F8611:...........................................$ 0.00
HOUSEHOLD EMPLOYMENT TAXES:.....................................$ 0.00
HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER:........................$ 0.00
RECAPTURE TAXES:................................................$ 0.00
TOTAL ASSESSMENT PER COMPUTER:................................$ 598.00
TOTAL TAX LIABILITY TP FIGURES:...............................$ 598.00
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:..................$ 598.00
```

**Payments**

```
FEDERAL INCOME TAX WITHHELD:................................$ 1,609.00
ESTIMATED TAX PAYMENTS:.........................................$ 0.00
EARNED INCOME CREDIT:...........................................$ 0.00
EARNED INCOME CREDIT PER COMPUTER:..............................$ 0.00
EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD:.....................$ 0.00
TOT SS/MEDICARE WITHHELD: F8812:................................$ 0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT:..........................$ 0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER:.............$ 0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED:.................$ 0.00
AMOUNT PAID WITH FORM 4868:.....................................$ 0.00
FORM 2439 REGULATED INVESTMENT COMPANY CREDIT:..................$ 0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS:......................$ 0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER:.........$ 0.00
HEALTH COVERAGE TX CR: F8885:...................................$ 0.00
TOTAL PAYMENTS:.............................................$ 1,609.00
TOTAL PAYMENTS PER COMPUTER:................................$ 1,609.00
```

**Refund or Amount Owed**

```
REFUND AMOUNT:.............................................$ -1,011.00
APPLIED TO NEXT YEAR'S ESTIMATED TAX:...........................$ 0.00
ESTIMATED TAX PENALTY:..........................................$ 0.00
TAX ON INCOME LESS STATE REFUND PER COMPUTER:...................$ 0.00
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:...............$ -1,011.00
BAL DUE/OVER PYMT USING COMPUTER FIGURES:..................$ -1,011.00
```

**Third Party Designee**

```
THIRD PARTY DESIGNEE ID NUMBER:.................................
AUTHORIZATION INDICATOR:.......................................NOT AUTHORIZED
THIRD PARTY DESIGNEE NAME:......................................
THIRD PARTY DESIGNEE PHONE NUMBER:.............................
            This Product Contains Sensitive Taxpayer Data
```

100003106297

This Product Contains Sensitive Taxpayer Data

Request Date: 10-27-2005
Response Date: 10-27-2005

Tracking Number: ▓▓▓▓▓▓▓▓

Tax Return Transcript

SSN Provided: ▓▓▓▓▓▓▓▓
Tax Period Ending: Dec. 31, 2003

The following items reflect the amount as shown on the return (PR), and
the amount as adjusted (PC), if applicable.  They do not show subsequent
activity on the account.

01749
SSN: ▓▓▓▓▓▓▓▓          SPOUSE SSN: ▓▓▓▓▓▓▓▓
NAME(S) SHOWN ON RETURN: CHARLES MCKINLEY & FINLAY RANDOLPH
ADDRESS: ▓▓▓▓▓▓▓▓
MONTGOMERY, AL 36109-▓▓▓▓

FILING STATUS:                                   Married Filing Joint
FORM NUMBER:                                                     1040
CYCLE POSTED:                                                 200407
RECEIVED DATE:                                           Apr.15, 2004
REMITTANCE:                                                     0.00
EXEMPTION NUMBER:                                                  2
DEPENDENT 1 NAME CTRL:
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
PREPARER EIN:

Income

WAGES, SALARIES, TIPS, ETC:...................................$ 22,973.00
TAXABLE INTEREST INCOME: SCH B:...............................$ 0.00
TAX-EXEMPT INTEREST:..........................................$ 0.00
ORDINARY DIVIDEND INCOME: SCH B:..............................$ 0.00
QUALIFIED DIVIDENDS:..........................................$ 0.00
REFUNDS OF STATE/LOCAL TAXES:.................................$ 0.00
ALIMONY RECEIVED:.............................................$ 0.00
BUSINESS INCOME OR LOSS (Schedule C):.........................$ 0.00
BUSINESS INCOME OR LOSS: SCH C PER COMPUTER:..................$ 0.00
CAPITAL GAIN OR LOSS: (Schedule D):...........................$ 0.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:....................$ 0.00
CAP GAIN DISTRIB POST MAY 5:..................................$ 0.00
OTHER GAINS OR LOSSES (Form 4797):............................$ 0.00
TOTAL IRA DISTRIBUTIONS:......................................$ 0.00
TAXABLE IRA DISTRIBUTIONS:....................................$ 0.00
TOTAL PENSIONS AND ANNUITIES:.................................$ 0.00
TAXABLE PENSION/ANNUITY AMOUNT:...............................$ 0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):.................$ 0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:....$ 0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:........................$ 0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:........................$ 0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:..................$ 0.00
FARM INCOME OR LOSS (Schedule F):.............................$ 0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:................$ 0.00
UNEMPLOYMENT COMPENSATION:....................................$ 0.00
TOTAL SOCIAL SECURITY BENEFITS:...............................$ 0.00
TAXABLE SOCIAL SECURITY BENEFITS:.............................$ 0.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:................$ 0.00
OTHER INCOME:.................................................$ 0.00
ADDITIONAL FORM 8814 NET INCOME:..............................$ 0.00
SCHEDULE EIC SE INCOME PER COMPUTER:..........................$ 0.00
SCHEDULE EIC EARNED INCOME PER COMPUTER:......................$ 22,973.00

```
SCH EIC DISQUALIFIED INC COMPUTER:..............................$ 0.00
TOTAL INCOME:..................................................$ 22,973.00
TOTAL INCOME PER COMPUTER:.....................................$ 22,973.00
```

Adjustments to Income

```
EDUCATOR EXPENSES:.............................................$ 0.00
EDUCATOR EXPENSES PER COMPUTER:................................$ 0.00
IRA DEDUCTION:.................................................$ 0.00
IRA DEDUCTION PER COMPUTER:....................................$ 0.00
STUDENT LOAN INTEREST DEDUCTION:...............................$ 0.00
STUDENT LOAN INTEREST DEDUCTION PER COMPUTER:..................$ 0.00
TUITION AND FEES DEDUCTION:....................................$ 0.00
TUITION AND FEES DEDUCTION PER COMPUTER:.......................$ 0.00
MEDICAL SAVINGS ACCT DEDUCTION:................................$ 0.00
MEDICAL SAVINGS ACCT DEDUCTION PER COMPUTER:...................$ 0.00
MOVING EXPENSES: F3903:........................................$ 1,400.00
SELF EMPLOYMENT TAX DEDUCTION:.................................$ 0.00
SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER:....................$ 0.00
SELF-EMP HEALTH INS DEDUCTION:.................................$ 0.00
KEOGH/SEP CONTRIBUTION DEDUCTION:..............................$ 0.00
EARLY WTHDRAWL OF SAVINGS PENALTY:.............................$ 0.00
ALIMONY PAID SSN:..............................................
ALIMONY PAID:..................................................$ 0.00
OTHER ADJUSTMENTS:.............................................$ 0.00
TOTAL ADJUSTMENTS:.............................................$ 1,400.00
TOTAL ADJUSTMENTS PER COMPUTER:................................$ 1,400.00
ADJUSTED GROSS INCOME:.........................................$ 21,573.00
ADJUSTED GROSS INCOME PER COMPUTER:............................$ 21,573.00
```

Tax and Credits

```
65-OR-OVER:....................................................N
BLIND:.........................................................N
SPOUSE 65-OR-OVER:.............................................N
SPOUSE BLIND:..................................................N
STANDARD DEDUCTION PER COMPUTER:...............................$ 9,500.00
ADDITIONAL STANDARD DEDUCTION PER COMPUTER:....................$ 0.00
TAX TABLE INCOME PER COMPUTER:.................................$ 12,073.00
EXEMPTION AMOUNT PER COMPUTER:.................................$ 6,100.00
TAXABLE INCOME:................................................$ 5,973.00
TAXABLE INCOME PER COMPUTER:...................................$ 5,973.00
TOTAL POSITIVE INCOME PER COMPUTER:............................$ 22,973.00
TENTATIVE TAX:.................................................$ 598.00
TENTATIVE TAX PER COMPUTER:....................................$ 598.00
FORM 8814 ADDITIONAL TAX AMOUNT:...............................$ 0.00
TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER:................$ 0.00
FORM 6251 ALTERNATIVE MINIMUM TAX:.............................$ 0.00
FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER:................$ 0.00
FOREIGN TAX CREDIT:............................................$ 0.00
FOREIGN TAX CREDIT PER COMPUTER:...............................$ 0.00
CHILD & DEPENDENT CARE CREDIT:.................................$ 0.00
CHILD & DEPENDENT CARE CREDIT PER COMPUTER:....................$ 0.00
CREDIT FOR ELDERLY AND DISABLED:...............................$ 0.00
CREDIT FOR ELDERLY AND DISABLED PER COMPUTER:..................$ 0.00
EDUCATION CREDIT:..............................................$ 0.00
EDUCATION CREDIT PER COMPUTER:.................................$ 0.00
GROSS EDUCATION CREDIT PER COMPUTER:...........................$ 0.00
RETIREMENT SAVINGS CNTRB CREDIT:...............................$ 0.00
RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER:..................$ 0.00
CHILD TAX CREDIT:..............................................$ 0.00
CHILD TAX CREDIT PER COMPUTER:.................................$ 0.00
ADOPTION CREDIT: F8839:........................................$ 0.00
ADOPTION CREDIT PER COMPUTER:..................................$ 0.00
FORM 8859 1ST TIME HOMEBUYERS:.................................$ 0.00
DC 1ST TIME HOMEBUYERS CREDIT PER COMPUTER:....................$ 0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT:.........................$ 0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER:............$ 0.00
F8396 AND F8859 CREDITS:.......................................$ 0.00
FORM 3800 GENERAL BUSINESS CREDITS:............................$ 0.00
FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER:...............$ 0.00
FORM 1040C CREDIT:.............................................$ 0.00
```

```
TOTAL CREDITS PER COMPUTER:.................................................$ 0.00
INCOME TAX AFTER CREDITS PER COMPUTER:.....................................$ 798.00
```

**Other Taxes**

```
SE TAX:....................................................................$ 0.00
SE TAX PER COMPUTER:.......................................................$ 0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS:.......................$ 0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER:..........$ 0.00
TAX ON QUALIFIED PLANS F5329 (PR):.........................................$ 0.00
COMBINED TX ON RETIREMENT PLANS PER COMPUTER:..............................$ 0.00
IRAF TAX PER COMPUTER:.....................................................$ 0.00
TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER:.............................$ 798.00
IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER:..............................$ 798.00
ADVANCED EARNED INCOME:....................................................$ 0.00
UNPAID FICA ON REPORTED TIPS:..............................................$ 0.00
FORM 4970 ACCUMULATED DISTRIBUTION OF TRUSTS:..............................$ 0.00
RECAPTURE TAX: F8611:......................................................$ 0.00
HOUSEHOLD EMPLOYMENT TAXES:................................................$ 0.00
HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER:...................................$ 0.00
RECAPTURE TAXES:...........................................................$ 0.00
TOTAL ASSESSMENT PER COMPUTER:.............................................$ 798.00
TOTAL TAX LIABILITY TP FIGURES:............................................$ 798.00
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:...............................$ 798.00
```

**Payments**

```
FEDERAL INCOME TAX WITHHELD:...............................................$ 2,193.00
ESTIMATED TAX PAYMENTS:....................................................$ 0.00
EARNED INCOME CREDIT:......................................................$ 0.00
EARNED INCOME CREDIT PER COMPUTER:.........................................$ 0.00
EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD:................................$ 0.00
TOT SS/MEDICARE WITHHELD: F8812:...........................................$ 0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT:.....................................$ 0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER:........................$ 0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED:............................$ 0.00
AMOUNT PAID WITH FORM 4868:................................................$ 0.00
FORM 2439 REGULATED INVESTMENT COMPANY CREDIT:.............................$ 0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS:.................................$ 0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER:....................$ 0.00
TOTAL PAYMENTS:............................................................$ 2,193.00
TOTAL PAYMENTS PER COMPUTER:...............................................$ 2,193.00
```

**Refund or Amount Owed**

```
REFUND AMOUNT:.............................................................$ -1,395.00
APPLIED TO NEXT YEAR'S ESTIMATED TAX:......................................$ 0.00
ESTIMATED TAX PENALTY:.....................................................$ 0.00
TAX ON INCOME LESS STATE REFUND PER COMPUTER:..............................$ 0.00
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:...............................$ -1,395.00
BAL DUE/OVER PYMT USING COMPUTER FIGURES:..................................$ -1,395.00
```

**Third Party Designee**

```
THIRD PARTY DESIGNEE ID NUMBER:............................................
AUTHORIZATION INDICATOR:...................................................NOT AUTHORIZED
THIRD PARTY DESIGNEE NAME:.................................................
THIRD PARTY DESIGNEE PHONE NUMBER:.........................................
```

This Product Contains Sensitive Taxpayer Data

This page is left blank intentionally.

This Product Contains Sensitive Taxpayer Data

                                                    Request Date: 10-27-2005
                                                    Response Date: 10-27-2005
                                            Tracking Number:

                        Tax Return Transcript

SSN Provided:
Tax Period Ending: Dec. 31, 2002

The following items reflect the amount as shown on the return (PR), and
the amount as adjusted (PC), if applicable.  They do not show subsequent
activity on the account.

SSN:                        SPOUSE SSN:
NAME(S) SHOWN ON RETURN: CHARLES MCKINLEY & FINLAY RANDOLPH
ADDRESS:
MONTGOMERY, AL 36109

FILING STATUS:
FORM NUMBER:                                      Married Filing Joint
CYCLE POSTED:                                               1040
RECEIVED DATE:                                             200309
REMITTANCE:                                         Apr.15, 2003
EXEMPTION NUMBER:                                            0.00
DEPENDENT 1 NAME CTRL:                                         2
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
PREPARER EIN:

Income

WAGES, SALARIES, TIPS, ETC:....................................$ 24,932.00
TAXABLE INTEREST INCOME: SCH B:................................$ 0.00
TAX-EXEMPT INTEREST:...........................................$ 0.00
ORDINARY DIVIDEND INCOME: SCH B:...............................$ 0.00
REFUNDS OF STATE/LOCAL TAXES:..................................$ 0.00
ALIMONY RECEIVED:..............................................$ 0.00
BUSINESS INCOME OR LOSS (Schedule C):..........................$ 0.00
BUSINESS INCOME OR LOSS: SCH C PER COMPUTER:...................$ 0.00
CAPITAL GAIN OR LOSS: (Schedule D):............................$ 0.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:.....................$ 0.00
OTHER GAINS OR LOSSES (Form 4797):.............................$ 0.00
TOTAL IRA DISTRIBUTIONS:.......................................$ 0.00
TAXABLE IRA DISTRIBUTIONS:.....................................$ 0.00
TOTAL PENSIONS AND ANNUITIES:..................................$ 0.00
TAXABLE PENSION/ANNUITY AMOUNT:................................$ 0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):..................$ 0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:.....$ 0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:.........................$ 0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:.........................$ 0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:...................$ 0.00
FARM INCOME OR LOSS (Schedule F):..............................$ 0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:.................$ 0.00
UNEMPLOYMENT COMPENSATION:.....................................$ 0.00
TOTAL SOCIAL SECURITY BENEFITS:................................$ 0.00
TAXABLE SOCIAL SECURITY BENEFITS:..............................$ 0.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:.................$ 0.00
OTHER INCOME:..................................................$ 0.00
ADDITIONAL FORM 8814 NET INCOME:...............................$ 0.00
SCHEDULE EIC SE INCOME PER COMPUTER:...........................$ 0.00
SCHEDULE EIC EARNED INCOME PER COMPUTER:.......................$ 24,932.00
SCH EIC DISQUALIFIED INC COMPUTER:.............................$ 0.00
TOTAL INCOME:..................................................$ 24,932.00

01747

```
TOTAL INCOME PER COMPUTER:.................................$ 24,932.00

Adjustments to Income

EDUCATOR EXPENSES:........................................$ 0.00
EDUCATOR EXPENSES PER COMPUTER:...........................$ 0.00
IRA DEDUCTION:............................................$ 0.00
IRA DEDUCTION PER COMPUTER:...............................$ 0.00
STUDENT LOAN INTEREST DEDUCTION:..........................$ 0.00
STUDENT LOAN INTEREST DEDUCTION PER COMPUTER:.............$ 0.00
TUITION AND FEES DEDUCTION:...............................$ 0.00
TUITION AND FEES DEDUCTION PER COMPUTER:..................$ 0.00
MEDICAL SAVINGS ACCT DEDUCTION:...........................$ 0.00
MEDICAL SAVINGS ACCT DEDUCTION PER COMPUTER:..............$ 0.00
MOVING EXPENSES: F3903:...................................$ 3,100.00
SELF EMPLOYMENT TAX DEDUCTION:............................$ 0.00
SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER:...............$ 0.00
SELF-EMP HEALTH INS DEDUCTION:............................$ 0.00
KEOGH/SEP CONTRIBUTION DEDUCTION:.........................$ 0.00
EARLY WTHDRAWL OF SAVINGS PENALTY:........................$ 0.00
ALIMONY PAID SSN:.........................................
ALIMONY PAID:.............................................$ 0.00
OTHER ADJUSTMENTS:........................................$ 0.00
TOTAL ADJUSTMENTS:........................................$ 3,100.00
TOTAL ADJUSTMENTS PER COMPUTER:...........................$ 3,100.00
ADJUSTED GROSS INCOME:....................................$ 21,832.00
ADJUSTED GROSS INCOME PER COMPUTER:.......................$ 21,832.00

Tax and Credits

65-OR-OVER:...............................................N
BLIND:....................................................N
SPOUSE 65-OR-OVER:........................................N
SPOUSE BLIND:.............................................N
STANDARD DEDUCTION PER COMPUTER:..........................$ 7,850.00
ADDITIONAL STANDARD DEDUCTION PER COMPUTER:...............$ 0.00
TAX TABLE INCOME PER COMPUTER:............................$ 13,982.00
EXEMPTION AMOUNT PER COMPUTER:............................$ 6,000.00
TAXABLE INCOME:...........................................$ 7,982.00
TAXABLE INCOME PER COMPUTER:..............................$ 7,982.00
TOTAL POSITIVE INCOME PER COMPUTER:.......................$ 24,932.00
TENTATIVE TAX:............................................$ 798.00
TENTATIVE TAX PER COMPUTER:...............................$ 798.00
FORM 8814 ADDITIONAL TAX AMOUNT:..........................$ 0.00
TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER:...........$ 0.00
FORM 6251 ALTERNATIVE MINIMUM TAX:........................$ 0.00
FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER:...........$ 0.00
FOREIGN TAX CREDIT:.......................................$ 0.00
FOREIGN TAX CREDIT PER COMPUTER:..........................$ 0.00
CHILD & DEPENDENT CARE CREDIT:............................$ 0.00
CHILD & DEPENDENT CARE CREDIT PER COMPUTER:...............$ 0.00
CREDIT FOR ELDERLY AND DISABLED:..........................$ 0.00
CREDIT FOR ELDERLY AND DISABLED PER COMPUTER:.............$ 0.00
EDUCATION CREDIT:.........................................$ 0.00
EDUCATION CREDIT PER COMPUTER:............................$ 0.00
GROSS EDUCATION CREDIT PER COMPUTER:......................$ 0.00
RETIREMENT SAVINGS CNTRB CREDIT:..........................$ 0.00
RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER:.............$ 0.00
CHILD TAX CREDIT:.........................................$ 0.00
CHILD TAX CREDIT PER COMPUTER:............................$ 0.00
ADOPTION CREDIT: F8839:...................................$ 0.00
ADOPTION CREDIT PER COMPUTER:.............................$ 0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT:....................$ 0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER:.......$ 0.00
F8396 AND F8859 CREDITS:..................................$ 0.00
FORM 3800 GENERAL BUSINESS CREDITS:.......................$ 0.00
FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER:..........$ 0.00
FORM 1040C CREDIT:........................................$ 0.00
PRIOR YR MIN TAX CREDIT: F8801:...........................$ 0.00
PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER:..............$ 0.00
OTHER CREDITS:............................................$ 0.00
TOTAL CREDITS:............................................$ 0.00
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

CHARLES MCKINLEY,

    Plaintiff,

v.

PETSMART, INC., AND AL
WILLIAMS

    Defendants.

CIVIL ACTION NO. 2:05-CV-00562-CSC

---

## NOTICE OF TAKING DEPOSITION OF PLAINTIFF
## CHARLES MCKINLEY

TO:   Charles McKinley
       c/o Deborah Q. Harding, Esq.
       Harding & Claunch, LLC
       2800 Zelda Road, Suite 100-9
       Montgomery, Alabama 36106

PLEASE TAKE NOTICE that Pursuant to Rule 30 of the Federal Rules of

Civil Procedure, PetSmart Inc. and Al Williams will take the deposition of Plaintiff

Charles McKinley beginning at **9:30 a.m.** on **Monday, March 27, 2006**, at the

offices of Littler Mendelson P.C., 3348 Peachtree Road, N.E., Suite 1100, Atlanta,

Georgia 30326, and continuing from day to day thereafter, if necessary, until

completed. This deposition will be conducted by oral examination before an

1

officer duly authorized to administer oaths, and it will be recorded by stenographic means.

Plaintiff shall produce for inspection and copying at his deposition originals of all documents in his possession or under his control that were reviewed by Plaintiff in preparation for this deposition, or that relate to any allegation contained in the Complaint filed in this action.

This 16th day of March, 2006.

_____

Admitted *Pro Hac Vice*
Georgia Bar No. 141522
Donald W. Benson
Admitted *Pro Hac Vice*
Georgia Bar No. 052350

LITTLER MENDELSON, P.C.
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326.1008
Telephone: 404.233.0330
Facsimile: 404.233.2361
E-mail: tgrundy@littler.com

Counsel for Defendants