## CHARLES MCKINLEY v. PETSMART, INC.
### Civil Action No. 2:05-CV-00562-F

## BILL OF COSTS

### Exhibit 1

**Fees for service of summons and subpoenas:**

| DATE | DESCRIPTION | FEES |
|---|---|---|
|  | Deborah Q. Harding and Harding & Claunch, LLC (Federal Express Fee) | $8.67 |
|  | **TOTAL FEES FOR SERVICE OF SUMMONS AND SUBPOENAS** | $8.67 |