<u>**CHARLES MCKINLEY v. PETSMART, INC.**</u>
Civil Action No. 2:05-CV-00562-F

**Exhibit 2**

<u>**Fees for Witnesses:**</u>

| DATE | DESCRIPTION | FEES |
|---|---|---|
| 1/31/06 | Witness Fee for Subpoena for Documents to Deborah Q. Harding and Harding & Claunch, LLC | $40.00 |
|  | **TOTAL FEES FOR WITNESSES** | $40.00 |