<u>**CHARLES MCKINLEY v. PETSMART, INC.**</u>
Civil Action No. 2:05-CV-00562-F

BILL OF COSTS

Exhibit 3

<u>**Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case:**</u>

| DATE | DEPOSITION | FEES |
|---|---|---|
| 3/27/2006 | Charles McKinley | $1,606.88 |
| | **TOTAL FEES OF THE COURT REPORTER FOR ALL OR ANY PART OF THE TRANSCRIPT NECESSARILY OBTAINED FOR USE IN THE CASE** | **$1,606.88** |