CHARLES MCKINLEY v. PETSMART, INC.
Civil Action No. 2:05-CV-00562-F

BILL OF COSTS

Exhibit 4

**Fees for exemplification and copies of papers necessarily obtained for use in the case:**

**Pleadings**

| DATE | DESCRIPTION | PAGE COUNT | COPIES FOR SERVICE AND FILING | TOTAL PAGE COUNT |
|---|---|---|---|---|
| 6/10/05 | Defendants' Notice of Removal | 6 | 1 | 6 |
| 6/13/05 | Defendants' Notice to State Court of Filing Notice of Removal | 3 | 1 | 3 |
| 6/17/05 | Defendant Watson's Motion to Dismiss for Insufficient Service of Process | 3 | 1 | 3 |
| 6/17/05 | Defendant Watson's Memorandum of Law in Support of Motion to Dismiss For Insufficient Service of Process | 6 | 1 | 6 |
| 6/17/05 | Defendants' Answer and Affirmative Defenses | 8 | 1 | 8 |
| 6/17/05 | Motion for Admission *Pro Hac Vice* for Don W. Benson, Esq. and A. R. Tulani Grundy, Esq. | 4 | 1 | 4 |
| 7/21/05 | Defendants' Opposition to Motion to Remand and Motion to File Amended Complaint and Exhibits | 13 | 1 | 13 |
| 8/3/05 | Defendants' Reply in Support of Motion to Dismiss Kelly Watson and Exhibits | 13 | 1 | 13 |
| 9/13/05 | Defendants' Answer and Affirmative Defenses to Plaintiff's | 10 | 1 | 10 |

4

## CHARLES MCKINLEY v. PETSMART, INC.
### Civil Action No. 2:05-CV-00562-F

| DATE | DESCRIPTION | PAGE COUNT | COPIES FOR SERVICE AND FILING | TOTAL PAGE COUNT |
|---|---|---|---|---|
|  | First Amended Complaint |  |  |  |
| 9/13/05 | Defendant Watson's Motion to Dismiss First Amended Complaint | 3 | 1 | 3 |
| 9/13/05 | Defendant Watson's Memorandum In Support of Motion to Dismiss First Amended Complaint and Exhibits | 6 | 1 | 6 |
| 10/19/05 | Defendant Watson's Motion to Reconsider a Portion of Judge Mark E. Fuller's October 17, 2005 Order | 4 | 1 | 4 |
| 11/9/05 | Report of Parties' Rule 26(f) Planning Committee | 5 | 1 | 5 |
| 4/18/06 | Defendants' Statement of Undisputed Material Facts in Support of Motion for Summary Judgment | 13 | 1 | 13 |
| 4/18/06 | Defendants' Motion for Summary Judgment | 3 | 1 | 3 |
| 4/18/06 | Defendants' Memorandum of Law in Support of Motion for Summary Judgment and Exhibits | 184 | 1 | 184 |
| 4/20/06 | Defendants' Notice of Manual Filing of Sealed Deposition Transcripts | 3 | 1 | 3 |
| 4/20/06 | Defendants' Motion to Seal Deposition Transcript of Plaintiff Charles McKinley | 2 | 1 | 2 |
| 5/11/06 | Defendants' Memorandum in Support of Motion to Seal Deposition Transcript of Plaintiff | 4 | 1 | 4 |

5

## CHARLES MCKINLEY v. PETSMART, INC.
### Civil Action No. 2:05-CV-00562-F

| DATE | DESCRIPTION | PAGE COUNT | COPIES FOR SERVICE AND FILING | TOTAL PAGE COUNT |
|---|---|---|---|---|
| 5/12/06 | Defendants' Reply in Support of Motion for Summary Judgment and Exhibits | 25 | 1 | 25 |
|  | **TOTALS** | **318** | **1** | **318** |

**318 pages x $0.10 (per copy) = $31.80**

<u>**CHARLES MCKINLEY v. PETSMART, INC.**</u>
Civil Action No. 2:05-CV-00562-F

**Discovery**

| DATE | DESCRIPTION | PAGE COUNT | COPIES FOR SERVICE | TOTAL PAGE COUNT |
|---|---|---|---|---|
| 4/5/05 | Defendant PetSmart, Inc.'s Corporate Disclosure Statement | 3 | 1 | 3 |
| 11/14/05 | Defendants' Initial Disclosures | 6 | 1 | 6 |
| 1/31/06 | Defendants' First Set of Interrogatories to Plaintiff | 14 | 1 | 14 |
| 1/31/06 | Defendants' First Request for Production of Documents to Plaintiff | 10 | 1 | 10 |
| 3/16/06 | Notice of Deposition (Plaintiff) | 3 | 1 | 3 |
| | **TOTALS** | 36 | 1 | 36 |

36 pages x $0.10 (per copy) = <u>**$3.60**</u>

7