**CHARLES MCKINLEY v. PETSMART, INC.**
**Civil Action No. 2:05-CV-00562-F**

**Exhibit 5**

**Other Costs:**

| Date | DESCRIPTION | Cost |
|---|---|---|
| 6/17/05 | *Pro Hac Vice* Admission fees for Donald W. Benson, Esq. and A. R. Tulani Grundy, Esq. | $40.00 |
| 6/3/05 | Certificates of Good Standing for Donald W. Benson, Esq. and A. R. Tulani Grundy, Esq. | $30.00 |
| | **TOTAL** | **$70.00** |

8

## CHARLES MCKINLEY v. PETSMART, INC.
### Civil Action No. 2:05-CV-00562-F

### BILL OF COSTS

| DESCRIPTION | TOTAL |
|---|---|
| Fees for service of summons and subpoenas | $8.67 |
| Fees for witnesses | $40.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $1,606.88 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case (Pleadings) | $31.80 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case (Discovery) | $3.60 |
| Other costs | $70.00 |
| **GRAND TOTAL** | **$1,760.95** |

Firmwide:81333170.1 037653.1061