<u>**CHARLES MCKINLEY v. PETSMART, INC.**</u>
**Civil Action No. 2:05-CV-00562-F**

<u>**Exhibit 6**</u>

**Invoices**

Firmwide:81333130.1 037653.1061

Littler Mendelson
3348 Peachtree St. NE Ste 1100
Atlanta, GA 30326

Invoice Number: 3-327-41375
Invoice Date: February 6, 2006
Account Number: 1991-7741-9

**FEDEX INVOICE DETAILS**

DOMESTIC

Number of shipments on this invoice

Total FedEx freight charges

Total FedEx additional charges

Total both freight & additional charges

Total FedEx discounts

FedEx invoice charges before audit

Audit Associates approved credits

Pay to FedEx the sum of

| PIECES & WT LBS TRACKING NUMBER REFERENCE NOTES | SENDER'S NAME | RECIPIENT AND PROOF OF DELIVERY | ZONE | SERVICES | | CHARGES TOTAL |
|---|---|---|---|---|---|---|
| 1<br>7907-9749-4633<br>Discount<br>037653-1061 | ELIZABETH SCHUPBACH<br>LITTLER MENDELSON<br>3348 PEACHTREE RD., NE<br>ATLANTA, GA 30326 US<br>First Att: 2/1/2006 08:51<br>Drop Off 01/31/06 | Deborah Harding<br>Harding & Claunch LLP<br>2800 Zelda Road<br>MONTGOMERY, AL   36106   US<br>Deliver 02/01/06 08:51<br>Signed L.CORBITT | 303 >2<br><br>A2 | Priority<br>010 Fuel Surcharge<br>185 Discount<br>257 Discount - Earned | 01 | 13.70<br>0.86<br>(5.62<br>(0.27<br><br>$8.67 |
| | | | | Subtotal for 037653-1061 | | $8.67 |

1

Prepared by AUDIT ASSOCIATES, 186 Broadway, 2nd Floor, Richmond, CA 94804 Phone: 510/235-0300 Fax: 510/215-4535

RR219.41A 10/1O 02/08/06                                                                                                   Page 1

**LITTLER MENDELSON**
A PROFESSIONAL CORPORATION
**ATLANTA OFFICE**
3348 PEACHTREE ROAD, NE, SUITE 1100
ATLANTA, GA 30326
(404) 233-0330

UNION BANK OF CALIFORNIA, N.A.
SAN FRANCISCO, CA 94124
11-49/1210

6733

1/31/2006

PAY TO THE ORDER OF   Deborah Q. Harding, Esq.   $ **40.00

Forty and 00/100************************************************************************ DOLLARS

Harding & Claunch LLP
2800 Zelda Road
Suite 100-9
Montgomery, AL 36106

LITTLER MENDELSON P.C.
NOT VALID OVER $1500 - VOID AFTER 90 DAYS
**COPY NOT NEGOTIABLE**

MEMO   037653.1061 Statutory Witness Fee

⑈006733⑈ ⑆121000497⑆ 7000142586⑈

---

**LM-ATLANTA OFFICE**                                              1/31/2006            6733
   Deborah Q. Harding, Esq.                                                              40.00
   2010 Costs:146 Witness Fee

Atlanta Imprest        037653.1061 Statutory Witness Fee                                 40.00

**LM-ATLANTA OFFICE**                                              1/31/2006            6733
   Deborah Q. Harding, Esq.                                                              40.00
   2010 Costs:146 Witness Fee

Atlanta Imprest        037653.1061 Statutory Witness Fee                                 40.00



DONALD BENSON, ESQ.  *Invoice #40732*
LITTLER MENDLESON, PC - ATLANTA
SUITE 1100
3348 PEACHTREE ROAD, N.E.
ATLANTA, GA 30326

| Date | Terms |
|---|---|
| 03/30/2006 | NET 30 |

Re-Sent On 06/23/2006

| Assignment | Case | Gallo File # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/27/2006 | MCKINLEY vs. PETSMART | 13658 | 03/29/2006 | COURIER |

**Description**
Original Transcript of CHARLES MCKINLEY

|  |  |
|---|---|
| Amount Due: | $ 1,606.88 |
| Paid: | $ 0.00 |
| Balance Due: | $ 1,606.88 |
| Payment Due: | Upon Receipt |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 3-DAY EXPEDITED RATE.*

**LITTLER MENDELSON**
A PROFESSIONAL CORPORATION
ATLANTA OFFICE
3348 PEACHTREE ROAD, NE, SUITE 1100
ATLANTA, GA 30326
(404) 233-0330

UNION BANK OF CALIFORNIA, N.A.
SAN FRANCISCO, CA 94124
11-49/1210

0488

6/17/2005

PAY TO THE ORDER OF  U.S. District Court        $ **40.00

Forty and 00/100************************************************************  DOLLARS

LITTLER MENDELSON P.C.
NOT VALID OVER $1500 – VOID AFTER 90 DAYS

MEMO  037653.1061 D. Benson & T. Grundy admission fee

⑆000488⑆ ⑇121000497⑇ 700014258⑈  ⑆00000004000⑇

---

NCSC 06/22/05
7045806  2727236754

0815208052
06222005
0610-0014-6
ENT=4085 TRC=4087 PK=02

REGIONS BANK #0620856994
70 BAGBY DRIVE 06212005
BIRMINGHAM, AL

0235140000

00004602
PAY TO THE ORDER OF
REGIONS BANK
FOR DEPOSIT ONLY TO THE CREDIT OF
THE U.S. TREASURER
DEPOSIT OF COLLECTIONS
CLERK OF U.S. DISTRICT COURT
1059 55033

